ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Davis v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
Saengsiphan v. World Championship Wrestling, Inc. and
    Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
Speight v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
Worthen v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
Reeves v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
Easterling v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1-00-CV-1715-CC
Onoo v. World Championship Wrestling, Inc., and Turner
    Sports, Inc., Civ. File No. 1:00-CV-0368-CC
Norris v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-0369-CC
Walker v. World Championship Wrestling, Inc., and Turner
    Sports, Inc., Civ. File No. 1:00-CV-0367-CC
Patterson v. World Championship Wrestling, Inc., Turner
    Sports, Inc. and Turner Entertainment Group, Inc.,
    Civ. File No. 1:01-CV-1152-CC

### PLAINTIFFS' NOTICE OF FILING ORIGINAL DEPOSITIONS

Plaintiffs named above hereby serve notice that they are

filing herewith in the above-captioned cases, consolidated for

discovery, the original transcripts of the following

depositions:

1.    Deposition of Michelle Bayens-Snakovsky;

2.    Deposition of Eric A. Bischoff;

3.    Deposition of Edward Joseph Ferrara;

4.    Deposition of Timothy Wayne Goodly;

5.    Deposition of Joseph N. Hamilton;

6.    Deposition of Jimmy R. Hart;

7.    Deposition of Monica Jennings;

8.    Deposition of Gary M. Juster;

9.    Deposition of Woody W. Kearce, Jr.;

10.   Deposition of Martin Lunde;

11.   Deposition of James A. Morrison;

12.   Deposition of Diana L. Myers;

13.   Deposition of Paul Orndorff;

14.   Deposition of Vince J. Russo;

15.   Deposition of Anthony Schiavone;

16.   Deposition of Brenda F. Smith;

17.   Deposition of Kevin Sullivan;

18.   Deposition of Paul W. Taylor, Jr.;

19.   Deposition of Loretta Y. Walker; and

20.   Deposition of Annette Yother

This ___14th___ day of January, 2003.


**SIGNATURES APPEAR ON FOLLOWING PAGE**

Respectfully Submitted,

Cary Ichter
Georgia Bar No. 382515
Michelle M. Rothenberg-Williams
Georgia Bar No. 615680
Charles J. Gernazian
Georgia Bar No. 291703

**MEADOWS, ICHTER & BOWERS, P.C.**
Eight Piedmont Center,
Suite 300
3525 Piedmont Road, N.E.
Atlanta, GA  30305
(404) 261-6020

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served Defendants with the foregoing **NOTICE OF FILING ORIGINAL DEPOSITIONS** by placing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon addressed to:

> James Lamberth, Esq.
> Eric Richardson, Esq.
> Evan Pontz, Esq.
> **Troutman Sanders LLP**
> Suite 5200, Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, GA  30308

This __14th__ day of January, 2003.

Michelle M. Rothenberg-Williams