

ORIGINAL
CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 16 2003

LUTHER ... THOMAS, Clerk
By:
Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Davis v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
Saengsiphan v. World Championship Wrestling, Inc. and
Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
Speight v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
Worthen v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
Reeves v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
Easterling v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1715-CC
Onoo v. World Championship Wrestling, Inc., Turner Sports,
Inc., Civ. File No. 1:00-CV-0368-CC
Norris v. World Championship Wrestling, Inc., Turner
Sports, Inc., Civ. File No. 1:00-CV-0369-CC
Walker v. World Championship Wrestling, Inc., Turner
Sports, Inc., Civ. File No. 1:00-CV-0367-CC;
Patterson v. World Championship Wrestling, Inc., Turner
Sports, Inc., Turner Entertainment Group, Inc. Civ. File
No. Civ. File No. 1:01-CV-1152-CC

## PLAINTIFF SONNY ONOO'S STATEMENT OF MATERIAL FACTS TO WHICH THERE EXIST GENUINE ISSUES TO BE TRIED

Pursuant to Local Rule 56.1(b)(2), in response to Defendants' Motion for Summary Judgment, Plaintiff Sonny Onoo hereby files this his Statement of Material Facts to Which There Exist Genuine Issues to be Tried, showing the Court the following:

115

## I.  WCW'S EXECUTIVES WERE EXCLUSIVELY CAUCASIAN

1.

Throughout its history, WCW did not have any non-Caucasians work in any of the executive positions.  ("Goodly Dep." at 32-33).

2.

No Asian-American ever held an executive position, and no WCW department head was Asian (Myers Dep. at 79).

## II.  WCW'S MANAGERS WERE VIRTUALLY ALL CAUCASIAN

3.

With the exception of Valerie Ragsdale, WCW's Senior Webmaster from 1997 to 1999, and Pie Smith, a mid-level manager at WCW's merchandising warehouse, WCW did not have any African-American managers.  (Goodly Dep. at 34, 37-39; Loretta Walker Dep. at 18, 49-50).

4.

WCW's Human Resource Manager, Timothy Goodly, acknowledges that there were few minorities at WCW, and that WCW was not a diverse working environment.  (Goodly at 40-45).

5.

When testifying about the issue of minority representation at WCW, stated, "That was not acceptable to me.  I wanted to try to bring in people."  (Goodly Dep. at 48-49).

6.

Mr. Goodly further testified that minority representation at WCW "was not, I guess, consistent with what I knew to be good HR practice."  (Goodly Dep. at 49).

7.

WCW never had an Asian person work as the WCW creative director or as a member of the Booking Committee.  (Myers Dep. at 80).

**III. WCW DID NOT MAINTAIN ANY HUMAN RESOURCE PROFESSIONAL (OR ANYONE TRAINED IN HUMAN RESOURCE MANAGEMENT OR EMPLOYEE RELATIONS) TO ENSURE THAT WCW WAS NOT DISCRIMINATING AGAINST WCW TALENT**

8.

Human Resource Manager Timothy Goodly was only concerned with WCW "employees" in fulfilling his job duties as Director of Human Resources for WCW; Goodly didn't have "any official duties as related to talent."  (Goodly Dep. at 63).

9.

As to the persons who were supposedly ensuring that WCW did not discriminate against the wrestling performers, Goodly

testified that Bischoff was primarily responsible, and "possibly Diana Myers and Bill Busch as well."  (Goodly Dep. at 65-67).

10.

When asked why WCW did not have a lot of diversity with respect to its talent, Goodly testified that "I just didn't think we had strategies in place to market diverse talent, to market all talent as well as the competition."  (Goodly Dep. at 176).

11.

WCW did not have any policies or procedures to ensure that wrestlers were not discriminated against.  (Ferrara Dep. at 52; Smith Dep. at 95; Loretta Walker Dep. at 21).

12.

Ed Ferrara, a Booker, was not aware of any WCW official that had communicated that WCW needed not to discriminate against wrestlers.  (Ferrara Dep. at 52-53).

13.

Loretta Walker, who replaced Timothy Goodly as the person responsible for providing human resource support to WCW, testified that she did not know who, if anybody, was responsible for ensuring that the wrestlers did not suffer discrimination. (Loretta Walker Dep. at 6-13).

14.

Loretta Walker agreed that she did not have any duties with respect to the wrestlers because it was Turner's practice not to provide assurance that persons who were classified as independent contractors would be treated in a fair and non-discriminatory manner.  (Loretta Walker Dep. at 12-13).

15.

Although Loretta Walker testified that an "independent contractor" who had an issue regarding discrimination could have reported it to WCW's attorney, Diana Myers, Ms. Walker was not aware of any actions taken by Diana Myers to ensure that the persons performing on a contract basis at WCW were not discriminated against based on their race.  (Loretta Walker Dep. at 74-75, 79).

16.

Diana Myers stated that if an "independent contractor at WCW felt he was discriminated against, he should complain to J.J. Dillon."  (Myers Dep. at 175).

## IV.   EVIDENCE THAT WCW OFFICIALS AND PERSONS RESPONSIBLE FOR SELECTING AND PROMOTING WRESTLING TALENT USED RACIAL SLURS, INCLUDING SLURS AGAINST ASIAN-AMERICANS

17.

Ric Flair used racial slurs, including "nigger" and "jap." (Sullivan Dep. at 50).

18.

Terry Taylor used racial slurs including "nigger."  Taylor used the term "nigger" to refer to wrestlers.  (Sullivan Dep. at 51).

19.

Vince Russo frequently used the word "jap" and the word "spic."  (Kearce Dep. at 39).

20.

Vince Russo used other racial slurs, including "nigger." (Sullivan Dep. at 55-56).  According to Sullivan, Russo also called African-Americans "Moolions," which (according to Sullivan) refers to a tribe from Africa that battled with Sicilians.  (Sullivan Dep. at 56).

21.

Ed Ferrara also used racial slurs.  (Sullivan Dep. at 58).

22.

Ric Flair referred to a particular maneuver as a "Jap Slap." (Sullivan Dep. at 73; Myers Dep. at 163).

## V. WCW OFFICIALS MAKE RACIALLY DEROGATORY STATEMENTS REGARDING MR. ONOO AND/OR JAPANESE-AMERICANS

23.

Bill Busch stated that he "didn't give a shit about Japanese business or new Japan." (Onoo Dep. at 186).

24.

WCW attorney Myers, in October, 1999, acted peculiar and informed wrestler Perry Satullo that she was "hiding from the gook," referring to Sonny Onoo. (Satullo Aff. ¶3, Tab O).

25.

Terry Taylor often referred to Sonny Onoo as a "Jap" and also as a "gook." (Snakovsky Aff. ¶ 8, Tab T).

26.

Terry Taylor often made comments such as "Jap" or "gook" when he was referring to Sonny Onoo. He would make statements such as "you f'ing Jap or something like that." (Bayens Dep. at 69).

27.

On one occasion, when Sonny Onoo was scheduled to appear as the manager for African-American wrestler Ernest Miller, Terry

Taylor asked, "how could this be a good draw?  There is a nigger and there is a Jap.  Who is going to want to watch that?" (Bayens Dep. at 67).

## VI.  WCW TREATS ASIAN AND HISPANIC WRESTLING TALENT LESS FAVORABLY THAN CAUCASIANS

28.

A Hispanic wrestler observed that non-Caucasian wrestlers were treated differently than Caucasian wrestlers at WCW. (Ashenoff Aff. ¶ 2, Tab W).

29.

On occasion, WCW provided transportation to the Caucasian wrestlers, but denied the same benefit to Hispanic wrestlers. (Ashenoff Aff. ¶ 6, Tab W).

30.

When Hispanic wrestler Konnan was trying to leave WCW and wrestle for a competitor he was suspended for trying to leave WCW; meanwhile, a Caucasian wrestler, Peter Gruner also threatened to leave but was not similarly suspended.  (Ashenoff Aff. ¶ 7, Tab W).

31.

When Hispanic wrestlers were injured, they were replaced by Caucasians and were not kept by WCW; in contrast, WCW maintained

Caucasian wrestlers on payroll even when they were injured. (Ashenoff Aff. ¶¶ 8,9, Tab W).

32.

When Hispanic wrestler Konnan complained to Diana Myers that WCW was treating Hispanic wrestlers differently than Caucasian wrestlers, Ms. Myers stated, "do what you have to do, but it will take you more money to get it from us," (Ashenoff Aff. ¶ 5, Tab W).

33.

On occasions, WCW had Hispanic wrestlers share a room, oftentimes having two or three persons sleep in the same room; in contrast, Caucasian wrestlers each had their own room and J.J. Dillon stated "they were lucky to get that." (Ashenoff Aff. ¶ 11, Tab W).

34.

On one occasion, when Mr. Onoo protested to Myers for unfairly firing a Japanese wrestler who happened to be injured at the time, Myers stated, "here is a Japanese guy who lives in Mexico; how in the hell is he going to sue us? We have a room full of attorneys." (Onoo Dep. at 75-77).

## VII. <u>VINCE RUSSO BECOMES THE CREATIVE TALENT FOR WCW AND EXPRESSLY STATES HIS RACIAL BIAS AGAINST JAPANESE TALENT</u>

35.

On or about September 30, 1999, Vince Russo participated in an Internet discussion with a wrestling professional analyst, Ben Miller who maintained a website devoted to discussions and communications regarding the wrestling industry.  In the interview, which was published over the Internet , (Russo Interview, Tab B), Russo stated:

> **"I'm going to tell you something right now that you will absolutely not agree with, but I've been a wrestling fan my whole life and I will live and die by this-it is hard enough, believe me I write this shit, it is hard enough to get somebody over.  You will never ever, ever, ever see the Japanese wrestler or the Mexican wrestler over in American mainstream wrestling.  And the simple reason for that is, even myself, I'm an American . . .if I'm watching wrestling here in America, I don't give a shit about a Japanese guy. I don't give a shit about a Mexican guy.  I'm from America, and that's what I want to see.  Now there are the smart fans that love that type of shit, like you."**

36.

Despite Russo's racist comments, WCW hired Russo to work as its creative director on October 10, 1999.  (Russo at 15).

37.

In his capacity as creative director, and as the head of the booking committee, Russo decided which wrestlers would receive television exposure and which ones would not.  (Ferrara at 14-18).

38.

At or about the time that Russo became the creative director, he once again expressed his belief that Asians and Hispanics should not succeed at WCW.   (Sullivan Dep. at 57).

39.

Vince Russo also made various statements suggesting that Caucasians controlled WCW; Russo stated that wrestling was a "white man's sport" and "whites rule wrestling."   (Williams Aff. ¶ 12, Tab D).

40.

Russo further stated that he was going to run things the way that he wanted and he was going to have a "white champion because that's the way he wanted it."   (Williams Aff. ¶ 12, Tab D).

**VIII.** **AFTER VINCE RUSSO BECAME THE CREATIVE DIRECTOR AT WCW, WCW STOPPED PROMOTING ASIAN WRESTLERS**

41.

Kevin Sullivan testified that he brought in Asian wrestlers and he was using their talent at WCW.   (Sullivan Dep. at 70).

42.

When Russo became the Creative Director, "he didn't do anything with them [Asian wrestlers]."   (Sullivan Dep. at 70).

-11-

43.

According to Sullivan, the Asian wrestlers "sat on the sidelines and they weren't used."  (Sullivan Dep. at 70).

44.

Soon after Vince Russo became Creative Director, WCW stopped using its cruiser weight wrestlers, who were primarily Asian and Mexican.  (Kearce Dep. at 141-142, 162).

45.

According to Assistant Producer Kearce, Russo sent most of the Asian wrestlers "back."  (Kearce Dep. at 162).

46.

Some time after Vince Russo became Creative Director, WCW stopped using wrestlers such as Mr. Asai, Kaz Hayashi. (Williams at 254-256).

## IX.  IMMEDIATELY AFTER RUSSO BECAME CREATIVE DIRECTOR, WCW FIRED SONNY ONOO

47.

In its response to Plaintiffs' Consolidated Third Interrogatories, Defendant WCW/UWC stated that "Eric Bischoff made the decision to terminate Sonny Onoo's contract with WCW and that decision was affirmed by Bill Busch and Vince Russo (See WCW/UWC Response to Plaintiff's Consolidated Third Interrogatories (#8), Tab I).

-12-

48.

WCW's counsel, Diana Myers, testified that Eric Bischoff recommended Onoo's termination.  (Myers Dep. at 132).

49.

Eric Bischoff, testified that he had nothing to do with Mr. Onoo's termination and that in fact he had approved of a talent roster listing Mr. Onoo as a talent to be used in an upcoming WCW event at or about the time immediately prior to Mr. Onoo's termination.  (Bischoff Dep. at 218, 240-243).

50.

Kevin Sullivan informed Mr. Onoo that Diana Myers, Vince Russo and Bill Busch had terminated Mr. Onoo.  (Onoo Dep. at 141-142).

51.

Eric Bischoff testified that he was not involved, in any way in the decision to terminate Sonny Onoo.  (Bischoff Dep. at 218-219).

52.

Bischoff emphasized that it was not his decision to terminate Sonny Onoo and indeed the decision was made after Bischoff stopped working at WCW.  (Bischoff Dep. at 218-220).

-13-

53.

In or about August, 1999, prior to Bischoff leaving WCW, he was involved in providing the list of WCW stars that would participate in the Warner Brothers film entitled "Ready to Rumble, and he included Onoo in the list."  (Bischoff Dep. at 238-242).

54.

Along with various talent, Eric Bischoff listed Sonny Onoo as one of the WCW persons who would participate.  Bischoff testified that he would not have listed Onoo had he intended to fire Onoo.  (Bischoff Dep. at 238-242).

## X.    WCW CONTINUED TO USE MALES IN THE POSITIONS OF ON-AIR NON-WRESTLING TALENT AND AGENTS AFTER WCW FIRED SONNY ONOO

55.

An agent essentially coordinated, and communicated the need of the producers of the program to the talent.  (Bischoff Dep. at 29; Ferrara at 26).

56.

According to Bischoff, Sonny Onoo had functioned in a role as an agent for WCW.  (Bischoff Dep. at 30).

57.

After Sonny Onoo was fired by WCW, WCW used Eric Bischoff in the role of an on air talent manager.  (Bischoff Agreement, Tab G).

58.

After Sonny Onoo was terminated, WCW entered into a contract with a Caucasian male named John Riker.  (Def. WCW's Supp. Resp. to Pls.' First Interrogatories, Tab N). Riker performed as a manager/valet named "Ralphus."  (Lunde Dep. at 9-12).

59.

Ralphus appeared as an on air talent with Caucasian wrestler Chris Jericho.  WCW entered into the contract with Ralphus on May 1, 2000.  WCW classified Ralphus as "Enhancement – Other."  (Def. WCW's Supp. Resp. to Pls.' First Interrogatories, Tab N).

60.

After Sonny Onoo was terminated, WCW continued to use agents at WCW, Ferrara worked as an agent at WCW in March, 2000. (Ferrara Dep. at 25-26).

61.

According to Ferrara, in addition to himself, Arn Anderson, Mike Graham, David Finley, Terry Taylor, Johnny Ace, John

Laurinatis, and Ricky Santana also worked as agents at WCW while he was working at WCW.  (Ferrara Dep. at 27).  With exception of Onoo, no Asian ever worked as an agent (Onoo Aff. ¶ 3, Tab C).

62.

After Onoo was fired, Ferrara performed as an on air personality named Oklahoma.  (Ferrara Dep. at 78).

63.

Ralphus worked as a manager for Chris Jericho.  (Lunde Dep. at 11).

64.

Mike Sanders was the manager for a group of wrestlers known as the Natural Born Thriller.  (Lunde Dep. at 11-12).

## XI.  MISCELLANEOUS FACTS

65.

Both Onoo and Hart filled the role as manager, Sonny Onoo also was able to speak Japanese and provided an additional qualification in that he was able to communicate with the Japanese talent.  (Bischoff Dep. at 226-227).

66.

According to Bischoff, Jimmy Hart was made an employee because Hart "was doing a lot of things that were borderline administrative work".  (Bischoff Dep. at 227).

-16-

67.

According to WCW announcer Tony Schiavone, Sonny Onoo worked as a manager on air, and was "very good" in his performance as an on air talent manager. (Schiavone Dep. at 42-45).

68.

In 1995 through 1998, Colonel Parker worked as an on air talent manager. Some time in the nineties, Vanderberg worked as a manager of on air talent. (Schiavone Dep. at 41-43). Ralphus worked as an on air manager as well as a "sidekick" for Chris Jericho. (Schiavone Dep. at 43).

69.

WCW announcer Tony Schiavone recalls that at times the Asian wrestlers appeared on the WCW scene and then were not around as much and then reappeared; Schiavone further states that the Asian wrestlers were to be used as the bookers saw fit. (Schiavone Dep. at 70).

70.

According to Lunde, Jimmy Hart would have been considered an agent because "on the Saturday night tapings, Jimmy was basically in charge of that, so I guess he would be considered an agent also." (Lunde Dep. at 9-10).

Respectfully submitted, this _____16th_____ day of January, 2003.

Cary Ichter
Georgia Bar No.: 382515
Charles J. Gernazian
Georgia Bar No.: 291703
Michelle M. Rothenberg-Williams
Georgia Bar No. 615680

**MEADOWS, ICHTER & BOWERS, P.C.**
Fourteen Piedmont Center, Ste. 1100
3535 Piedmont Road
Atlanta, GA  30305
(404) 261-6020

Attorneys for Plaintiffs

-18-

## CERTIFICATE OF SERVICE

This is to certify that I have this date served opposing counsel to this action with the foregoing **PLAINTIFF SONNY ONOO'S STATEMENT OF MATERIAL FACTS TO WHICH THERE EXIST GENUINE ISSUES TO BE TRIED** by hand delivering a copy of same, addressed to one of the following:

Eric Richardson, Esq.
Evan Pontz, Esq.
Troutman Sanders LLP
Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-22165

This ___16th___ day of January, 2002.

Charles J. Gernazian
Georgia Bar No. 291703