ORIGINAL

JAN 16 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAZUO ONOO,                                )
                                           )
        Plaintiff,                         )    CIVIL ACTION NO.:
                                           )    1:00-CV-0368 (CC)
    v.                                     )
                                           )
UNIVERSAL WRESTLING,                       )    **JURY TRIAL DEMANDED**
CORPORATION f/k/a                          )
WORLD CHAMPIONSHIP WRESTLING,              )
INC., TURNER SPORTS, INC.,                 )
TURNER ENTERTAINMENT GROUP,                )
INC. and TURNER BROADCASTING               )
SYSTEM, INC.,                              )
                                           )
        Defendants.                        )
_____)

## PLAINTIFF'S NOTICE OF FILING APPENDIX

Plaintiff, KAZUO ONOO, hereby serves notice that he is
filing herewith in the above-styled case an Appendix containing
copies of relevant deposition testimony and exhibit documents in
support of his Response To Defendants' Motion For Summary
Judgment filed with this Court.

This 16th day of January, 2003.

                                    Charles Gernazian
                                    Cary Ichter
                                    Georgia Bar No. 382515
                                    Charles J. Gernazian
                                    Georgia Bar No. 291703
                                    Michelle M. Rothenberg-Williams
                                    Georgia Bar No. 615680

**MEADOWS, ICHTER & BOWERS, P.C.**
Fourteen Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, GA  30305
Telephone:  (404) 261-6020
Telecopy:   (404) 261-3656

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with the foregoing **Plaintiff's Notice of Filing Appendix** by depositing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Eric Richardson
Evan Pontz
Troutman Sanders LLP
Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-22165

This ___16th___ day of January, 2003.

Charles J. Gernazian
Georgia Bar No. 291703

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAZUO ONOO,                            )
                                       )
         Plaintiff,                    )     CIVIL ACTION NO.:
                                       )     1:00-CV-0368 (CC)
    v.                                 )
                                       )
UNIVERSAL WRESTLING,                   )     **JURY TRIAL DEMANDED**
CORPORATION f/k/a                      )
WORLD CHAMPIONSHIP WRESTLING,          )
INC., TURNER SPORTS, INC.,             )
TURNER ENTERTAINMENT GROUP,            )
INC. and TURNER BROADCASTING           )
SYSTEM, INC.,                          )
                                       )
         Defendants.                   )
_____)

## APPENDIX OF EXHIBITS AND DEPOSITION EXCERPTS

A.   Affidavit of Jay Richard Hassman

B.   Affidavit of Ben Miller and Plaintiffs' Exhibit No. 2
     (Russo Interview)

C.   Affidavit of Kazuo "Sonny" Onoo

D.   Affidavit of Moses Williams

E.   Plaintiffs' Exhibit No. 74 (Myers 10/06/99 Email)

F.   TBS Employee Benefits Memorandum dated 09/30/98
     (P001229-P001230)

G.   Eric Bischoff Agreement

H.   World Championship Wrestling Talent Database Contract
     Summary (X001526 - X001543)

I.   Defendant Universal Wrestling Corporation's Response to
     Plaintiffs' Consolidated Third Interrogatories and Sixth
     Request for Production of Documents

J.   Plaintiffs' Exhibit No. 94 (Updated Talent Roster)

K.   Defendants' Responses to Initial Disclosures

L.   Onoo ICA; Defendants' Exhibit 7 (WCW 000229 - 000243)

M.    WCW Personality Familiarity and Likeability Ratings (P005150 and X001927- X001954)

N.    Defendants' Supplemental Response to Interrogatories

O.    Affidavit of Perry Satullo

P.    Plaintiffs' Document P001110 "Offensive Chinese Menu"

Q.    Copies of American Express Card and other WCW paraphernalia for Onoo

R.    Plaintiffs' Exhibit No. 27 (Brenda Smith Email 03/04/99)

S.    Plaintiffs' Exhibit 44 (019225)

T.    Affidavit of John Snakovsky

U.    Plaintiffs' Ex. No. 75

V.    Plaintiffs' Ex. No. 76

W.    Affidavit of Charles Ashenoff

X.    Bill Busch Memorandum Re: Late Arrival Policy 12/09/99

Y.    Plaintiffs' Ex. No. 64

Z.    Plaintiffs' Ex. No. 49

AA.   Don Edwards Email Re: Proposed Changes To Talent Payroll (WCW 020206-020298)

BB.   Jeremy Borash ICA



# EXHIBIT / ATTACHMENT

## A

(To be scanned in place of tab)

## DECLARATION OF JAY RICHARD HASSMAN

STATE OF GEORGIA
COUNTY OF_____

Jay Richard Hassman gives the following declaration under penalty of perjury and states as follows:

1.

I was hired by World Championship Wrestling ("WCW") in 1997.

2.

In March, 1999, I became the Vice President of WCW Enterprises.

3.

I remained employed by WCW until March, 2000 and remained on WCW payroll through August, 2000.

4.

Until about September or October, 1999, Eric Bischoff was the WCW president.

5.

On or about the time that Vince Russo became the Creative Director of WCW, I was aware of an internet interview that he gave to Ben Miller.

6.

In the internet interview, I recall that Eric Bischoff was terminated, and was replaced by Vince Russo, who became the Creative Director at WCW.

7.

I recall Russo making statements such as "I don't give a shit about a Japanese guy," and something to the effect of "you will not see any Japanese wrestler go over in the American mainstream." He also emphasized that he was an American and he was not interested in any non-Americans such as Japanese in his wrestling shows.

8.

I was very upset and disturbed by Russo's statements.  He was obviously demonstrating a bias against Japanese and Hispanic talent, many of whom are an integral part of WCW's success.  He was not just referring to language barriers, but he was showing that he did not want foreign talent such as Japanese on his wrestling shows.

9.

Incredibly, Russo also repeated very similar statements on a WCW internet radio show  called "WCW Live."  I recall Russo stating something to the effect of WCW fans wanting  only the biggest stars.  He said the Japanese talent were not big stars in America. He said the Japanese are successful in Japan, but they won't sell in America.

10.

Russo also said he was not going to push minorities.  He said he was not going to push Booker T.

11.

I am also personally aware that Russo told WCW decision-makers, including Bill Busch during a time period where WCW wanted to reduce their talent roster that WCW should get rid of Asian talent because he was not going to use the Asian/Japanese stars on WCW events.  He specifically informed them that WCW would no longer have a need for Japanese talent.

12.

Based on Russo's interview on the internet, his statements on WCW Live, and the statements that he made directly at WCW, I am personally aware that WCW decision-makers were aware that Russo was acting on his bias against Japanese talent.  Because he no longer wanted to use Japanese talent, he was telling WCW officials, including Busch to get rid of them.  From my point of view, Vince Russo was the person calling the shots.  Nevertheless, to the extent that Mr. Busch,  Ms. Myers and others were involved in the process at that time, it appeared that they merely rubber stamped his intent to get rid of Japanese talent.

-2-

13.

I am not aware of any WCW official, or Turner official, reprimanding Russo, or preventing Russo from implementing his desire to not use Japanese talent.

14.

Soon after Russo's statements, and very soon after Russo began at WCW, Sonny Onoo's contract was terminated by WCW.

15.

Based on my experiences at WCW, my involvement with Russo, and the statements that I heard him make, I believe that Sonny Onoo's termination was a direct result of Vince Russo's expressed desire not to use Japanese talent.

16.

I was upset that Sonny Onoo had been terminated by WCW, and I felt that it was discriminatory.

17.

Also, I thought that WCW, by terminating Mr. Onoo's contract, made a big mistake from a business point of view as Onoo was very productive in WCW's business affairs.

18.

For example, I am aware that Sonny Onoo reported to Diana Myers with respect to coordinating and handling all business affairs regarding the Hispanic and Japanese talent, including recruiting.

19.

Mr. Onoo also handled visas and other similar legal documentation with respect to the wrestlers.

20.

Mr. Onoo had worked extremely hard for WCW, and always seemed to be another employee of WCW.

-3-

21.

Indeed, Mr. Onoo was on the WCW phone list, had an office, had his own computer, and had business cards all of which were provided by WCW.  I am aware that he  was not provided employee benefits, but I believe that he filled the same role as other employees.

22.

In sum, Sonny Onoo was a very valuable person at WCW, and contributed as much as many of the WCW employees, if not more.  He was tireless in his efforts to promote WCW and demonstrated his willingness to do virtually anything to help WCW and the wrestlers succeed.

23.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jay Richard Hassman

1-15-03
_____
Executed on  (Date)

-4-



# EXHIBIT / ATTACHMENT

## _____B_____

(To be scanned in place of tab)

WORK COPY

## DECLARATION OF BEN MILLER

STATE OF GEORGIA
COUNTY OF_____

Ben Miller gives the following declaration under penalty of perjury and states as follows:

1. wrestleline.com

In 1999, I was a columnist for wrestle.com. At that time, I wrote various articles and columns regarding wrestling.

2.

Some time in 1999, I wrote a column regarding Vince Russo. Some time after my column regarding Vince Russo was published, I received an e-mail from Vince Russo. At that time, Vince Russo agreed to allow me to interview him.

3.

Some time in September, 1999, I called Mr. Russo and conducted a telephone interview ("telephone interview") with him. I recorded our telephone interview on a micro cassette tape.

4.

After the telephone interview, I listened to the micro cassette tape to ensure that it accurately reflected the telephone interview.

5.

After confirming that the micro cassette accurately recorded the telephone interview, I submitted the micro cassette to my editor.

6.

After, I submitted the micro cassette to my editor, the editor and the staff at wrestle.com wrestleline.com provided me with a transcript of the interview. After reviewing the transcript, I concluded that the transcript accurately reflected the telephone interview.

7.

The telephone interview that had been transcribed was then published on the internet on or around September 30, 1999.

8.

I have carefully reviewed the written transcript, which is attached to this declaration as Exhibit A.  I have also compared Exhibit A with the copy of the telephone interview which I maintained in my files.  I can declare and affirm that Exhibit A is a true and correct copy of the telephone interview I had with Vince Russo.

9.

I can declare and affirm that the words attributed to Vince Russo in Exhibit A accurately reflect the statements made by Vince Russo during the telephone interview.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Ben Miller

_____
Executed on  (Date)



COME GET SOME!

How can WingspanBank.com save me [...] ?    CLICK HERE

WCW · WWF · ECW · Indies · Int'l

**Miller Time**

Home

WrestleManiacs

ScoopThis

Bombshells

Toys

Rankings

Photos

Audio

Schedules

Columns

Almanac

Forums

Chat

Store

WOW Mag

Email Us

**Federations**

WCW

WWF

ECW

Indies

Int'l

# Exclusive interview with WWF's head writer Vince Russo

September 30, 1999

**By Ben Miller WrestleLine/WrestleManiacs**

PLAINTIFF'S EXHIBIT

#2

**BEN:** The people you closed the door on, I don't want to ask for names, have they ended up showing up on ECW or WCW, or do they end up staying on the fringe of the business for the same reason you didn't want them?

**RUSSO:** No, they wind up showing in ECW and WCW. I think that's why you have such chaos, especially in WCW's locker room. When there is a free agent out there, one of the first things we look at is that there is such peace and harmony and a family feeling in our locker room, if we bring this guy in, how is it going to affect that? If it's going to affect that in a negative way, we don't bring them in. These guys definitely get picked up in ECW and WCW. Like I said, I think that's part of the reason why you have so many problems in WCW.

**BEN:** Two guys that have been critical of you at various times are **Dave Meltzer** who obviously writes the *Wrestling Observer* and **Bruce**

**Mitchell**. Do you have any opinion on those guys?

**RUSSO:** Well yeah, it just really bothers me. First of all, you've got to understand something, I never in my life claimed to be a great journalist, because the way I write ... I don't try to write to impress people. I don't try to write in a style like look at me, I'm smarter than you. I try to write in a style that people ... the common guy - the wrestling fan will understand. That's how I try to write, and that's the most important thing to me - that I write in a way that our fan is going to understand. I am not above anybody, and another thing too, every one of my columns, even if it is pro-WWF, I write what I truly believe in my heart. Nobody tells me to write my column, if I write it positive, or negative, whatever the case may be, **Vince McMahon** lets it go, then I write about what I truly, truly feel. And I try to write the truth.

The thing that just bothers me, primarily about Dave Meltzer, I just feel he thinks he's better than everybody else. I think he tries to talk down on people like he knows everything, and the reality of the situation is that Dave Meltzer doesn't know shit. Because all Dave Meltzer's information is second hand information, and whoever is giving him that information is putting their little spin



Though there are some things Russo can't talk about, like the Owen Hart lawsuit, he believes in telling readers as much as possible. (WOW)

on it, and whereas you know - me - I'm there! I know what's going on. I'm behind the scenes. I talk to these guys on a daily basis. I know what's true. I know what's bullshit, and I tell the reader as much as I possible can.

Of course there are some things I can't talk about. I even mentioned to you like the Owen situation - anything involving a lawsuit, I can't talk about, you know. But it just really bothers me when you have a guy who feels that he's above it all, when the reality is he's getting the information second hand, and some of it right, and some of it is absolutely bullshit, and he doesn't have a clue as to what's right and what's bullshit. And that's what bothers me. They can be as critical as they want to be, but I would much rather have a job and be in a position where I know what I'm talking about rather than have to rely on gossip.

**BEN:** I see where you're coming from. Obviously those guys have to know someone in the company. If you ever found out that someone was a mole for one of these newsletters or something like that, would you get mad at them?

**RUSSO:** I don't necessarily know if they do know someone in the company, and the only reason I say that is because on so many occasions, the information is wrong. It's just flat wrong. I remember one time Dave Meltzer had something in there about me, a couple of years ago, it was rumored that one of the WCW wrestlers died in a car crash ... that black guy ... that Pit guy ---

**BEN:** Oh yeah. **Craig "Pitbull" Pittman.**

**RUSSO:** Yeah, the next thing I know I'm reading in Meltzer's newsletter that Russo was on the phone spreading this rumor. Just stuff like that. I can't fathom that they know somebody on the inside with credibility, because as I said, yeah half of their stuff is right on the money, and the other half is totally bullshit.

**BEN:** I see where you're coming from, but wrestling is a business obviously, where in the past, more than in the present, it's tough to get the truth. In my defense, because I'm someone who reads those newsletters, you don't know where the truth is coming from. It's hard to tell sometimes.

**RUSSO:** I don't necessarily agree with you on that, because why is it tough to get the truth? If Dave Meltzer ever called me, or a **Wade Keller** ever called me, or if any of those guys ever called me, I'm going to tell them the truth, and I'm going to tell them what I know. I have nothing to hide. If they ask me a question, I'm going to tell them the answer to the question. But the difference is, if they ask you a question, and you honestly don't know the answer to it, then you're a liar. Like you asked me about the IPO. I honestly don't know anything about that, and quite frankly, I really don't care. My plate is so full with writing television, I don't know about that. But to a Meltzer or a Keller, if they ask me that same question, and I answer it the same way, well I'm lying, and they're not getting the truth from me.

**BEN:** I understand, but to the average fan, it's not like you can get the entire truth like on the some of the uglier side of the business, like with deaths and stuff like that. It's not like you can

go to WWF.com and create a detailed itinerary of what was at **Brian Pillman**'s bedside. So sometimes you have to go to outside sources to find the truth.

**RUSSO:** Right.

**BEN:** This is something I've always wanted to see in American professional wrestling, have you guys, the TV writing team, ever thought of having the title like All Japan Pro Wrestling where there's no gimmick matches, no run-ins, no count outs, it's just two guys in a wrestling match. And not every match to be like that, because I know how it can get boring and monotonous, but just one title ---

**RUSSO:** I'm going to tell you something right now that you will absolutely not agree with, but I've been a wrestling fan my whole life and I will live and die by this - it is hard enough, believe me I write this shit, it is hard enough to get somebody over. You will never ever, ever, ever, ever see the Japanese wrestler or the Mexican wrestler over in American mainstream wrestling. And the simple reason for that is, even myself, I'm an American, and I don't want to sound like a big bigot or a racist or anything like that, but I'm an American ... if I'm watching wrestling here in America, I don't give a shit about a Japanese guy. I don't give a shit about a Mexican guy. I'm from America, and that's what I want to see. Now there are the smart fans that love that type of shit, like you.

**BEN:** Yeah, I really like All Japan.

**RUSSO:** Which is cool, but the reality of it is, that's a small minority of our audience.

**BEN:** But I'm not talking so much about the fact

that you would have to use the guys from Japan, I'm just saying, two guys who I think are good wrestlers, maybe **D'Lo Brown** and **Jeff Jarrett**, who maybe don't have the interview skills or the charisma of a **Rock** or **Steve Austin**, but if you put them out there in longer matches where they could show their in ring talent ---

**RUSSO:** What do you call a longer match?

**BEN:** I don't know, maybe 12 minutes?

**RUSSO:** There is no way on television ---

**BEN:** Not on television. I mean more PPV, and on television it would 6-8 minutes. I don't think matches on television outside of the main event should go more than 8 minutes.

**RUSSO:** But the thing you don't understand is, and I can tell you first hand, the way television is, and how short the matches are on TV - what we've done now basically is we've basically trained the audience. It's crash TV. It's in and out. What's the finish? Let's get to the next thing.

**BEN:** Absolutely.

**RUSSO:** That's the way we've trained the fan, and I've got to tell you, I don't know how many PPVs you go to, but a couple of years ago when I wasn't writing the PPVs, and we just really started this trend with the way the business is now, we would have 15, 20, 25 minute matches, because it was the PPV, 5 minutes in, people were sitting on their hands.

**BEN:** That's true -

**RUSSO:** The house was silent. The reason being, we've trained these people a certain way, and now that's why I'm writing the PPVs, because basically, the PPVs need to be written the same way as television, because that's what the fans expect.

**BEN:** That is true, but you have to recognize that WCW does a lot of short matches too, but when you go on their PPV and see a really good "wrestling match" where the workrate is high, with like ... I can remember **Raven** and **Saturn** v. **Malenko** and **Benoit** on PPV, and it went like 12 or 13 minutes and the crowd was hot the entire time. You don't think that type of thing would work in the WWF?

**RUSSO:** I think that's a rarity. I watch everything that I can. I've never watched Mexican or Japan, because I don't give a shit. I live here, that's all I care about. But one thing I got to tell you, I was watching ECW last week, **Van Dam** and who--?

**BEN:** I won't even go into that.

**RUSSO:** No, but who's the other guy?

**BEN: Jerry Lynn.**



Stone Cold Jersey!
· WWF Attitude Tee
· NWO Bucket Cap
· Sable Attitude Bear
· Hogan Flag
· Goldberg T-Shirt

**RUSSO:** Ok Jerry Lynn. Now I got to tell you something, seriously, I was sitting here really enjoying the hell out of the match, but it got to the point even with me where it was like, OK end this. The thing is, you've got to understand, in this day and age, there are so many things for people to do that their attention span is so

short. Why do you think when there is a commercial people change the channel? You know what I'm saying?

**BEN:** I agree, but are you saying that something that I thought was just as incredible, I don't know if you saw the last ECW PPV, but **Mike Awesome** versus **Masato Tanaka** and they went out there for a good 13-15 minutes and they had what people would call a \*\*\*\* or a \*\*\*\* ½ match, is that going to be obsolete in the WWF? In that match where they basically stayed around the ringside area, and there's a clean finish - even though I know they used table and chairs - but there is no in the crowd brawling, is kind of thing going to become obsolete in the WWF you think?

**RUSSO:** I don't want to say obsolete, but I don't see it going back in that direction. The only reason I tell you that, I'm at every show, I'm there, you put Rock and Mick in that ring with microphones, the people will sit there for a half an hour and be entertained. You put a wrestling in that ring for over ten minutes, they want to know, let's get to the finish, and let's go on to the next thing. And you gotta understand from a writing point of view, I am not dictating to these fans. I am basically in the arena every Monday and Tuesday night, I am in the arena, I am listening to the fans. All that I am trying to do from a television-writing standpoint is give the masses what they want. Now, I'm not saying give the smart wrestling fan what they want, I'm saying give the masses, and that's my job.

**BEN:** I see that, and I don't want to beleaguer it, but some would argue that it's true, that WWF fans mainly sit on their hands for matches that go more than 10 minutes, but some would

argue that it's because the quality of the in-ring wrestling isn't as good. Don't you think that if you put two good wrestlers in the ring, and I know we had talked about the Van Dam - Lynn thing, but I don't consider Van Dam to be that great of a wrestler, I look more to the Masato Tanaka - Mike Awesome example. Don't you think if you put two good wrestlers in there, who had a match which could stir the fans emotions, that that would ... look at what happened with **Sting** and Benoit? I know they still got killed by Raw when Raw opened, but they kept a much larger percentage than they had been by starting off their show with interviews. Do you think there's any validity to that?

**RUSSO:** No. I think they kept a much bigger number than they did, because that was really a well-booked match where you couldn't call the outcome. Benoit isn't going to beat Sting in the middle of the ring, and Sting isn't going to beat Benoit, so what are they gonna do? That was the appeal to the match.

**BEN:** OK.

**RUSSO:** Don't get me wrong, I love to see a good wrestling match, but my job is ... I get paid to give the people what they want, and whether I agree or disagree with them is not my job. I'm not writing television to please Vince Russo. I'm writing television to please the masses, and like I say, when I go out in a crowd, and I see the response from a Mick - Rock promo, and response to a wrestling match, I know what they want to see. And again, it's not Vince Russo writing TV for Vince Russo, I'm just trying to give the people what they want.

**Part 1 · Part 2 · Part 3**

### E-mail Ben Miller | Miller Time archive

**WCW · WWF · ECW · Indies · Int'l**



Copyright © 1999 SportsLine USA, Inc. All rights reserved.

This website is not sponsored or endorsed by the WWF, WCW or ECW. This is not an official site.



# EXHIBIT / ATTACHMENT

## _____C_____

(To be scanned in place of tab)

## DECLARATION OF KAZUO ONOO

STATE OF GEORGIA
COUNTY OF_____


Kazuo Onoo gives the following declaration under penalty of perjury and states as follows:

1.

My name is Kazuo Onoo, but I am known as Sonny Onoo.

2.

I am a Japanese citizen. Although I have legal residency in the United States, I remain a Japanese citizen.

3.

Although WCW did provide me with the opportunity to become an on-air non-wrestling talent (even though I did wrestle on a few occasions), I was scripted only to manage Japanese, Hispanic, or African-American wrestlers. I was the only Asian that ever worked as an "agent" for WCW.

4.

Although I discussed managing Buddy Lee Parker, who was very interested in having me manage him, I was denied the opportunity to manage him because he was Caucasian.

5.

In 1997, Nick Lambros offered me a contract to work at WCW. The contract that was offered to me in 1997 was not offered to me by Eric Bischoff.

6.

Although I was called an "international consultant," I had to report to the various officers of WCW. As to merchandise, I had to report to Kelly Kommisk. As to licensing issues, I had to report to Casey Collins. Regarding the talent exchange, I had to report to J.J. Dillon or any members in the booking department. Whenever I had new ideas to help generate revenue, I reported to

- 1 -

Jay Hassman as well as Bill Busch in the latter part of 1999.  I also reported to WCW executive Mike Webber.  With respect to all these individuals I had to directly report to them.  In many instances, they directed and controlled my efforts as I was working on behalf of WCW in representing WCW in many different capacities in the wrestling product.

7.

The character of Sonny Onoo was developed by the booking department.  Although a script was not provided, an outline of the match was always provided to me by the bookers.  I was told that the character of Onoo was an "evil Japanese businessman" and was instructed to work within those parameters.

8.

Although I did not receive many of the benefits provided to other employees, I did get workers compensation coverage.  I was also provided an office, credit card and computer to carry out WCW business affairs.  I received many benefits that were provided to employees.

9.

I recall Eric Bischoff getting fired from WCW in the fall of 1999.  I remember discussing with him various things.  At no time did he tell me that I was going to be fired.  At no time did he tell me that there was any decisions to terminate contracts of "non-essential" talent.  I was only targeted for termination after Russo stated that he did not want any Asian or Hispanic talent.  Before he left, Bischoff assured me that I would be alright until the end of my contract.

10.

Although I was given my written notice of termination dated November 1, 1999, I was informed that I was terminated before that date, which I believe was October 31, 1999.

11.

Although I was very good friends with Eric Bischoff, I did not want Mr. Bischoff to solely make decisions as to my relationship with WCW.  In addition, once I began working for WCW, I worked for the Company, and not specifically for Bischoff.

- 2-

Also, I refrained from complaining directly to Bischoff because of our close friendship.

12.

I am personally aware that after Russo arrived at WCW, that the Asian talent suffered greatly. I remember Asian wrestler Liger complaining to me of the treatment he received under Russo.

13.

Similarly, even though I was no longer employed at WCW, I was aware of what happened to the Japanese wrestlers because I had worked so closely with them.

14.

I recall learning of many discussions between WCW officials and Vince Russo well before Russo was made the official "Creative Director." I was aware that Russo was consulting with WCW and making decisions even before October 10, 1999.

15.

I am aware that Kaz Hayashi was used a little bit when Vince Russo temporarily left WCW, but upon Russo's return, Kaz Hayashi was used only as a "jobber," an individual that is utilized to loose matches in order to make other wrestlers look good.

16.

Bischoff was not the only person who helped me become on-air talent. Also, WCW made me an on-air talent because I contributed to the entertainment product. Mr. Bischoff offered me the opportunity to become on-air talent to provide wrestler entertainment for WCW, thus increasing WCW's popularity. The opportunity was not limited to giving me "international exposure" any more than other wrestlers or talent.

17.

I deny that I was ever restricted to serving as "Eric Bischoff's consultant" as I always worked for WCW as an entire business entity in all of my on-air wrestling talent, and in connection with my international duties.

18.

- 3 -

Specifically, my job duties at WCW included the following: translating for Hispanic and Japanese wrestlers; negotiating business agreements between international wrestling organizations such as New Japan; assisting in recruiting and developing wrestling talent; serving as an on-air talent person, including working as an on-air talent "manager"; working as a wrestling agent as I helped wrestlers execute and script and follow the scripts **and** the wrestling events; make numerous telephone calls at the request of WCW officials such as Diana Myers, Nick Lambros, and Casey Collins; negotiate various recording and licensing deals in which WCW could have its wrestling products; marketed in various forms of entertainment such as compact discs; coordinating and arranging for transportation of the wrestlers.

1.

In connection with these duties, I answered to:  Bill Busch (revenue issues regarding Japan); Jay Hassman (new international business and pay-per-view); JJ Dillon (international talent booking); Diana Meyers (talent visas and anything that had to do with legal decisions); Casey Collings ( domestic and international licensing); Eric Bischoff (New Japan talent issues and other international business); Kelly Kominsk (any international merchandise sales or with any ideas with regard to merchandise); David Crockett (production logistics); and Mike Weber (originally reported to him for licensing issues; also other TBS international business).

2.

I do not dispute that I signed several agreements with WCW that indicated "independent contractor" or similar language.  I never intended, however, to sign a contract that would prevent me from receiving all of the protection of my civil rights, especially once I began providing employment services for WCW. Towards the last several years of my employment, it became apparent to me that I was working in the same manner as other employees including Jimmy Hart.  Indeed, I am not aware that WCW ever had an Asian executive manager, or even an employee.  Thus, I believe I was denied my right to become an actual employee because of my race and national origin.

3.

I believe I was terminated based upon illegal discrimination.

4.

During the entire year of 1999, I was regularly, and oftentimes constantly, appearing on virtually all of the WCW main events. Indeed, throughout most of 1999, Bill Busch was very much a significant business official at WCW. I am not sure how familiar he was with our shows. I was told that he did not even know what Jimmy Hart's role was at WCW. I am aware that he was not very familiar with their day-to-day business affairs, he was generally aware of various things. At no time, did he ever complain to me that he was concerned about my ability to generate WCW's ratings.

5.

Also, during the month of October, in order to boost arena merchandise sales, WCW developed and approved the idea of issuing a $5.00 coupon called Sonny Money. It was also going to be incorporated into my on air character's story line. The coupons were printed and were scheduled to be implemented virtually at the same time that I was terminated. The only change in my schedule was that I was additionally ordered by Diana Meyers to start appearing on non-televised house shows. This came directly from Bill Busch and we discussed it at length. Zane Breznoff was the arena promoter who requested that I start appearing on these non-televised shows.

6.

I was appearing frequently, if not all of the time, right up until the time that Russo began discussions with WCW. When Russo finally arrived, I was not used at all. I am aware that Russo was involved at WCW even before he was officially part of WCW.

7.

Throughout the course of my employment, I constantly asked to manage Caucasian wrestlers. Although I was denied the opportunity to manage Caucasian wrestlers, I was specifically denied the opportunity to manage the following Caucasian wrestlers: Brian Adams; Shane Helms; Bill Dumott (Hugh Morrus); Jeff Farmer; Dewayne Bruce (Sarge); Ron Reis; Atom Bomb; Ian Hodgkinson; and Dave Taylor.

8.

- 5-

I do recall showing Monica Jennings the "Chinese menu." I definitely found the menu offensive. Although she and I both gave a laugh in disbelief, it was not a laugh that we found it humorous. The laugh was to show the hopelessness in changing the racial insensitivity at WCW and how racial bias was widespread.

9.

In the wresting profession, there are two (2) types of characters. The "baby faces" are the good guys. The bad guys are considered the "heels." I was asked to work as a "heel" wrestling manager. In that role, I was supposed to generate "heat" which is the friction against the "baby faces" to produce excitement for the crowds. I was very good in my role and I always portrayed a negative "heel."

10.

I was very similarly situated to Jimmy Hart. Although Jimmy provided some work for WCW that I did not specifically do, and although I did things that he could not do, such as translate, we both were very similar in that we both provided on-air talent services as well as behind the scenes administrative work in connection with the wrestlers for WCW shows. We also generated business opportunities for WCW.

11.

I worked very closely with Jimmy Hart on a CD for the New World Order compact disc, which was sold in Japan. I had a contract right to money for this CD. Although I had asked several times for the sales figures or documentation showing the profits, I was always denied my request. I do not believe that WCW has paid all of the money that is owed to me for this CD deal.

12.

In fact, in my discussions with Mr. Hart, I have been provided with information that many copies of this CD have been sold, but that WCW will not confirm our information.

13.

Jimmy Hart and I also worked on the songs in connection with the songs that were used on the New World Order CD. Indeed, some of the songs even had by name associated with them. I am now

- 6-

aware that two of the exact same songs, which appeared on the New World Mayhem CD, also appeared on the Tommy Boy Mayhem CD. Jimmy Hart, who is as knowledgeable about this issue as anybody, has assured me that indeed two of the exact same songs  - Buff Daddy and Wolfpack - that we generated in connection with New World Order CD were also used on the Tommy Boy Mayhem CD. Also, these two songs were not re-cut, re-edited or altered in any way.

14.

Although Jimmy Hart received revenue for various merchant items such as t-shirts and dolls associated with his name, WCW never had any merchandise for me.

15.

I declare under penalty of perjury that the foregoing is true and correct.

Kazuo Ønoo

1 . 16 . 2003
Executed on (Date)

- 7 -



# EXHIBIT / ATTACHMENT

## _____D_____

(To be scanned in place of tab)

**AFFIDAVIT OF MOSES WILLIAMS**

STATE OF GEORGIA
COUNTY OF FULTON


Personally appeared before the undersigned officer, duly authorized to administer oaths, Moses Williams, who, upon having been first duly sworn, deposed on oath and states:

1.

I worked for World Championship Wrestling ("WCW") in various capacities. I was initially hired as a stage carpenter in October, 1991, and worked as a stage coordinator when my employment was severed by WCW in March, 2001.

2.

In addition to the work that I did at WCW, I have extensive experience in stage production, and have worked on many large events. Among other clients, I have worked with entertainment groups such as the Rolling Stones and Michael Jackson. I was also involved in Farm Aid.

3.

Throughout the approximate nine and one-half years of working with WCW, I was always a very loyal and dedicated employee. I was extremely courteous to all personnel, and treated everyone with respect. I was also very respectful of managers and officials at WCW.

4.

Even though I was always very dedicated to WCW, I observed many actions that demonstrated a racial or ethnic bias against anybody who was not a Caucasian. I myself, am African-American. Although some of the WCW officials were more overt about their racial biases than others, I believe that there were many actions and decisions that were made based on a racial or ethnic bias.

5.

Over the years, I observed certain WCW officials make statements and take actions in order to protect the "good old boy" establishment. Unfortunately, the "good old boy" establishment was exclusively Caucasian. Also, in my experience, the favoritism and better treatment given to Caucasians over minorities was pervasive throughout WCW.

6.

During nine and a half years at WCW, WCW never had an African-American work in Security in any capacity. I even recommended some qualified persons for Security, but they were not hired. The decision-maker, Mr. Doug Dillinger, expressly stated that there would not be a black "security" person at WCW. True to his word, there never was an African-American hired to work in Security. As I indicate further in this affidavit, Mr. Dillinger made other statements showing his racial bias.

7.

Similarly, there was never an African-American hired to work in Lighting at WCW. The decision-maker was Frank Santoro. Mr. Santoro overlooked many qualified African-Americans. I personally recommended several qualified African-Americans directly to Mr. Santoro, but he did not hire an African-American person for Lighting.

8.

Similarly, Mr. Santoro was also responsible for hiring truck drivers for the WCW tractor-trailers. In the years I was with WCW, I only recall one African-American truck driver (female). She was involved in a minor incident, whereby she collided with a painted post (or similar fixture) and did a little damage to the truck. The truck had been leased, and I myself inspected the truck. I did not see any significant damage to the truck. The woman was crying as she told me that Frank Santoro fired her for the accident. I did not feel this was fair because I was aware of at least two Caucasian drivers who were involved in much more serious accidents, but were not fired. One Caucasian driver was involved an accident in Nashville, Tennessee, whereby he took out a whole street light and the pole it was on. There was damage to side of truck, and the pole was destroyed. The police even came and took a report.

As to the other Caucasian driver, in Indiana, the driver lost control of the truck and it effectively destroyed the truck and the trailer.  But this Caucasian driver was not fired.

9.

WCW also never hired an African-American to work in Audio. Al Smith was the decision-maker for Audio.  I submitted many highly qualified African-Americans for his consideration, but he never hired an African-American for Audio.

10.

The Production Manager was William Byrd. As Production Manager, Mr. Byrd was ultimately responsible for Staging, Lighting, Audio, and Trucking.  He was the supervisor of Mr. Smith and Mr. Santoro.  I am aware that Mr. Byrd often asked if a prospective employee was Jewish.  If a prospective employee was Jewish, Mr. Byrd said to hire the individual.  I felt that this bias was unfair because many minorities were not Jewish. I also recall a statement Mr. Byrd made about the child of another WCW employee, Steve Small, who married an African-American woman.  Mr. Byrd stated, "Steve's kids will have problems in life because they are half black."

11.

Vince Russo often made statements demonstrating that he preferred Caucasian persons, especially Caucasian males, over other persons for WCW management and control.  I heard Vince Russo often refer to people as "blacks," "Japs," "spics" or "wetbacks."

12.

I heard Vince Russo make statements suggesting that "whites" were in control at WCW.  For example, I heard him say, "whites rule wrestling."  I also heard him say that it was a white man's sport and that "is why we don't have many black wrestlers." I also heard him say I am running things the way that I want and we are going to have a "white champion" because that's the way I want it.  Vince Russo made it clear that he did not want oriental persons, African-Americans, or Hispanics succeeding at WCW, much less gaining any position of management or control.

13.

Similarly, I heard Terry Taylor make statements demonstrating his racial and ethnic bias against persons who were not Caucasian. Although he was somewhat careful around me, I have heard from other persons that he routinely used words such as "nigger." I did, however, hear Terry Taylor express his desire to promote Caucasian wrestlers. For example, I witnessed Mr. Taylor overtly "push" Caucasian wrestlers, but not "push" African-Americans.

14.

I also heard Terry Taylor make statements about his opinions of African-American fans. I heard him say, "blacks don't buy wrestling tickets."

15.

In my experience, WCW officials such as Taylor and Russo treated Caucasians better than African-Americans, Hispanics, and Asian-Americans. Based on my observation, non-Caucasians received a "B" treatment. I use the term "B" treatment to indicate that minorities were not treated as favorably as Caucasians.

16.

I have personally observed WCW, through its employees and managers, treat minority wrestlers differently than Caucasian wrestlers. For example, on numerous occasions, I observed WCW officials "push" a Caucasian wrestler over a non-Caucasian wrestler. In wrestling terms, a wrestler is "pushed" when that wrestler is provided television exposure and/or is scripted to prevail in a particular match. As it is well known in the industry, the WCW officials would write scripts as to which wrestler would prevail. On numerous occasions, I believe that the Caucasian wrestler was unnecessarily scripted to prevail over the African-American wrestler.

17.

For example, I recall a wrestling match between a wrestler named Stevie Ray (African-American), who was one of two members of the very successful Harlem Heat duo. On that particular match, the Caucasian wrestler, David Flair, was scripted to prevail over Stevie Ray. Although Stevie Ray had been extremely

successful in his participation with the Harlem Heat duo, and although Stevie Ray was considered by myself and others a much better athlete and performer than David Flair, David Flair was scripted to prevail over Stevie Ray, nonetheless.  It is my belief that this decision is one of the many times that wrestling victories were scripted based on a racial bias.

18.

Similarly, David Flair was routinely scripted to prevail over Ice Train (African-American) even though Ice Train was a very strong and solidly built wrestler who was much bigger than David Flair.  And on the one occasion when David was not scripted to prevail, Ice Train effectively destroyed (and even injured) David Flair.

19.

I also observed the treatment of an African-American wrestler named "Hard Body" Norris.  I was told Hard Body was referred to as a "dumb nigger."  I note that Hard Body was never given any meaningful chance, and was never pushed.  Hard Body was really badly treated.  A fan indicated that it seemed puzzling that Hard Body was getting beaten so easily at WCW even though he was winning the "Tough Man" Competition.  Another "Tough Man" competitor, Tank Abbott (Caucasian) was pushed very hard, and had great exposure.

20.

I recall another interesting event when a wrestler by the name of Booker T was scheduled to wrestle Scott Steiner.  I believe this was in the summer of 2000, and was a very big WCW event.  Because it was a big event, I was very involved in the stage production for that particular fight.

21.

I specifically recall everybody talking about the match, and everyone stated that Scott Steiner (Caucasian) had been scripted to win that match over Booker T (African-American).  Indeed, even during some of the stage preparations, it was a known fact that Scott Steiner would be the world champion for WCW by the end of the night.

22.

Even though Scott Steiner had been designated the world champion, I was informed before the match that there had been a change. I was informed that Booker T would become the champion instead of Scott Steiner. During my production work, I had my headsets on and I heard various conversations. During these conversations, I heard Vince Russo and Terry Taylor calling the shots. These two individuals made it known to the WCW workers that Booker T would be the champion that night, and not Scott Steiner.

23.

I was extremely surprised and taken back. In my experience, I had never witnessed a change of the designated winner so close before the match. Myself and many people all wondered what the reason was for the abrupt change in the scripted winner. We thought it was quite unusual, if not bizarre, to change the designated world champion on the day of the match. Even after the show, people were shocked at the abrupt change.

24.

I heard several WCW employees state that the reason for the abrupt change was a response to the racial allegations raised by wrestlers against WCW. These employees, recognizing that Booker T. was African-American, concluded that WCW officials such as Russo and Taylor made this move to conceal their racially discriminatory practices and to provide a defense to the lawsuits involving racial discrimination.

25.

Although I witnessed many discriminatory acts and statements, I did not personally raise any formal complaints. I am aware that another African-American, Pez Whatley, did vocalize his opposition to racially discriminatory practices that he perceived. I believe that Pez Whatley suffered retaliation for raising his concerns of racial issues and discrimination. For example, Pez Whatley was no longer pushed, was no longer involved in training as he had done before, and was essentially removed from wrestling and demoted to menial labor such as setting up the ring.

26.

In addition to discrimination against African-American wrestlers, I also believe that WCW has favored Caucasian wrestlers over Asian-American and Hispanic wrestlers. I recall a particular group of Asian-American wrestlers known as the Young Dragons. Although I felt that they had much to contribute to the wrestling entertainment, these individuals were never "pushed" or given any meaningful exposure. I recall one match whereby the fans were overwhelmingly in favor of the Young Dragons over Three Count (all of whom were Caucasian). Nevertheless, the Young Dragons were not pushed after this event, but WCW did continue to push Three Count.

27.

As to another individual Sonny Onoo, I believe that he was treated differently because he was not part of the "good old boys" network as I described earlier. Sonny, an Asian-American, was never accepted and brought into the inner circle even though he was extremely knowledgeable about the wrestling industry, and was a very capable and hard working person.

28.

As to Sonny Onoo, I am now aware that Sonny Onoo was not a full time employee of WCW. This surprises me because Sonny had an office, was listed on the extension list of WCW personnel, and contributed greatly to WCW. In addition to serving in numerous capacities such as agent, entertainer, coordinator of talent, Sonny also translated for Hispanic and Asian wrestlers.

29.

Jimmy Hart's work was very similar to the work done by Sonny Onoo. Similar to Sonny, he was responsible for recruiting and developing talent. Although Jimmy didn't work as a translator, they essentially performed similar work. Although I am not taking anything away from Jimmy Hart, I believe that Sonny was just as qualified (or even more so given his language skills) as Jimmy Hart.

30.

As to Asian-Americans, I also recall seeing a "Chinese menu," on the bulletin board at WCW. This "Chinese menu" portrayed Chinese in a very negative manner. This is one

example of the atmosphere at WCW, which tolerated and perpetuated racial stereotypes and racial prejudices.

31.

As for me, I also believe that I was personally treated differently because of my race when WCW hired Caucasians, and paid them more compensation than I was receiving.

32.

As I indicated earlier, I have much experience in stage production and am capable of performing every aspect of preparing a stage event. At one point, I was working as the prop master, carpenter, stage manager, and performing any and all other work for WCW. Although I felt that I was being overworked, and spread too thin, I did not complain and did what was asked of me.

33.

I did become quite upset, however, when WCW hired Caucasians to perform my tasks, but paid them even more than I was making. For example, WCW hired Trevor George, Art Shipley, and Scott Stevens (all of whom are Caucasian) to work on the props. I believe that WCW paid each of these Caucasian individuals more than what I was making even though they were only doing one part of the job that I had done, and even though they did not have nearly the extensive experience in stage management and production. Similarly, WCW hired Ellis Edwards to do the stunts and the props, and also paid him more than I was making. Again, I was much more qualified for the type of work than Mr. Edwards, but I believe WCW paid him more than I was paid.

34.

I believe that the manner in which WCW handled this situation, and paid the Caucasian workers more money than I was making was racially biased.

35.

As I indicated earlier, I did not confront the WCW officials with my complaints about discrimination. I heard from several individuals that I was known as the "good nigger." I was basically told that because I did not make any waves, called

the Caucasian officials "Sir" and "Mr.," and because I did everything that I was told, that I was considered "a good nigger."

36.

In addition to the racial discrimination against WCW wrestlers and employees, I also believe that WCW officials discriminated against wrestling fans based on race.

37.

I previously addressed Doug Dillinger.  I also add that, on numerous occasions, I observed Doug Dilinger, the chief of security, provide promotional gifts and souvenirs to Caucasian children, but did not treat African-American children the same.

38.

I was offended by Mr. Dillinger's flagrant favoritism towards Caucasian kids.  I made my best effort to treat all of the children the same, regardless of their race (although I did go out of my way to take care of any children with apparent handicaps).  As to Mr. Dillinger, I recall, during the O.J. Simpson trial stating that "yes I used the "N word," and I will use it again."  He then stated that it would not effect the way he would act in the work place, but I believe that his actions speak louder than his words.

39.

I recall Terry Taylor stating that they did not need to "worry about spies or brothers; they just need to get to the back of the line."  I believe that he was referring to African-Americans, and any person who would raise complaints about the treatment of African-Americans. He was indicating that they would be put at the back of other persons seeking advancement at WCW.

40.

As to Terry Taylor, I was told by another person that when WCW signed Hulk Hogan, that Terry Taylor stated that WCW was bringing in Hogan, and he didn't want any blacks on the show to take away from Hogan coming back into the limelight. From my understanding, Taylor didn't want any black wrestlers to take away from his intended effect in bringing in Hogan.

I have read the above. It is true and correct.

FURTHER THE AFFIANT SAYETH NOT.

_____
Moses Williams

Sworn to and Subscribed
Before me this _18th_ day of
_February_, 2002.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES NOV. 13, 2002



# EXHIBIT / ATTACHMENT

## _____E_____

(To be scanned in place of tab)

**From:**    Davidson, Georgia
**Sent:**    Wednesday, October 06, 1999 3:44 PM
**To:**    Myers, Diana
**Subject:**    RE:

Jose Carrera Gomez (Damien)
Art Flores (Spyder)
Marcial Davis (trainee)
Manuel Ortiz-Partida (Ciclope)
Rafael Garcia Sanchez (Super Calo)

GA

    -—Original Message—-
    **From:**    Myers, Diana
    **Sent:**    Wednesday, October 06, 1999 3:22 PM
    **To:**    Davidson, Georgia
    **Subject:**

which mexicans have we released by already sending letters?

dm



PLAINTIFF'S
EXHIBIT
74

WCW 020478
CONFIDENTIAL

1



# EXHIBIT / ATTACHMENT

## F

(To be scanned in place of tab)

## Sonny Onoo

From:       tbs.info@turner.com
Sent:       Wednesday, September 30, 1998 2:52 PM
To:         all@webtv.turner.com
Subject:    TBS EMPLOYEE BENEFITS MEETING



MEMORANDUM

DATE:    September 30, 1998

TO:      All Employees

FROM:    TBS, Inc. Benefits Department

RE:      Employee Benefits Meetings


TBS Employee Benefits and Fidelity representatives will be conducting important employee meetings about the TBS Retirement Savings Plan/Time Warner Savings Plan merger and 1999 Open Enrollment in your TBS location tomorrow!

Attend a meeting and get information about the Savings Plan benefit changes, new investment options, Plan transition issues and 1999 Open Enrollment highlights. Attendance is not mandatory—but strongly recommended. These employee meetings will be your forum to discuss the issues and ask any questions about the upcoming changes.

Contact the Employee Benefits department at 404-827-2006 if you have any questions about the following meetings scheduled in your TBS location. Attend and claim your Benefits Bonus.


| DATE | CITY | LOCATION | MEETING TIME |
|---|---|---|---|
| 10/1/98 | CHICAGO | CNN | 10 am |
| | | TBS Sales | 2 pm, 4pm |
| | DALLAS | New Line Cinema | 10 am |
| | | CNN | 2 pm |
| 10/2/98 | DETROIT | TBS Sales | 10 am |
| | | CNN | 2 pm |
| | MIAMI | CNN | 9 am |
| | | TBS International | 2 pm |
| 10/6/98 | LOS ANGELES | Castle Rock | 9:30 am |
| | | Century City | 12:30 pm, 3:30 pm |
| | NEW YORK | CNN | 8 am, 11 am, 3 pm |
| 10/7/98 | LOS ANGELES | New Line Cinema Robertson | 9:30 am, 11:30 pm |
| | | New Line Cinema San Vicente | 2:30 pm |
| | NEW YORK | TBS Sales | 10 am |
| | | New Line Cinema | 2 pm, 4 pm |
| 10/8/98 | LOS ANGELES | Warner Brothers | 1:30 pm |
| | | CNN | 4 pm |
| | NEW YORK | TBS Sales | 10 am |
| | WASHINGTON | CNN | 4 pm |
| 10/9/98 | SAN FRANCISCO | CNN | 9 am |
| | | TNS | 11 am |

P001229

1

| Date | City | Location | Times |
|---|---|---|---|
| | WASHINGTON D.C. | | 8 am, 1 pm |
| 10/13/98 | ATLANTA | Techwood | 9am, 11am, 1pm, 3pm |
| 10/14/98 | ATLANTA | CNN Center | 7am, 10am, 1pm, 3pm |
| 10/15/98 | ATLANTA | CNN Center | 9am, 12pm, 3pm, 9pm |
| 10/16/98 | ATLANTA | Williams Street | 9 am |
| | | Inforum | 12 pm |
| | | New Line Cinema | 3 pm |
| 10/21/98 | LONDON | Rathbone Place | TBD |

P001230



# EXHIBIT / ATTACHMENT

## _____G_____

(To be scanned in place of tab)

## CERTIFICATE OF RESULTS AND PROCEEDS

Pursuant to an employment agreement between Eric Bischoff Productions, Inc. ("Lender") and me, and pursuant to a Consulting Agreement dated as of March 14, 2000 between Lender and Turner Entertainment Group, Inc. ("Company") with respect to (inter alia) the provision of my consulting services to Company (the "Consulting Agreement"), Lender and I hereby certify as follows:

1. For purposes of this Certificate, the term "Programs" shall mean all WCW shows, programs, productions and appearances of any kind or nature (whether live, filmed, taped or otherwise) on or for which Lender and/or I render or furnish consulting services of any kind or nature, including without limitation, my on camera services (and regardless of whether such services are in writing or otherwise and regardless of whether or not such services are ultimately included in the Programs) pursuant to Paragraphs 3 and 4 of the Consulting Agreement (but not Paragraph 5 thereof, unless and until accepted by Company pursuant to its 'first look' rights thereunder).

2. All literary or other material of whatever kind or nature, written or to be written, furnished or to be furnished, by Lender or me at any time, and all of the results and proceeds of my services in and in connection with the Programs (all such material and all such results and proceeds being collectively, the "Material") shall be solely created by me as a "work-made-for-hire" specifically ordered or commissioned by Company for use as part of the Programs, with Company being deemed the sole author of the Material and the owner of all rights of every kind or nature, whether now known or hereafter devised (including, but not limited to, all copyrights and all extensions and renewals of copyrights), in and to the Material, with the right to make all uses thereof and the right to control the exploitation of the Material, in perpetuity throughout the universe, in any and all media (whether now known or hereafter devised) and the right to make all changes in the Material as Company elects, in its sole discretion. The Material shall include, without limitation, the "Plan," as defined in Paragraph I of the Consulting Agreement. If, under any applicable law, the fact that the Material is a work-made-for-hire is not effective to place authorship and ownership of the Material, and all rights therein, in Company, then, to the fullest extent allowable and for the full term of protection otherwise accorded to Lender and me, Lender and I hereby irrevocably and exclusively assign and transfer such rights to Company. Lender and I hereby waive all rights of "droit moral" or "moral rights of authors" and any similar rights (if any) which I may now or hereafter have in the Material.

3. Lender and I warrant and represent that (a) except to the extent that it is based upon material assigned to Lender or me by Company to be used as the basis therefor, the Material is and shall be original with Lender and me; and (b) as far as Lender and I know, or should have known in the exercise of reasonable prudence, the Material does not and shall not infringe upon or violate the rights (including, without limitation, the copyright or trademark) of any kind or nature of any person or entity. Lender and I shall indemnify and hold harmless Company and its respective parent, subsidiary, related and affiliated entities ("Related Entities"), and their respective employees, directors, officers, agents, assigns and licensees, from and against any and all claims, liabilities, obligations, costs, damages and expenses (including, without limitation, reasonable attorneys' fees and court costs) arising out of or in connection with a breach of any representation or warranty made by Lender and me under this Certificate. Company agrees to indemnify and hold Lender and me harmless from and against any and all claims, liabilities, obligations, costs, damages and expenses (including, without limitation, reasonable attorneys' fees and court costs) arising out of or in connection with material furnished to me by Company specifically for use in the Material, or any alteration of the Material by Company and/or the development, production, distribution and exploitation of the Programs, except for any claims as to which Lender's or my indemnity applies.

121350.06

CONFIDENTIAL
WCW 101061

4. In no event shall this Certificate or rights granted hereunder be subject to termination or rescission by Lender or me for any reason whatsoever, and without limiting the foregoing, Lender and I hereby waive any and all right to injunctive or other equitable relief in connection with the Material and the Programs and acknowledge that the sole remedy for any breach (if any) by Company of the Consulting Agreement or this Certificate shall be limited to an action at law for damages, if any.

The provisions of this Certificate shall survive the termination or expiration of Lender's and my engagement by Company pursuant to the Consulting Agreement.

I have caused this document to be executed as of April 1, 2000.

Accepted and Agreed to:

ERIC BISCHOFF PRODUCTIONS, INC.

By: _____

Its: _____

Federal ID#: _____

_____
ERIC BISCHOFF

TURNER ENTERTAINMENT GROUP, INC.

By: _____

Its: _____

121350.06

CONFIDENTIAL
WCW 101062

Turner Entertainment Group, Inc.
1050 Techwood Drive
Atlanta, Georgia 30318

As of March 14, 2000

Eric Bischoff Productions, Inc. and
Mr. Eric Bischoff
c/o Creative Artists Agency
9830 Wilshire Blvd.
Beverly Hills, CA 90212-1825
Attn: David Tenzer

RE:    Consulting Agreement

Dear Gentlemen:

This will set forth the material terms of agreement (the "Agreement") between Eric Bischoff Productions, Inc. ("Lender") and Eric Bischoff ("Consultant"), on the one hand, and Turner Entertainment Group, Inc. ("TEG"), on the other, as follows:

I. Condition Precedent: The effectiveness of this Agreement is conditioned upon Consultant's in-person presentation to TEG's designee, Bradley Siegel ("Siegel") of Consultant's written plan/proposal for World Championship Wrestling (the "Franchise") for the year 2000 (the "Plan") and Siegel's approval (in his sole discretion) of such Plan (the "Condition Precedent"), such approval or disapproval to be given at the conclusion of such meeting. The parties are intending to meet on Wednesday, March 15, 2000. If Siegel disapproves the Plan, then: (a) this Agreement shall be null and voice and of no force or effect; and (b) the Employment Agreement dated January 1, 1998 between Consultant and World Championship Wrestling, Inc. ("WCW") (the "Employment Agreement") shall remain unchanged and in full force and effect. If Siegel approves the Plan, then this Agreement shall become effective and the following provisions shall apply. The parties acknowledge that the Condition Precedent has been fulfilled.

II. New Consulting Agreement: If (and only if) the Condition Precedent is fulfilled, and subject to the execution by Consultant and WCW of a Mutual Termination and Release (the "Release"), then as of April 1, 2000 (the "Effective Date"), the following shall apply:

1. In full and complete consideration for all rights in the Plan (including, without limitation, Company's ownership of the Plan and all the results and proceeds of Lender and Consultant's services in connection with creating, preparing and presenting the Plan) and in consideration for Lender and Consultant's execution and delivery of this Agreement, Company agrees to pay Lender the sum of One Million One Hundred Four Thousand Two Hundred Fifty Dollars ($1,104,250) (the "Plan Consideration"), payable as follows: (a) Two Hundred Thousand Dollars ($200,000) upon Lender and Consultant's execution and delivery of this Agreement

121350.06

1

CONFIDENTIAL
WCW 101063

and the Certificate of Results and Proceeds attached hereto and incorporated herein by this reference; and (b) the balance payable in equal monthly installments over the "Initial Consulting Term," as defined below.

2. Consulting Term. The "Consulting Term" shall commence upon the Effective Date and shall continue thereafter through December 31, 2001 (sometimes, the "Initial Consulting Term"), with TEG having two consecutive options to extend the Consulting Term as set forth in Paragraph 11 below.

3. Engagement of Services. During the Consulting Term, Lender shall furnish the services of Consultant, on an independent contractor basis, to TEG (or any affiliated entity(ies) designated by TEG including, without limitation, WCW) to render all the services and to fulfill all the obligations set forth in this Agreement. Such services shall be rendered on a "pay or play" basis (i.e., no obligation to use, subject to payment). The services of Consultant are of the essence hereunder and may not be assigned or delegated by Lender or Consultant. In rendering his services, Consultant shall report directly to Siegel (unless TEG or Siegel designates another person from time to time (the "Designee"); provided that such Designee will be the most senior executive of WCW or another TEG executive of comparable position)) and, as between Consultant and TEG, TEG shall have ultimate creative approval on all matters (after good faith consultation with Consultant).

4. Consulting/On-Camera and Related Services. During the Consulting Term, Lender shall furnish Consultant's services as follows:

(a) Consultant shall render consulting services, as required by TEG, with respect to WCW creative matters, including, without limitation, providing creative direction to the creative team, with the goal of improving Weekly Program (i.e., "Nitro" and "Thunder") ratings and Pay Per View buys.

(b) Consultant shall appear in up to (as required by TEG) 70 "Appearances" per year of the Consulting Term (i.e. 70 during the year 2000, 70 during the year 2001 and so on). "Appearances" shall mean televised shows (including Weekly Programs and Pay Per Views) ("Shows") and press events, cable operator and ad sales meetings and industry events and other promotional appearances (collectively, "Events") as may be designated from time to time by TEG. If Consultant's attendance at any Event (as opposed to Show) occurs while Consultant is on the road with WCW, then such Appearance will not be counted separately (for purposes of calculating the maximum appearances). However, if Consultant is required to attend an Event separate and apart from his travelling with the Show (e.g., if TEG requires Consultant to go to a press event in New York while Consultant is on the road in St. Louis), then such attendance shall count as a separate Appearance hereunder. Any Appearance in excess of 70 in any year shall be by mutual agreement of TEG and Lender and, if the parties have agreed to same, shall be compensated at $3,000 per such additional Appearance (the "Overage Fee").

121350.06                                    2

CONFIDENTIAL
WCW 101064

(c) Consultant will travel to Atlanta (at TEG's expense, as set forth in Paragraph 9 below) as reasonably necessary and required by TEG for overall consultations (but no more than 24 trips per year to Atlanta can be required by TEG).

(d) Neither Lender nor Consultant shall have any authority to hire or fire any individual or entity employed or engaged by TEG, WCW and/or any affiliated or related persons or entities, nor shall Lender or Consultant otherwise commit TEG, WCW and/or any affiliated or related persons or entities to any liability or obligation of any kind or nature. Without limiting the foregoing, it is understood and agreed that all decisions regarding the staff and personnel of WCW shall be made by Siegel and/or the Designee, in their sole discretion.

5. Development/Production Component: During the Consulting Term:

(a) Lender and Consultant will create, find and bring to TEG projects suitable for production as television movies, pilots and/or series (each, a "Project").

(b) TEG shall have an exclusive 30-day 'first look' on all Projects.

(c) Any "Consultant-Initiated Project," as defined below, not accepted by TEG for development or production will be free for Lender to shop elsewhere, subject to customary changed elements resubmission to TEG; however, during the Consulting Term, Lender shall not be entitled to shop elsewhere any Consultant-Initiated Projects which are about, related or connected to wrestling. A "Consultant-Initiated Project" shall mean a Project which is initiated and brought to TEG (or the applicable TEG network) wholly by Lender and Consultant.

(d) Upon TEG's request, Consultant shall render reasonable and customary development and (if applicable) production services on all Projects accepted by TEG for development and/or production and on any other projects which TEG may elect, in its sole discretion, to assign to Consultant for his development and/or production services.

(e) A "Production" shall mean a television movie or series pilot intended for initial telecast on TNT or TBS (or other TEG affiliated station or service), including, without limitation, those based on Projects submitted by Consultant as part of the first look. TEG will guarantee Lender, on a pay-or-play basis the applicable Producing Fee (as defined in Paragraph 7(c) below) on: (i) three (3) Productions during the Initial Consulting Term (i.e., from the effective date of this Agreement through December 31, 2001); (ii) two (2) Productions during the first Option Term, if any; and (iii) two (2) Productions during the second Option Term, if any.

121350.06                                    3

CONFIDENTIAL
WCW 101065

(f) For purposes of TEG's first look, Consultant will submit to TEG no fewer than nine Projects in 2000 and no fewer than 12 Projects in 2001 (and no fewer than 12 Projects during each of the First Option Term and Second Option Term, if any), for consideration and mutual agreement. Each Production will be chosen by Consultant and TEG; however, in the event of an impasse, TEG's decision shall be final. TEG may also submit projects to Consultant and may assign Consultant to a Production, at its discretion (but cannot assign Consultant to more than 3 Productions during the Initial Consulting Term or more than 2 Productions during each one-year Option Term, if any).

6. Exclusivity. Lender and Consultant shall be exclusive to TEG during the Consulting Term with respect to: (a) all forms of wrestling and all wrestling-related matters, in the broadest possible terms; (b) Consultant's on-camera services (whether wrestling related or otherwise); and (c) all other staged entertainment-sports programming, in any media (including, without limitation, roller derby) ("Hybrid Sports"), it being understood that "Real Sports," as defined below, shall be excluded. As to any sports which constitute real (and not staged) competition (a "Real Sport") (and, for purposes of this definition, roller derby shall constitute a Hybrid Sport, and not a "Real Sport"), TEG shall have an exclusive right of first look and first negotiation regarding Lender or Consultant's development, exploitation and/or production thereof.

7. Compensation: In full and complete consideration for all of Lender's and Consultant's services and obligations under this Agreement, Lender shall receive, as applicable:

(a) Base Fee: For all of Lender's and Consultant's services (other than production services) a "Base Fee" (which shall be in addition to the Plan Consideration) of: (i) $200,000 per year of the Initial Consulting Term (i.e. $200,000 for services during the year 2000 and $200,000 for services during the year 2001); (ii) if TEG exercises the first option: $350,000 Base Fee for the first Option Term; and (iii) if TEG exercises the second option: $400,000 Base Fee for the second Option Term. Each year's Base Fee shall be payable in equal monthly installments (in arrears, at the end of the applicable month of such services) over the applicable year. The Base Fee for the Initial Consulting Term shall be "pay or play" upon the Effective Date; and each optional Base Fee shall be "pay or play" upon TEG's exercise of the applicable year's option, if at all. The Overage Fee (if any) described in Paragraph 4(b) above shall be in addition to the applicable year's Base Fee.

(b) Bonuses: Bonuses based on the Weekly Program ratings increases and Pay Per View buy rate increases as follows:

(i) For each Weekly Program for which Consultant actually supervises the writing and/or creative, an additional $2500 per tenth of rating point that the average rating of all Weekly Programs (averaging together each hour of each of the individual Programs) during each "Ratings Bonus Period" (defined below) fully completed

121350.06

4

CONFIDENTIAL
WCW 101066

prior to termination exceeds the "Base," as defined below, on a national cable basis (as reported by Neilsen). By way of example only, if the average rating during a Ratings Bonus Period exceeds the Base by .2 rating points, then Consultant will be entitled to $5,000 for such Ratings Bonus Period. The "Ratings Bonus Period" shall be each three successive month period, the first such Period to commence upon start of the Consulting Term. The "Base" shall mean the average rating of all Weekly Programs (averaging together each hour of each of the individual Programs) for the three month period immediately preceding the applicable Rating Bonus Period.

(ii) For each Pay Per View for which Consultant actually supervised the writing and/or creative, Consultant shall receive the following amounts in the event the corresponding "buy rates" (including satellite) are achieved as reported by TEG's Pay Per View distributor:

| Buy Rate: | Bonus Compensation*: |
|---|---|
| Btwn .50-.59 | $15,000 |
| Btwn .60 - .69 | $17,500 |
| Btwn .70 - .79 | $20,000 |
| Btwn .80 - .89 | $22,500 |
| Btwn .90 - .99 | $25,000 |
| 1.00 or more | $30,000 |

*Amounts reflected are each cumulative totals and reflect the total amount earned per program.

By way of example, if the buy rate for a specific Pay Per View is .84, Lender's Bonus Compensation for the Pay Per View will be $22,500.

(c) Producing Fee for Productions: For Consultant's producing services on a Production, the following applicable "Producing Fee" (payable over the course of pre-production, photography and post-production, pursuant to the applicable TEG network's standard 20/60/10/10 payment schedule):

(i) During the Initial Consulting Term: For each Production based on a Consultant-Initiated Project: $125,000; or for each Production based on a project which is not a Consultant-Initiated Project: $100,000.

(ii) During the first Option Term, if any: For each Production based on a Consultant-Initiated Project: $175,000; or for each Production based on a project which is not a Consultant-Initiated Project: $150,000.

121350.06                                    5

CONFIDENTIAL
WCW 101067

(iii) During the second Option Term, if any: For each Production based on a Consultant-Initiated Project: $200,000; or for each Production based on a project which is not a Consultant-Initiated Project: $175,000.

(d) IGR Participation: For each Production based on a Consultant-Initiated Project and on which Consultant actually renders producing services, an amount equal to fifteen percent (15%) of 100% of "International Gross Receipts" ("IGR") as defined pursuant to TNT's standard definition, after the first $1 Million in IGR; provided, however, that Lender's participation shall be subject to reduction (to a floor of 10%), on a point by point basis, if and to the extent another producer is granted, and is entitled to receive, an IGR participation on such Production.

8. Office/Assistant. During the Consulting Term, Lender shall be provided with (or reimbursed for) reasonable and verifiable out-of-pocket costs actually spent or incurred by Lender for an office and assistant for Lender and Consultant (in the city in which Consultant lives) to render their services hereunder, the aggregate cost of which shall not exceed $6,000 per month. Lender shall engage any such office and assistant directly and TEG shall have no liability therefor (other than payment of the monthly allowance set forth above in this Paragraph 8).

9. Travel Expenses. If Consultant is required by TEG to travel more than 100 miles outside his residence to render his consulting services hereunder including, without limitation, pursuant to Paragraph 4 above (e.g., to and from the site of a Weekly Program, Pay Per View and/or other Event), then Lender shall be provided with (or reimbursed for) first class roundtrip airfare (if available and if used) and reasonable first class hotel, car rental and other incidental expenses. TEG and Lender shall work out in good faith a reasonable travel budget, with a cap, for Consultant's travel in connection with his development and production services hereunder.

10. Other Matters Regarding Productions.

(a) Credit:

(i) On each Production based on a Consultant-Initiated Project, Consultant shall be entitled to receive an "Executive Producer" credit (which may be sole or shared, in TEG's discretion);

(ii) On each Production on which Consultant actually renders producing services, but which is not based on a Consultant-Initiated Project, Consultant shall be entitled to receive a "Co-Executive Producer" or "Associate Producer" credit.

(b) Series Royalty: With respect only to a Consultant-Initiated Project which is brought to TEG as a pilot (whether one or two hour pilot) for a series (as opposed to a movie-for-television Project): If such pilot is produced and goes to series, then Lender shall receive a per episode royalty

121350.06                                6

CONFIDENTIAL
WCW 101068

of $4,000 per series episode produced and telecast (reducible if and to the extent there are other producers or creators of such pilot or series who are entitled to receive a royalty, to a floor of no less than $2,000 per episode), provided Consultant is not rendering services on such series.

(c)  CAA Package Fee:  On each Production based on a Consultant-Initiated Project, CAA will be entitled to receive its package fee in accordance with the then-applicable arrangement between CAA and TNT Originals.

11.  Options/First Negotiation.

(a) TEG is hereby granted two exclusive dependant options to extend the Consulting Term for two consecutive one (1) year periods (each one year extension sometimes referred to as an "Option Term"), each option to be exercisable by written notice from TEG given no later than 30 days prior to the end of the then-current Consulting Term (i.e., as to the first such option, no later than December 1, 2001; and as to the second such option, if the first option has been exercised, no later than December 1, 2002). If TEG exercises an option, the Consulting Term shall be so extended and the terms and conditions of this Agreement (other than payment of Plan Consideration) shall also apply during such extension(s), subject to any changes expressly set forth in this Agreement.

(b) If TEG elects not to exercise its option to extend the Consulting Term, TEG shall nonetheless have an exclusive right of first negotiation during the final 30 day period of the Consulting Term, with respect to Lender and Consultant's services following the Consulting Term.

12.  Independent Contractors.  Consultant and Lender, on the one hand, and TEG (and its affiliated and related entities), on the other hand, are independent contractors with respect to each other.  Without limiting the foregoing, Lender shall be solely responsible for the payment of all taxes which may be imposed upon, or levied against payments made by TEG to Lender hereunder and Lender shall indemnify TEG (and its affiliates) from any claims, penalties, etc. arising from Lender's failure to pay such taxes.

13.  Services Unique; Confidentiality.

(a) The parties acknowledge and agree that Lender and Consultant's services and exclusivity under this Agreement are of a unique, special and extraordinary nature, the loss of which cannot be adequately compensated by monetary damages.  Accordingly, without limiting Company's rights and remedies, Lender and Consultant agree that Company will be entitled to seek to enforce any or all of the provisions of this Agreement (including, without limitation, Paragraph 6 hereof) by injunctive and/or other equitable relief.

121350.04                                    7

CONFIDENTIAL
WCW 101069

(b) Lender and Consultant agree to the provisions set forth on Exhibit "A" which is attached hereto and incorporated herein by this reference.

14. Payment Address. Lender authorizes and instructs TEG to send all payments under this Agreement to Lender at the following address (unless and until Lender otherwise timely instructs TEG in writing):

> Eric Bischoff Productions, Inc.
> 180 Castlebar Court
> Mableton, Georgia 30059 *30126*

15. Prior Agreements: More Formal Agreement. This Agreement supersedes all prior agreements and understandings between the parties hereto, whether oral or written, pertaining to the subject matter hereof (other than the Release). Lender, Consultant and TEG agree to negotiate, in good faith, and enter into a more formal agreement, containing the above material terms, along with other terms and conditions customary and standard for arrangements of this type. However, unless and until such more formal agreement is executed by all parties, this Agreement shall remain a final and binding agreement in accordance with its terms.

Please indicate your acceptance of this Agreement (including, without limitation, Exhibit "A") by your signature below.

Very truly yours,

Accepted and Agreed to:

TURNER ENTERTAINMENT GROUP, INC.

By: _____

Its: President

ERIC BISCHOFF PRODUCTIONS, INC.

By: _____

Its: President

Federal ID#: 94 336 1415

_____
ERIC BISCHOFF

121350.06                                    8

CONFIDENTIAL
WCW 101070

## Exhibit "A"

For purposes of this Exhibit "A", the following terms shall have the following respective meanings:

"You" shall mean Eric Bischoff Productions, Inc. and Eric Bischoff, individually and collectively.

"Company" shall mean Turner Entertainment Group, Inc., its affiliated and related entities (including, without limitation, World Championship Wrestling).

"This Agreement" shall mean the Consulting Agreement between You and Company, dated as of March 14, 2000 to which this Exhibit is attached.

You agree that you will not, without express prior written consent of the Company unless required by law, disclose or divulge to any other person or entity, or use or modify for use, directly or indirectly in any way for any person or entity: (i) any of the Company's "Confidential Information" (as hereinafter defined) disclosed to you during the Consulting Term (as defined in this Agreement) at any time (during or after the termination of the Consulting Term) through the period ending twelve (12) months after the expiration or termination of this Agreement; (ii) any of the Company's "Trade Secrets" (as hereinafter defined) (during or after the termination of this Agreement) at any time during which data or information continues to constitute a "trade secret" under applicable law. For purposes of this Agreement, "Confidential Information" and "Trade Secrets" shall be defined, respectively, as follows: "Trade Secrets" shall mean information or data of or about the Company or any affiliated entity, including, but not limited to, technical or non-technical data, formulas, patterns, compilations, programs, devices, methods, techniques, drawings, processes, financial data, financial plans, products plans, or lists of actual or potential customers, clients, distributees, or licensees, that: (i) derive economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means by, other persons who can obtain economic value from their disclosure or use; and (ii) are the subject of efforts that are reasonable under the circumstances to maintain their secrecy. To the extent that the foregoing definition is inconsistent with a definition of "trade secret" mandated under applicable law, the latter definition shall govern for purposes of interpreting your obligations under this Agreement. "Confidential Information" shall mean valuable, non-public, competitively sensitive data and information relating to the business of the Company or any affiliated entity, other than Trade Secrets. You acknowledge and agree that any unauthorized disclosure or use of any of the Trade Secrets or Confidential Information would be wrongful and would likely result in immediate and irreparable injury to the Company.

You also agree that the terms of this Agreement shall be deemed Confidential Information of the Company and shall not be discussed or disclosed by you with any person other than your spouse (if applicable), attorney, or accountant, provided that such discussions or disclosures shall be conditioned upon the agreement of the person to whom the terms are disclosed to maintain the confidentiality of such terms. Nothing contained in the foregoing sentence shall be deemed to limit your rights to pursue or enforce any legal rights which you may have, but only if and to the extent not violative of, or inconsistent with, the terms, conditions, provisions and releases set forth elsewhere in this Agreement.

121350.86

9

CONFIDENTIAL
WCW 101071

## CERTIFICATE OF RESULTS AND PROCEEDS

Pursuant to an employment agreement between Eric Bischoff Productions, Inc. ("Lender") and me, and pursuant to a Consulting Agreement dated as of March 14, 2000 between Lender and Turner Entertainment Group, Inc. ("Company") with respect to (inter alia) the provision of my consulting services to Company (the "Consulting Agreement"), Lender and I hereby certify as follows:

1. For purposes of this Certificate, the term "Programs" shall mean all WCW shows, programs, productions and appearances of any kind or nature (whether live, filmed, taped or otherwise) on or for which Lender and/or I render or furnish consulting services of any kind or nature, including without limitation, my on camera services (and regardless of whether such services are in writing or otherwise and regardless of whether or not such services are ultimately included in the Programs) pursuant to Paragraphs 3 and 4 of the Consulting Agreement (but not Paragraph 5 thereof, unless and until accepted by Company pursuant to its 'first look' rights thereunder).

2. All literary or other material of whatever kind or nature, written or to be written, furnished or to be furnished, by Lender or me at any time, and all of the results and proceeds of my services in and in connection with the Programs (all such material and all such results and proceeds being collectively, the "Material") shall be solely created by me as a "work-made-for-hire" specifically ordered or commissioned by Company for use as part of the Programs, with Company being deemed the sole author of the Material and the owner of all rights of every kind or nature, whether now known or hereafter devised (including, but not limited to, all copyrights and all extensions and renewals of copyrights), in and to the Material, with the right to make all uses thereof and the right to control the exploitation of the Material, in perpetuity throughout the universe, in any and all media (whether now known or hereafter devised) and the right to make all changes in the Material as Company elects, in its sole discretion. The Material shall include, without limitation, the "Plan," as defined in Paragraph I of the Consulting Agreement. If, under any applicable law, the fact that the Material is a work-made-for-hire is not effective to place authorship and ownership of the Material, and all rights therein, in Company, then, to the fullest extent allowable and for the full term of protection otherwise accorded to Lender and me, Lender and I hereby irrevocably and exclusively assign and transfer such rights to Company. Lender and I hereby waive all rights of "droit moral" or "moral rights of authors" and any similar rights (if any) which I may now or hereafter have in the Material.

3. Lender and I warrant and represent that (a) except to the extent that it is based upon material assigned to Lender or me by Company to be used as the basis therefor, the Material is and shall be original with Lender and me; and (b) as far as Lender and I know, or should have known in the exercise of reasonable prudence, the Material does not and shall not infringe upon or violate the rights (including, without limitation, the copyright or trademark) of any kind or nature of any person or entity. Lender and I shall indemnify and hold harmless Company and its respective parent, subsidiary, related and affiliated entities ("Related Entities"), and their respective employees, directors, officers, agents, assigns and licensees, from and against any and all claims, liabilities, obligations, costs, damages and expenses (including, without limitation, reasonable attorneys' fees and court costs) arising out of or in connection with a breach of any representation or warranty made by Lender and me under this Certificate. Company agrees to indemnify and hold Lender and me harmless from and against any and all claims, liabilities, obligations, costs, damages and expenses (including, without limitation, reasonable attorneys' fees and court costs) arising out of or in connection with material furnished to me by Company specifically for use in the Material, or any alteration of the Material by Company and/or the development, production, distribution and exploitation of the Programs, except for any claims as to which Lender's or my indemnity applies.

121350.06                                        10

CONFIDENTIAL
WCW 101072

4. In no event shall this Certificate or rights granted hereunder be subject to termination or rescission by Lender or me for any reason whatsoever, and without limiting the foregoing, Lender and I hereby waive any and all right to injunctive or other equitable relief in connection with the Material and the Programs and acknowledge that the sole remedy for any breach (if any) by Company of the Consulting Agreement or this Certificate shall be limited to an action at law for damages, if any.

The provisions of this Certificate shall survive the termination or expiration of Lender's and my engagement by Company pursuant to the Consulting Agreement.

I have caused this document to be executed as of April 1, 2000.

Accepted and Agreed to:

ERIC BISCHOFF PRODUCTIONS, INC.

By: _____

Its: _____

Federal ID#: _____

_____
ERIC BISCHOFF

TURNER ENTERTAINMENT GROUP, INC.

By: _____

Its: _____

121350.06                                      11

CONFIDENTIAL
WCW 101073



# EXHIBIT / ATTACHMENT

## _____H_____

(To be scanned in place of tab)

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbott, David - Abbott, Tank  Contract-Wrestler | 03/17/1999 | 03/16/2002 | 1 Year Terms Mutual | Year  2  3 | Salary  $650,000.00  $650,000.00 | Event  All Events  All Events (2)  All TV events | Fee  $0  $0  $0 | | 0 | 0 | 365 |
| Adams, Brian - Kronic - Brian Adams  Contract-Wrestler | 01/19/2000 | 01/18/2002 | 1 Year Terms Mutual | Year  1  2 | Salary  $175,000.00  $175,000.00 | Event  All Events | Fee  $2,000 | Over 100 days per contract year. | 6 | 30 | 100 |
| Adams, Chiquita - Nitro Girl-Chiquita  Contract-Nitro Girl | 01/17/2000 | 01/16/2001 | Like Duration | Year  1 | Salary  $15,000.00 | Event  Non-TV/PR  All TV events  Valet/Physical | Fee  $250  $500  $500 | | 1 | 30 | 365 |
| Alfonso, Michael - Awesome, Mike  Contract-Wrestler | 04/10/2000 | 04/09/2002 | No Rollover | Year  1  2 | Salary  $350,000.00  $350,000.00 | Event  House Nightly  PPV Bonus | Fee  $2,000  $3,000 | Year 1 ($2,000 in Year 2 also)  Year 1 ($4,500 in Year 2) | 3 | 30 | 0 |
| An, Chae - Nitro Girl-Chae  Contract-Nitro Girl | 10/26/1998 | 10/25/2001 | No Rollover | Year  2  3 | Salary  $52,000.00  $52,000.00 | Event  Valet/Physical | Fee  $500 | | 1 | 30 | 365 |
| Ashenoff, Charles - Konnan  Contract-Wrestler | 01/15/1999 | 01/14/2002 | 1 Year Terms Mutual | Year  2  3 | Salary  $570,000.00  $620,000.00 | | | | 12 | 30 | 365 |
| Bagwell, Marcus - Bagwell, Marcus  Contract-Wrestler | 03/26/1998 | 03/25/2001 | No Rollover | Year  3 | Salary  $400,000.00 | | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001526

Case 1:00-cv-00368-CC   Document 116   Filed 01/16/03   Page 62 of 260

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Bancale, Jennifer - Nitro Girl - Starr<br>Contract-Nitro Girl | 03/13/2000 | 03/12/2001 | Like Duration | Year<br>1 | Salary<br>$15,000.00 | Event<br>Non-TV/PR<br>All TV events<br>Valet/Physical | Fee<br>$250<br>$500<br>$500 | 1 | 30 | 365 |
| Bellin, Melissa - Nitro Girl-Spice<br>Contract-Nitro Girl | 10/26/1998 | 10/25/2001 | No Rollover | Year<br>2<br>3 | Salary<br>$52,000.00<br>$52,000.00 | Event<br>Valet/Physical | Fee<br>$500 | 1 | 30 | 365 |
| Benninghaus, Tom - Disorderly Conduct<br>Contract-Wrestler | 06/21/1999 | 06/20/2002 | Like Duration | Year<br>1<br>2<br>3 | Salary<br>$60,000.00<br>$60,000.00<br>$60,000.00 | | | 3 | 30 | 365 |
| Bigelow, Scott C. - Bigelow, Bam Bam<br>Contract-Wrestler | 07/06/1999 | 07/05/2002 | 1 Year Terms Mutual | Year<br>1<br>2<br>3 | Salary<br>$400,000.00<br>$425,000.00<br>$450,000.00 | | | 0 | 90 | 200 |
| Bolles, Michael Allen - Horace<br>Contract-Wrestler | 12/07/1998 | 12/06/2001 | 1 Year Terms | Year<br>2<br>3 | Salary<br>$225,000.00<br>$250,000.00 | | | 3 | 30 | 365 |
| Bolles, Terry G. - Hogan, Hulk<br>Contract-Wrestler<br>See contract. | 05/29/1998 | 05/28/2002 | | | | | | 0 | 0 | 365 |
| Borden, Steven - Sting<br>Contract-Wrestler | 01/02/1999 | 01/01/2002 | No Rollover | Year<br>2<br>3 | Salary<br>$1,500,000.00<br>$1,500,000.00 | Event<br>PPV Bonus<br>Signing Bonus | Fee<br>See contract<br>$100,000 | 0 | 0 | 175 |

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Bozman-Sanchez, Vanessa - Nitro Girl-Tygress<br>Contract-Nitro Girl | 10/26/1998 | 10/25/2001 | No Rollover | Year<br>2<br>3 | Salary<br>$52,000.00<br>$52,000.00 | Event<br>Valet/Physical | Fee<br>$500 | 1 | 30 | 365 |
| Brenneman, William J. - Flynn, Jerry<br>Contract-Wrestler | 07/26/1999 | 07/25/2002 | Like Duration | Year<br>1<br>2<br>3 | Salary<br>$150,000.00<br>$150,000.00<br>$150,000.00 | | | 3 | 30 | 365 |
| Bruce, Dewayne - Power Plant-Sarge<br>Contract-Wrestler<br>Merchandise Agreement Only. | 09/01/1999 | 08/31/2001 | | | | | | 0 | 0 | 365 |
| Cain, Brad - Idol<br>Contract-Wrestler | 10/12/1998 | 10/11/2001 | 1 Year Terms | Year<br>2<br>3 | Salary<br>$110,000.00<br>$120,000.00 | | | 3 | 30 | 365 |
| Candito, Chris - Candido, Chris<br>Contract-Wrestler | 04/14/2000 | 04/13/2002 | Like Duration | Year<br>1<br>2 | Salary<br>$104,000.00<br>$104,000.00 | Event<br>All Events | Fee<br>$500 No fee for PR days. | 3 | 90 | 0 |
| Carlson, Lenny - Lane<br>Contract-Wrestler<br>Contract was amended to increase pay effective 10/13/99. Pro-rated to shortened term. | 08/03/1998 | 08/02/2000 | 1 Year Terms | Year<br>3 | Salary<br>$110,000.00 | | | 3 | 30 | 365 |
| Castellanos Torres, Dionicio - Psychosis<br>Contract-Wrestler | 10/06/1998 | 10/05/2000 | 1 Year Terms | Year<br>2 | Salary<br>$180,000.00 | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001528

# World Championship Wrestling
## Talent Database
## Contract Summary

Case 1:00-cv-00368-CC   Document 116   Filed 01/16/03   Page 65 of 260

CONFIDENTIAL
X 001529

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark, Emmett Bryan - Kronic - Bryan Clark<br>Contract-Wrestler | 01/01/2000 | 12/31/2001 | 1 Year Terms Mutual | Year<br>1<br>2 | Salary<br>$175,000.00<br>$175,000.00 | Event<br>All Events | Fee<br>$2,000 Over 100 per year. | | 6 | 30 | 100 |
| Cormier, Leonce - Burke, Leo<br>Other | 03/27/1998 | | | Year<br>1 | Salary<br>$26,071.43 | | | | 1 | 30 | 365 |
| Cornell, Richard A. - Cornell, Rick<br>Contract-Trainee | 05/19/1999 | 05/18/2002 | Like Duration | Year<br>1<br>2<br>3 | Salary<br>$33,800.00<br>$33,800.00<br>$33,800.00 | | | | 1 | 14 | 365 |
| Covell, Daniel C. - Daniels, Chris<br>Contract-Wrestler | 03/01/2000 | 02/28/2002 | Like Duration | Year<br>1<br>2 | Salary<br>$75,000.00<br>$75,000.00 | | | | 3 | 30 | 365 |
| Cutrufello, Clare M. - Nitro Girl-Payton<br>Contract-Nitro Girl | 09/01/1999 | 08/31/2002 | Like Duration | Year<br>1<br>2<br>3 | Salary<br>$15,000.00<br>$15,000.00<br>$15,000.00 | Event<br>Non-TV/PR<br>All TV events | Fee<br>$250<br>$500 | | 1 | 30 | 365 |
| Dellinger, Doug - Security Director-Doug Dellinger<br>Contract-Other<br>Merch. Agreement Only | 11/01/1998 | 10/31/2000 | | | | | | | 0 | 0 | 365 |
| Demott, William C./Bill - Captain Recton<br>Contract-Wrestler | 01/01/1999 | 12/31/2001 | 1 Year Terms Mutual | Year<br>2<br>3 | Salary<br>$250,000.00<br>$250,000.00 | | | | 3 | 30 | 365 |

# World Championship Wrestling
## Talent Database
## Contract Summary

Case 1:00-cv-00068-CC   Document 116   Filed 01/16/03   Page 66 of 260

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diaz-Mendoza, Raymundo - Villano V<br>Contract-Wrestler | 10/06/1998 | 10/05/2000 | 1 Year Terms | Year<br>2 | Salary<br>$100,000.00 | | | | 3 | 30 | 365 |
| Diaz-Mendoza, Tomas - Villano IV<br>Contract-Wrestler | 10/06/1998 | 10/05/2000 | 1 Year Terms | Year<br>2 | Salary<br>$100,000.00 | | | | 3 | 30 | 365 |
| Duggan, James E. - Duggan, Hacksaw Jim<br>Contract-Wrestler | 09/01/1999 | 08/31/2001 | No Rollover | Year<br>1<br>2 | Salary<br>$175,000.00<br>$175,000.00 | | | | 3 | 30 | 365 |
| Endres, Troy A. - Endres, Troy<br>Contract-Trainee | 04/03/2000 | 04/02/2002 | Like Duration | Year<br>1 | Salary<br>$31,200.00 | | | | 1 | 14 | 0 |
| Eudy, Sidney R. - Vicious, Sid<br>Contract-Wrestler | 06/09/1999 | 06/08/2002 | No Rollover | Year<br>1<br>2<br>3 | Salary<br>$800,000.00<br>$850,000.00<br>$900,000.00 | Event<br>PPV Bonus<br>Yr. 2 PPV Bonu<br>Yr. 3 PPV Bonu | Fee<br>$50,000 (Year 1)<br>$55,000 (Year 2)<br>$60,000 (Year 3) | | 12 | 90 | 180 |
| Falkinburg, Kimberly Lynne - Kimberly<br>Contract-Wrestler | 02/02/2000 | 02/01/2002 | No Rollover | Year<br>1<br>2 | Salary<br>$200,000.00<br>$200,000.00 | Event<br>All Events | Fee<br>$1,600  Includes PR<br>appearances. | | 0 | 0 | 125 |
| Falkinburg, Page - Page, Diamond Dallas<br>Contract-Wrestler | 02/02/1999 | 02/01/2002 | No Rollover | Year<br>1<br>2<br>3 | Salary<br>$1,150,000.00<br>$1,250,000.00<br>$1,350,000.00 | Event<br>Signing Bonus | Fee<br>$150,000 | | 0 | 0 | 150 |

CONFIDENTIAL
X 001530

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | | Annual Salary | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Faqir, Rachid Daniel - Faqir, Danny<br>Contract-Wrestler | 06/21/1999 | 06/20/2002 | Like Duration | **Year**<br>1<br>2<br>3 | **Salary**<br>$75,000.00<br>$75,000.00<br>$75,000.00 | | | 3 | 30 | 365 |
| Farmer, Jeff - NWO Sting<br>Contract-Wrestler | 06/16/1999 | 06/15/2000 | 1 Year Terms | **Year**<br>2 | **Salary**<br>$150,000.00 | | | 3 | 30 | 365 |
| Fifita, Tonga - Meng<br>Contract-Wrestler | 08/01/1999 | 07/31/2000 | New Deal Pending | **Year**<br>2 | **Salary**<br>$180,000.00 | | | 3 | 30 | 365 |
| Finlay, David - Finlay, Fit<br>Contract-Wrestler | 11/16/1998 | 11/15/2001 | 1 Year Terms | **Year**<br>2<br>3 | **Salary**<br>$250,000.00<br>$250,000.00 | | | 3 | 30 | 365 |
| Fliehr, David - Flair, David<br>Contract-Wrestler | 11/29/1999 | 11/28/2001 | No Rollover | **Year**<br>1<br>2 | **Salary**<br>$125,000.00<br>$150,000.00 | **Event**<br>PPV Bonus | **Fee**<br>$1,000 | 3 | 30 | 365 |
| Fliehr, Richard - Flair, Ric<br>Contract-Wrestler | 02/16/2000 | 02/15/2003 | No Rollover | **Year**<br>2<br>3<br>1 | **Salary**<br>$500,000.00<br>$500,000.00<br>$500,000.00 | **Event**<br>House Nightly<br>All TV events<br>PPV Bonus<br>Performance Bo<br>PR Appearance | **Fee**<br>$4,000<br>$5,000<br>$12,500<br>$0  See contract.<br>$0  See contract. | 0 | 0 | |

See contract for maximum days.

CONFIDENTIAL
X 001531

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Ford, Christopher M./Chris - Crowbar Contract-Wrestler | 07/12/1999 | 07/11/2002 | Like Duration | Year 1 2 3 | Salary $75,000.00 $75,000.00 $75,000.00 | | | 3 | 30 | 365 |
| Frias-Gutierrez, Roberto - Los Fabulosos - El Dandy Contract-Wrestler | 10/06/1998 | 10/05/2000 | 1 Year Terms | Year 2 | Salary $100,000.00 | | | 3 | 30 | 365 |
| Fuller, Rick - Fuller, Rick Contract-Wrestler | 09/14/1998 | 09/13/2000 | 1 Year Terms | Year 2 | Salary $65,000.00 | | | 3 | 30 | 365 |
| Funk, Allan Eric - Funk, Allan Contract-Trainee | 04/19/1999 | 04/18/2000 | Like Duration (2 Terms) | Year 1 | Salary $31,200.00 | | | 1 | 14 | 365 |
| Funk, Terry - Funk, Terry Contract-Wrestler | 01/03/2000 | 07/04/2000 | No Rollover | | | Event All Events PPV Bonus | Fee $4,000 $4,000 | 0 | 0 | 365 |
| Gilbertti, Glenn - Disco Inferno Contract-Wrestler | 03/08/1999 | 03/07/2002 | Like Duration | Year 2 3 | Salary $300,000.00 $350,000.00 | | | 3 | 30 | 365 |
| Goldberg, Bill - Goldberg Contract-Wrestler | 07/01/1999 | 06/30/2003 | No Rollover | Year 1 2 3 4 | Salary $2,500,000.00 $2,500,000.00 $2,500,000.00 $3,500,000.00 | Event Signing Bonus | Fee $0 | 0 | 0 | 175 |

See contract for PPV bonus.

CONFIDENTIAL
X 001532

# World Championship Wrestling
## Talent Database
### Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|
| Gonzales-Hernandez, Eduardo Anibal - Guerrera, Juventud  Contract-Wrestler | 10/06/1998 | 10/05/2000 | 1 Year Terms | Year  2 | Salary  $200,000.00 | | 3 | 30 | 365 |
| Gonzalez-Barron, Cesar - Los Fabulosos - Silver King  Contract-Wrestler | 10/06/1998 | 10/05/2000 | 1 Year Terms | Year  2 | Salary  $120,000.00 | | 3 | 30 | 365 |
| Greenwald, Nora - Mona  Contract-Wrestler | 09/06/1999 | 09/05/2001 | Like Duration | Year  1  2 | Salary  $105,000.00  $130,000.00 | | 3 | 30 | 365 |
| Gruner, Peter - Kidman, Billy  Contract-Wrestler    Year 4 salary pro-rated to shortened term. | 02/22/1999 | 08/21/2002 | No Rollover | Year  2  3  4 | Salary  $300,000.00  $325,000.00  $325,000.00 | | 12 | 90 | 365 |
| Guerrero, Salvador - Lieutenant Loco  Contract-Wrestler | 06/01/1998 | 05/31/2001 | 1 Year Terms | Year  2  3 | Salary  $185,000.00  $225,000.00 | | 3 | 30 | 365 |
| Gutierrez, Oscar - Mysterio, Rey Jr.  Contract-Wrestler | 01/01/1999 | 12/31/2001 | 1 Year Terms Mutual | Year  2  3 | Salary  $400,000.00  $425,000.00 | | 0 | 0 | 180 |
| Hall, Emory - Hall  Contract-Wrestler | 04/01/1999 | 03/31/2001 | Like Duration | Year  1  2 | Salary  $85,000.00  $85,000.00 | | 3 | 30 | 365 |

CONFIDENTIAL
X 001533

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Haire, Sean - Sean Haire Contract-Trainee | 11/08/1999 | 11/07/2001 | Like Duration | Year 1 2 | Salary $31,200.00 $31,200.00 | | | | 1 | 14 | 365 |
| Hall, Scott - Hall, Scott Contract-Wrestler | 01/01/1997 | 12/31/2001 | No Rollover | Year 4 5 | Salary $1,450,000.00 $1,625,000.00 | | | | 0 | 0 | 180 |
| Hamilton, Jr., Joe - Referee-Nick Patrick Contract-Referee | 08/03/1996 | 08/02/2000 | 1 Year Terms | Year 2 | Salary $90,000.00 | | | | 3 | 30 | 365 |
| Harris, Donald - Harris Boys - Don Contract-Wrestler | 10/25/1999 | 10/24/2001 | Like Duration | Year 1 2 | Salary $130,000.00 $130,000.00 | Event All Events | Fee $1,500 | Over 75 days Year 1. Over 100 days Year 2. | 3 | 30 | 75 |
| Harris, Ronald - Harris Boys - Ron Contract-Wrestler | 10/25/1999 | 10/24/2001 | Like Duration | Year 1 2 | Salary $130,000.00 $130,000.00 | Event All Events | Fee $1,500 | Over 75 days Year 1. Over 100 days Year 2. | 3 | 30 | 75 |
| Hart, Bret - Hart, Bret Contract-Wrestler | 12/01/1997 | 11/30/2002 | No Rollover | Year 3 4 5 | Salary $2,500,000.00 $2,500,000.00 $2,500,000.00 | Event All Events Bonus | Fee $6,500 $100,000 | Over 125 days Reimbursement for disability up to $100k. | 0 | 0 | 180 |
| Hayashi, Kazuhiro - Jung Dragons - Kaz Contract-Wrestler | 01/11/1999 | 07/19/2001 | 1 Year Terms | Year 2 | Salary $100,000.00 | | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001534

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hayner, Michael - Artist formerly known as Prince Iaukea<br>Contract-Wrestler | 01/01/1999 | 12/31/2000 | 1 Year Terms | Year<br>2 | Salary<br>$104,000.00 | | | | 3 | 30 | 365 |
| Helms, Gregory Shane - 3 Count (Shane)<br>Contract-Wrestler | 05/17/1999 | 12/31/2001 | Like Duration | Year<br>1<br>2<br>3 | Salary<br>$45,000.00<br>$75,000.00<br>$75,000.00 | Event<br>All Events | Fee<br>$1,000 | Over 100 days from Jan. 1, 2000 forward. | 3 | 30 | 100 |
| Hennig, Curt - Hennig, Curt<br>Contract-Wrestler | 06/30/1997 | 06/29/2000 | No Rollover | Year<br>3 | Salary<br>$425,000.00 | | | | 0 | 0 | 175 |
| Hodgkinson, Richard Ian - Vampiro<br>Contract-Wrestler | 11/16/1999 | 02/10/2003 | No Rollover | Year<br>1<br>2<br>3 | Salary<br>$250,000.00<br>$275,000.00<br>$300,000.00 | Event<br>All Events<br><br>All Events (2)<br><br>All Events (3)<br><br>PPV Bonus | Fee<br>$1,300<br><br>$1,500<br><br>$1,800<br><br>$4,000 | 2/11/00-2/10/01 (excludes PPVs)<br>2/11/01-2/10/02 (excludes PPVs)<br>2/11/02-2/10/03 (excludes PPVs)<br>For all PPVs effective as of 2/11/00. | 3 | 30 | 365 |
| Hogue, Harold - Ice Train<br>Contract-Wrestler | 05/26/1999 | 05/25/2002 | Like Duration | Year<br>1<br>2<br>3 | Salary<br>$150,000.00<br>$200,000.00<br>$250,000.00 | | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001535

Case 1:00-cv-00368-CC   Document 116   Filed 01/16/03   Page 71 of 260

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Huffman, Booker T. - Booker T Contract-Wrestler | 02/01/1999 | 01/31/2002 | Like Duration | Year<br>2<br>3 | Salary<br>$700,000.00<br>$750,000.00 | | | 12 | 90 | 365 |
| Huffman, Lash - Harlem Heat - Stevie Ray Contract-Wrestler | 02/01/2000 | 01/31/2003 | Like Duration | Year<br>1<br>2<br>3 | Salary<br>$240,000.00<br>$240,000.00<br>$240,000.00 | Event<br>All Events | Fee<br>$2,000 Over 80 days. | 6 | 90 | 60 |
| Hugger, Jonathan - Johnny 'The Bull' Contract-Wrestler | 12/18/1999 | 12/15/2001 | Like Duration | Year<br>1<br>2 | Salary<br>$75,000.00<br>$75,000.00 | Event<br>All Events | Fee<br>$1,000 Over 100 days per year. | 3 | 30 | 100 |
| Hulette, Elizabeth Ann - Elizabeth Contract-Wrestler | 01/22/1997 | 01/21/2001 | R | Year<br>4 | Salary<br>$150,000.00 | | | 3 | 30 | 365 |
| James, Robert Brad - BuzzKill Contract-Wrestler | 08/03/1998 | 08/02/2000 | 1 Year Terms | Year<br>2 | Salary<br>$125,000.00 | | | 3 | 30 | 365 |
| James, Scott - Armstrong, Scott Contract-Wrestler | 05/01/1998 | 04/30/2001 | 1 Year Terms | Year<br>1 | Salary<br>$52,142.86 | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001536

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | | Annual Salary | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jarrett, Jeff - Jarrett, Jeff Contract-Wrestler | 10/18/1999 | 10/17/2002 | No Rollover | Year 1 2 3 | Salary $275,000.00 $300,000.00 $325,000.00 | Event All Events All Events (2) PPV Bonus Signing Bonus | Fee $2,500 $3,000 $7,500 $30,000 | Over 115 days. Increases after 185 days. Over 185 days. Must be approved by Jarrett. | 12 | 30 | 115 |
| Jindrak, Mark Robert - Jindrak, Mark Contract-Trainee | 04/19/1999 | 04/18/2000 | Like Duration (2 Terms) | Year 1 | Salary $39,000.00 | | | | 1 | 14 | 365 |
| Jones, Michael - Jones, Mike Contract-Wrestler | 03/23/1999 | 03/22/2002 | 1 Year Terms | Year 2 3 | Salary $150,000.00 $175,000.00 | | | | 3 | 30 | 365 |
| Karagias, Evan - Karagias, Evan Contract-Wrestler Increase 3/1/00. Pro-rated to shortened term. | 09/14/1998 | 12/31/2001 | Like Duration | Year 2 3 | Salary $85,000.00 $85,000.00 | Event All Events | Fee $1,000 | Over 100 days. | 3 | 30 | 100 |
| Kelbler, Stacy - Ms. Hancock Contract-Nitro Girl | 11/15/1999 | 11/14/2000 | Like Duration | Year 1 | Salary $15,000.00 | Event Non-TV/PR All TV events Valet/Physical | Fee $250 $500 $500 | | 1 | 30 | 365 |
| Klucsarits, Chris - Kanyon Contract-Wrestler | 04/24/1998 | 04/23/2001 | 1 Year Terms | Year 2 | Salary $240,000.00 | | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001537

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Laum, Kristina - Meow, Lela | 12/17/1999 | 12/18/2001 | Like Duration | Year | Salary | Event | Fee | | 1 | 30 | 365 |
| Contract-Other | | | | 1 | $26,000.00 | All Events | $500 | | | | |
| | | | | 2 | $26,000.00 | | | | | | |
| LeRoux, Mark - Corporal Cajun | 06/21/1999 | 06/20/2002 | Like Duration | Year | Salary | | | | 3 | 30 | 365 |
| Contract-Wrestler | | | | 1 | $75,000.00 | | | | | | |
| | | | | 2 | $100,000.00 | | | | | | |
| | | | | 3 | $150,000.00 | | | | | | |
| Lo Grasso, Vito - Big Vito | 11/22/1998 | 11/21/2002 | Like Duration | Year | Salary | Event | Fee | | 3 | 30 | 100 |
| Contract-Wrestler | | | | 1 | $120,000.00 | Signing Bonus | $12,000 | Due 15 days after contract execution. | | | |
| | | | | 2 | $130,000.00 | | | | | | |
| | | | | 3 | $130,000.00 | PPV Bonus | $1,000 | Regardless of number of days worked. | | | |
| | | | | | | All Events | $1,250 | Over 100 days. | | | |
| Macklin, Carmel - Nitro Girl - Chameleon | 12/20/1999 | 12/19/2000 | Like Duration | Year | Salary | Event | Fee | | 1 | 30 | 365 |
| Contract-Nitro Girl | | | | 1 | $15,000.00 | TV Nightly | $500 | | | | |
| | | | | | | Non-TV/PR | $250 | | | | |
| | | | | | | Valet/Physical | $500 | | | | |
| Martin, Troy - "The Franchise" Shane Douglas | 04/10/2000 | 04/09/2002 | No Rollover | Year | Salary | Event | Fee | | 0 | 0 | 15 |
| Contract-Wrestler | | | | 1 | $350,000.00 | House Nightly | $1,750 | Year 1 ($2,000 in Year 2). | | | |
| | | | | 2 | $375,000.00 | PPV Bonus | $2,500 | Year 1 ($2,750 in Year 2). | | | |
| Max. 15 days PER MONTH. | | | | | | | | | | | |

CONFIDENTIAL
X 001538

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McNeill, Shannon - Nitro Girl - Baby Contract-Nitro Girl | 12/20/1999 | 12/19/2000 | Like Duration | Year 1 | Salary $15,000.00 | Event All TV events Non-TV/PR Valet/Physical | Fee $500 $250 $500 | | 1 | 30 | 365 |
| Micell-Blackman, Deborah - Madusa Contract-Wrestler | 04/17/1999 | 04/16/2001 | Like Duration | Year 1 2 | Salary $150,000.00 $150,000.00 | | | | 3 | 30 | 365 |
| Miller, Ernest - The Cat Contract-Wrestler | 02/01/1999 | 01/31/2002 | 1 Year Terms | Year 2 3 | Salary $400,000.00 $450,000.00 | | | | 0 | 0 | 365 |
| Moore, Shannon - 3 Count (Shannon) Contract-Wrestler | 05/17/1999 | 12/31/2001 | Like Duration | Year 1 2 3 | Salary $45,000.00 $75,000.00 $75,000.00 | Event All Events | Fee $1,000 Over 100 days, starting Jan. 1, 2000 forward. | | 3 | 30 | 100 |
| Year 3 pro-rated to the shortened term. | | | | | | | | | | | |
| Moran, Mike - Disorderly Conduct Contract-Wrestler | 06/21/1999 | 06/20/2002 | Like Duration | Year 1 2 3 | Salary $60,000.00 $60,000.00 $60,000.00 | | | | 3 | 30 | 365 |
| Nash, Kevin - Nash, Kevin Contract-Wrestler | 01/01/1997 | 12/31/2001 | No Rollover | Year 4 5 | Salary $1,450,000.00 $1,625,000.00 | Event Booking service | Fee $200,000 1/1/99-12/31/01 | | 0 | 0 | 160 |

CONFIDENTIAL
X 001539

Case 1:00-cv-00368-CC    Document 116    Filed 01/16/03    Page 75 of 260

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Palumbo, Charles R. - Palumbo, Charles Contract-Trainee | 04/19/1999 | 04/18/2000 | Like Duration (2 Terms) | Year 1 | Salary $39,000.00 | | | 1 | 14 | 365 |
| Pfau, Allison - Nitro Girl - Syran Contract-Nitro Girl | 04/24/2000 | 04/23/2001 | Like Duration | Year 1 | Salary $15,000.00 | Event All TV events Non-TV/PR Valet/Physical | Fee $500 $250 $500 | 30 | 30 | 0 |
| Pfohl, Lawrence - The Total Package Contract-Wrestler | 04/14/1999 | 04/13/2002 | No Rollover | Year 1 2 3 | Salary $1,200,000.00 $1,400,000.00 $1,600,000.00 | Event Signing Bonus | Fee $250,000 | 0 | 0 | 175 |
| Rechsteiner, Robert - Steiner, Rick(Varsity Club) Contract-Wrestler | 12/01/1998 | 11/30/2001 | No Rollover | Year 2 3 | Salary $750,000.00 $750,000.00 | | | 0 | 0 | 180 |
| Rechsteiner, Scott - Steiner, Scott Contract-Wrestler | 12/01/1998 | 11/30/2001 | No Rollover | Year 2 3 | Salary $750,000.00 $750,000.00 | Event Performance Bo | Fee $90,000 For 1999 | 0 | 0 | 180 |
| Riker, John - Ralphus Enhancement-Other | 05/01/2000 | 04/30/2001 | Like Duration | Year 1 | Salary $78,000.00 | Event All Events | Fee $750 Salary is based on guarantee of 2 events per week. | 1 | 30 | 0 |

CONFIDENTIAL X 001540

Case 1:00-cv-00368-CC   Document 116   Filed 01/16/03   Page 76 of 260

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Roman, Sammy Lee - Kid Romeo<br>Contract-Trainee | 05/19/1999 | 05/18/2002 | Like Duration | Year<br>1<br>2<br>3 | Salary<br>$39,107.14<br>$39,107.14<br>$39,107.14 | | | 1 | 14 | 365 |
| Rotunda, Michael Lawrence - Wallstreet, Michael<br>Contract-Wrestler | 10/12/1998 | 10/11/2001 | 1 Year Terms | Year<br>2<br>3 | Salary<br>$165,000.00<br>$175,000.00 | | | 3 | 30 | 365 |
| Runnels, Dustin - Rhodes, Dustin<br>Contract-Wrestler | 08/02/1999 | 08/01/2002 | No Rollover | Year<br>1<br>2<br>3 | Salary<br>$500,000.00<br>$600,000.00<br>$700,000.00 | Event<br>Signing Bonus | Fee<br>$50,000 | 12 | 90 | 365 |
| Siaki, Sonny Uaita - Siaki, Sonny<br>Contract-Trainee | 04/19/1999 | 04/18/2000 | Like Duration (2 Terms) | Year<br>1 | Salary<br>$31,200.00 | | | 1 | 14 | 365 |
| Skipper, Elix - Skipper, Elix<br>Contract-Trainee | 04/19/1999 | 04/18/2000 | Like Duration (2 Terms) | Year<br>1 | Salary<br>$39,000.00 | | | 1 | 14 | 365 |
| Smiley, Norman - Smiley, Norman<br>Contract-Wrestler | 10/06/1998 | 10/05/2000 | 1 Year Terms | Year<br>2 | Salary<br>$120,000.00 | | | 3 | 30 | 365 |
| Spruill, Shannon - Unger, Daffney<br>Contract-Other | 01/03/2000 | 03/31/2002 | No Rollover | Year<br>1<br>2 | Salary<br>$52,000.00<br>$75,000.00 | Event<br>All Events | Fee<br>$500 | 3 | 30 | 365 |

CONFIDENTIAL
X 001541

Case 1:00-cv-00368-CC    Document 116    Filed 01/16/03    Page 77 of 260

# World Championship Wrestling
## Talent Database
## Contract Summary

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stipich, Shawn - Stasiak, Shawn<br>Contract-Wrestler | 03/01/2000 | 02/28/2003 | No Rollover | Year<br>1 | Salary<br>$78,000.00 | Event<br>All Events | Fee<br>$500 | No fee for PR days. | 3 | 30 | 0 |
| Strauss, Jacobus - Jakes<br>Contract-Wrestler<br><br>Increase effective March 1, 2000. | 04/19/1999 | 02/28/2001 | No Rollover | Year<br>1<br>2 | Salary<br>$85,000.00<br>$100,000.00 | Event<br>Bonus | Fee<br>$5,000 | | 3 | 30 | 365 |
| Sullivan, Shermell - Nitro Girl-Paisley<br>Contract-Nitro Girl | 05/01/2000 | 04/30/2002 | Like Duration | Year<br>1<br>2 | Salary<br>$52,000.00<br>$52,000.00 | Event<br>All Events | Fee<br>$500 | Exclusive of travel days. | 3 | 30 | 365 |
| Tapia Ibarra, Adolfo - La Parka<br>Contract-Wrestler | 10/06/1996 | 10/05/2000 | 1 Year Terms | Year<br>2 | Salary<br>$180,000.00 | | | | 3 | 30 | 365 |
| Toombs, Roderick - Piper, Rowdy Roddy<br>Contract-Wrestler<br><br>Max: 6 pay per views, 45 other appearances. Must have 60 days notice. | 03/03/1999 | 03/02/2002 | No Rollover | Year<br>2<br>3 | Salary<br>$750,000.00<br>$800,000.00 | | | | 0 | 0 | 51 |
| Torborg, Dale - The Demon<br>Contract-Wrestler<br><br>For appearances as Demon character see contract. | 10/05/1999 | 10/04/2002 | Like Duration | Year<br>1<br>2<br>3 | Salary<br>$75,000.00<br>$100,000.00<br>$125,000.00 | | | | 3 | 30 | 365 |
| Tuile, Michael Jerry - The Wall<br>Contract-Wrestler | 09/16/1999 | 09/15/2001 | Like Duration | Year<br>1<br>2 | Salary<br>$75,000.00<br>$75,000.00 | | | | 3 | 30 | 365 |

CONFIDENTIAL
X 001542

| Real Name - Ring Name | Start Date | End Date | Rollover Clause | Annual Salary | | Additional Event Fees | | Cycle Period (Months) | Days Notice | Max Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Walker, Bobby - Walker, Hardwork Bobby<br>Contract-Wrestler | 01/01/1999 | 12/31/2000 | No Rollover | Year<br>1<br>2 | Salary<br>$100,000.00<br>$100,000.00 | | | 0 | 0 | 365 |
| Webb, Alicia - Symphony<br>Contract-Other | 11/22/1999 | 11/21/2001 | Like Duration | Year<br>1 | Salary<br>$26,000.00 | Event<br>All Events<br>PPV Nightly | Fee<br>$500<br>$1,000 | 3 | 30 | 365 |
| Wilson, Torrie - Wilson, Torrie<br>Contract-Other | 12/06/1999 | 12/05/2001 | Like Duration | Year<br>1<br>2 | Salary<br>$200,000.00<br>$200,000.00 | | | 3 | 30 | 125 |
| Wolf, Christine M./Christi - Asya<br>Contract-Wrestler | 06/14/1999 | 06/13/2001 | Like Duration | Year<br>1<br>2 | Salary<br>$75,000.00<br>$75,000.00 | | | 3 | 30 | 365 |
| Wright, Alex - Berlyn<br>Contract-Wrestler | 01/01/1999 | 12/31/2001 | No Rollover | Year<br>1<br>2 | Salary<br>$375,000.00<br>$395,000.00 | | | 0 | 0 | 200 |
| Yandrisovitz, Brian - Knobs, Brian<br>Contract-Wrestler | 03/15/1999 | 03/14/2001 | No Rollover | Year<br>2 | Salary<br>$245,000.00 | | | 6 | 30 | 365 |

CONFIDENTIAL
X 001543

Case 1:00-cv-00368-CC   Document 116   Filed 01/16/03   Page 79 of 260



# EXHIBIT / ATTACHMENT

## I

(To be scanned in place of tab)



THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Walker v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1:00-CV-0367-CC
Onoo v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1:00-CV-0368-CC
Norris v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1:00-CV-0369-CC
Easterling v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1:00-CV-1715-CC
Davis v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1:00-CV-1716-CC
Worthen v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1:00-CV-1717-CC
Speight v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1:00-CV-1718-CC
Saengsiphan v. World Championship Wrestling, Inc. and
        Turner Sports, Inc., Civ. File No. 1:00-CV-1719-CC
Reeves v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1:00-CV-1720-CC

**DEFENDANT UNIVERSAL WRESTLING CORPORATION'S RESPONSE TO
PLAINTIFFS' CONSOLIDATED THIRD INTERROGATORIES AND SIXTH REQUEST
FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS WORLD CHAMPIONSHIP
WRESTLING, INC. AND TURNER SPORTS, INC.**

Pursuant to Rules 33 and 34 of the Federal Rules of Civil
Procedure, Defendant Universal Wrestling Corporation ("UWC")
(formerly known as World Championship Wrestling, Inc. ("WCW"))
objects and responds to Plaintiffs' Consolidated Third
Interrogatories And Sixth Request For Production Of Documents To
Defendants World Championship Wrestling, Inc. and Turner Sports,
Inc. ("Plaintiffs' Third Interrogatories and Sixth Document
Requests") as follows:

996653_2.DOC

GENERAL TERMS AND CONDITIONS FOR RESPONSES

1.

In responding to any of the interrogatories and document requests contained in Plaintiffs' Third Interrogatories and Sixth Document Requests, UWC explicitly reserves the right (a) to object to the admissibility at trial of any information produced in connection with such responses and (b) to modify any of such responses at a later date if further factual development or analysis warrants such modification.

2.

Any documents produced by UWC in response to Plaintiffs' Third Interrogatories or Sixth Document Requests will be made available for inspection at a time and place mutually convenient to the parties to be agreed upon by counsel.

GENERAL OBJECTIONS

UWC hereby adopts and incorporates by reference the following General Objections in each of its specific responses to Plaintiffs' Third Interrogatories and Sixth Document Requests:

1.

UWC objects to any definitions or instructions contained in Plaintiffs' Third Interrogatories and Sixth Document Requests which seek to impose upon it any obligations or responsibilities

996653_2.DOC

in excess of those required by the Federal Rules of Civil Procedure or the Local Rules of the Northern District of Georgia.

2.

UWC objects to Plaintiffs' Third Interrogatories and Sixth Document Requests to the extent that they seek information which (a) was prepared for or in anticipation of litigation; (b) constitutes attorney work product; (c) constitutes or contains privileged attorney/client communications; or (d) is otherwise privileged from disclosure.

3.

UWC objects to Plaintiffs' Third Interrogatories and Sixth Document Requests to the extent that they seek information and documents which constitute or contain confidential business and commercial information of UWC. Subject to and without waiving that objection and in a good faith effort to cooperate with Plaintiffs in the discovery process, UWC will agree to disclose any confidential information ultimately produced in response to Plaintiffs' Third Interrogatories and Sixth Document Requests to the extent that such information is responsive and not otherwise objectionable or privileged, under the terms of the Protective Order that governs the provision of confidential business and commercial information in this action.

996653_2.DOC

4.

UWC objects to Plaintiffs' Third Interrogatories and Sixth Document Requests to the extent that they purport to require the production of documents which are not in UWC's possession, custody or control, or which have not yet come into existence.

5.

UWC objects to Plaintiffs' Third Interrogatories and Sixth Document Requests to the extent that they purport to require UWC to produce documents for inspection or copying at any location or time not agreed to by UWC.

6.

UWC objects to Plaintiffs' Third Interrogatories and Sixth Document Requests to the extent that they exceed the permissible number of Interrogatories and/or parts pursuant to Rule 33(a) of the Federal Rules of Civil Procedure.

## RESPONSES AND OBJECTIONS TO SPECIFIC INTERROGATORIES

### Interrogatory No.1:

Please identify any and all persons who performed as a manager for any of WCW's wrestlers, including, but not limited to, all "on air" managers and any and all persons who managed any of WCW's wrestlers in any capacity from January 1, 1998, through March 2001.  For the purpose of this interrogatory, the term manager is meant in the sense of a performer who plays the part of a manager of a wrestler in a storyline.

996653_2.DOC

**Response to Interrogatory No. 1:**

In addition to its General Objections, UWC objects to Interrogatory No. 1 on the grounds that it seeks information that *is neither relevant nor reasonably calculated to lead to* the discovery of admissible evidence.  Subject to and without waving its objections, UWC states that the information this interrogatory seeks from UWC may be derived or ascertained from an examination, audit or inspection of UWC's business records (including a compilation, abstract or summary thereof), and that the burden of deriving or ascertaining the answer is substantially the same for Plaintiffs as for UWC.  (See Rule 33(d) of the Federal Rules of Civil Procedure.)  Specifically, UWC refers Plaintiffs to show formats and related documents that have been produced to Plaintiffs during discovery.

**Interrogatory No. 2:**

Please identify any and all royalties and/or profits WCW received from *[sic]* Toshiba EMI CD called New World Order.

**Response to Interrogatory No. 2:**

In addition to its General Objections, UWC objects to Interrogatory No. 2 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No.3:**

Please identify all of the songs which were designated as songs to be used on the anticipated record/compact disc agreement between WCW and RCA or any related entity, which was referred to as the New World Order record deal by Casey Collins as set forth in the electronic memoranda attached herewith as Exhibit A.

**Response to Interrogatory No. 3:**

In addition to its General Objections, UWC objects to Interrogatory No. 3 on the grounds that it is vague and ambiguous and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 4:**

Please state why WCW did not finalize its agreement with RCA (or any related entity) in producing the New World Order record/compact disc referenced in Interrogatory No. 2.

**Response to Interrogatory No. 4:**

In addition to its General Objections, UWC objects to Interrogatory No. 4 on the grounds that it is vague and ambiguous and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 5:**

Please identify any and all royalties and/or profits WCW received from the Tommy Boy Mayhem CD.

996653_2.DOC

**Response to Interrogatory No. 5:**

Subject to and without waving its General Objections, UWC states that the information this interrogatory seeks from UWC may be derived or ascertained from an examination, audit or inspection of UWC's business records (including a compilation, abstract or summary thereof), and that the burden of deriving or ascertaining the answer is substantially the same for Plaintiffs as for UWC.  (See Rule 33(d) of the Federal Rules of Civil Procedure.)  UWC states that it has produced or will produce, at a time and place to be agreed upon by counsel, documents from which Plaintiffs can derive or ascertain the information sought by Interrogatory No. 5.

**Interrogatory No. 6:**

Please identify any and all songs that were used on the Tommy Boy Mayhem CD.

**Response to Interrogatory No. 6:**

In addition to its General Objections, UWC objects to Interrogatory No. 6 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waving its objections, UWC states that the information this interrogatory seeks from UWC may be derived or ascertained from an examination, audit or inspection of UWC's business records

996653_2.DOC

(including a compilation, abstract or summary thereof), and that the burden of deriving or ascertaining the answer is substantially the same for Plaintiffs as for UWC. (See Rule 33(d) of the Federal Rules of Civil Procedure.) Specifically, UWC refers Plaintiffs to documents regarding the Tommy Boy Mayhem CD that have been produced to Plaintiffs during discovery.

**Interrogatory No. 7:**

Please identify any and all songs that were used on the Tommy Boy Mayhem CD that were originated by Sonny Onoo and/or submitted by Sonny Onoo for use in the Toshiba EMI CD New World Order and/or the New World Order deal as referenced in Interrogatories Nos. 2 and 3.

**Response to Interrogatory No. 7:**

In addition to its General Objections, UWC objects to Interrogatory No. 7 on the grounds that it is vague and ambiguous and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waving its objections, UWC states that it is not aware of any songs used on the Tommy Boy Mayhem CD that were originated by Sonny Onoo or submitted by Sonny Onoo for use in the Toshiba EMI CD New World Order or the New World Order deal referenced in Interrogatories Nos. 2 and 3.

996653_2.DOC

**Interrogatory No. 8:**

Please identify any and all persons who participated in the decision to terminate Sonny Onoo's contract with WCW.

**Response to Interrogatory No. 8:**

In addition to its General Objections, UWC objects to Interrogatory No. 8 on the grounds that it is vague and ambiguous. UWC further objects to Interrogatory No. 8 to the extent that it seeks information that constitutes protected attorney-client communications, or information that is otherwise privileged from disclosure. Subject to and without waiving its objections, UWC states that Eric Bischoff made the decision to terminate Sonny Onoo's contract with WCW, and that decision was affirmed by Bill Busch and Vince Russo.

**Interrogatory No. 9:**

Please identify any and all persons who participated in the decision to terminate Harrison Norris' contract with WCW.

**Response to Interrogatory No. 9:**

In addition to its General Objections, UWC objects to Interrogatory No. 9 on the grounds that it is vague and ambiguous. UWC further objects to Interrogatory No. 9 to the extent that it seeks information that constitutes protected attorney-client communications, or information that is otherwise privileged from disclosure. Subject to and without waiving its objections, UWC states that Paul Orndorff recommended the

termination of Harrison Norris's trainee contract, and this recommendation was approved by J.J. Dillon and Eric Bischoff.

**Interrogatory No. 10:**

Please identify any and all persons who participated in the decision to terminate Marcial Davis' contract with WCW.

**Response to Interrogatory No. 10:**

In addition to its General Objections, UWC objects to Interrogatory No. 10 on the grounds that it is vague and ambiguous.  UWC further objects to Interrogatory No. 10 to the extent that it seeks information that constitutes protected attorney-client communications, or information that is otherwise privileged from disclosure.  Subject to and without waiving its objections, UWC states that Paul Orndorff recommended the termination of Marcial Davis's trainee contract, and this recommendation was approved by J.J. Dillon and Eric Bischoff.

**Interrogatory No. 11:**

Please identify any and all persons who participated in the decision not to continue WCW's contractual relationship with Bobby Walker.

**Response to Interrogatory No. 11:**

In addition to its General Objections, UWC objects to Interrogatory No. 11 on the grounds that it is vague and ambiguous.  UWC further objects to Interrogatory No. 11 to the extent that it seeks information that constitutes protected

996653_2.DOC

attorney-client communications, or information that is otherwise privileged from disclosure. Subject to and without waiving its objections, UWC states that Bobby Walker's contract with WCW expired based solely on the express terms of that contract and no effort was made by Mr. Walker to seek extension or renewal of that contract.

## Interrogatory No. 12:

Please state whether any of the following wrestlers had a person manage them in any capacity from January 1, 1999, through March 2001:

1. Vampiro;
2. Searge;
3. Jerry Flynn;
4. Perry Saturn;
5. Ron Reis;
6. Hugh Morris;
7. Brian Clark; and
8. Shane Helms.

For the purpose of this interrogatory, the term manager is meant in the sense of a performer who plays the part of a manager of a wrestler in a storyline.

## Response to Interrogatory No. 12:

In addition to its General Objections, UWC objects to Interrogatory No. 12 on the grounds that it is vague and ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waving its objections, UWC states that the information this interrogatory seeks from UWC

996653_2.DOC

may be derived or ascertained from an examination, audit or

inspection of UWC's business records (including a compilation,

abstract or summary thereof), and that the burden of deriving or

ascertaining the answer is substantially the same for Plaintiffs

as for UWC.  (See Rule 33(d) of the Federal Rules of Civil

Procedure.)  Specifically, UWC refers Plaintiffs to show formats

and related documents that have been produced to Plaintiffs

during discovery.

## Interrogatory No. 13:

For each of the wrestlers identified in response to
Interrogatory No. 9, please identify each and every manager who
managed these wrestlers in any capacity and for each of these
managers: (a) describe the number of wrestling events or other
WCW events for which each of the managers performed services in
connection with the above-referenced wrestlers; and (b) state
the date for any such events.  For the purpose of this
interrogatory, the term manager is meant in the sense of a
performer who plays the part of a manager of a wrestler in a
storyline.

## Response to Interrogatory No. 13:

In addition to its General Objections, UWC objects to

Interrogatory No. 13 on the grounds that it seeks information

that is neither relevant nor reasonably calculated to lead to

the discovery of admissible evidence.  Subject to and without

waving its objections, UWC states that no wrestlers were

identified in response to Interrogatory No. 9, and thus there is

no information responsive to this Interrogatory.

996653_2.DOC

**Interrogatory No. 14:**

Please identify any and all wrestlers who were given contracts, including, but not limited to, Independent Contractor Agreements, for training and/or for wrestling services by WCW in 1998 and 1999.

**Response to Interrogatory No. 14:**

In addition to its General Objections, UWC objects to Interrogatory No. 14 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waving its objections, UWC states that the information this interrogatory seeks from UWC may be derived or ascertained from an examination, audit or inspection of UWC's business records (including a compilation, abstract or summary thereof), and that the burden of deriving or ascertaining the answer is substantially the same for Plaintiffs as for UWC.  (See Rule 33(d) of the Federal Rules of Civil Procedure.)  Specifically, UWC refers Plaintiffs to Independent Contractor Agreements, WCW memos and related documents that have been produced to Plaintiffs during discovery.

**Interrogatory No. 15:**

Please identify all persons who were involved in the decision as to which wrestlers would receive a contract to train and/or perform wrestling services for WCW in 1998 and 1999.

996653_2.DOC

**Response to Interrogatory No. 15:**

In addition to its General Objections, UWC objects to Interrogatory No. 15 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waving its objections, UWC states that Paul Orndorff, Joseph Hamilton and J.J. Dillon made recommendations to Eric Bischoff regarding individuals to receive a contract to train in 1999, and Eric Bischoff decided which individuals would receive a contract to perform or train with WCW, subject, in some cases, to consultation by Mr. Bischoff with Dr. Harvey Schiller. In addition, in 1999, Bill Busch and Vince Russo also decided which individuals would receive a contract to perform or train with WCW in 1999.

**Interrogatory No. 16:**

Please identify any and all performers whose contracts with WCW were terminated in 1998 and 1999.

**Response to Interrogatory No. 16:**

In addition to its General Objections, UWC objects to Interrogatory No. 16 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waving its objections, UWC states that the information this

996653_2.DOC

interrogatory seeks from UWC may be derived or ascertained from an examination, audit or inspection of UWC's business records (including a compilation, abstract or summary thereof), and that the burden of deriving or ascertaining the answer is substantially the same for Plaintiffs as for UWC. (See Rule 33(d) of the Federal Rules of Civil Procedure.) Specifically, UWC refers Plaintiffs to Independent Contractor Agreements, WCW memos and related documents that have been produced to Plaintiffs during discovery.

**Interrogatory No. 17:**

Please identify any and all persons who were involved in the decision as to which performers' contracts would be terminated in 1998 and 1999.

**Response to Interrogatory No. 17:**

In addition to its General Objections, UWC objects to Interrogatory No. 17 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. UWC further objects to Interrogatory No. 17 to the extent that it seeks information that constitutes protected attorney-client communications, or information that is otherwise privileged from disclosure. Subject to and without waving its objections, UWC states that Eric Bischoff and/or Bill Busch decided which performers' contracts would be terminated in 1998 and/or 1999. UWC further

996653_2.DOC

states that Paul Orndorff recommended the termination of certain

trainee contracts, and such recommendations were approved by

J.J. Dillon and Eric Bischoff or Bill Busch.

## Interrogatory No. 18:

Please identify any and all performers whose monetary compensation under their contractual relationship with WCW was increased in 1998 and 1999; as to each such performer, please state the date in which the compensation was increased, and the pre-increase and post-increase amount of their compensation.

## Response to Interrogatory No. 18:

In addition to its General Objections, UWC objects to

Interrogatory No. 18 on the grounds that it seeks information

that is neither relevant nor reasonably calculated to lead to

the discovery of admissible evidence.  Subject to and without

waving its objections, UWC states that the information this

interrogatory seeks from UWC may be derived or ascertained from

an examination, audit or inspection of UWC's business records

(including a compilation, abstract or summary thereof), and that

the burden of deriving or ascertaining the answer is

substantially the same for Plaintiffs as for UWC.  (See Rule

33(d) of the Federal Rules of Civil Procedure.)  Specifically,

UWC refers Plaintiffs to Independent Contractor Agreements, WCW

memos and related documents that have been produced to

Plaintiffs during discovery.

996653_2.DOC

**Interrogatory No. 19:**

Please identify any and all persons whom you contend were involved in the decision making process as to which wrestlers would be selected to wrestle on either a WCW televised wrestling event or before a live audience (WCW) from January 1, 1998 until March 2001.

**Response to Interrogatory No. 19:**

In addition to its General Objections, UWC objects to Interrogatory No. 19 on the grounds that it is vague and ambiguous and is improperly duplicative in that it seeks information already provided in response to Plaintiffs' previous discovery requests. Subject to and without waiving its objections, UWC states that the following WCW officials were involved in the decisions of who would be scheduled to appear in WCW programs from January 1, 1998 through March 2001: Eric Bischoff, Vince Russo, Ed Ferrara, Terry Taylor, and Kevin Sullivan.

**Interrogatory No. 20:**

Please identify any and all persons involved in the decision making process as to which wrestler would become a WCW World Heavyweight Champion from January 1, 1998 through March 2001.

996653_2.DOC

**Response to Interrogatory No. 20:**

In addition to its General Objections, UWC objects to Interrogatory No. 20 on the grounds that it is vague and ambiguous and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiving its objections, UWC states that the following WCW officials made the decisions regarding World Heavyweight Championship title events from January 1, 1998 through March 2001:  Eric Bischoff, Vince Russo, Terry Taylor, Kevin Sullivan, and Bill Busch.

**Interrogatory No. 21:**

Please identify any and all wrestlers who trained at the Power Plant in 1998, 1999, 2000, and 2001, but were not given contracts to perform training or wrestling services for WCW.  If WCW cannot identify all such wrestlers, identify all who are known to WCW.

**Response to Interrogatory No. 21:**

In addition to its General Objections, UWC objects to Interrogatory No. 21 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waving its objections, UWC states that the information this interrogatory seeks from UWC may be derived or ascertained from an examination, audit or inspection of UWC's business records (including a compilation, abstract or summary thereof), and that

996653_2.DOC

the burden of deriving or ascertaining the answer is substantially the same for Plaintiffs as for UWC. (See Rule 33(d) of the Federal Rules of Civil Procedure.) Specifically, UWC refers Plaintiffs to Independent Contractor Agreements, WCW memos, Power Plant documents and related documents that have been produced to Plaintiffs during discovery.

## Interrogatory No. 22:

Please identify all persons involved in the decision making process as to which wrestlers who were training at the Power Plant would receive contracts in 1998, 1999, 2000, and 2001.

## Response to Interrogatory No. 22:

In addition to its General Objections, UWC objects to Interrogatory No. 22 on the grounds that it is vague and ambiguous, and is improperly duplicative in that it seeks information already provided in response to Plaintiffs' previous discovery requests. Subject to and without waving its objections, UWC states that Paul Orndorff, Joseph Hamilton and J.J. Dillon made recommendations to Eric Bischoff regarding individuals to receive a contract to train in 1999, and Eric Bischoff decided which individuals would receive a contract to perform with WCW before and into 1999, subject, in some cases, consultation by Eric Bischoff with Dr. Harvey Schiller. After 1999, individuals training at the Power Plant had already received contracts from WCW.

996653_2.DOC

**Interrogatory No. 23:**

Please identify any and all persons who, at any time, possessed *[sic]* copy of the "shoot interview" which was an interview by Tony Schiavione with Vince Russo taped after July 9, 2000, in which Vince Russo discussed Booker T.

**Response to Interrogatory No. 23:**

In addition to its General Objections, UWC objects to Interrogatory No. 23 on the grounds that it is vague and ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 24:**

Please state any and all reasons why WCW decided not to air the initial "shoot interview" between Tony Schiavione and Vince Russo referenced in Interrogatory No. 23; also, please identify any and all persons who were involved in the decision not to air the initial "shoot interview" between Tony Schiavione and Vince Russo.

**Response to Interrogatory No. 24:**

In addition to its General Objections, UWC objects to Interrogatory No. 24 on the grounds that it is vague and ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. UWC further objects to Interrogatory No. 24 to the extent that it seeks information that constitutes protected attorney-client communications, or information that is otherwise privileged from disclosure.

996653_2.DOC

**Interrogatory No. 25:**

Please provide the Social Security numbers of the persons listed on Exhibit B attached hereto.

**Response to Interrogatory No. 25:**

In addition to its General Objections, UWC objects to Interrogatory No. 25 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. UWC also objects to Interrogatory No. 25 to the extent that it seeks confidential or proprietary information of former contractors of WCW. Subject to and without waving its objections, UWC states that the information this interrogatory seeks from UWC may be derived or ascertained from an examination, audit or inspection of UWC's business records (including a compilation, abstract or summary thereof), and that the burden of deriving or ascertaining the answer is substantially the same for Plaintiffs as for UWC. (See Rule 33(d) of the Federal Rules of Civil Procedure.) Specifically, UWC refers Plaintiffs to Independent Contractor Agreements and related documents that have been produced to Plaintiffs during discovery, as well as documents that have been or will be produced in response to Requests for Production Nos. 2, 3, 7, 8, 9, 10, 11, and 12, below.

<u>**RESPONSES AND OBJECTIONS TO SPECIFIC REQUESTS**</u>
<u>**FOR PRODUCTION OF DOCUMENTS**</u>

996653_2.DOC

**Request No.1:**

Please produce any and all documents regarding any background information regarding the wrestling talent at WCW from 1998 through March 2001, including, but not limited to, *any* and all biographies, documents referring to prior wrestling experiences of the wrestlers before training and/or entering into contracts with WCW, and any other documents demonstrating the wrestlers prior athletic or competitive experience before wrestling for WCW.

**Response to Request No.1:**

In addition to its General Objections, UWC objects to Request No. 1 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  UWC further objects to Request No. 1 on the grounds that it is unduly burdensome, harassing and oppressive.  Subject to and without waiving its objections, UWC will produce non-privileged documents that are in its possession and that are responsive to this Request, at a time and place to be agreed upon by counsel.

**Request No.2:**

To the extent not already produced, please produce any and all contracts that were given to **any performers** for WCW during 1998, 1999, or 2000.

**Response to Request No.2:**

In addition to its General Objections, UWC objects to Request No. 2 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the

996653_2.DOC

discovery of admissible evidence.  Subject to and without

waiving its objections, UWC will produce non-privileged

documents that are in its possession and that are responsive to

this Request, at a time and place to be agreed upon by counsel.

**Request No.3:**

Please produce any and all personnel records and personnel
files or independent contractor files or records of the persons
listed on Exhibit B.  Note: Plaintiffs seeks such documents only
to the extent that they contain a Social Security number or any
information indicating the race of a performer.

**Response to Request No.3:**

In addition to its General Objections, UWC objects to

Request No. 3 on the grounds that it seeks information that is

neither relevant nor reasonably calculated to lead to the

discovery of admissible evidence.  UWC also objects to Request

No. 3 to the extent that it seeks confidential or proprietary

information of former contractors of WCW.  Subject to and

without waiving its objections, UWC will produce non-privileged

documents, if any, that are in its possession and that are

responsive to this Request, in that they contain a performer's

Social Security number or information indicating the race of a

performer, at a time and place to be agreed upon by counsel.

**Request No.4:**

Please produce any and all personnel records and personnel
files of Terry Taylor.

996653_2.DOC

**Response to Request No.4:**

In addition to its General Objections, UWC objects to Request No. 4 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving its objections, UWC will produce non-privileged documents that are in its possession and that are responsive to this Request, at a time and place to be agreed upon by counsel.

**Request No.5:**

Please produce any and all records not kept in the personnel file of Terry Taylor which concern Terry Taylor, including, but not limited to desk files, medical files, personal notes, payroll records, disciplinary records, commendations, awards, complaints about Taylor, or other documents referencing Terry Taylor's use of racial slurs or racial comments.

**Response to Request No.5:**

In addition to its General Objections, UWC objects to Request No. 5 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. UWC further objects to Request No. 5 on the grounds that it is overbroad, unduly burdensome, harassing and oppressive.

**Request No.6:**

Please produce any and all copies of any audio tape(s) for "WCW Live" event(s) in which Vince Russo and Ed Ferrara received and answered telephone calls from WCW's audience members.

996653_2.DOC

**Response to Request No.6:**

In addition to its General Objections, UWC objects to Request No. 6 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**Request No.7:**

Please produce any and all medical documentation provided by any wrestler to WCW from January 1, 1996, through March 2001, including but not limited to, any and all documents relating to physicals or evaluations, letters, and/or certification(s) regarding any wrestler.  Note: Plaintiffs seeks such documents only to the extent that they contain a Social Security number or information indicating the race of a performer.

**Response to Request No.7:**

In addition to its General Objections, UWC objects to Request No. 7 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  UWC further objects to Request No. 7 on the grounds that it is overbroad, unduly burdensome, harassing and oppressive.  UWC also objects to Request No. 7 to the extent that it seeks confidential or proprietary information of former contractors of WCW.  Subject to and without waiving its objections, UWC will produce non-privileged documents, if any, that are in its possession and that are responsive to this Request, in that they contain a

996653_2.DOC

performer's Social Security number or information indicating the race of a performer, at a time and place to be agreed upon by counsel.

### Request No.8:

Please produce any and all documents reflecting upon or referring to medical evaluations and/or medical examinations of persons listed on Exhibit B.  Note: Plaintiffs seeks such documents only to the extent that they contain a Social Security number or any information indicating the race of a performer.

### Response to Request No.8:

In addition to its General Objections, UWC objects to Request No. 8 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  UWC further objects to Request No. 8 on the grounds that it is overbroad, unduly burdensome, harassing and oppressive.  UWC also objects to Request No. 8 to the extent that it seeks confidential or proprietary information of former contractors of WCW.  Subject to and without waiving its objections, UWC will produce non-privileged documents, if any, that are in its possession and that are responsive to this Request, in that they contain a Social Security number for or information indicating the race of an individual listed on Exhibit B, at a time and place to be agreed upon by counsel.

### Request No.9:

996653_2.DOC

Please produce any and all workers compensation files or records of the persons listed on Exhibit B.  Note: Plaintiffs seeks such documents only to the extent that they contain a Social Security number or any information indicating the race of a performer.

**Response to Request No.9:**

In addition to its General Objections, UWC objects to Request No. 9 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  UWC further objects to Request No. 9 on the grounds that it is unduly burdensome, harassing and oppressive.  UWC also objects to Request No. 9 to the extent that it seeks confidential or proprietary information of former contractors of WCW.  Subject to and without waiving its objections, UWC will produce non-privileged documents, if any, that are in its possession and that are responsive to this Request, in that they contain a Social Security number for or information indicating the race of an individual listed on Exhibit B, at a time and place to be agreed upon by counsel.

**Request No. 10:**

Please produce any and all documents that reflect upon drug testing performed on any of the persons listed on Exhibit B. Note: Plaintiffs seeks such documents only to the extent that they contain a Social Security number or any information indicating the race of a performer.

**Response to Request No.10:**

In addition to its General Objections, UWC objects to Request No. 10 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. UWC further objects to Request No. 10 on the grounds that it is overbroad, unduly burdensome, harassing and oppressive. UWC also objects to Request No. 10 to the extent that it seeks confidential or proprietary information of former contractors of WCW. Subject to and without waiving its objections, UWC will produce non-privileged documents, if any, that are in its possession and that are responsive to this Request, in that they contain a Social Security number for or information indicating the race of an individual listed on Exhibit B, at a time and place to be agreed upon by counsel.

**Request No. 11:**

Please produce any and all workers compensation files or records of the persons listed on Exhibit B. Note: Plaintiffs seeks such documents only to the extent that they contain a Social Security number or any information indicating the race of a performer.

**Response to Request No.11:**

In addition to its General Objections, UWC objects to Request No. 11 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. UWC further objects to

996653_2.DOC

Request No. 11 on the grounds that it is overbroad, unduly burdensome, harassing and oppressive, and is unnecessarily duplicative, in that it is identical to Request No. 9. UWC also objects to Request No. 11 to the extent that it seeks confidential or proprietary information of former contractors of WCW.

## Request No. 12:

Please produce any and all copies of the driver's licenses for any of the wrestlers, including, but not limited to, all copies of licenses submitted by Brenda Smith to the WCW Accounting Department.

## Response to Request No.12:

In addition to its General Objections, UWC objects to Request No. 12 on the grounds that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. UWC further objects to Request No. 12 on the grounds that it is unduly burdensome, harassing and oppressive. Subject to and without waiving its objections, UWC will produce non-privileged documents, if any, that are in its possession and that are responsive to this Request at a time and place to be agreed upon by counsel.

996653_2.DOC

This 31st day of May, 2002.

_____
John J. Dalton
Georgia Bar No. 203700
James A. Lamberth
Georgia Bar No. 431851
Eric A. Richardson
Georgia Bar No. 233873
Evan H. Pontz
Georgia Bar No. 583577

Counsel for Defendant
Universal Wrestling Corporation
(f/k/a World Championship
Wrestling, Inc.)

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
(404) 885-3000

996653_2.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Walker v. World Championship Wrestling, Inc. and Turner
   Sports, Inc., Civ. File No. 1:00-CV-0367-CC
Onoo v. World Championship Wrestling, Inc. and Turner
   Sports, Inc., Civ. File No. 1:00-CV-0368-CC
Norris v. World Championship Wrestling, Inc. and Turner
   Sports, Inc., Civ. File No. 1:00-CV-0369-CC
Easterling v. World Championship Wrestling, Inc. and Turner
   Sports, Inc., Civ. File No. 1-00-CV-1715-CC
Davis v. World Championship Wrestling, Inc. and Turner
   Sports, Inc., Civ. File No. 1-00-CV-1716-CC
Worthen v. World Championship Wrestling, Inc. and Turner
   Sports, Inc., Civ. File No. 1-00-CV-1717-CC
Speight v. World Championship Wrestling, Inc. and Turner
   Sports, Inc., Civ. File No. 1-00-CV-1718-CC
Saengsiphan v. World Championship Wrestling, Inc. and
   Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC
Reeves v. World Championship Wrestling, Inc. and Turner
   Sports, Inc., Civ. File No. 1-00-CV-1720-CC

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of

***DEFENDANT UNIVERSAL WRESTLING CORPORATION'S RESPONSES AND***

***OBJECTIONS TO PLAINTIFFS' CONSOLIDATED THIRD INTERROGATORIES AND***

***SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS WORLD***

***CHAMPIONSHIP WRESTLING, INC. AND TURNER SPORTS, INC.*** upon the

interested parties by depositing a copy of same in the U.S.

Mail, properly addressed with adequate postage, to:

2

Cary Ichter
Kelly Jean Beard
Charles Gernazian
Michelle M. Rothenberg-Williams
MEADOWS, ICHTER AND BOWERS, P.C.
Eight Piedmont Center, Suite 300
3525 Piedmont Road
Atlanta, GA   30305


This 31st day of May, 2002.


_____
Evan H. Pontz

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, Georgia   30308-2216


996653-1                                    2





J

(To be scanned in place of tab)

# UNTITLED WRESTLING PROJECT

Date:   August 27, 1999.
To:     Distribution
From:   Maureen Claypool
Re:     Updated Talent Roster

---

Attached please find an updated talent roster reflecting the latest confirmations.

Distribution:   Eric Bischoff
                Chris deFaria
                Dan Furie
                Herb Gains
                Basil Iwanyk
                Craig Leathers
                Bobby Newmyer
                Brian Robbins
                Benjamin Rosenberg
                Scott Strauss
                Scott Wilkinson
                Cindy Wise



PLAINTIFF'S
EXHIBIT

#94

Outlaw Productions · 9155 Sunset Blvd. · Los Angeles, CA 90069 · 310-777-2000 · 310-777-2010 fax

WCW 019067
CONFIDENTIAL

*UNTITLED WRESTLING PROJECT*
TALENT ROSTER
8/27/99

| TALENT | FEE | CONFIRMED | NOTES |
|---|---|---|---|
| **WRESTLERS** | | | |
| Buff Bagwell | Free | confirmed | |
| Bam Bam Bigelow | Free | confirmed | |
| Ric Flair | - | ~ | On extended leave |
| Goldberg | Premium | | |
| Scott Hall | ? | | Barry Bloom client |
| Bret Hart | ? | | $100K or less as alternative to "Goldberg," or part of "Rescue Posse." To be scripted |
| Curt Hennig | ? | | |
| Hollywood Hogan | Premium | | No. Cameo possibility? |
| Horace | ? | | |
| Disco Inferno | Free | confirmed | |
| Chris Kanyon | Free | confirmed | |
| Kidman | ? | | |
| Konnan | Free | confirmed | |
| Lex Luger | ? | | |
| Meng | Free | confirmed | Not currently in script |
| Rey Mysterio, Jr. | Free | confirmed | To be scripted |
| Kevin Nash | | | No longer required |
| Sonny Oono | Free | confirmed | |
| Diamond Dallas Page | Premium | confirmed | $100K or less as "Nash" |
| Psychosis | Free | confirmed | |
| Raven | - | ~ | No longer with WCW |
| Saturn | Free | confirmed | |
| Randy Savage | ? | | No. Opening scene only (7-11 with Slim Jim?) |
| Rick Steiner | - | - | Not available |
| Scott Steiner | Free | confirmed | |
| Sting | Premium | confirmed | Lives in LA, TNT movie thru 10/15. Possible shooting date earlier? |
| Sid Vicious | Free | confirmed | Possible alternate to Nash, if DDP plays Goldberg |
| Vincent | ? | | |
| | | | |
| **ANNOUNCERS** | | | |
| Gene Okerlund | ? | | Barry Bloom client. Diana Meyers (WCW) will approach Okerlund. Contract with WCW expires 10/31/99. Days count against WCW contract days @ $2200 per day |
| Tony Schiavone | Free | confirmed | |
| Mike Tenay | Free | confirmed | |
| | | | |
| **NITRO GIRLS** | | | |
| AC Jazz | ? | | Please inquire |
| Chae | ? | | Please inquire |
| Fyre | ? | | Please inquire |
| Kimberly Page | Free | confirmed | Coordinating with other Girls |
| Spice | ~ | | |
| Storm | ? | | Please inquire |
| Tygress | - | | |
| New Nitro Girl | - | | |
| | | | |
| **REFEREES** | | | |
| Charles Robinson | Free | confirmed | |

TOTAL P.02

WCW 019068
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

## K

(To be scanned in place of tab)



THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

/JUN 2 2 2001

LUTHER D. THOMAS, Clerk
By
Turner Sports,
Deputy Clerk

<u>Walker v. World Championship Wrestling, Inc.,
Inc.</u>, Civ. File No. 1:00-CV-0367-CC
<u>Onoo v. World Championship Wrestling, Inc., Turner Sports,
Inc.</u>, Civ. File No. 1:00-CV-0368-CC
<u>Norris v. World Championship Wrestling, Inc., Turner Sports,
Inc.</u>, Civ. File No. 1:00-CV-0369-CC
<u>Easterling v. World Championship Wrestling, Inc. and Turner
Sports, Inc.</u>, Civ. File No. 1-00-CV-1715-CC
<u>Davis v. World Championship Wrestling, Inc. and Turner
Sports, Inc.</u>, Civ. File No. 1-00-CV-1716-CC;
<u>Worthen v. World Championship Wrestling, Inc. and Turner
Sports, Inc.</u>, Civ. File No. 1-00-CV-1717-CC;
<u>Speight v. World Championship Wrestling, Inc. and Turner
Sports, Inc.</u>, Civ. File No. 1-00-CV-1718-CC;
<u>Saengsiphan v. World Championship Wrestling, Inc. and Turner
Sports, Inc.</u>, Civ. File No. 1-00-CV-1719-CC;
<u>Reeves v. World Championship Wrestling, Inc. and Turner
Sports, Inc.</u>, Civ. File No. 1-00-CV-1720-CC;

## DEFENDANTS' RESPONSES TO INITIAL DISCLOSURES

COME NOW Universal Wrestling Corporation, formerly known as

World Championship Wrestling, Inc., and Turner Sports, Inc.,

Defendants in the above-styled actions which have been

consolidated for purposes of discovery by this Court, and respond

to the following disclosures for each of the above-referenced

cases as required by this Court's Local Rule No. 26.1D:

(1) If the defendant is improperly identified, state
defendant's correct identification and state whether defendant
will accept service of an amended summons and complaint
reflecting the information furnished in this disclosure response.

Defendant World Championship Wrestling, Inc. is now known as Universal Wrestling Corporation. Service an of amended summons and complaint on Universal Wrestling Corporation is not required.

**(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.**

None currently known.

**(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.**

Until earlier this year, World Championship Wrestling, Inc. (now known as Universal Wrestling Corporation), was in the business of creating, producing and marketing wrestling entertainment programming that was both witnessed by live audiences and was aired on various television networks and via pay-per-view cable and satellite systems. The professional wrestling programming provided by WCW was a form of entertainment. WCW's wrestling programs, both live and taped, were created by writers and producers at WCW with the goal of entertaining wrestling fans and audiences nationwide.

Virtually all individuals who appeared in WCW's wrestling programming – including all of the wrestlers and wrestler managers appearing on camera or at live (but non-televised) events – were independent contractors, not employees of WCW. These unique and dynamic individuals signed Independent

0743460.01                                    2

Contractor Agreements with WCW or provided services to WCW as non-contract independent contractors so that they could offer their special personal services and talents to WCW's wrestling programming.  WCW never intended to create an employer-employee relationship with any of the talent appearing on its programs (including some of the Plaintiffs), and in fact, WCW never created any such relationship.  All of the Plaintiffs understood that their relationships (if any) with WCW were to be as independent contractors performing on WCW's wrestling programs.  In addition, none of the Plaintiffs had any business relationship or dealings with Turner Sports, Inc., and WCW did act as the agent or alter ego of Turner Sports nor as a joint venturer of Turner Sports.

None of WCW's decisions or actions, whether involving the Plaintiffs or any other individual providing services to WCW, was motivated by, influenced by, or otherwise affected by race discrimination or discrimination on the basis of national origin. The Plaintiffs' races and national origins never affected the opportunities they received to provide services to WCW, the nature or number of their appearances, or their roles with WCW.

As to the individual Plaintiffs, brief summaries of the facts of each of their cases are below:

Bobby Walker

Plaintiff Bobby Walker provided wrestling services to WCW, most recently under a two-year Independent Contractor Agreement

beginning on January 1, 1999.  This Agreement was a standard wrestler Independent Contractor Agreement for the wrestling industry, and was what is known as a "pay or play" contract, meaning that Mr. Walker was entitled to the compensation under the Agreement no matter how often he performed as a wrestler for WCW, or even if he did not perform for WCW.  During his relationship with WCW, Mr. Walker had numerous appearances in WCW live performances and live television programs.  However, Mr. Walker appeared most frequently in taped wrestling programs produced by WCW for two reasons.  First, his wrestling persona was relatively passive and uninteresting, and his ability to excite and energize an audience - especially a live audience - by his appearances was limited.  Second, Mr. Walker insisted on including in his wrestling performances a maneuver in which he would walk along the ring ropes of the wrestling ring like a tightrope walker.  When attempting this maneuver, Mr. Walker more often than not fell off of the ropes and could never master this move to the point where WCW could be reasonably confident that Mr. Walker would not fall off of the ropes on live television broadcasts or before a live audience, thereby ruining the wrestling match.

In addition, during the early part of 2000, when WCW attempted to use Mr. Walker's services as a wrestler under his Agreement, Mr. Walker was unavailable to wrestle.  Specifically, WCW asked him to work with a tag team partner to prepare himself

0743460.01                              4

for use on WCW's upcoming television shows.  However, Mr. Walker's preparations and wrestling efforts were poor, and after spending two or three days preparing for this role, Mr. Walker unilaterally stopped preparing and claimed that he had injured his knee and was unavailable to wrestle due to this injury. Accordingly, WCW was not able to use Mr. Walker in its television shows as a wrestler after this injury, despite continuing to pay him under his Agreement.

WCW's use of Mr. Walker's services has not been based on or affected by his race in any way.  WCW was limited in using Mr. Walker's services because of his wrestling persona and his insistence on performing wrestling maneuvers which he could not successfully carry out with any degree of certainty.  This made Mr. Walker ill-suited for use on live television or before a live audience.  More recently, when WCW made an effort to use Mr. Walker's services, he indicated he was unavailable to wrestle due to an injury.  Further, Mr. Walker never complained to WCW about any alleged discriminatory or harassing decisions or comments being made to him by anyone at WCW, and WCW is unaware of any such conduct occurring at WCW.  No decisions regarding Mr. Walker have had anything to do with his race and Mr. Walker has not been subjected to any racial discrimination, harassment or retaliation by WCW.

### Kazuo Onoo

Plaintiff Kazuo Onoo began providing services to WCW as an

international consultant in the mid-1990s. Mr. Onoo possessed Japanese language skills and other business development skills and contacts that WCW believed would assist it in business endeavors it was conducting in Japan. Further, when Japanese wrestlers came to the United States to wrestle on WCW's programs, Mr. Onoo provided services as a translator and assisted with other administrative tasks and arrangements for the wrestlers to function in the United States and perform for WCW. During the course of his work as an international consultant, Mr. Onoo and WCW agreed that Mr. Onoo should begin to appear at wrestling events and on televised wrestling programs with some of these Japanese wrestlers as the wrestlers' "manager." Mr. Onoo began appearing as "Sonny Onoo," a character he created. Mr. Onoo was thereafter paired as the manager of some other wrestlers, some of Asian descent, and some not of Asian descent.

Through 1998 and into 1999, Mr. Onoo appeared on numerous wrestling programs for WCW as a manager to different wrestlers. Mr. Onoo was highly compensated for his work, including receiving additional compensation for additional appearances beyond a minimal base appearance level, as set by his Independent Contractor Agreement with WCW. However, in 1999, some of the story lines Mr. Onoo was involved in began to become less popular or otherwise ran their course as wrestling story lines inevitably do. The wrestlers from Japan who Mr. Onoo "managed" only stayed in the United States for short periods of time (a few weeks or

few months) based on WCW's business agreements with them.    In addition, other wrestlers Mr. Onoo "managed" became more and more successful with WCW audiences and more popular on their own, without a manager.    Moreover, managers at WCW were used to serve as "mouthpieces" for wrestlers, to speak for them on camera and act on their behalf in on-camera interviews made part of the wrestling programming.    In 1999, WCW decided to use wrestlers who could speak for themselves without managers, and WCW stopped creating roles for wrestler managers in the story lines of its wrestling programming as they had traditionally existed.    WCW stopped using traditional wrestler managers altogether by the second-half of the year.    After that time, wrestlers appeared either alone or with certain female on-camera talent portraying the roles of wives or girlfriends of the wrestlers who accompanied them but did not speak for the wrestlers.

At the same time as Mr. Onoo's on-screen manager character had become unnecessary to WCW's story lines, the need for Mr. Onoo's services as an international consultant also ended due to a change in WCW's international business endeavors.    Accordingly, Mr. Onoo received a letter from WCW dated November 3, 1999, informing him that his Agreement with WCW to provide services as an international consultant and an on-screen talent manager was being terminated in accordance with the terms of his Agreement. Mr. Onoo was paid through January 14, 2000, pursuant to the terms of his Agreement.    This decision to terminate Mr. Onoo's

Agreement with WCW was purely a business decision.  WCW was trying to reduce its expenses, having gone through a recent downturn in its business.  Mr. Onoo was highly compensated under his Agreement, receiving in excess of $300,000 during the preceding two years, but his services were no longer needed by WCW.  The termination of Mr. Onoo's Agreement had nothing to do with Mr. Onoo's race or national origin.  Rather, his termination was purely a business decision due to the lack of need for his further services.  Mr. Onoo was paid all that he was entitled to receive for all of the services he provided to WCW.

All of the decisions made with regard to Mr. Onoo were legitimate business decisions based on WCW's business setting and future business goals.  Furthermore, Mr. Onoo never complained to WCW about any alleged discriminatory or harassing decisions or comments being made to him by anyone at WCW, and WCW is unaware of any such conduct occurring at WCW during the relevant period of time.  No decisions regarding Mr. Onoo have had anything to do with his race or national origin, and Mr. Onoo has not been subjected to any racial discrimination, harassment or retaliation by WCW.

### Harrison Norris and Marcial Davis

Plaintiffs Harrison Norris and Marcial Davis are professional wrestlers who wanted to provide wrestling services to WCW.  In an effort to do so, both of them trained to be professional wrestlers at WCW's Power Plant training facility,

0743460.01                                  8

along with many others.  Over the last few months of 1998 and into 1999, WCW transferred its Power Plant facility to a new location and decided that the new training facility would only be for a smaller group of wrestler trainees than the large group that had previously been training at the Power Plant.  All of the individuals who would train at this new facility were going to be given the opportunity to sign an Independent Contractor Agreement with WCW as a wrestler trainee.  Previously, individuals training at the Power Plant had no contract with WCW and were non-contract independent contractors who were solely paid a fee for each time they participated in a WCW event.  At the new Power Plant facility, rather than being paid solely for their appearances, the trainees would be given the opportunity to sign these Agreements and be paid additional sums to provide wrestling services to WCW as trainees.

After evaluating all of the 40 or so individuals who were then training at the previous Power Plant location, both Mr. Norris and Mr. Davis were selected by WCW to be signed to Independent Contractor Agreements as wrestler trainees and to continue training at the new Power Plant location.  Four of the roughly twelve individuals signed to trainee Agreements at this time were racial or ethnic minorities, while most of the roughly 30 individuals who were not provided with the opportunity to sign a trainee Agreement were Caucasian.

Mr. Norris and Mr. Davis formally entered into their trainee

Agreements in April, 1999. The Agreements had one-year term s, but also expressly provided that they could be terminated for any reason with fourteen (14) days advance notice. Under these Agreements, Mr. Norris and Mr. Davis continued to train to be a wrestler with WCW, now in the new Power Plant location. In September, 1999, WCW evaluated all of the trainees at the Power Plant, as was done on a periodic basis. WCW determined that Mr. Norris and Mr. Davis' wrestling characters, persona and talents were not particularly notable and that they did not stand out as potential star wrestlers among the trainees. In addition, Mr. Davis' skills as a wrestler had regressed, rather than improved, during his time as a trainee. WCW concluded that Mr. Norris and Mr. Davis were unlikely to be successful professional wrestlers or to advance beyond the level they had currently attained as trainees. Accordingly, WCW decided that Mr. Norris and Mr. Davis' Agreements should be terminated, as it no longer made sense for them to continue as trainees at WCW. Both individuals were notified of this decision and received official letters from WCW that informed them of the termination of their respective Agreements.

Mr. Norris and Mr. Davis' Agreements were terminated based on the decision made by WCW that they no longer fit the business needs of WCW. This process of terminating Agreements of trainees after it was determined that they would not be successful wrestlers that WCW could use was a normal process that was

conducted without regard to race. In fact, at the time of Mr. Norris and Mr. Davis' termination and since that time, WCW terminated the Agreements of roughly 33 trainees or other wrestlers who were trying to become successful WCW wrestlers, and of these individuals, only 2 have been African-American while roughly 28 have been Caucasian. Both Mr. Norris and Mr. Davis were paid properly all money owed under their Agreements, and both received appropriate compensation for their wrestling appearances during the period they provided services to WCW on a non-contract basis. In addition, Mr. Norris and Mr. Davis never complained to WCW about any alleged discriminatory or harassing decisions or comments being made to him by anyone at WCW, and WCW is unaware of any such conduct occurring at WCW. No decisions regarding Mr. Norris or Mr. Davis had anything to do with their race, and they have not been subjected to any racial discrimination, harassment or retaliation by WCW.

Rick Reeves

WCW has absolutely no record of Plaintiff Rick Reeves having ever contacted WCW seeking to be a wrestler or to provide any other services to WCW as an independent contractor or otherwise. Mr. Reeves was not denied any opportunity to serve as an independent contractor with WCW due to his race.

Darron Easterling and William Worthen

Plaintiffs Darron Easterling and William Worthen are professional wrestlers who wanted to provide their wrestling

services to WCW. In an effort to do so, during the relevant period of time they trained to be professional wrestlers at WCW's Power Plant training facility. Over the last few months of 1998 and into 1999, WCW transferred its Power Plant facility to a new location and decided that the new training facility would only be for a smaller group of wrestler trainees than the large group that had previously been training at the former Power Plant location. All of the wrestlers who were going to train at this new facility were going to be given the opportunity to sign an Independent Contractor Agreement with WCW as a wrestler trainee. Previously, individuals training at the Power Plant had no contract with WCW and were non-contract independent contractors who were solely paid a fee for each time they participated in a WCW event. At the new Power Plant facility, rather than being paid solely for their appearances, the trainees would be given the opportunity to sign these Agreements and be paid additional sums to provide wrestling services to WCW as trainees.

After evaluating all of the 40 or so individuals who were then training at the former Power Plant location, WCW selected about twelve of these individuals to be offered trainee Agreements, based on the evaluation of their wrestling skills and persona and their display of the traits necessary to become successful professional wrestlers. WCW did not select Mr. Easterling or Mr. Worthen for such Agreements because they were not considered among the best dozen talents of those training at

0743460.01                                    12

the Power Plant. While Mr. Easterling and Mr. Worthen were not chosen, four of the roughly twelve individuals signed to trainee Agreements at this time were racial or ethnic minorities, and most of the roughly 30 individuals who were not provided with the opportunity to sign a trainee Agreement were Caucasian. Mr. Easterling and Mr. Worthen were among the few minorities not chosen.

The decision not to select Mr. Easterling or Mr. Worthen to sign a trainee Agreement was made solely on legitimate business reasons, and was made without regard to race. No decisions regarding Mr. Easterling or Mr. Worthen had anything to do with their race, and they have not been subjected to any racial discrimination or harassment by WCW.

Bounthan Saengsiphan

Plaintiff Bounthan Saengsiphan was a professional wrestler who, like many others, also wanted to provide his wrestling services to WCW. Mr. Saengsiphan was physically small to be a professional wrestler (weighing approximately 180 pounds), but during 1998 and into 1999, he was given the opportunity to train to be a professional wrestler at WCW's Power Plant training facility. In May, 1999, however, Mr. Saengsiphan injured his knee and permanently stopped training at the Power Plant. After this event, Mr. Saengsiphan also stopped pursuing opportunities to become a professional wrestler with WCW.

Mr. Saengsiphan did not achieve success as a wrestler with

WCW during the limited time he spent training before his injury because of his overall lack of abilities as a wrestler, particularly for a wrestler of his size.  While Mr. Saengsiphan had some skills as a wrestler, due to his small size he needed to show extreme quickness and exhibit exciting, high-flying moves to be considered for use as a professional wrestler on WCW's programs.  During the time he trained at the Power Plant, Mr. Saengsiphan did not exhibit the necessary quickness, agility or ability to carry out sufficiently exciting moves to be successful at his size.  Mr. Saengsiphan was never as capable a performer as the few other wrestlers his size who received opportunities to wrestle with WCW.  The few other wrestlers of his size who wrestled with WCW also came to WCW with more wrestling experience and did not need the training that Mr. Saengsiphan did.  Of course, Mr. Saengsiphan ended his training at WCW's Power Plant, but while he was training, no decision was made regarding him that in any way related to his race or national origin, and WCW took no discriminatory action with regard to Mr. Saengsiphan at any time.  Likewise, Mr. Saengsiphan never complained to WCW about any alleged discriminatory or harassing decisions or comments being made to him by anyone at WCW, and WCW is unaware of any such conduct at the Power Plant or anywhere else at WCW.

<u>Lester Speight</u>

Plaintiff Lester Speight was a professional wrestler who, like many others, also wanted to provide his wrestling services

to WCW.   In an effort to do so, he trained for a period of time to be a professional wrestler at WCW's Power Plant training facility.   However, Mr. Speight chose to leave this training facility to pursue a wrestling opportunity in Europe.

After returning to the United States, Mr. Speight contacted WCW about opportunities to wrestle.   WCW agreed to use Mr. Speight's wrestling services in a match during one of its live wrestling programs.   Mr. Speight appeared in the match and was paid an amount similar to that paid to other wrestlers who provided non-contract independent contractor wrestling services to WCW similar to what Mr. Speight provided.   After this appearance, however, WCW did not find other opportunities to utilize Mr. Speight's wrestling services.   The decisions about the use of Mr. Speight's wrestling services by WCW had nothing to due with his race.

(4)   Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.

Title VII of the Civil Rights Act of 1964, as amended, 42

U.S.C. § 2000e et seq.

42 U.S.C. § 1981

42. U.S.C. § 1981a(b)(3)

The Fair Labor Standards Act of 1938, 29 U.S.C. 201, et seq.

29 C.F.R. § 500 et seq.

Celotex Corp. v. Catrett, 477 U.S. 317, 106 S. Ct. 2548

(1986).

Texas Dept. of Community Affairs v. Burdine, 450 U.S. 248,

101 S. Ct. 1089 (1981).

McDonnell Douglas Corp. v. Green, 411 U.S. 792, 93 S. Ct.

1817 (1973).

St. Mary's Honor Center v. Hicks, 113 S. Ct. 2742 (1993)

Meritor Savings Bank v. Vinson, 477 U.S. 57 (1986).

Faragher v. City of Boca Raton, 118 S. Ct. 2275 (1998).

Burlington Industries, Inc. v. Ellerth, 118 S. Ct. 2257

(1998).

Defendants reserve the right to supplement this response

with additional legal principles and case law which are

applicable to this action.

(5) Provide the name and, if known, the address and
telephone number of each individual likely to have discoverable
information that you may use to support your claims or defenses,
unless solely for impeachment, identifying the subjects of the
information.    (Attach witness list to Responses to Initial
Disclosures as Attachment A.)

See Attachment A.

(6) Provide the name of any person who may be used at trial
to present evidence under Rules 702, 703, or 705 of the Federal
Rules of Evidence.   For all experts described in Fed.R.Civ.P.
26(a)(2)(B), provide a separate written report satisfying the
provisions of that rule.   (Attach expert witness list and written
reports to Responses to Initial Disclosures as Attachment B.)

0743460.01                               16

Defendants have not identified any expert witnesses at this time and reserve the right to supplement this response in accordance with the Federal Rules of Civil Procedure.

(7) Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Responses to Initial Disclosures as Attachment C.)

See Attachment C.

(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Responses to Initial Disclosures as Attachment D.)

Defendants do not claim any damages in this case.

(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

None currently known.

(10) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Responses to Initial Disclosures as Attachment E.)

See Attachment E.

This 22nd day of June, 2001.

                            Respectfully submitted,

                            _____
                            John J. Dalton
                            Georgia Bar No.   203700
                            James A. Lamberth
                            Georgia Bar No.   431851
                            Evan H. Pontz
                            Georgia Bar No.   583577
                            Counsel for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia   30308-2216
(404) 885-3000

0743460.01                      18

**ATTACHMENT A**

The following individuals, who may be contacted through Defendants' counsel, may have discoverable information regarding Plaintiffs' dealings or relationships (or lack thereof) with Defendants and Plaintiffs' claims of discrimination, retaliation and violations of the Fair Labor Standards Act:

Bill Banks

Eric Bischoff

Dwayne Bruce

Bill Busch

James A. Morrison (p/k/a J.J. Dillon)

Ed Ferrara

Tim Goodley

Jody Hamilton

Jimmy Hart

Craig Leathers

Paul Orndorff

Vince Russo

Anthony Schiavone

Kevin Sullivan

Paul W. (Terry) Taylor

Annette Yother

Defendants reserve the right to supplement this response as

0743460.01                                    1

additional individuals who may have discoverable information become known to them, in accordance with the Federal Rules of Civil Procedure.

## ATTACHMENT C

Independent Contractor Agreement of Bobby Walker

Independent Contract Agreements of Kazuo Onoo

Independent Contractor Agreement of Harrison Norris

Independent Contractor Agreement of Marcial Davis

1099-MISC Forms for Plaintiffs and/or Plaintiffs'
    corporations for relevant years

Vendor Reports for Plaintiffs and/or Plaintiffs'
    corporations for relevant years

Issues of WCW Magazine for relevant years

Pay-Per-View Promotional Materials for relevant years

Equal Employment Opportunity and Non-Harassment Policy of
    TBS

September 28, 1999 contract termination letter from J.J.
    Dillon to Marcial Davis

October 5, 1999 contract termination letter from J.J. Dillon
    to Harrison Norris

November 3, 1999 contract termination letter from James A.
    Morrison to Kazuo Onoo

May 4, 2000 Memorandum from Michael D. Ciepiela, MD, re:
    Bobby Walker

Defendants reserve the right to supplement this response as
additional relevant documents become known to them, in accordance
with the Federal Rules of Civil Procedure.

0743460.01                          1

ATTACHMENT E

**LEXINGTON INSUURANCE COMPANY**
200 STATE STREET
BOSTON, MASSACHUSETTS
(A stock Insururance company)
(EMPLOYMENT PRACTICES L'LIABILITY INSURANCE POLICY)

POLICY NO:   1073064

RENEWAL OF:  5354852

**DECLARRATIONS**

**ITEM 1:  NAMED INSURED:**     TIME WARRNER, INC.

   **MAILING ADDRESS:**     **75 Rockefefeller Plaza**

        **New York k     NY     10019**

**ITEM 2:   POLICY PERIOD:**     From: 08/3/27/99    To:     08/27/01
        Inception L Date         Termination Date
        (12:01 A.MM. standard time at the address stated in Item 1)

**ITEM 3: LIMITS OF INSURANCE, DEDUCTIBLLE AND CO-PAYMENT FEATURE**

| | | |
|---|---|---|
| **A.** | Each Insured Event Limitit: | $  10,000,000 |
| **B.** | Total Policy Period Limit: :: | $  10,000,000 |
| **C.** | Deductible Amount: | $  See Endt. #001 |
| **D.** | Covered Percentage of Lososs: | 100% |
| **E.** | Insured's Co-payment Percentage of Loss: | 0% |

**ITEM 4:    RETROACTIVE DATE:**    See attttached

    If no retroactive is shown, it shalkll be the same as the inception date of this policy
    shown in Item 2 above.

**ITEM 5:    PREMIUM:  $ 627,618**

    *Due and payable in full at inceptibtion*

Authorised Representative    OR
Countersignature (in states where applicable)

**Lex-CM-EPLI (ED.06/95) LX0556**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Walker v. World Championship Wrestling, Inc., Turner Sports, Inc., Civ. File No. 1:00-CV-0367-CC
Onoo v. World Championship Wrestling, Inc., Turner Sports, Inc., Civ. File No. 1:00-CV-0368-CC
Norris v. World Championship Wrestling, Inc., Turner Sports, Inc., Civ. File No. 1:00-CV-0369-CC
Easterling v. World Championship Wrestling, Inc. and Turner Sports, Inc., Civ. File No. 1-00-CV-1715-CC
Davis v. World Championship Wrestling, Inc. and Turner Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
Worthen v. World Championship Wrestling, Inc. and Turner Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
Speight v. World Championship Wrestling, Inc. and Turner Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
Saengsiphan v. World Championship Wrestling, Inc. and Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
Reeves v. World Championship Wrestling, Inc. and Turner Sports, Inc., Civ. File No. 1-00-CV-1720-CC;

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of

**DEFENDANTS' RESPONSES TO INITIAL DISCLOSURES** upon the interested

parties by depositing a copy of same in the U.S. Mail, properly

addressed with adequate postage, to:

Cary Ichter
Kelly Jean Beard
Michelle M. Rothenberg
MEADOWS, ICHTER AND TRIGG, P.C.
Eight Piedmont Center, Suite 300
3525 Piedmont Road
Atlanta, GA   30305

This 22nd day of June, 2001.

Evan H. Pontz



# EXHIBIT / ATTACHMENT



(To be scanned in place of tab)

# INDEPENDENT CONTRACTOR AGREEMENT

**THIS INDEPENDENT CONTRACTOR AGREEMENT** (the "Agreement") is made and entered into as of the 15th day of January, 1999, by and between **WORLD CHAMPIONSHIP WRESTLING, INC.**, a Georgia corporation located at One CNN Center, Box 105366, Atlanta, Georgia 30348 ("WCW"), and the undersigned Talent ("Talent").

**FOR AND IN CONSIDERATION** of the mutual promises and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

1.    **Services**.

(a)    Subject to the terms and conditions set forth in this Agreement, Talent agrees to provide the following services as requested by WCW (the "Services") (i) appear and perform as a professional Talent at events, including without limitation, live and taped television shows, pay-per-view telecasts, live arena shows and other promotional events, as requested by WCW ("Events"); (ii) cooperate with and assist in activities intended to publicize, advertise and promote Events and WCW merchandise, including, but not limited to, on-sale ticket appearances, media interviews and other publicity appearances; (iii) develop his own, individual style and persona, with advice from WCW, that will be attractive to wrestling fans; (iv) provide all wardrobe, props and make-up necessary for his performance at any Event; provided, however, all such items shall be subject to approval by WCW prior to their use in an Event; (v) act as a consultant to WCW on international business matters in Japan and S.E. Aisa; and (vi) perform such other services as may be reasonably requested by WCW.  Talent agrees to use his best efforts to perform the Services in a professional manner.

1

DEFENDANT'S
EXHIBIT
7
Onoc

CONFIDENTIAL

WCW 000229

(b)      In connection with Talent's performance of the Services, Talent grants WCW the following exclusive, paid-up, worldwide rights: (i) to arrange Talent's performance or appearance at Events; (ii) to sell or distribute admission tickets for all Events; (iii) to create, publish, distribute, broadcast, photograph, film, tape or otherwise record (or authorize others to do so), in any and all available media, any or all of the Events or animated programs (any such creation or recording shall be referred to as a "Program"); and (iv) to use, exhibit and distribute, and to license others to use, exhibit and distribute, in perpetuity, any Program, or any part or segment of any Program, in any and all media and by any and all methods, whether now known or coming into existence hereafter, and, in connection therewith, to utilize and exploit the name, image, likeness, character, costume, props, ring name, voice, logo, service marks, trademarks, trade names, signature, gimmicks, routines, themes and charicatures and any and all other distinctive and identifying indicia as used by or associated with Talent.  The rights granted by this section shall be exclusive to WCW during the Term and for the period set forth in section 9(b), and shall be non-exclusive thereafter. Talent expressly acknowledges and agrees that the rights granted to WCW in section 1(b)(iv) shall continue in effect after the expiration, nonrenewal or termination (for any reason) of this Agreement.  WCW and Talent acknowledge and agree that they have entered into that certain Merchandising Agreement of even date herewith with respect to certain specified merchandising activities.

2.      **Independent Contractor.**  Talent, in the performance of the Services agreed to in this document, is an independent contractor.  In the performance of this Agreement, both WCW and Talent shall be acting in their own separate capacities and not as agents, employees, partners, joint venturers or associates of one another.  It is expressly understood and agreed that Talent is not authorized to bind WCW to any liability or obligation or to represent that it has any such

CONFIDENTIAL

2

WCW 000230

authority. Talent is responsible for all of his expenses, including without limitation, medical expenses, health and welfare insurance, disability insurance, training expenses, props, wardrobe, make-up and other expenses necessary to perform the Services under this Agreement. Without limiting the generality of the foregoing, Talent acknowledges that, as between WCW and Talent, Talent shall be solely responsible and liable for the payment of any and all withholding or other taxes levied, assessed or due as a result of the services which are performed by Talent under this Agreement. Any and all travel incurred by Talent in the performance of services hereunder shall be pursuant to WCW's Travel Policy, as amended by WCW from time to time.

3.     **Compensation.**

(a)     As full and complete compensation for the Services, WCW shall pay to Talent, and Talent shall accept, the payments described on Exhibit A, attached hereto and incorporated herein by reference.

(b)     Talent's compensation as outlined in Exhibit "A" shall be apportioned according to the following schedule:

| | |
|---|---|
| Pay Per Views | 40% of annual compensation |
| Televised Events (taped or live) | 25% of annual compensation |
| Non-Televised House Shows | 20% of annual compensation |
| Interviews, Photo Shoots and Personal Appearances | 15% of annual compensation |

In the event Talent fails to timely appear and perform as required by WCW, except by reason of Incapacity, WCW shall have the right to deduct pro-rata sums from Talent's compensation payments based on the foregoing apportionment divided by WCW's reasonable projection of Talent's number of annual appearances in each category. In the event Talent is unable to perform due to Incapacity as defined below, the terms of section (8) shall apply. This right of WCW shall

**CONFIDENTIAL**

3

WCW 000231

be in addition to every other remedy now or later existing at law or in equity and shall not in any way interfere with any rights on the part of WCW to enjoin Talent from any violation of this Agreement or any part thereof. Notwithstanding any reduction or deduction of compensation payments pursuant to this section, all remaining terms and conditions of this Agreement shall continue in full force and effect, unless and until terminated pursuant to the terms of this Agreement.

(c)     Notwithstanding the forgoing apportionment, for general payment purposes, Talent's compensation shall be payable in equal installments on a twice a month basis or based on such schedule as WCW may implement from time to time.

4.     **Ownership of Work Product.** All work product, themes, routines, characters, storylines, property, data, documentation or information or materials conceived, discovered, developed or created by Talent pursuant to this Agreement including, without limitation, the Programs (collectively, the "Work Product") shall be owned exclusively by WCW. To the greatest extent possible, any Work Product shall be deemed to be a "work made for hire" (as defined in the Copyright Act, 17 U.S.C.A. §§ 101 et seq., as amended) and owned exclusively by WCW. Talent hereby unconditionally and irrevocably transfers and assigns to WCW all right, title and interest in or to any Work Product, including, without limitation, all patents, copyrights, trade secrets, trademarks, service marks and other intellectual property rights therein. Talent agrees that any ring name, nickname, persona, logo or character developed by him and/or WCW during the Term and used by him in connection with performance of the Services shall be part of the "Work Product," and shall be the exclusive property of WCW. WCW shall have the right to register any such name, nickname or logo as a trademark or service mark of WCW, to the extent WCW considers such registration to be permitted and appropriate under any applicable law.

CONFIDENTIAL

WCW 000232

4

Without regard to any such registration, Talent hereby covenants that he shall not use any such ring name, nickname, persona, logo or character developed during the Term for any purpose at any time, in perpetuity, without the express consent of WCW. Talent agrees to execute and deliver to WCW any transfers, assignments, documents or other instruments which WCW may deem necessary or appropriate, from time to time, to vest complete title and ownership of any Work Product, and all associated intellectual property and other rights, exclusively in WCW. If such Work Product is not considered to be a "work made for hire," Talent hereby assigns to WCW for One Dollar ($1.00) in hand and other good and valuable consideration all rights, title and interest in and to the copyright thereof and all renewals and extensions thereof that may be secured under the laws of any country now or hereafter in force and effect. WCW shall have full, immediate and unrestricted access to all Work Product during the Term of this Agreement.

5.      **Compliance with Laws, Rules and Regulations.** (a) Talent agrees to comply with all applicable policies, rules, procedures and regulations adopted from time to time by WCW (including without limitation the WCW Independent Contractor Rules and Regulations and Travel Policy) and all other applicable federal, state and local laws, rules, regulations, or ordinances; (b) Talent further agrees to abide by the terms and conditions of the WCW Substance Abuse Policy which Talent agrees he has received and reviewed.

6.      **Representations and Warranties.** Talent hereby represents and warrants to WCW as follows: (a) Talent has the full power, authority, ability and legal right to execute and deliver this Agreement and to perform his obligations hereunder; (b) Talent has all legal rights, power, authority and ability to convey the Work Product to WCW; (c) this Agreement constitutes the legal, valid and fully binding obligation of Talent and is enforceable in accordance with its terms; (d) the execution, delivery and performance of this Agreement have

CONFIDENTIAL

5

WCW 000233

been consented to and authorized by all individuals or entities required to consent to and authorize the same, will not contravene any law, regulation, judgment or decree applicable to Talent, and will not cause or result in a breach of or default under any other agreement, contract or understanding to which Talent is a party; (e) there are no pending claims or litigation which would or might interfere with the performance of Talent's obligations or the enjoyment of WCW's rights under this Agreement; and (f) Talent is not currently using, and during the term of this Agreement, shall not use, any illegal drugs, steroids or other substances prohibited by WCW.

7.      **Indemnification**.  Talent agrees to indemnify, defend and hold harmless WCW, its directors, officers, and shareholders, and their respective agents, officers and employees, against any and all suits, damages, expenses (including, without limitation, court costs, attorneys' fees and allocable costs of in-house counsel), losses, liabilities and claims of any kind, caused by or resulting from any breach of this Agreement or by any other act or omission of Talent whether the same may be the result of negligence, willful act, responsibility under strict liability standards, any other substandard conduct or otherwise.

Talent shall at all times be responsible for any loss or damage to any WCW property by Talent or while in the possession of Talent, unless said damage occurs at the direct instruction of WCW as part of a storyline.  The loss or damage thereto shall be restored at Talent's expense.

8.      **Term, Termination and Incapacity**.

(a)      Unless sooner terminated in accordance with the provisions of this Agreement, the term of this Agreement shall be as described in Exhibit A attached hereto and incorporated herein by reference.

(b)      The term of this Agreement shall be divided into two (2) consecutive one (1) year periods.  During any such period, WCW may terminate this Agreement with or without

**CONFIDENTIAL**

6

cause after giving Talent at least one (1) month prior written notice of such termination. Any such termination shall be effective at the end of the then-current one (1) year period.

(c)     Talent may terminate this Agreement upon the occurrence of any material breach of any provision hereof by WCW which remains uncured for a period of fifteen (15) consecutive days.

(d)     WCW may terminate this Agreement or suspend Talent without pay, for "Good Cause" by written notice setting forth the reason for such termination or suspension. For the purposes of this Agreement, the WCW shall have "Good Cause" for termination of Talent's Agreement or suspension without pay (i) if Talent is convicted of or pleads guilty to any felony or a crime involving theft, fraud, or moral turpitude; (ii) if Talent intentionally violates any law, rule, regulation or order of any governmental authority, thereby exposing WCW, its parent, subsidiaries or any affiliated entity of the WCW to potential civil or criminal penalties; (iii) if Talent fails to adequately or completely perform any of his duties or obligations hereunder, whether express or implied; (iv) if Talent fails to follow the direction of WCW's officers; (v) if Talent engages in conduct or activities involving moral turpitude materially damaging to the business or reputation of WCW; (vi) if Talent violates the WCW Substance Abuse Policy; (vii) if Talent otherwise breaches any provision or representation of this agreement; or (viii) if Talent intentionally misappropriates for his own purpose and benefit any property of the WCW, its parent, subsidiaries or any affiliated entity of WCW or appropriates any corporate opportunity of WCW, its parent, subsidiaries or any affiliated entity of WCW. Talent acknowledges that a waiver by WCW of its rights with respect to any provision of this paragraph in one instance will not be deemed to constitute a waiver of its rights with respect to the same or a similar breach thereafter.

CONFIDENTIAL

WCW 000235

7

(e)    This Agreement shall terminate automatically upon the death of Talent.

(f)    In the event Talent is unable to perform all of the Services hereunder as a result of incapacity, WCW shall have the option at any point during which Talent remains incapacitated, to terminate this Agreement, without further obligation.

(g) Talent acknowledges his present eligibility for workers' compensation through WCW.  For so long as WCW maintains worker's compensation coverage, Talent agrees to accept the benefits provided by said workers' compensation coverage as his sole and exclusive remedy against WCW, (including its parent, affiliates, employees and agents), for any and all injuries sustained during the Term provided said coverage is maintained by WCW and is in effect with respect to such injury.  Notwithstanding anything herein to the contrary, WCW shall not be obligated to maintain workers' compensation coverage.

9.    **Restrictive Covenants**.

(a)    Confidentiality. "Confidential Information" shall mean any confidential, proprietary, business information or data belonging to or pertaining to WCW that does not constitute a "Trade Secret" (as defined under applicable law) and that is not generally known by or available through legal means to the public. In recognition of WCW's need to protect its legitimate business interests, Talent hereby covenants and agrees that Talent shall not, unless specifically directed by WCW, for any reason or in any fashion, either directly or indirectly use, disclose, transfer, assign, disseminate, reproduce, copy, or otherwise communicate any: Confidential Information, at all times during his contractual relationship with WCW and for a period of one (1) year following the termination thereof for any reason; and Trade Secrets, at all times such information remains a "trade secret" under applicable law.  During the Term, Talent

CONFIDENTIAL

8

WCW 000236

shall: exercise his best efforts to ensure the continued confidentiality of all Trade Secrets and Confidential Information of WCW known by, disclosed to or made available to Talent, whether in connection with this Agreement or any other past or present relationship with WCW; immediately notify WCW of any unauthorized disclosure or use of any Trade Secrets or Confidential Information of which Talent becomes aware; and assist WCW, to the extent necessary, in the procurement of or any protection of WCW's rights to or in any of the Trade Secrets or Confidential Information.

(b)     Noncompetition.  During the Term and within the Territory of this Agreement, Talent shall perform the Services exclusively for WCW.  Talent expressly covenants and agrees that for a period of one hundred and twenty (120) days after any termination or expiration of this Agreement, for any reason (the "Non-Compete Period"), he shall not provide those Services specifically delineated in sections 1(a)(i) and (ii) to any other individual, company or business in the United States, Canada and Japan. In addition, during the Non-Compete Period, Talent shall not appear or perform in any media (including but not limited to broadcast, pay-per-view and cable television, video replay, telephone hot-line, radio, magazine and internet) in any manner or capacity relating to wrestling or any other related professional, entertainment or athletic event for or on behalf of Titan Sports, Inc. (WWF) or HHG Corporation (ECW) in the United States, Canada and Japan or for broadcast therein. Talent acknowledges that the Non-Compete Period shall be increased to six (6) months in the event this Agreement is terminated for Good Cause pursuant to paragraph 8(d).

(c)     Acknowledgment of Reasonableness.  The parties expressly acknowledge the reasonableness and content of the covenants and agreements contained in this section.

CONFIDENTIAL

9

WCW 000237

10.    **Notices.** All notices and statements provided for or required by this Agreement shall be in writing, and shall be delivered personally to the other designated party, or mailed by certified or registered mail, return receipt requested, or deposited with a recognized national overnight courier service. Notices shall be deemed effective on the earlier of when hand delivered, when deposited with a recognized national overnight courier service or when received by mail.

11.    **Miscellaneous.**

(a)    This Agreement, and the documents referenced herein, contain the entire agreement and understanding and shall supersede all prior agreements or understandings concerning the subject matter hereof between the parties hereto. No waiver, termination or discharge of this Agreement, or any of the terms or provisions hereof, shall be binding upon either party hereto unless confirmed in writing. This Agreement may not be modified or amended, except by a writing executed by both parties. No waiver by either party of any term or provision of this Agreement or of any default hereunder shall affect such party's rights thereafter to enforce such term or provision or to exercise any right or remedy in the event of any other default, whether or not similar.

(b)    This Agreement is the product of arm's-length negotiations between Talent and WCW. Talent expressly states that he has had the opportunity to seek and obtain consultation in connection with the negotiation and execution of this Agreement, and that he fully understands the rights and obligations set forth herein. In the construction and interpretation of this Agreement, no account shall be taken of which party requested or drafted any particular provision or provisions of this Agreement.

**CONFIDENTIAL**

10

WCW 000238

(c)    Regardless of the place of execution hereof, this Agreement and all amendments hereto, shall be deemed to have been negotiated, made, entered into and fully performed in the State of Georgia, without regard to the actual location at which Talent provides Services to WCW.  This Agreement shall be governed by and construed exclusively in accordance with the laws of the State of Georgia applicable to contracts made, entered into and performed entirely therein, without giving effect to its conflict of laws provisions. Talent hereby (i) submits to the jurisdiction of the United States District Court for the Northern District of Georgia and of any Georgia state court sitting in Atlanta for the purposes of all legal proceedings arising out of or relating to this Agreement and (ii) irrevocably waives, to the fullest extent permitted by law, any objection which it may now or hereafter have to the venue of any such proceeding which is brought in such a court.  Additionally, the  parties hereto agree that the State of Georgia shall be the exclusive forum and situs for the resolution of any and all disputes, controversies or matters arising herefrom or related hereto. Talent's Home Base is identified solely for travel purposes and shall not affect the choice of law, jurisdiction or venue hereunder.

(d)    The parties further agree, notwithstanding the consideration provided for herein, that because of the special, unique and extraordinary nature of the Services hereunder and of the rights and licenses which are the subject matter of this Agreement, WCW shall be entitled to injunctive and other equitable relief to prevent any breach or default by Talent hereunder, and such relief shall be without prejudice to any other rights or remedies of WCW as may be provided by law.

(e)    WCW may hereby assign its rights and delegate its obligations under this Agreement, and if such assignee shall assume WCW's obligations in writing, WCW shall have no further obligations to Talent.  Talent may not assign this Agreement, in whole or in part,

CONFIDENTIAL

WCW 000239

11

without the prior written consent of WCW, and any attempted assignment not in accordance herewith shall be null and void and of no force or effect.

(f)     This Agreement shall be binding on Talent and his successors and permitted assigns.

(g)     Nothing herein shall be deemed to obligate WCW to use the services of Talent and WCW shall have fully discharged its obligations hereunder by paying the amount specified herein.

(h)     With respect to WCW's rights hereunder, WCW shall have the sole right and discretion to bring any and all claims including but not limited to infringement or unfair competition claims.

(i)     The headings contained herein are for the convenience of the parties only and shall not be interpreted to limit or affect in any way the meaning of the language contained in this Agreement.

(j)     This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute the same Agreement.  Any signature page of any such counterpart, or any electronic facsimile thereof, may be attached or appended to any other counterpart to complete a fully executed counterpart of this Agreement, and any telecopy or other facsimile transmission of any signature shall be deemed an original and shall bind such party.

(k)     If any provision of this Agreement shall be held void, voidable, invalid or inoperative, no other provision of this Agreement shall be affected as a result thereof, and accordingly, the remaining provisions of this Agreement shall remain in full force and effect as though such void, voidable, invalid or inoperative provision had not been contained herein.

CONFIDENTIAL

12

WCW 000240

(l)     Upon the request of WCW, Talent agrees to take any and all actions, including, without limitation, the execution of certificates, documents or instruments, necessary or appropriate to give effect to the terms and conditions set forth in this Agreement.

(m)     Notwithstanding any termination of this Agreement, all provisions which, by their terms or reasonable interpretation thereof, sets forth obligations that extend beyond the termination of this Agreement hereof shall survive and remain in full force and effect.

**IN WITNESS WHEREOF,** the parties hereto have executed or caused their duly authorized representatives to execute this Agreement to be effective as of the day and year first above written.

"TALENT"

Signature: _____

Printed Name: _____

"WCW"

By: _____

Title: _____

CONFIDENTIAL

WCW 000241

13

## INDEPENDENT CONTRACTOR AGREEMENT

### FOR:  SONNY ONOO

### EXHIBIT "A"

**COMPENSATION:**    In consideration of Talent's grant of the rights, licenses and services hereunder, and provided Talent faithfully and fully performs all of his obligations hereunder, WCW shall pay Talent One Hundred and Sixty Thousand Dollars ($160,000) per year.

**TERM:**    This Agreement shall commence as of  January 15, 1999 and shall continue through January 14, 2001.

**INTERNATIONAL BUSINESS CONSULTING:**  In performing his duties as a consultant to WCW on international business matters in Japan, Talent shall be responsible for seeking merchandise licensing deals on behalf of WCW.  However, Talent shall not be allowed to pursue any merchadise licensing deals on behalf of WCW without first obtaining the written permission of WCW.  Talent shall notify WCW's designated representative in a timely fashion of any potential merchandise licensing deals.  In the event Talent has received WCW's written authorization to pursue a specific merchandise licensing deal, Talent shall have the authority to pursue the third party merchandise licensing deal for consideration by WCW.  Talent shall not have the right to bind WCW or to knowingly allow any third party to believe that he has the authority to bind WCW.  Acceptance or rejection of any deals shall be in the sole discretion of WCW.  In the event WCW accepts a third party merchandise licensing deal presented by Talent and WCW executes a written agreement with the third party,  Talent shall be entitled to a commission in an amount equal to ten (10%) of the net income received by WCW (less any other third party agency commissions including that of Leisure Concepts, Inc.) during the term of the third party written agreement, with a cap of Ten Thousand Dollars ($10,000) per third party

**CONFIDENTIAL**

WCW 000242

14

agreement.    Talent's commissions shall be limited to merchandise licensing deals and shall not include any talent exchange deals or television programming deals.

**HOME BASE**:   Mason City, IA

**ADDRESS:**  1 Twin Oak Lane, Mason City, IA  50401

TALENT _____    WORLD CHAMPIONSHIP WRESTLING, INC. _____

CONFIDENTIAL

WCW 000243

15

# WCW Personality Familiarity and Likeability Ratings
## Total Sample
### Sorted by Negative Recognition

| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 86 | 25 | 18 | 20 | 9 | 14 | 26 | 16 |
| SONNY ONOO | | | | | | | | |
| ERNEST MILLER | | | | | | | | |
| BOBO | | | | | | | | |
| WEST TEXAS REDNECKS | | | | | | | | |
| VINCENT | 98 | 5 | 14 | 16 | 22 | 41 | 5 | 42 |
| DJ RAN | 88 | 15 | 14 | 15 | 7 | 37 | 17 | 42 |
| LENNY LANE | 95 | 8 | 14 | 19 | 15 | 39 | 8 | 41 |
| STEVEN REGAL | 95 | 5 | 12 | 20 | 19 | 39 | 6 | 41 |
| NO LIMIT SOLDIERS | | | | | | | | |
| ALEX WRIGHT | | | | | | | | |
| RIKI RACHTMAN | | | | | | | | |
| BARRY DARSOW | | | | | | | | |
| SID VICIOUS | 99 | 29 | 20 | 8 | 9 | 33 | 29 | 33 |
| BARRY WINDHAM | 98 | 13 | 21 | 17 | 18 | 30 | 13 | 31 |
| KENDALL WINDHAM | 95 | 6 | 16 | 23 | 21 | 29 | 6 | 31 |
| BARRY HOROWITZ | 86 | 4 | 10 | 29 | 16 | 27 | 5 | 31 |
| SWOLE | | | | | | | | |
| DISORDERLY CONDUCT | | | | | | | | |
| BOBBY DUNCUM | | | | | | | | |
| RIC FLAIR | | | | | | | | |
| CURT HENNIG | 99 | 25 | 26 | 9 | 13 | | 26 | 17 |
| HORACE | 97 | 4 | 16 | 30 | 22 | 26 | 4 | 26 |
| RICK STEINER | 100 | 22 | 26 | 11 | 16 | 25 | 22 | 25 |
| JERRY FLYNN | 93 | 3 | 14 | 31 | 22 | 24 | 3 | 25 |
| MICHAEL WALLSTREET | | | | | | | | |
| SCOTT STEINER | | | | | | | | |
| SILVER KING | | | | | | | | |
| EL DANDY | | | | | | | | |
| VILLANO V | 82 | 3 | 9 | 38 | 13 | 19 | 3 | 24 |
| NORMAN SMILEY | 96 | 19 | 23 | 19 | 13 | 22 | 20 | 23 |
| PUBLIC ENEMY | 99 | 19 | 26 | 22 | 11 | 0 | 19 | 21 |
| FIT FINLAY | 98 | 11 | 23 | 25 | 18 | 20 | 12 | 21 |
| HUGH MORRUS | | | | | | | | |
| CHRIS JERICHO | | | | | | | | |
| JOHNNY SWINGER | | | | | | | | |
| BLACKS OMETO | | | | | | | | |
| MICHAEL JERRY TUITE | 18 | 1 | 1 | 10 | 2 | 4 | 4 | 21 |
| DIAMOND DALLAS PAGE | 100 | 37 | 2 | 8 | 13 | 20 | 37 | 20 |
| BAM BAM BIGELOW | 100 | 19 | 30 | 15 | 16 | 20 | 19 | 20 |
| JIMMY HART | 99 | 17 | 27 | 20 | 15 | 20 | 17 | 20 |
| SICK BOY | | | | | | | | |
| BOBBY EATON | | | | | | | | |
| REVOLUTION BODY | | | | | | | | |
| RICK FULLER | | | | | | | | |
| RON REESE | 41 | 2 | 5 | 20 | 6 | 8 | 4 | 20 |
| CHIP MINTON | 31 | 1 | 3 | 17 | 3 | 6 | 3 | 20 |
| JASON SHAYA | 21 | 0 | 1 | 13 | | 1 | 2 | 20 |
| KANYON | 99 | 22 | 31 | 13 | 16 | 18 | 22 | 19 |
| DAMIEN | | | | | | | | |
| YOU OFF | | | | | | | | |
| JIMMY BARRON | | | | | | | | |
| STEVE ARMSTRONG | | | | | | | | |

P005150



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)



# Personality Familiarity and Likeability Ratings
*April, 2000*

*WCW Research Department*
*April 6, 2000*

CONFIDENTIAL
X 001927

# Table of Contents

| | |
|---|---|
| **1** | **Background & Methodology**<br>**Reading the Tables**<br>**Topline Sumary** |
| **2** | **Personality Ratings from**<br>**Total Sample**<br>  Sorted by Familiarity (Yellow)<br>  Sorted by Positive Recognition (Green)<br>  Sorted by Negative Recognition (Blue)<br>  Sorted Alphabetically (White) |
| **3** | **Personality Ratings from those aged**<br>**Aged 17 and Under**<br>  Sorted by Familiarity (Yellow)<br>  Sorted by Positive Recognition (Green)<br>  Sorted by Negative Recognition (Blue)<br>  Sorted Alphabetically (White) |
| **4** | **Personality Ratings from those aged**<br>**Aged 24 and Under**<br>  Sorted by Familiarity (Yellow)<br>  Sorted by Positive Recognition (Green)<br>  Sorted by Negative Recognition (Blue)<br>  Sorted Alphabetically (White) |
| **5** | **Personality Ratings from those aged**<br>**Aged 25 and Over**<br>  Sorted by Familiarity (Yellow)<br>  Sorted by Positive Recognition (Green)<br>  Sorted by Negative Recognition (Blue)<br>  Sorted Alphabetically (White) |
| **6** | **Personality Ratings from those aged**<br>**Aged 18-29**<br>  Sorted by Familiarity (Yellow)<br>  Sorted by Positive Recognition (Green)<br>  Sorted by Negative Recognition (Blue)<br>  Sorted Alphabetically (White) |
| **7** | **Personality Ratings from those aged**<br>**Aged 30 to 49**<br>  Sorted by Familiarity (Yellow)<br>  Sorted by Positive Recognition (Green)<br>  Sorted by Negative Recognition (Blue)<br>  Sorted Alphabetically (White) |
| **8** | **Personality Ratings from those aged**<br>**Aged 30 and Over**<br>  Sorted by Familiarity (Yellow)<br>  Sorted by Positive Recognition (Green)<br>  Sorted by Negative Recognition (Blue)<br>  Sorted Alphabetically (White) |

CONFIDENTIAL
X 001928



## BACKGROUND & METHODOLOGY

Using a sample of WCW's e-mail database list, addressees were sent an invitation to participate in the online familiarity and likability rating of WCW personalities. Nearly 1400 completed surveys were collected on March 10-20, 2000.

The sample makeup was 83% Adult, 17% Non-adult, with Males comprising 92% and Females representing only 8%.

Surveys were administered, collected and tabulated by Grace Market Research, Los Angeles, California. The maximum sampling error of this research is +/- 2.6% at a 95% confidence level.

CONFIDENTIAL
X 001929



## READING THE TABLES

1.  Each performer is rated on the following scale:

    - "Like a lot"
    - "Like a little"
    - "Neither like or dislike"
    - "Dislike a little"
    - "Dislike a lot"
    - "Never seen or heard of before"

2.  The SUM of the "Like a lot" through "Dislike a lot" scores is "Total Familiar."

3.  The "Like a lot" score is an <u>absolute measure of appeal or popularity</u>, as it is based on 100%. However, some personalities are not very well known and would, therefore, have a low "Like a lot" score.

    Thus, a personality's "R" score is developed in order to provide another way of evaluating the appeal of a lesser-known personality. The "R" score, therefore, is a ratio of the "Like a lot" or "Dislike a lot" score to the "Familiar" score. It answers the question, "How appealing is he/she <u>among those who do know him/her?</u>"

4.  This relative measure ("R" score) is used to reflect the potential of lesser-known personalities and, therefore, provides an equivalent basis for comparison with more established personalities.

    |  | David Penzer |
    |---|---|
    | **TOTAL FAMILIAR** | **86%** |
    | "Like a lot" | 12% |
    | "Like a little" | 20% |
    | "Neither like or dislike" | 40% |
    | "Dislike a little" | 7% |
    | "Dislike a lot" | 8% |
    | **NEVER SEEN OR HEARD OF BEFORE** | **14%** |
    | POSITIVE R SCORE* | 13 |
    | NEGATIVE R SCORE** | 9 |

* % Total sample who scored performer likeability as "Like a lot" divided by only those who are familiar with performer.
** % Total sample who scored performer likeability as "Dislike a lot" divided by only those who are familiar with performer.

Using David Penzer as an example, we can see he is familiar to 86% of all respondents. Of those that know him (the 86%), 12% "Like David a lot," and 8% "Dislike David a lot." From there, we can then produce David's relative measure of likeability (his "+/-R" scores) and see that among those that know him, more respondents like him than dislike him. The telling point in David's numbers is seeing that 60% of the respondents "Like David a little" or are neutral to him. Accordingly, David's numbers appropriately portray his role within our programs – a likeable ring announcer that doesn't appear to be alienating our viewers.

Moreover, keep in mind that a high negative R score isn't necessarily bad. Ernest Miller should produce a high negative R score, a Nitro Girl shouldn't. Scores should be reflective of a personality's role or purpose within a show.

CONFIDENTIAL
X 001930



## TOPLINE SUMMARY

### Overall

**Familiarity** with the majority of WCW personalities is high. Not surprisingly, overall **familiarity is** greater among personalities that: a) are more established, b) receive greater/specialized airtime, or c) a combination of both. The statement holds true for all of WCW's personalities – wrestlers, announcers, managers, valets, as well as, *The Nitro Girls*.

In terms of **likeability**, no real surprises were presented. Of note, however, WCW's female personalities scored extremely well – taking the top-three spots among the overall sample. Their appeal among teens and younger adults is even more substantial.

Needless to say, WCW's ability to play upon the strong appeal of its female personalities should reap positive benefits for its programming and/or promotional efforts. Yet, based upon findings within other research efforts, their incorporation must be: a) limited, b) germane to the action/storyline, and c) within character. In short, their inclusion should do nothing to detract from the shows' main thrust and appeal – wrestling action.

Assessing **dislikeability** was a tougher task. Judging between assessments of "love to hate" personalities (i.e., a "good" heel) and "just not appealing" personalities is much more subjective. However, given previous experience, "good" heels appear to also generate relatively high **likeability** scores; whereas unappealing personalities have negligible positive support.

As an example, *The Maestro, Berlyn,* and *The Artist* each generate high **dislike** scores, but barely register on the likeable scale. In contrast, *Jeff Jarrett, The Cat,* and *The Total Package,* all generate **likeability** scores nearly as high as their dislike scores. The point being that a successful "bad" guy appears to possess at least one appealing character element – a particular schtick, saying, quality, or angle that creates an affinity with viewers. With this in mind, personalities skewing heavily negative should have the necessary creative energy devoted to better developing their characters.

### Aged Under 18

One word – women. **Familiarity** for female personalities was strong, but the **likeability** scores were spectacular, to say the least. Females occupied the top-four spots, five of the first six places, and nearly half of the top-twenty. Among wrestlers, younger and/or irreverent personalities appealed the strongest.

**Dislikeability** scores mirrored those of the overall sample, more or less. One pronounced difference were the less favorable assessments of the organization's older talent (e.g., Ric Flair's scoring 25+R/38-R among those <18, and 35+R/26-R overall).

### Aged Under 25

Parallel to under 18, yet not quite as much emphasis on women.

### Aged 25 and Over

First sample to actually have a wrestler ranked at the top of their likeability scale. Women are still popular, but emphasis is less pronounced. Moreover, older personalities begin replacing younger and/or irreverent personalities in terms of **likeability**. More true "heels" ranked higher in **dislikeability** than those seen as uncompelling

### Aged 18-29

Similar to under 25.

### Aged 30-49

Females do well, but **likeability** of older talent begins to rise. Similarly, negative assessments of younger talent also appears to increase.

CONFIDENTIAL
X 001931



### Aged 30 and Over

The only demographic set to have two wrestlers among its top-three likeable choices. Although the wrestlers occupied half of the top-twenty (including *Madusa*), and female personalities occupied an additional six spaces, four (20%) of the most likeable personalities are all aged 50+ (*Roddy Piper, Gene Okerlund, Arn Anderson,* and *Larry Zbyszko* – *Bobby Heenan*, placed 21st). Clearly, having personalities that appeal to this age set is important to the organization.

CONFIDENTIAL
X 001932

# WCW Personality Familiarity and Likeability Ratings
## Total Sample
### Sorted by Familiarity



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 88 | 26 | 20 | 19 | 9 | 14 | 28 | 16 |
| Kimberly | 100 | 22 | | | | 4 | 82 | 2 |
| Sting | 100 | | 8 | | | 2 | 76 | |
| Goldberg | 00 | 76 | 13 | 2 | | 7 | 76 | |
| Kevin Nash | 100 | 60 | 21 | 5 | 6 | 8 | 60 | 8 |
| Bret "The Hitman" Hart | 100 | 59 | 24 | 6 | 5 | 6 | 59 | 6 |
| Booker | 100 | 58 | 26 | 8 | 3 | 4 | 58 | 4 |
| Buff Bagwell | 100 | 57 | 26 | 5 | 5 | 7 | 57 | 7 |
| Sid Vicious | 100 | 55 | 25 | 6 | 5 | 8 | 55 | 8 |
| Rey Mysterio | 100 | 54 | 25 | 8 | 5 | 8 | 54 | 8 |
| Scott Hall | 100 | 54 | 24 | 6 | 7 | 9 | 54 | 9 |
| Diamond Dallas Page | 100 | 52 | 29 | 6 | 5 | 8 | 52 | 8 |
| Elizabeth | 100 | 50 | 22 | 9 | 8 | 11 | 50 | 11 |
| Roddy Piper | 100 | 50 | 24 | 8 | 7 | 11 | 50 | 11 |
| Hulk Hogan | 100 | 44 | 21 | 5 | 6 | 24 | 44 | 24 |
| Hacksaw Jim Duggan | 100 | 42 | 29 | 12 | 7 | 10 | 42 | 10 |
| Scott Steiner | 100 | 42 | 21 | 8 | 9 | 20 | 42 | 20 |
| Meng | 100 | 37 | 32 | 18 | 7 | 6 | 37 | 6 |
| Ric Flair | 100 | 35 | 20 | 8 | 10 | 26 | 35 | 26 |
| Jeff Jarrett | 100 | 31 | 19 | 15 | 10 | 34 | 31 | 34 |
| Rick Steiner | 100 | 28 | 31 | 15 | 13 | 13 | 28 | 13 |
| Disco Inferno | 100 | 24 | 34 | 15 | 13 | 13 | 25 | 13 |
| David Flair | 100 | 25 | 31 | 14 | 10 | 20 | 25 | 21 |
| Lex Luger | 100 | 25 | 28 | 9 | 14 | 24 | 25 | 24 |
| The Total Package | 100 | 25 | 25 | 9 | 13 | 27 | 25 | 28 |
| Jimmy Hart | 100 | 18 | 28 | 25 | 13 | 15 | 18 | 15 |
| Stevie Ray | 100 | 15 | 24 | 16 | 20 | 25 | 15 | 25 |
| Spice | 99 | 71 | 15 | 8 | | 2 | 72 | 3 |
| Billy Kidman | 99 | 61 | 26 | 6 | | 4 | 82 | |
| Vampiro | 99 | 56 | 26 | 9 | 4 | 4 | 57 | 4 |
| Gene Okerlund | 99 | 55 | 22 | 12 | 4 | 6 | 56 | 6 |
| Bobby Heenan | 99 | 53 | 24 | 10 | 6 | 7 | 53 | 7 |
| Madusa | 99 | 51 | 27 | 10 | 5 | 6 | 51 | 6 |
| Arn Anderson | 99 | 44 | 27 | 14 | 6 | 8 | 45 | 8 |
| Norman Smiley | 99 | 15 | 29 | 9 | | 11 | 15 | 11 |
| Larry Zbyszko | 99 | 38 | 26 | 16 | 7 | 12 | 38 | 13 |
| Tony Schiavone | 99 | 35 | 26 | 16 | 7 | 15 | 36 | 15 |
| Curt Henning | 99 | 30 | 33 | 15 | 9 | 12 | 30 | 12 |
| Konnan | 99 | 30 | 25 | 14 | 11 | 19 | 30 | 19 |
| Bam Bam Bigelow | 99 | 29 | 42 | 17 | 7 | 5 | 29 | 5 |
| Chavo Guerrero, Jr. | 99 | 28 | 34 | 19 | 9 | 8 | 29 | 8 |
| Dustin Rhodes | 99 | 27 | 32 | 16 | 10 | 15 | 27 | 15 |
| Kanyon | 99 | 23 | 28 | 10 | 9 | 17 | 25 | 17 |
| Psychosis | 99 | 8 | 32 | 25 | 13 | 11 | 9 | 11 |
| Fit Finlay | 99 | 13 | 21 | 23 | 6 | 17 | 3 | 17 |
| Torrie Wilson | 98 | 78 | 12 | 5 | 2 | 2 | 80 | 2 |
| Asya | 98 | 30 | 24 | 23 | 9 | 12 | 30 | 12 |
| Juventud Guerrera | 98 | 27 | 30 | 15 | 12 | 13 | 28 | 13 |
| Tank Abbott | 98 | 26 | 25 | 16 | 11 | 20 | 27 | 20 |
| La Parka | 98 | 25 | 29 | 31 | | 13 | 26 | 13 |
| The Cat | 98 | 21 | 31 | 12 | 13 | 31 | 21 | 32 |
| Barbarian | 98 | 15 | 28 | 31 | 12 | 10 | 16 | 10 |
| Lyness | 97 | 46 | 25 | 10 | | | 8 | 1 |
| Mike Tenay | 97 | 29 | 35 | 19 | 6 | 8 | 30 | 9 |
| Brian Adams | 97 | 14 | 27 | 31 | 12 | 13 | 15 | 13 |
| J.J. Dillon | 97 | 13 | 23 | 33 | 10 | 19 | 14 | 20 |
| Hugh Morrus | 97 | 13 | 28 | 29 | 12 | 14 | 13 | 15 |
| Berlyn | 97 | 3 | 12 | 13 | 9 | 19 | 3 | 17 |
| Jerry Flynn | 97 | 4 | 17 | 31 | 20 | 24 | 4 | 25 |
| Lash LeRoux | 98 | 27 | 23 | 17 | 9 | 9 | 28 | 20 |
| Knobs | 90 | 3 | 26 | 23 | 8 | 18 | 9 | 19 |

CONFIDENTIAL
X 001933

## WCW Personality Familiarity and Likeability Ratings
## Total Sample
## Sorted by Familiarity



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 88 | 26 | 20 | 19 | 9 | 14 | 28 | 16 |
| Horace | 96 | 3 | 14 | 31 | 21 | 27 | 4 | 28 |
| Mona | 95 | 52 | 24 | 11 | 3 | 4 | 55 | 4 |
| Wrath | 95 | 37 | 27 | 21 | 5 | 5 | 39 | 5 |
| Ernest Miller | 95 | 20 | 22 | 14 | 14 | 26 | 21 | 28 |
| The Wall | 95 | 17 | 28 | 23 | 10 | 17 | 18 | 18 |
| Chae | 94 | 30 | 16 | 11 | 2 | 5 | 37 | 8 |
| Daffney | 94 | 37 | 21 | 11 | 7 | 16 | 39 | 17 |
| Crowbar | 94 | 35 | 27 | 13 | 8 | 10 | 38 | 11 |
| The Harris Boys | 94 | 10 | 22 | 21 | 15 | 26 | 11 | 28 |
| Evan Karagias | 94 | 9 | 26 | 20 | 15 | 23 | 10 | 24 |
| The Artist | 94 | 5 | 16 | 17 | 16 | 40 | 5 | 43 |
| The Maestro | 94 | 3 | 9 | 19 | 16 | 48 | 3 | 51 |
| Brad Armstrong | 93 | 11 | 23 | 36 | 11 | 13 | 12 | 13 |
| Symphony | 92 | 38 | 22 | 18 | 5 | 10 | 41 | 10 |
| Charles Robinson | 92 | 12 | 22 | 35 | 12 | 11 | 14 | 12 |
| Scott Armstrong | 92 | 5 | 15 | 42 | 12 | 17 | 6 | 18 |
| Miss Hancock | 91 | 70 | 10 | 6 | 2 | 3 | 77 | 3 |
| Michael Buffer | 91 | 31 | 18 | 24 | 5 | 12 | 34 | 13 |
| Big Vito | 91 | 20 | 24 | 22 | 9 | 16 | 22 | 17 |
| Demon | 91 | 17 | 21 | 25 | 9 | 20 | 18 | 22 |
| Lane | 91 | 14 | 22 | 22 | 12 | 21 | 15 | 23 |
| Silver King | 91 | 4 | 14 | 38 | 14 | 21 | 5 | 23 |
| Kevin Sullivan | 89 | 10 | 13 | 22 | 11 | 33 | 11 | 37 |
| Mark Madden | 88 | 8 | 18 | 24 | 9 | 20 | 20 | 23 |
| David Penzer | 86 | 12 | 20 | 40 | 7 | 8 | 13 | 9 |
| El Dandy | 86 | 4 | 11 | 34 | 14 | 24 | 5 | 27 |
| Villano V | 86 | 3 | 10 | 43 | 10 | 20 | 4 | 24 |
| Villano IV | 86 | 3 | 10 | 42 | 10 | 21 | 3 | 24 |
| Johnny the Bull | 85 | 21 | 22 | 22 | 8 | 11 | 25 | 13 |
| DJ Ran | 85 | 10 | 12 | 20 | 8 | 36 | 12 | 42 |
| Kaz | 84 | 12 | 21 | 33 | 8 | 10 | 15 | 11 |
| Scott Hudson | 84 | 12 | 20 | 35 | 7 | 9 | 14 | 11 |
| Tony Marinara | 83 | 7 | 14 | 27 | 11 | 25 | 9 | 30 |
| Disorderly Conduct | 83 | 3 | 9 | 33 | 14 | 24 | 4 | 29 |
| Paisley | 82 | 21 | 20 | 22 | 9 | 9 | 26 | 11 |
| Ron Harris | 82 | 8 | 17 | 26 | 12 | 19 | 9 | 23 |
| Michael Rotunda | 81 | 7 | 14 | 32 | 12 | 16 | 8 | 19 |
| Riki Rachtman | 75 | 7 | 10 | 21 | 8 | 29 | 8 | 39 |
| Don Harris | 75 | 6 | 6 | 23 | 12 | 19 | 8 | 25 |
| Lela Meow | 74 | 39 | 14 | 14 | 2 | 4 | 52 | 6 |
| Al Green | 72 | 2 | 8 | 37 | 9 | 16 | 2 | 22 |
| Idol | 71 | 11 | 19 | 18 | 9 | 13 | 16 | 18 |
| Shane | 71 | 4 | 9 | 26 | 9 | 23 | 6 | 32 |
| The Dog | 69 | 4 | 9 | 23 | 9 | 24 | 6 | 35 |
| Rick Fuller | 59 | 1 | 8 | 37 | 10 | 13 | 2 | 10 |
| Shannon Moore | 58 | 11 | 4 | 19 | 8 | 6 | 16 | 24 |
| Shane Helms | 55 | 9 | 11 | 22 | 7 | 17 | 13 | 26 |
| Ice Train | 50 | 5 | 8 | 27 | 6 | 10 | 9 | 17 |
| Baby | 55 | 29 | 11 | 12 | 1 | 2 | 52 | 4 |
| Bobby Walker | 51 | 2 | 7 | 30 | 5 | 9 | 3 | 18 |
| Chiquita | 47 | 16 | 10 | 16 | 2 | 3 | 35 | 7 |
| Chameleon | 47 | 14 | 10 | 18 | 1 | 3 | 31 | 7 |
| Machina | 43 | 3 | 5 | 24 | 4 | 7 | 6 | 17 |
| Bryan Clark | 40 | 6 | 7 | 16 | 3 | 5 | 19 | 13 |
| Hardwork | 30 | 2 | 5 | 19 | 8 | 9 | 8 | 24 |
| Emory Hale | 27 | 1 | 3 | 15 | 2 | 6 | 5 | 18 |
| Payton | 25 | 2 | 3 | 15 | 2 | 3 | 7 | 13 |
| Jakes | 22 | 1 | 2 | 12 | 2 | 4 | 7 | 19 |

CONFIDENTIAL
X 001934

## WCW Personality Familiarity and Likeability Ratings
## Total Sample
## Sorted by Positive Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 88 | 26 | 20 | 19 | 9 | 14 | 28 | 16 |
| Kimberly | 100 | 82 | | | | 2 | 82 | 2 |
| Torrie Wilson | | 78 | 12 | | | | 80 | |
| Miss Hancock | 91 | 70 | 10 | 6 | | | 77 | 3 |
| Sting | 100 | 78 | 16 | 3 | | 2 | 76 | 2 |
| Goldberg | 100 | 76 | 13 | 2 | 2 | 7 | 76 | 7 |
| Spice | 99 | 71 | 15 | 8 | 2 | 3 | 72 | 3 |
| Chae | 94 | 63 | 16 | 11 | 2 | 2 | 67 | 3 |
| Billy Kidman | 99 | 61 | 26 | 6 | 3 | 4 | 62 | 4 |
| Kevin Nash | 100 | 60 | 21 | 5 | | 3 | 60 | |
| Bret the Hitman Hart | 100 | 59 | | 6 | | | 59 | 2 |
| Booker | 100 | 58 | 26 | | 4 | | 58 | 4 |
| Buff Bagwell | 100 | 57 | 26 | 5 | 6 | 7 | 57 | 7 |
| Vampiro | 99 | 56 | 26 | 9 | 4 | 4 | 57 | 4 |
| Gene Okerlund | 99 | 55 | 22 | 12 | 4 | 6 | 56 | 6 |
| Sid Vicious | 100 | 55 | 25 | 6 | 5 | 8 | 55 | 8 |
| Mona | 95 | 52 | 24 | 11 | 3 | 4 | 55 | 4 |
| Rey Mysterio Jr. | 100 | 54 | 25 | 8 | 5 | | 54 | 5 |
| Scott Hall | 100 | 54 | | 8 | 7 | 2 | 54 | 9 |
| Bobby Heenan | 99 | 53 | 24 | 10 | 6 | 7 | 53 | 7 |
| Diamond Dallas Page | 100 | 52 | 29 | 6 | 5 | 8 | 52 | 8 |
| Leia Meow | 74 | 39 | 14 | 14 | 2 | 4 | 52 | 6 |
| Baby | 55 | 29 | 11 | 12 | 1 | 2 | 52 | 4 |
| Madusa | 99 | 51 | 27 | 10 | 5 | 6 | 51 | 6 |
| Elizabeth | 100 | 50 | 22 | 9 | 8 | 11 | 50 | 11 |
| Roddy Piper | 100 | 50 | 24 | 8 | 7 | 9 | 50 | 9 |
| Tygress | 97 | 46 | 25 | 18 | 3 | 4 | 48 | 4 |
| Arn Anderson | 89 | 44 | 27 | 14 | 6 | 4 | 45 | 4 |
| Norman Smiley | 99 | 45 | 29 | 9 | 5 | 11 | 45 | 11 |
| Hulk Hogan | 100 | 44 | 21 | 5 | 6 | 24 | 44 | 24 |
| Hacksaw Jim Duggan | 100 | 42 | 29 | 12 | 7 | 10 | 42 | 10 |
| Scott Steiner | 100 | 42 | 21 | 8 | 9 | 20 | 42 | 20 |
| Symphony | 92 | 38 | 22 | 18 | 5 | 10 | 41 | 10 |
| Wrath | 95 | 37 | 27 | 21 | 5 | 5 | 39 | 5 |
| Daffney | 84 | 37 | 21 | 14 | 7 | 6 | 39 | 12 |
| Larry Zbyszko | 89 | 35 | 26 | 16 | 5 | 12 | 39 | 13 |
| Crowbar | 81 | 36 | 27 | 13 | 9 | 10 | 38 | 11 |
| Meng | 100 | 37 | 32 | 18 | 7 | 6 | 37 | 6 |
| Tony Schiavone | 99 | 35 | 26 | 16 | 7 | 15 | 36 | 15 |
| Ric Flair | 100 | 35 | 20 | 8 | 10 | 26 | 35 | 26 |
| Chiquita | 47 | 16 | 10 | 16 | 2 | 3 | 35 | 7 |
| Michael Buffer | 91 | 31 | 18 | 21 | 5 | 12 | 34 | 13 |
| Gentleman | 60 | 31 | 19 | 5 | 10 | 21 | 31 | 21 |
| Chameleon | 17 | 6 | 6 | 11 | 1 | 3 | 31 | 7 |
| Curt Henning | 99 | 30 | 33 | 15 | 9 | 12 | 30 | 12 |
| Konnan | 99 | 30 | 25 | 14 | 11 | 19 | 30 | 19 |
| Asya | 98 | 30 | 24 | 23 | 9 | 12 | 30 | 12 |
| Mike Tenay | 97 | 29 | 35 | 19 | 6 | 8 | 30 | 9 |
| Bam Bam Bigelow | 99 | 29 | 42 | 17 | 7 | 5 | 29 | 5 |
| Chavo Guerrero, Jr. | 99 | 28 | 34 | 18 | 9 | 9 | 29 | 9 |
| Rick Steiner | 100 | 29 | 31 | 6 | 8 | 18 | 28 | 18 |
| Juventud Guerrera | 83 | 27 | 30 | 19 | 8 | 13 | 28 | 10 |
| Cash LeRoux | 98 | 27 | 31 | 17 | 9 | 9 | 28 | 10 |
| Dustin Rhodes | 99 | 27 | 32 | 16 | 10 | 15 | 27 | 15 |
| Tank Abbott | 98 | 26 | 25 | 16 | 11 | 20 | 27 | 20 |
| La Parka | 98 | 25 | 29 | 21 | 9 | 13 | 26 | 13 |
| Paisley | 82 | 21 | 20 | 22 | 9 | 9 | 26 | 11 |
| Disco Inferno | 100 | 24 | 28 | 15 | 6 | 17 | 25 | 17 |
| David Paul | 100 | 24 | 31 | 13 | 9 | 20 | 25 | 21 |
| Lex Luger | 99 | 24 | 21 | 7 | 8 | 24 | 25 | 24 |
| Theodore R Long | 100 | 25 | 25 | 9 | 8 | 27 | 25 | 28 |

CONFIDENTIAL

X 001935

# WCW Personality Familiarity and Likeability Ratings
## Total Sample
## Sorted by Positive Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 88 | 26 | 20 | 19 | 9 | 14 | 28 | 16 |
| Kanyon | 99 | 25 | 26 | 18 | 14 | 17 | 25 | 17 |
| Johnny the Bull | 85 | 21 | 22 | 22 | 8 | 11 | 25 | 13 |
| Big Vito | 91 | 20 | 24 | 22 | 9 | 16 | 22 | 17 |
| The Cat | 98 | 21 | 21 | 12 | 13 | 31 | 21 | 32 |
| Ernest Miller | 95 | 20 | 22 | 14 | 14 | 26 | 21 | 20 |
| Mark Madden | 84 | 10 | 19 | 21 | 5 | 20 | 20 | 23 |
| Jimmy Hart | 100 | 9 | 28 | 25 | 3 | 15 | 19 | 18 |
| Psychosis | 79 | 8 | 32 | 25 | 3 | 11 | 19 | 14 |
| Bryan Clark | 39 | 8 | 7 | 16 | 3 | 5 | 19 | 13 |
| The Wall | 95 | 17 | 28 | 23 | 10 | 17 | 18 | 18 |
| Demon | 91 | 17 | 21 | 25 | 9 | 20 | 18 | 22 |
| Barbarian | 98 | 15 | 28 | 33 | 12 | 10 | 16 | 10 |
| Idol | 71 | 11 | 19 | 18 | 9 | 13 | 16 | 18 |
| Shannon Moore | 68 | 11 | 14 | 19 | 8 | 16 | 16 | 21 |
| Stevie Ray | 100 | 15 | 24 | 16 | 20 | 25 | 15 | 25 |
| Brian Adams | 97 | 14 | 27 | 31 | 12 | 13 | 15 | 13 |
| Lane | 91 | 14 | 22 | 22 | 12 | 21 | 15 | 23 |
| Kaz | 84 | 12 | 21 | 33 | 8 | 10 | 15 | 11 |
| J.J. Dillon | 97 | 13 | 23 | 33 | 10 | 19 | 14 | 20 |
| Charles Robinson | 92 | 12 | 22 | 35 | 12 | 11 | 14 | 12 |
| Scott Hudson | 84 | 12 | 20 | 35 | 17 | 10 | 14 | 11 |
| Fit Finlay | 99 | 13 | 29 | 23 | 16 | 17 | 13 | 17 |
| Hugh Morrus | 77 | 13 | 28 | 9 | 12 | 11 | 13 | 14 |
| David Penzer | 86 | 12 | 20 | 10 | 7 | 5 | 13 | 9 |
| Shane Helms | 65 | 8 | 11 | 22 | 7 | 17 | 13 | 26 |
| Brad Armstrong | 93 | 11 | 23 | 36 | 11 | 13 | 12 | 13 |
| DJ Ran | 85 | 10 | 12 | 20 | 8 | 36 | 12 | 42 |
| The Harris Boys | 94 | 10 | 22 | 21 | 15 | 26 | 11 | 28 |
| Kevin Sullivan | 89 | 10 | 13 | 22 | 11 | 33 | 11 | 37 |
| Evan Karagias | 91 | 9 | 26 | 20 | 15 | 21 | 10 | 24 |
| Knobs | 89 | 9 | 26 | 25 | 10 | 18 | 9 | 19 |
| Tony Marinara | 93 | 7 | 14 | 27 | 14 | 25 | 9 | 40 |
| Ron Harris | 82 | 6 | 17 | 26 | 12 | 19 | 9 | 23 |
| Riki Rachtman | 75 | 7 | 10 | 21 | 8 | 29 | 9 | 39 |
| Ice Train | 58 | 5 | 8 | 27 | 6 | 10 | 9 | 17 |
| Michael Rotunda | 81 | 7 | 14 | 32 | 12 | 16 | 8 | 19 |
| Don Harris | 75 | 9 | 6 | 23 | 12 | 19 | 9 | 25 |
| Payton | 25 | 2 | 3 | 15 | 2 | 3 | 7 | 14 |
| Jakes | 22 | 4 | 2 | 12 | 2 | 1 | 7 | 19 |
| Scott Armstrong | 72 | 5 | 15 | 12 | 12 | 17 | 7 | 18 |
| Shane | 71 | 4 | 9 | 26 | 9 | 23 | 6 | 32 |
| The Dog | 69 | 4 | 9 | 23 | 9 | 24 | 6 | 35 |
| Machina | 43 | 3 | 5 | 24 | 4 | 7 | 6 | 17 |
| Hardwork | 39 | 2 | 5 | 19 | 4 | 9 | 6 | 24 |
| Berlyn | 77 | 2 | 12 | 6 | 9 | 6 | 5 | 17 |
| The Artist | 51 | 3 | 6 | 17 | 15 | 10 | 5 | 13 |
| Silver King | 51 | 2 | 13 | 9 | 11 | 21 | 5 | 33 |
| El Dandy | 53 | 1 | 11 | 3 | 12 | 21 | 5 | 27 |
| Emory Hale | 27 | 1 | 3 | 15 | 2 | 5 | 5 | 18 |
| Jerry Flynn | 97 | 4 | 17 | 31 | 20 | 24 | 4 | 25 |
| Horace | 96 | 3 | 14 | 31 | 21 | 27 | 4 | 28 |
| Villano V | 86 | 3 | 10 | 43 | 10 | 20 | 4 | 24 |
| Disorderly Conduct | 63 | 3 | 3 | 33 | 11 | 12 | 4 | 22 |
| The Maestro | 53 | 3 | 5 | 9 | 10 | 18 | 3 | 51 |
| Villano IV | 55 | 2 | 0 | 12 | 10 | 21 | 3 | 21 |
| Bobby Walker | 51 | 2 | 4 | 30 | 5 | 9 | 3 | 18 |
| Al Green | 72 | 2 | 8 | 37 | 9 | 16 | 2 | 22 |
| Rick Fuller | 69 | 1 | 8 | 37 | 10 | 13 | 2 | 19 |

CONFIDENTIAL
X 001936

## WCW Personality Familiarity and Likeability Ratings
## Total Sample
## Sorted by Negative Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 88 | 26 | 20 | 19 | 9 | 14 | 28 | 16 |
| | | | | | | | | |
| The Maestro | 84 | 3 | 9 | 9 | 8 | 8 | 8 | 51 |
| Berlyn | 77 | 5 | 12 | 6 | 19 | 18 | 5 | 47 |
| The Artist | 81 | 5 | 16 | 7 | 16 | 40 | 5 | 43 |
| DJ Ran | 85 | 0 | 12 | 20 | 8 | 36 | 12 | 42 |
| Riki Rachtman | 75 | 7 | 10 | 21 | 8 | 29 | 9 | 39 |
| Kevin Sullivan | 89 | 10 | 13 | 22 | 11 | 33 | 11 | 37 |
| The Dog | 69 | 4 | 9 | 23 | 9 | 24 | 6 | 35 |
| Jeff Jarrett | 100 | 31 | 19 | 5 | 10 | 34 | 31 | 34 |
| The Cat | 88 | 21 | 21 | 12 | 3 | 31 | 21 | 32 |
| Shane | 41 | 4 | 9 | 9 | 9 | 23 | 8 | 32 |
| Tony Marinara | 83 | 7 | 14 | 27 | 11 | 25 | 9 | 30 |
| Disorderly Conduct | 89 | 3 | 9 | 33 | 14 | 24 | 4 | 29 |
| The Total Package | 100 | 25 | 25 | 9 | 13 | 27 | 25 | 28 |
| Horace | 96 | 3 | 14 | 31 | 21 | 27 | 4 | 28 |
| Ernest Miller | 95 | 20 | 22 | 14 | 14 | 26 | 21 | 28 |
| The Harris Boys | 94 | 10 | 22 | 21 | 15 | 26 | 11 | 28 |
| El Dandy | 88 | 4 | 11 | 34 | 14 | 24 | 5 | 27 |
| Ric Flair | 100 | 35 | 20 | 8 | 10 | 26 | 35 | 26 |
| Shane Helms | 65 | 8 | 11 | 22 | 7 | 17 | 13 | 26 |
| Stevie Ray | 100 | 24 | 24 | 16 | 20 | 25 | 15 | 25 |
| Jerry Flynn | 97 | 4 | 17 | 31 | 20 | 24 | 4 | 25 |
| Don Harris | 75 | 6 | 16 | 23 | 12 | 19 | 8 | 25 |
| Lex Luger | 100 | 25 | 28 | 9 | 14 | 24 | 25 | 24 |
| Hulk Hogan | 100 | 44 | 21 | 5 | 6 | 24 | 44 | 24 |
| Evan Karagias | 84 | 9 | 26 | 20 | 5 | 23 | 10 | 24 |
| Villano IV | 66 | 3 | 10 | 12 | 6 | 21 | 3 | 24 |
| Villano V | 66 | 3 | 10 | 3 | 10 | 20 | 4 | 24 |
| Shannon Moore | 66 | 11 | 14 | 9 | 8 | 16 | 10 | 24 |
| Hardwork | 39 | 2 | 5 | 19 | 4 | 9 | 6 | 24 |
| Silver King | 91 | 4 | 14 | 38 | 14 | 21 | 5 | 23 |
| Lane | 91 | 14 | 22 | 22 | 12 | 21 | 15 | 23 |
| Mark Madden | 88 | 18 | 18 | 24 | 9 | 20 | 20 | 23 |
| Ron Harris | 82 | 8 | 17 | 26 | 12 | 19 | 9 | 23 |
| Demon | 91 | 17 | 21 | 25 | 3 | 20 | 18 | 22 |
| Al Green | 72 | 2 | 9 | 17 | 9 | 18 | 2 | 22 |
| David Flair | 100 | 25 | 31 | 4 | 10 | 20 | 25 | 21 |
| Scott Steiner | 100 | 42 | 21 | 8 | 9 | 20 | 42 | 20 |
| Tank Abbott | 98 | 26 | 25 | 16 | 11 | 20 | 27 | 20 |
| J.J. Dillon | 97 | 13 | 23 | 33 | 10 | 19 | 14 | 20 |
| Konnan | 99 | 30 | 25 | 14 | 11 | 19 | 30 | 19 |
| Knobs | 30 | 9 | 28 | 25 | 8 | 18 | 9 | 19 |
| Michael Robinson | 11 | 7 | 4 | 2 | 2 | 16 | 0 | 19 |
| Rick Fuller | 30 | 1 | 3 | 7 | 0 | 8 | 2 | 19 |
| Saturn | 22 | 1 | 2 | 2 | 2 | 7 | 7 | 19 |
| The Wall | 95 | 17 | 28 | 23 | 10 | 17 | 18 | 18 |
| Scott Armstrong | 92 | 5 | 15 | 42 | 12 | 17 | 6 | 18 |
| Idol | 71 | 11 | 19 | 18 | 9 | 13 | 16 | 18 |
| Bobby Walker | 51 | 2 | 7 | 30 | 5 | 9 | 3 | 18 |
| Emory | 27 | 1 | 1 | 5 | 4 | 1 | 3 | 18 |
| Finlay | 39 | 6 | 20 | 23 | 6 | 17 | 3 | 17 |
| Kanyon | 78 | 25 | 23 | 18 | 11 | 17 | 25 | 17 |
| Oantroy | 81 | 37 | 21 | 11 | 7 | 16 | 39 | 17 |
| Big Vito | 91 | 20 | 24 | 22 | 9 | 16 | 22 | 17 |
| Ice Train | 56 | 5 | 8 | 27 | 6 | 10 | 9 | 17 |
| Machina | 43 | 3 | 5 | 24 | 4 | 7 | 6 | 17 |
| Jimmy Hart | 100 | 19 | 28 | 25 | 13 | 15 | 19 | 15 |
| Dustin Rhodes | 99 | 27 | 22 | 6 | 0 | 15 | 27 | 15 |
| Tony Schiavone | 99 | 35 | 26 | 9 | 7 | 15 | 38 | 15 |
| Hugh Morrus | 97 | 8 | 23 | 29 | 2 | 14 | 9 | 15 |
| Disco Inferno | 100 | 21 | 34 | 15 | 3 | 13 | 25 | 13 |

CONFIDENTIAL
X 001937

## WCW Personality Familiarity and Likeability Ratings
## Total Sample
## Sorted by Negative Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 68 | 26 | 20 | 19 | 9 | 14 | 28 | 16 |
| | | | | | | | | |
| Rick Steiner | 100 | 28 | 31 | 15 | 13 | 13 | 28 | 13 |
| Larry Zbyszko | 99 | 38 | 26 | 16 | 7 | 12 | 38 | 13 |
| La Parka | 98 | 25 | 29 | 21 | 9 | 13 | 26 | 13 |
| Juventud Guerrera | 98 | 27 | 30 | 15 | 12 | 13 | 28 | 13 |
| Brian Adams | 97 | 4 | 27 | 31 | 12 | 13 | 15 | 13 |
| Brad Armstrong | 93 | 1 | 23 | 35 | 11 | 13 | 12 | 13 |
| Michael Buffer | 91 | 31 | 18 | 24 | 5 | 12 | 53 | 13 |
| Johnny the Bull | 85 | 21 | 22 | 22 | 8 | 11 | 25 | 13 |
| Bryan Clark | 39 | 8 | 7 | 16 | 3 | 5 | 19 | 13 |
| Payton | 25 | 2 | 3 | 15 | 2 | 3 | 7 | 13 |
| Curt Henning | 99 | 30 | 33 | 15 | 9 | 12 | 30 | 12 |
| Asya | 98 | 30 | 24 | 23 | 9 | 12 | 30 | 12 |
| Charles Robinson | 92 | 12 | 22 | 35 | 12 | 11 | 14 | 12 |
| Elizabeth | 100 | 50 | 22 | 9 | 8 | 11 | 50 | 11 |
| Roddy Piper | 100 | 50 | 24 | 8 | 7 | 11 | 50 | 11 |
| Psychosis | 99 | 18 | 32 | 25 | 13 | 11 | 19 | 11 |
| Norman Smiley | 99 | 45 | 29 | 9 | 5 | 11 | 45 | 11 |
| Crowbar | 94 | 36 | 27 | 13 | 8 | 10 | 38 | 11 |
| Scott Hudson | 84 | 12 | 20 | 35 | 7 | 9 | 14 | 11 |
| Kaz | 84 | 12 | 21 | 33 | 8 | 10 | 15 | 11 |
| Paisley | 82 | 21 | 20 | 22 | 9 | 9 | 26 | 11 |
| Hacksaw Jim Duggan | 100 | 42 | 29 | 12 | 7 | 10 | 42 | 10 |
| Barbarian | 98 | 15 | 28 | 33 | 12 | 10 | 16 | 10 |
| Lash LeRoux | 96 | 27 | 34 | 17 | 9 | 9 | 28 | 10 |
| Symphony | 82 | 38 | 22 | 18 | 5 | 10 | 41 | 10 |
| Scott Hall | 100 | 54 | 24 | 6 | 7 | 9 | 54 | 9 |
| Mike Tenay | 97 | 29 | 35 | 19 | 6 | 8 | 30 | 9 |
| David Penzer | 86 | 12 | 20 | 40 | 7 | 8 | 13 | 9 |
| Diamond Dallas Page | 100 | 52 | 29 | 6 | 5 | 8 | 52 | 8 |
| Rey Mysterio Jr. | 100 | 51 | 25 | 10 | 5 | 8 | 54 | 8 |
| Sid Vicious | 100 | 55 | 25 | 6 | 5 | 8 | 55 | 8 |
| Kevin Nash | 100 | 60 | 21 | 5 | 6 | 8 | 60 | 8 |
| Chavo Guerrero, Jr. | 99 | 28 | 34 | 19 | 9 | 8 | 29 | 8 |
| Arn Anderson | 99 | 44 | 27 | 14 | 6 | 8 | 45 | 8 |
| Buff Bagwell | 100 | 57 | 26 | 5 | 5 | 7 | 57 | 7 |
| Goldberg | 100 | 76 | 13 | 2 | 2 | 7 | 76 | 7 |
| Bobby Heenan | 99 | 53 | 21 | 10 | 5 | 7 | 53 | 7 |
| Chameleon | 76 | 11 | 10 | 8 | 1 | 3 | 31 | 7 |
| Chiquita | 47 | 10 | 10 | 16 | 2 | 3 | 35 | 7 |
| Meng | 100 | 37 | 32 | 18 | 7 | 6 | 37 | 6 |
| Bret "The Hitman" Hart | 100 | 59 | 24 | 6 | 5 | 6 | 59 | 6 |
| Madusa | 99 | 51 | 27 | 10 | 5 | 6 | 51 | 6 |
| Gene Okerlund | 99 | 55 | 22 | 12 | 4 | 6 | 56 | 6 |
| Leia Meow | 74 | 39 | 14 | 14 | 2 | 4 | 52 | 6 |
| Bam Bam Bigelow | 99 | 29 | 22 | 17 | 7 | 6 | 29 | 5 |
| Wrath | 85 | 37 | 27 | 21 | 5 | 6 | 39 | 5 |
| Booker | 100 | 51 | 29 | 1 | 3 | 1 | 58 | 1 |
| Vampiro | 99 | 50 | 26 | 6 | 1 | 1 | 57 | 1 |
| Billy Kidman | 99 | 61 | 26 | 6 | 3 | 4 | 62 | 4 |
| Tygress | 97 | 46 | 25 | 19 | 3 | 4 | 48 | 4 |
| Mona | 95 | 52 | 24 | 11 | 3 | 4 | 55 | 4 |
| Baby | 55 | 29 | 11 | 12 | 1 | 2 | 52 | 4 |
| Spice | 99 | 71 | 15 | 5 | 2 | 3 | 72 | 3 |
| Chae | 94 | 63 | 10 | 11 | 2 | 2 | 67 | 3 |
| Miss Hancock | 91 | 70 | 10 | 3 | 2 | 3 | 77 | 3 |
| Sting | 100 | 76 | 16 | 3 | 3 | 2 | 78 | 2 |
| Kimberly | 100 | 82 | 11 | 4 | 1 | 2 | 82 | 2 |
| Torrie Wilson | 98 | 78 | 12 | 5 | 2 | 2 | 80 | 2 |

CONFIDENTIAL
X 001938

# WCW Personality Familiarity and Likeability Ratings
## Total Sample
## Sorted Alphabetically



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 88 | 26 | 20 | 19 | 9 | 14 | 28 | 16 |
| | | | | | | | | |
| Tank Abbott | 88 | 28 | 25 | 16 | 11 | 20 | 27 | 20 |
| Brian Adams | 97 | 4 | 27 | 31 | 12 | 19 | 5 | 13 |
| Arn Anderson | 90 | 8 | 27 | 14 | 8 | 38 | 15 | 40 |
| Brad Armstrong | 93 | 11 | 23 | 36 | 11 | 13 | 12 | 13 |
| Scott Armstrong | 92 | 5 | 15 | 42 | 12 | 17 | 6 | 18 |
| The Artist | 94 | 5 | 16 | 17 | 16 | 40 | 5 | 43 |
| Asya | 98 | 30 | 24 | 23 | 9 | 12 | 30 | 12 |
| Baby | 55 | 29 | 11 | 12 | 1 | 2 | 52 | 4 |
| Buff Bagwell | 100 | 57 | 26 | 5 | 5 | 7 | 57 | 7 |
| Barbarian | 98 | 15 | 28 | 33 | 12 | 10 | 16 | 10 |
| Berlyn | 97 | 5 | 12 | 16 | 19 | 46 | 5 | 47 |
| Bam Bam Bigelow | 99 | 29 | 42 | 17 | 7 | 5 | 29 | 5 |
| Booker | 100 | 58 | 26 | 8 | 3 | 4 | 58 | 4 |
| Michael Buffer | 91 | 31 | 18 | 24 | 5 | 12 | 34 | 13 |
| Johnny the Bull | 85 | 21 | 22 | 22 | 8 | 11 | 25 | 13 |
| The Cat | 98 | 21 | 21 | 12 | 13 | 31 | 21 | 32 |
| Chae | 94 | 63 | 16 | 11 | 2 | 2 | 67 | 3 |
| Chameleon | 47 | 14 | 10 | 18 | 1 | 3 | 31 | 7 |
| Chiquita | 47 | 16 | 10 | 16 | 2 | 3 | 35 | 7 |
| Bryan Clark | 39 | 8 | 7 | 16 | 3 | 5 | 19 | 13 |
| Disorderly Conduct | 83 | 3 | 9 | 33 | 14 | 24 | 4 | 29 |
| Crowbar | 94 | 36 | 27 | 13 | 8 | 10 | 38 | 11 |
| Daffney | 94 | 37 | 21 | 14 | 7 | 16 | 39 | 17 |
| El Dandy | 86 | 4 | 11 | 34 | 14 | 24 | 5 | 27 |
| Demon | 91 | 17 | 21 | 25 | 9 | 20 | 18 | 22 |
| JJ Dillon | 97 | 3 | 23 | 33 | 10 | 19 | 14 | 20 |
| The Dog | 69 | 4 | 9 | 23 | 9 | 24 | 6 | 35 |
| Hacksaw Jim Duggan | 100 | 42 | 29 | 12 | 7 | 10 | 42 | 10 |
| Elizabeth | 100 | 50 | 22 | 9 | 8 | 11 | 50 | 11 |
| Fit Finlay | 99 | 13 | 29 | 23 | 16 | 17 | 13 | 17 |
| David Flair | 100 | 25 | 31 | 14 | 10 | 20 | 25 | 21 |
| Ric Flair | 100 | 35 | 20 | 8 | 10 | 26 | 35 | 26 |
| Jerry Flynn | 97 | 4 | 17 | 31 | 20 | 24 | 4 | 25 |
| Rick Fuller | 69 | 3 | 8 | 37 | 10 | 13 | 21 | 18 |
| Goldberg | 100 | 76 | 13 | 2 | 2 | 7 | 76 | 7 |
| Al Green | 72 | 2 | 8 | 37 | 9 | 16 | 12 | 22 |
| Juventud Guerrera | 98 | 27 | 30 | 15 | 12 | 13 | 28 | 13 |
| Chavo Guerrero, Jr. | 99 | 28 | 34 | 19 | 9 | 8 | 29 | 8 |
| Emory Hale | 27 | 1 | 3 | 15 | 2 | 5 | 5 | 18 |
| Scott Hall | 100 | 54 | 24 | 6 | 7 | 9 | 54 | 9 |
| Miss Hancock | 91 | 70 | 10 | 8 | 2 | 3 | 77 | 3 |
| Hardwork | 39 | 2 | 5 | 19 | 4 | 9 | 6 | 24 |
| Don Harris | 75 | 3 | 8 | 23 | 12 | 9 | 8 | 25 |
| Ron Harris | 24 | 1 | 7 | 26 | 12 | 9 | 9 | 23 |
| The Harris Boys | 94 | 10 | 22 | 21 | 15 | 26 | 11 | 28 |
| Bret "The Hitman" Hart | 100 | 59 | 24 | 6 | 5 | 6 | 59 | 6 |
| Jimmy Hart | 100 | 19 | 28 | 25 | 13 | 15 | 19 | 15 |
| Bobby Heenan | 99 | 53 | 24 | 10 | 6 | 7 | 53 | 7 |
| Shane Helms | 35 | 3 | 11 | 22 | 7 | 17 | 13 | 28 |
| Curt Hennig | 91 | 20 | 21 | 15 | 1 | 12 | 30 | 12 |
| Hulk Hogan | 100 | 21 | 21 | 5 | 3 | 24 | 24 | 24 |
| Horace | 95 | 3 | 4 | 31 | 21 | 27 | 7 | 28 |
| Scott Hudson | 84 | 12 | 20 | 35 | 7 | 9 | 14 | 11 |
| Idol | 71 | 11 | 19 | 18 | 9 | 13 | 16 | 18 |
| Disco Inferno | 100 | 24 | 34 | 15 | 13 | 13 | 25 | 13 |
| Jakes | 22 | 1 | 2 | 12 | 2 | 4 | 7 | 19 |
| Jeff Jarrett | 100 | 31 | 18 | 5 | 10 | 34 | 31 | 34 |
| Kanyon | 91 | 25 | 23 | 8 | 8 | 7 | 25 | 17 |
| Evan Karagias | 91 | 9 | 28 | 20 | 6 | 23 | 10 | 24 |
| Kaz | 31 | 12 | 21 | 33 | 3 | 10 | 15 | 11 |

CONFIDENTIAL
X 001939

# WCW Personality Familiarity and Likeability Ratings
## Total Sample
### Sorted Alphabetically



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 88 | 26 | 20 | 19 | 9 | 14 | 28 | 16 |
| Billy Kidman | 99 | 61 | 26 | 6 | 3 | 4 | 62 | 4 |
| Kimberly | 100 | 82 | 11 | 4 | 1 | 2 | 82 | 2 |
| Silver King | 91 | 4 | 14 | 36 | 14 | 21 | 5 | 23 |
| Knobs | 96 | 9 | 26 | 25 | 18 | 18 | 9 | 19 |
| Konnan | 99 | 30 | 25 | 14 | 11 | 19 | 30 | 19 |
| Lane | 91 | 14 | 22 | 22 | 12 | 21 | 15 | 23 |
| Lash LeRoux | 96 | 27 | 34 | 17 | 9 | 9 | 28 | 10 |
| Lex Luger | 100 | 25 | 28 | 9 | 14 | 24 | 25 | 24 |
| Machina | 43 | 3 | 5 | 24 | 4 | 7 | 6 | 17 |
| Mark Madden | 88 | 18 | 18 | 24 | 9 | 20 | 20 | 23 |
| Madusa | 99 | 51 | 27 | 10 | 5 | 6 | 51 | 6 |
| The Maestro | 94 | 3 | 9 | 19 | 16 | 48 | 3 | 51 |
| Tony Marinara | 83 | 7 | 14 | 27 | 11 | 25 | 9 | 30 |
| Meng | 100 | 37 | 32 | 18 | 7 | 26 | 37 | 6 |
| Leia Meow | 74 | 39 | 14 | 14 | 2 | 4 | 52 | 6 |
| Ernest Miller | 95 | 20 | 22 | 14 | 14 | 26 | 21 | 28 |
| Mona | 95 | 52 | 24 | 11 | 3 | 4 | 55 | 4 |
| Shannon Moore | 68 | 11 | 14 | 19 | 8 | 16 | 16 | 24 |
| Hugh Morrus | 97 | 13 | 28 | 29 | 12 | 14 | 13 | 15 |
| Rey Mysterio, Jr. | 100 | 54 | 25 | 8 | 5 | 8 | 54 | 8 |
| Kevin Nash | 100 | 60 | 21 | 5 | 6 | 8 | 60 | 8 |
| Gene Okerlund | 99 | 55 | 22 | 12 | 5 | 6 | 56 | 6 |
| Diamond Dallas Page | 100 | 52 | 29 | 6 | 5 | 8 | 52 | 8 |
| Paisley | 82 | 21 | 20 | 22 | 9 | 9 | 26 | 11 |
| La Parka | 98 | 25 | 29 | 21 | 9 | 13 | 26 | 13 |
| Payton | 25 | 2 | 3 | 15 | 2 | 3 | 7 | 13 |
| David Penzer | 86 | 12 | 20 | 40 | 7 | 8 | 13 | 9 |
| Roddy Piper | 100 | 50 | 24 | 8 | 7 | 11 | 50 | 11 |
| Psychosis | 99 | 18 | 32 | 25 | 13 | 11 | 19 | 11 |
| Riki Rachtman | 75 | 7 | 10 | 21 | 8 | 29 | 9 | 39 |
| DJ Ran | 85 | 10 | 12 | 20 | 8 | 36 | 12 | 42 |
| Stevie Ray | 100 | 15 | 24 | 16 | 20 | 25 | 15 | 25 |
| Dustin Rhodes | 99 | 27 | 32 | 16 | 10 | 15 | 27 | 15 |
| Charles Robinson | 92 | 12 | 22 | 35 | 12 | 11 | 14 | 12 |
| Michael Rotunda | 81 | 7 | 14 | 32 | 12 | 16 | 8 | 19 |
| Tony Schiavone | 99 | 35 | 26 | 16 | 7 | 15 | 36 | 15 |
| Shane | 71 | 4 | 9 | 26 | 9 | 23 | 6 | 32 |
| Norman Smiley | 99 | 45 | 29 | 9 | 2 | 11 | 45 | 11 |
| Spice | 90 | 71 | 45 | 8 | 2 | 3 | 72 | 3 |
| Rick Steiner | 100 | 28 | 31 | 15 | 13 | 13 | 28 | 13 |
| Scott Steiner | 100 | 42 | 21 | 8 | 9 | 20 | 42 | 20 |
| Sting | 100 | 76 | 16 | 3 | 3 | 2 | 76 | 2 |
| Kevin Sullivan | 89 | 10 | 13 | 22 | 11 | 33 | 11 | 37 |
| Symphony | 92 | 38 | 22 | 18 | 5 | 10 | 41 | 10 |
| Mike Tenay | 97 | 29 | 35 | 9 | 8 | 8 | 30 | 9 |
| The Total Package | 100 | 25 | 25 | 9 | 13 | 27 | 25 | 28 |
| Ice Train | 58 | 5 | 8 | 27 | 6 | 10 | 9 | 17 |
| Tygress | 97 | 46 | 25 | 10 | 3 | 4 | 48 | 4 |
| Vampiro | 99 | 56 | 26 | 9 | 4 | 4 | 57 | 4 |
| Sid Vicious | 100 | 55 | 25 | 6 | 5 | 8 | 55 | 8 |
| Villano IV | 86 | 3 | 10 | 42 | 10 | 21 | 3 | 24 |
| Villano V | 86 | 3 | 10 | 43 | 10 | 20 | 4 | 24 |
| Big Vito | 91 | 20 | 24 | 22 | 9 | 16 | 22 | 17 |
| Bobby Walker | 51 | 2 | 17 | 30 | 5 | 9 | 3 | 18 |
| The Wall | 95 | 7 | 28 | 23 | 10 | 17 | 8 | 18 |
| Torrie Wilson | 98 | 78 | 12 | 5 | 2 | 2 | 80 | 2 |
| Wrath | 95 | 37 | 27 | 21 | 5 | 5 | 39 | 5 |
| Larry Zbyszko | 99 | 38 | 26 | 16 | 7 | 12 | 38 | 13 |

CONFIDENTIAL
X 001940

## WCW Personality Familiarity and Likeability Ratings
## Aged 17 and Under
## Sorted by Familiarity



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 18 | 17 | 9 | 18 | 28 | 21 |
| | | | | | | | | |
| Kimberly | 100 | 32 | 41 | 4 | 5 | 5 | 32 | 4 |
| Sting | 100 | 72 | 17 | 4 | 4 | 3 | 72 | 3 |
| Rey Mysterio Jr. | 100 | 65 | 18 | 8 | 4 | 6 | 65 | 7 |
| Goldberg | 100 | 65 | 15 | 4 | 1 | 15 | 65 | 15 |
| Buff Bagwell | 100 | 62 | 21 | 6 | 5 | 6 | 62 | 6 |
| Kevin Nash | 100 | 62 | 17 | 6 | 8 | 7 | 62 | 7 |
| Diamond Dallas Page | 100 | 46 | 29 | 8 | 7 | 10 | 46 | 10 |
| Hulk Hogan | 100 | 44 | 17 | 6 | 7 | 26 | 44 | 26 |
| Scott Steiner | 100 | 42 | 21 | 11 | 7 | 19 | 42 | 19 |
| Roddy Piper | 100 | 40 | 21 | 14 | 8 | 16 | 40 | 16 |
| Disco Inferno | 100 | 28 | 28 | 16 | 13 | 15 | 28 | 15 |
| Meng | 100 | 26 | 28 | 28 | 8 | 11 | 26 | 11 |
| Ric Flair | 100 | 25 | 15 | 10 | 12 | 38 | 25 | 38 |
| The Total Package | 100 | 23 | 23 | 7 | 13 | 34 | 23 | 34 |
| Rick Steiner | 100 | 20 | 26 | 20 | 18 | 15 | 20 | 15 |
| Billy Kidman | 99 | 66 | 21 | 6 | 3 | 4 | 66 | 4 |
| Vampiro | 99 | 61 | 23 | 8 | 2 | 4 | 62 | 4 |
| Scott Hall | 99 | 57 | 23 | 7 | 6 | 6 | 58 | 6 |
| Bret "The Hitman" Hart | 99 | 56 | 23 | 8 | 4 | 9 | 57 | 9 |
| Booker | 99 | 51 | 29 | 11 | 3 | 7 | 51 | 7 |
| Bobby Heenan | 99 | 50 | 22 | 12 | 6 | 9 | 50 | 9 |
| Elizabeth | 99 | 48 | 21 | 6 | 8 | 14 | 49 | 15 |
| Sid Vicious | 99 | 45 | 23 | 8 | 7 | 15 | 46 | 15 |
| Jeff Jarrett | 99 | 38 | 18 | 5 | 7 | 31 | 38 | 31 |
| Hacksaw Jim Duggan | 99 | 37 | 30 | 12 | 7 | 13 | 37 | 13 |
| Konnan | 99 | 34 | 21 | 12 | 11 | 20 | 35 | 20 |
| Juventud Guerrera | 99 | 32 | 29 | 14 | 10 | 14 | 33 | 14 |
| Kanyon | 99 | 28 | 27 | 18 | 11 | 18 | 28 | 18 |
| David Flair | 99 | 28 | 29 | 13 | 8 | 21 | 28 | 21 |
| Bam Bam Bigelow | 99 | 27 | 41 | 15 | 8 | 8 | 27 | 8 |
| Psychosis | 99 | 22 | 32 | 21 | 10 | 13 | 23 | 13 |
| Lex Luger | 99 | 22 | 26 | 10 | 14 | 28 | 22 | 28 |
| Jimmy Hart | 99 | 14 | 19 | 29 | 14 | 22 | 15 | 23 |
| Steve Ray | 99 | 10 | 17 | 4 | 9 | 39 | 10 | 40 |
| Spice | 99 | 70 | 13 | 8 | 0 | 4 | 74 | 4 |
| Norman Smiley | 98 | 50 | 23 | 7 | 3 | 14 | 52 | 14 |
| Chavo Guerrero, Jr. | 98 | 29 | 33 | 19 | 10 | 8 | 29 | 8 |
| Dustin Rhodes | 98 | 23 | 23 | 19 | 11 | 22 | 24 | 22 |
| La Parka | 98 | 23 | 30 | 20 | 10 | 15 | 23 | 16 |
| The Cat | 98 | 23 | 18 | 11 | 10 | 36 | 23 | 37 |
| Larry Zbyszko | 98 | 21 | 20 | 25 | 0 | 21 | 21 | 22 |
| Arn Anderson | 98 | 20 | 29 | 18 | 6 | 9 | 20 | 18 |
| Curt Hennig | 98 | 18 | 32 | 17 | 9 | 20 | 19 | 20 |
| Fit Finlay | 98 | 11 | 9 | 25 | 9 | 25 | 11 | 25 |
| Madusa | 97 | 47 | 23 | 11 | 4 | 12 | 48 | 12 |
| Wrath | 97 | 44 | 26 | 17 | 4 | 6 | 46 | 6 |
| Gene Okerlund | 97 | 42 | 27 | 17 | 5 | 6 | 43 | 6 |
| Asya | 97 | 22 | 21 | 21 | 13 | 20 | 23 | 20 |
| Barbarian | 97 | 11 | 13 | 29 | 20 | 20 | 11 | 20 |
| Torrie Wilson | 97 | 50 | 7 | 7 | 1 | 5 | 53 | 1 |
| Tygress | 97 | 51 | 13 | 13 | 4 | 9 | 72 | 11 |
| Tank Abbott | 96 | 31 | 20 | 16 | 3 | 20 | 35 | 20 |
| Ernest Miller | 96 | 23 | 19 | 11 | 9 | 33 | 24 | 35 |
| Tony Schiavone | 96 | 21 | 25 | 21 | 7 | 24 | 21 | 25 |
| Brian Adams | 96 | 11 | 21 | 32 | 11 | 22 | 12 | 23 |
| Berlyn | 96 | 7 | 10 | 16 | 19 | 43 | 7 | 45 |
| Bill Dillon | 96 | 8 | 17 | 21 | 12 | 19 | 8 | 30 |
| Horace | 95 | 9 | 10 | 21 | 22 | 12 | 9 | 33 |
| Lash LeRoux | 95 | 35 | 28 | 21 | 5 | 9 | 35 | 10 |
| Mike Enos | 95 | 10 | 24 | 22 | 5 | 15 | 9 | 16 |

CONFIDENTIAL
X 001941

# WCW Personality Familiarity and Likeability Ratings
## Aged 17 and Under
## Sorted by Familiarity



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 18 | 17 | 9 | 18 | 28 | 21 |
| Evan Karagias | 95 | 15 | 23 | 17 | 13 | 27 | 16 | 28 |
| Jerry Flynn | 95 | 3 | 12 | 26 | 21 | 32 | 3 | 34 |
| The Wall | 94 | 21 | 26 | 18 | 9 | 21 | 22 | 22 |
| Hugh Morrus | 94 | 8 | 21 | 25 | 16 | 23 | 8 | 25 |
| Knobs | 94 | 5 | 24 | 20 | 20 | 25 | 5 | 27 |
| Chae | 94 | 21 | | 3 | | | 67 | |
| Mona | 93 | 53 | 21 | 10 | | | 57 | 15 |
| Crowbar | 93 | 39 | 27 | 5 | | 14 | 41 | 15 |
| Daffney | 92 | 36 | 20 | 14 | 7 | 15 | 39 | 17 |
| Symphony | 91 | 45 | 17 | 14 | 4 | 10 | 49 | 11 |
| Lane | 91 | 15 | 18 | 19 | 13 | 27 | 16 | 29 |
| The Harris Boys | 91 | 10 | 14 | 19 | 16 | 32 | 11 | 35 |
| Silver King | 91 | 4 | 12 | 37 | 13 | 25 | 5 | 27 |
| Charles Robinson | 90 | 11 | 17 | 30 | 11 | 20 | 13 | 22 |
| The Artist | 90 | 5 | 14 | 16 | 14 | 41 | 5 | 46 |
| The Maestro | 90 | 2 | 7 | 17 | 12 | 52 | 2 | 58 |
| Demon | 89 | 19 | 19 | 20 | 10 | 21 | 21 | 23 |
| DJ Ran | 89 | 16 | 14 | 17 | 4 | 39 | 18 | 43 |
| Miss Hancock | 88 | 68 | 9 | 6 | 3 | 4 | 77 | 4 |
| Brad Armstrong | 87 | 7 | 14 | 29 | 14 | 23 | 8 | 26 |
| El Dandy | 87 | 6 | 16 | 29 | 12 | 35 | 7 | 40 |
| Michael Buffer | 86 | 30 | 17 | 23 | 5 | 11 | 35 | 13 |
| Scott Armstrong | 86 | 14 | 10 | 31 | 15 | 28 | 15 | 30 |
| Big Vito | 85 | 27 | 18 | 13 | 10 | 18 | 32 | 21 |
| Mark Madden | 85 | 17 | 21 | 24 | 6 | 17 | 20 | 20 |
| Scott Hudson | 85 | 12 | 16 | 35 | 5 | 16 | 15 | 19 |
| Villano V | 84 | 3 | 7 | 36 | 10 | 29 | 3 | 34 |
| Villano IV | 84 | 3 | 8 | 36 | 7 | 30 | 3 | 36 |
| Johnny the Bull | 82 | 22 | 22 | 18 | 8 | 14 | 27 | 17 |
| David Penzer | 81 | 2 | 17 | 30 | 9 | 13 | 15 | 16 |
| Disorderly Conduct | 81 | 3 | 7 | 25 | 10 | 31 | 3 | 38 |
| Ron Harris | 80 | 8 | 12 | 21 | 12 | 26 | 10 | 32 |
| Kaz | 79 | 17 | 16 | 27 | 8 | 12 | 21 | 15 |
| Kevin Sullivan | 79 | 6 | 7 | 21 | 7 | 38 | 7 | 48 |
| Tony Marinara | 78 | 10 | 12 | 22 | 10 | 24 | 12 | 31 |
| Paisley | 75 | 20 | 17 | 16 | 6 | 16 | 26 | 21 |
| Leia Meow | 73 | 44 | 8 | 14 | | 7 | 60 | 9 |
| Shannon Moore | 72 | 16 | 15 | 12 | | 21 | 22 | 30 |
| Idol | 72 | 15 | 17 | 12 | 10 | 19 | 21 | 27 |
| Don Harris | 72 | 7 | 11 | 17 | 14 | 24 | 9 | 33 |
| Riki Rachtman | 68 | 7 | 11 | 16 | 9 | 24 | 10 | 35 |
| Al Green | 68 | 2 | 6 | 28 | 10 | 22 | 3 | 33 |
| The Dog | 67 | 7 | 12 | 14 | 9 | 25 | 11 | 37 |
| Shane | 67 | 6 | 7 | 21 | 8 | 25 | 8 | 38 |
| Shane Helms | 66 | 3 | 12 | 13 | | 21 | 20 | 31 |
| Rick Fuller | 66 | | 7 | 28 | 2 | 18 | 2 | 27 |
| Michael Rotunda | 64 | | 8 | 23 | | 19 | 6 | 30 |
| Baby | 52 | 32 | 6 | 7 | 1 | 5 | 52 | 8 |
| Ice Train | 47 | 7 | 6 | 15 | 7 | 12 | 15 | 25 |
| Chiquita | 46 | 20 | 8 | 11 | 2 | 5 | 43 | 11 |
| Bobby Walker | 43 | 3 | 4 | 18 | 6 | 13 | 6 | 29 |
| Chameleon | 42 | 18 | 10 | 11 | 0 | 4 | 42 | 8 |
| Bryan Clark | 30 | | 6 | 2 | 2 | 9 | 23 | 22 |
| Machine | 23 | 4 | | 1 | | | 1 | 23 |
| Hardwork | 20 | 2 | 2 | 10 | 3 | 13 | 7 | 12 |
| Emory Hale | 25 | 2 | 3 | 11 | 2 | 7 | 7 | 9 |
| Payton | 22 | 1 | 1 | 12 | 4 | 5 | 4 | 22 |
| Jakes | 21 | 1 | 1 | 9 | 2 | 8 | 4 | 38 |

CONFIDENTIAL
X 001942

## WCW Personality Familiarity and Likeability Ratings
## Aged 17 and Under
## Sorted by Positive Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 18 | 17 | 9 | 18 | 28 | 21 |
| | | | | | | | | |
| Torrie Wilson | 88 | 80 | 7 | 7 | | 1 | 83 | 1 |
| Kimberly | 100 | 72 | 15 | 5 | | 2 | 72 | 2 |
| Miss Hancock | 98 | 68 | 9 | 10 | | 7 | 77 | 7 |
| Spice | 98 | 73 | 13 | 8 | 10 | 7 | 74 | 7 |
| Sting | 100 | 72 | 17 | 4 | 4 | 3 | 72 | 3 |
| Chae | 93 | 62 | 13 | 13 | 0 | 4 | 67 | 4 |
| Billy Kidman | 99 | 66 | 21 | 6 | 3 | 4 | 66 | 4 |
| Rey Mysterio, Jr. | 100 | 65 | 18 | 6 | 4 | 7 | 65 | 7 |
| Goldberg | 100 | 65 | 15 | | | 15 | 65 | 15 |
| Buff Bagwell | 100 | 62 | 20 | 6 | | 18 | 62 | 18 |
| Kevin Nash | 100 | 62 | 17 | 8 | 3 | 7 | 62 | 7 |
| Vampiro | 99 | 61 | 23 | 9 | | | 62 | 14 |
| Baby | 52 | 32 | 9 | 7 | 1 | 3 | 62 | 6 |
| Leia Meow | 73 | 44 | 8 | 14 | 1 | 7 | 60 | 9 |
| Scott Hall | 99 | 57 | 23 | 7 | 6 | 6 | 58 | 6 |
| Bret "The Hitman" Hart | 99 | 56 | 23 | 8 | 4 | 9 | 57 | 9 |
| Tygress | 86 | 54 | 18 | 18 | 3 | 4 | 57 | 7 |
| Mona | 93 | 53 | 21 | 10 | | | 57 | 8 |
| Norman Smiley | 98 | 50 | 23 | 7 | 3 | 14 | 52 | 14 |
| Booker | 99 | 51 | 29 | 11 | 3 | 7 | 51 | 7 |
| Bobby Heenan | 99 | 50 | 22 | 12 | 6 | 9 | 50 | 9 |
| Elizabeth | 99 | 48 | 21 | 6 | 8 | 14 | 49 | 15 |
| Symphony | 91 | 45 | 17 | 14 | 4 | 10 | 49 | 11 |
| Madusa | 97 | 47 | 23 | 11 | 4 | 12 | 48 | 12 |
| Diamond Dallas Page | 100 | 46 | 29 | 9 | 7 | 10 | 46 | 10 |
| Sid Vicious | 99 | 45 | 23 | 8 | 5 | 15 | 46 | 15 |
| Wrath | 97 | 44 | 28 | 17 | 4 | 8 | 46 | 6 |
| Hulk Hogan | 100 | 43 | 17 | 5 | | 26 | 44 | 26 |
| Gene Okerlund | 97 | 42 | 27 | 17 | 5 | 6 | 43 | 6 |
| Chiquita | 46 | 20 | 8 | 11 | 2 | 5 | 43 | 11 |
| Scott Steiner | 100 | 42 | 21 | 11 | 7 | 19 | 42 | 19 |
| Chameleon | 42 | 18 | 10 | 11 | 0 | 4 | 42 | 8 |
| Crowbar | 93 | 49 | 27 | 8 | 5 | 14 | 41 | 15 |
| Roddy Piper | 100 | 40 | 21 | 4 | 3 | 6 | 40 | 6 |
| Daffney | 92 | 39 | 20 | 4 | 3 | 15 | 39 | 17 |
| Jeff Jarrett | 98 | 28 | 10 | 5 | 7 | 31 | 38 | 31 |
| Hacksaw Jim Duggan | 99 | 37 | 30 | 12 | 7 | 13 | 37 | 13 |
| Konnan | 99 | 34 | 21 | 12 | 11 | 20 | 35 | 20 |
| Tank Abbott | 96 | 34 | 20 | 14 | 9 | 20 | 35 | 20 |
| Lash LeRoux | 95 | 33 | 28 | 14 | 6 | 14 | 35 | 14 |
| Michael Buffer | 99 | 30 | 17 | 23 | | 11 | 35 | 9 |
| Juventud Guerrera | 99 | 12 | 20 | 14 | 0 | 11 | 35 | 11 |
| Big Vito | 95 | 27 | 14 | 18 | 0 | 0 | 32 | 21 |
| Chavo Guerrero Jr | 98 | 29 | 33 | 0 | 10 | | 29 | 3 |
| Disco Inferno | 100 | 28 | 28 | 16 | 13 | 15 | 28 | 15 |
| Kanyon | 99 | 28 | 27 | 13 | 14 | 18 | 28 | 18 |
| David Flair | 99 | 28 | 29 | 13 | 8 | 21 | 28 | 21 |
| Bam Bam Bigelow | 99 | 27 | 41 | 15 | 8 | 8 | 27 | 8 |
| Tommy ... | 92 | 22 | 22 | 6 | | 11 | 26 | 17 |
| Meng | 100 | 25 | 20 | 23 | | 11 | 25 | 11 |
| Paisley | 75 | 20 | 17 | 15 | 6 | 18 | 25 | 21 |
| Ric Flair | 100 | 25 | 15 | 10 | 12 | 33 | 25 | 38 |
| Dustin Rhodes | 98 | 23 | 23 | 19 | 11 | 22 | 24 | 22 |
| Ernest Miller | 96 | 23 | 19 | 11 | 9 | 33 | 24 | 35 |
| The Total Package | 100 | 23 | 23 | 7 | 13 | 34 | 23 | 34 |
| Psychosis | 99 | 22 | 32 | 21 | 10 | 13 | 23 | 13 |
| La ... | 93 | 23 | 20 | 20 | 0 | 15 | 23 | 16 |
| The ... | 93 | 23 | 13 | 4 | 0 | 39 | 23 | 37 |
| Asya | 97 | 23 | 21 | 20 | 13 | 20 | 23 | 20 |
| Evan ... | 90 | 9 | 9 | 12 | 3 | 20 | 23 | 22 |

CONFIDENTIAL
X 001943

## WCW Personality Familiarity and Likeability Ratings
## Aged 17 and Under
## Sorted by Positive Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 18 | 17 | 9 | 18 | 28 | 21 |
| Lex Luger | 99 | 22 | 26 | 10 | 14 | 28 | 22 | 28 |
| The Wall | 94 | 21 | 26 | 18 | 9 | 21 | 22 | 22 |
| Shannon Moore | 72 | 16 | 15 | 12 | 7 | 21 | 22 | 30 |
| Larry Zbyszko | 98 | 21 | 20 | 26 | 10 | 21 | 21 | 22 |
| Tony Schiavone | 98 | 21 | 25 | 21 | 7 | 24 | 21 | 25 |
| Demon | 89 | 19 | 19 | 20 | 0 | 21 | 21 | 23 |
| Kaz | 79 | 7 | 16 | 27 | 8 | 12 | 21 | 15 |
| Idol | 72 | 15 | 17 | 12 | 0 | 9 | 21 | 27 |
| Rick Steiner | 100 | 20 | 26 | 20 | 18 | 15 | 20 | 15 |
| Arn Anderson | 98 | 20 | 29 | 19 | 11 | 19 | 20 | 19 |
| Mark Madden | 85 | 17 | 21 | 24 | 6 | 17 | 20 | 20 |
| Shane Helms | 66 | 13 | 12 | 13 | 7 | 21 | 20 | 31 |
| Curt Hennig | 98 | 18 | 32 | 19 | 9 | 20 | 19 | 20 |
| Mike Tenay | 95 | 18 | 34 | 22 | 6 | 15 | 19 | 16 |
| DJ Ran | 89 | 16 | 14 | 17 | 4 | 99 | 18 | 43 |
| Evan Karagias | 95 | 15 | 23 | 17 | 13 | 27 | 16 | 28 |
| Lane | 91 | 15 | 18 | 19 | 13 | 27 | 16 | 29 |
| Jimmy Hart | 99 | 14 | 19 | 29 | 14 | 22 | 15 | 23 |
| Scott Hudson | 85 | 12 | 16 | 35 | 5 | 16 | 15 | 19 |
| David Penzer | 81 | 12 | 17 | 30 | 9 | 13 | 15 | 16 |
| Ice Train | 47 | 7 | 6 | 15 | 7 | 12 | 15 | 25 |
| Charles Robinson | 90 | 11 | 17 | 30 | 11 | 20 | 13 | 22 |
| Brian Adams | 96 | 11 | 21 | 32 | 10 | 22 | 12 | 23 |
| Tony Marinara | 78 | 10 | 12 | 22 | 0 | 24 | 12 | 31 |
| Fit Finlay | 96 | 11 | 19 | 25 | 19 | 25 | 11 | 25 |
| Barbarian | 97 | 11 | 18 | 29 | 20 | 20 | 11 | 20 |
| The Harris Boys | 91 | 10 | 14 | 19 | 16 | 32 | 11 | 35 |
| The Dog | 67 | 7 | 12 | 14 | 9 | 25 | 11 | 37 |
| Machina | 39 | 4 | 6 | 4 | 5 | 9 | 11 | 23 |
| Stevie Ray | 82 | 0 | 7 | 4 | 9 | 9 | 10 | 20 |
| Ron Harris | 80 | 8 | 12 | 21 | 12 | 26 | 10 | 32 |
| Riki Rachman | 68 | 7 | 11 | 18 | 9 | 24 | 0 | 35 |
| Don Harris | 72 | 7 | 11 | 17 | 14 | 24 | 9 | 33 |
| Hugh Morrus | 94 | 8 | 21 | 25 | 16 | 23 | 8 | 25 |
| Brad Armstrong | 87 | 7 | 14 | 29 | 14 | 23 | 8 | 26 |
| Shane | 67 | 6 | 7 | 21 | 8 | 25 | 8 | 38 |
| Bertyn | 6 | | 10 | 16 | 10 | 43 | 7 | 45 |
| El Dandy | 97 | 6 | 6 | 29 | 12 | 35 | 7 | 0 |
| Kevin Sullivan | 79 | 6 | 7 | 21 | 7 | 39 | 7 | 8 |
| Hardwork | 50 | 2 | 2 | 0 | 41 | 3 | 7 | 12 |
| Emory Hale | 25 | 2 | 3 | 11 | 2 | 7 | 7 | 29 |
| J.J. Dillon | 96 | 6 | 17 | 32 | 12 | 29 | 6 | 30 |
| Michael Rotunda | 64 | 4 | 6 | 23 | 9 | 19 | 6 | 30 |
| Bobby Walker | 43 | 3 | 4 | 18 | 6 | 13 | 6 | 29 |
| Knobs | | | 24 | 20 | 20 | 24 | 5 | 27 |
| Silver King | 91 | | 12 | 17 | 5 | 25 | 5 | 27 |
| The Artist | 90 | | 11 | 6 | | 11 | 5 | 8 |
| Scott Armstrong | 83 | | 10 | 31 | 16 | 28 | 5 | 30 |
| Payton | 22 | 1 | 1 | 12 | 4 | 5 | 4 | 22 |
| Jakes | 21 | 1 | 1 | 9 | 2 | 8 | 4 | 38 |
| Horace | 96 | 3 | 10 | 29 | 22 | 32 | 3 | 33 |
| Jerry Flynn | 95 | 3 | 12 | 26 | 21 | 32 | 3 | 34 |
| Vilano V | 24 | 3 | 7 | 39 | 0 | 29 | 3 | 34 |
| Vilano IV | 23 | 3 | 6 | 6 | 7 | 30 | 3 | 36 |
| Disorderly Conduct | 31 | 3 | 7 | 25 | 6 | 31 | 3 | 38 |
| Al Green | 68 | 3 | 1 | 28 | 10 | 22 | 3 | 33 |
| The Maestro | 90 | 2 | 7 | 17 | 12 | 52 | 2 | 58 |
| Rick Fuller | 66 | 1 | 7 | 28 | 12 | 18 | 2 | 27 |

CONFIDENTIAL
X 001944

## WCW Personality Familiarity and Likeability Ratings
## Aged 17 and Under
## Sorted by Negative Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 18 | 17 | 9 | 18 | 28 | 21 |
| | | | | | | | | |
| *(illegible — The Maestro)* | | | | | | | | |
| *(illegible — Kevin Sullivan)* | | | | | | | | |
| *(illegible — The Artist)* | | | | | | | | |
| *(illegible — Berlin)* | | | | | | | | |
| DJ Ran | 89 | 16 | 14 | 17 | 4 | 39 | 18 | 43 |
| Hardwork | 30 | 2 | 2 | 10 | 4 | 13 | 7 | 42 |
| Stevie Ray | 99 | 10 | 17 | 14 | 19 | 39 | 10 | 40 |
| El Dandy | 67 | 6 | 6 | 29 | 12 | 35 | 7 | 40 |
| *(illegible — Ric Flair)* | | | | | | | | |
| *(illegible — Disorderly Conduct)* | | | | | | | | |
| *(illegible — Shane)* | | | | | | | | |
| *(illegible — Jakes)* | | | | | | | | |
| The Cat | 98 | 23 | 18 | 11 | 10 | 36 | 23 | 37 |
| The Dog | 67 | 7 | 12 | 14 | 9 | 25 | 11 | 37 |
| Villano IV | 84 | 3 | 8 | 36 | 7 | 30 | 3 | 36 |
| Ernest Miller | 96 | 23 | 19 | 11 | 9 | 33 | 24 | 35 |
| *(illegible — The Harris Boys)* | | | | | | | | |
| *(illegible — Rad Rachman)* | | | | | | | | |
| *(illegible — The Total Package)* | | | | | | | | |
| *(illegible — Jerry Flynn)* | | | | | | | | |
| Villano V | 84 | 3 | 7 | 36 | 10 | 29 | 3 | 34 |
| Horace | 96 | 3 | 10 | 29 | 22 | 32 | 3 | 33 |
| Don Harris | 72 | 7 | 11 | 17 | 14 | 24 | 9 | 33 |
| Al Green | 68 | 2 | 6 | 28 | 10 | 22 | 3 | 33 |
| *(illegible — Ron Harris)* | | | | | | | | |
| *(illegible — Jeff Jarrett)* | | | | | | | | |
| *(illegible — Tony Marinara)* | | | | | | | | |
| *(illegible — Shane Helms)* | | | | | | | | |
| J.J. Dillon | 96 | 6 | 17 | 32 | 12 | 29 | 6 | 30 |
| Scott Armstrong | 86 | 4 | 10 | 31 | 15 | 26 | 5 | 30 |
| Shannon Moore | 72 | 16 | 15 | 12 | 7 | 21 | 22 | 30 |
| Michael Rotunda | 64 | 4 | 8 | 23 | 9 | 19 | 6 | 30 |
| *(illegible — Lane)* | | | | | | | | |
| *(illegible — Bobby Walker)* | | | | | | | | |
| *(illegible — Emory Hale)* | | | | | | | | |
| *(illegible — Lex Luger)* | | | | | | | | |
| Evan Karagias | 95 | 15 | 23 | 17 | 13 | 27 | 16 | 28 |
| Knobs | 94 | 5 | 24 | 20 | 20 | 25 | 5 | 27 |
| Silver King | 91 | 4 | 12 | 37 | 13 | 25 | 5 | 27 |
| Idol | 72 | 15 | 17 | 12 | 10 | 19 | 21 | 27 |
| *(illegible — Rick Fuller)* | | | | | | | | |
| *(illegible — Hugh Logan)* | | | | | | | | |
| *(illegible — Brad Armstrong)* | | | | | | | | |
| *(illegible — El Dandy)* | | | | | | | | |
| Tony Schiavone | 96 | 21 | 25 | 21 | 7 | 24 | 21 | 25 |
| Hugh Morrus | 94 | 8 | 21 | 25 | 16 | 23 | 8 | 25 |
| Ice Train | 47 | 7 | 6 | 15 | 7 | 12 | 15 | 25 |
| Jimmy Hart | 99 | 14 | 19 | 29 | 14 | 22 | 15 | 23 |
| *(illegible)* | | | | | | | | |
| *(illegible — Demon)* | | | | | | | | |
| *(illegible)* | | | | | | | | |
| *(illegible)* | | | | | | | | |
| Dustin Rhodes | 98 | 23 | 23 | 19 | 11 | 22 | 24 | 22 |
| The Wall | 94 | 21 | 26 | 18 | 9 | 21 | 22 | 22 |
| Charles Robinson | 90 | 11 | 17 | 30 | 11 | 20 | 13 | 22 |
| Bryan Clark | 40 | 9 | 6 | 12 | 4 | 9 | 23 | 22 |
| *(illegible — Buff Bagwell)* | | | | | | | | |
| *(illegible — David Flair)* | | | | | | | | |
| *(illegible)* | | | | | | | | |
| *(illegible — Elix)* | | | | | | | | |

CONFIDENTIAL
X 001945

# WCW Personality Familiarity and Likeability Ratings
## Aged 17 and Under
### Sorted by Negative Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 18 | 17 | 9 | 18 | 28 | 21 |
| Konnan | 99 | 34 | 21 | 12 | 11 | 20 | 35 | 20 |
| Curt Henning | 98 | 18 | 32 | 19 | 9 | 20 | 19 | 20 |
| Barbarian | 97 | 11 | 18 | 29 | 20 | 20 | 11 | 20 |
| Asya | 97 | 22 | 21 | 21 | 13 | 20 | 23 | 20 |
| Tank Abbott | 96 | 24 | 20 | 14 | 9 | 20 | 36 | 20 |
| Mark Madden | 85 | 17 | 21 | 24 | 6 | 17 | 20 | 20 |
| Scott Steiner | 100 | 22 | 21 | 11 | 7 | 19 | 42 | 19 |
| Arn Anderson | 99 | 20 | 29 | 9 | 11 | 19 | 20 | 19 |
| Scott Hudson | 85 | 12 | 16 | 35 | 5 | 16 | 15 | 19 |
| Kanyon | 99 | 28 | 27 | 13 | 14 | 18 | 28 | 18 |
| Daffney | 92 | 36 | 20 | 14 | 7 | 15 | 39 | 17 |
| Johnny the Bull | 82 | 22 | 22 | 18 | 6 | 14 | 27 | 17 |
| Roddy Piper | 100 | 40 | 21 | 14 | 8 | 16 | 40 | 16 |
| La Parka | 98 | 23 | 30 | 20 | 10 | 15 | 23 | 16 |
| Mike Tenay | 95 | 18 | 24 | 22 | 8 | 15 | 19 | 16 |
| David Penzer | 81 | 12 | 17 | 30 | 8 | 13 | 15 | 16 |
| Rick Steiner | 100 | 20 | 26 | 20 | 18 | 15 | 20 | 15 |
| Disco Inferno | 100 | 28 | 28 | 16 | 13 | 15 | 28 | 15 |
| Goldberg | 100 | 65 | 15 | 4 | 1 | 15 | 65 | 15 |
| Sid Vicious | 99 | 45 | 23 | 8 | 7 | 15 | 46 | 15 |
| Elizabeth | 99 | 48 | 21 | 6 | 8 | 14 | 49 | 15 |
| Crowbar | 83 | 39 | 27 | 8 | 6 | 14 | 41 | 15 |
| Kaz | 70 | 17 | 18 | 27 | 8 | 12 | 21 | 15 |
| Juventud Guerrera | 99 | 32 | 29 | 15 | 10 | 14 | 33 | 14 |
| Norman Smiley | 98 | 50 | 23 | 7 | 3 | 14 | 52 | 14 |
| Lash LeRoux | 95 | 33 | 28 | 14 | 6 | 14 | 35 | 14 |
| Psychosis | 99 | 22 | 32 | 21 | 10 | 13 | 23 | 13 |
| Hacksaw Jim Duggan | 99 | 37 | 30 | 12 | 7 | 13 | 37 | 13 |
| Michael Buffer | 86 | 30 | 17 | 23 | 5 | 11 | 35 | 13 |
| Madusa | 97 | 47 | 23 | 9 | 3 | 2 | 48 | 12 |
| Meng | 100 | 26 | 28 | 26 | 5 | 1 | 26 | 11 |
| Symphony | 91 | 45 | 17 | 14 | 4 | 10 | 49 | 11 |
| Chiquita | 46 | 20 | 8 | 11 | 2 | 5 | 43 | 11 |
| Diamond Dallas Page | 100 | 46 | 29 | 8 | 7 | 10 | 46 | 10 |
| Bobby Heenan | 99 | 50 | 22 | 12 | 6 | 9 | 50 | 9 |
| Bret "The Hitman" Hart | 99 | 56 | 23 | 8 | 4 | 9 | 57 | 9 |
| Lela Meow | 73 | 44 | 8 | 14 | 7 | 7 | 60 | 9 |
| Bam Bam Bigelow | 99 | 27 | 31 | 15 | 8 | 8 | 27 | 8 |
| Chavo Guerrero Jr. | 98 | 29 | 33 | 9 | 10 | 8 | 29 | 8 |
| Chameleon | 72 | 16 | 10 | 11 | 0 | 7 | 22 | 8 |
| Kevin Nash | 100 | 62 | 17 | 6 | 6 | 7 | 62 | 7 |
| Rey Mysterio, Jr. | 100 | 65 | 18 | 6 | 4 | 7 | 65 | 7 |
| Booker | 99 | 51 | 29 | 11 | 3 | 7 | 51 | 7 |
| Buff Bagwell | 100 | 62 | 21 | 6 | 5 | 6 | 62 | 6 |
| Scott Hall | 99 | 47 | 28 | 7 | 5 | 6 | 58 | 6 |
| Gene Okerlund | 77 | 42 | 27 | 17 | 5 | 6 | 43 | 6 |
| Wrath | 77 | 21 | 20 | 7 | 5 | 6 | 46 | 6 |
| Betty | 50 | 32 | 9 | 7 | 3 | 5 | 62 | 6 |
| Mona | 93 | 53 | 21 | 10 | 5 | 5 | 57 | 5 |
| Vampiro | 99 | 61 | 23 | 8 | 2 | 4 | 62 | 4 |
| Billy Kidman | 99 | 66 | 21 | 6 | 3 | 4 | 66 | 4 |
| Spice | 98 | 73 | 13 | 8 | 0 | 4 | 74 | 4 |
| Tygress | 86 | 51 | 18 | 8 | 3 | 4 | 57 | 4 |
| Chavo | 51 | 32 | 13 | 8 | 0 | 4 | 62 | 4 |
| Miss Hancock | 65 | 58 | 8 | 9 | 2 | 7 | 77 | 4 |
| Sting | 100 | 72 | 17 | 7 | 1 | 3 | 72 | 3 |
| Kimberly | 100 | 82 | 11 | 5 | 1 | 2 | 82 | 2 |
| Torrie Wilson | 96 | 80 | 7 | 7 | 1 | 1 | 83 | 1 |

CONFIDENTIAL
X 001946

## WCW Personality Familiarity and Likeability Ratings
## Aged 17 and Under
## Sorted Alphabetically



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 18 | 17 | 9 | 18 | 28 | 21 |
| Tank Abbott | 98 | 24 | 20 | 14 | 9 | 20 | 85 | 20 |
| Brian Adams | 96 | 0 | 1 | 2 | 1 | 22 | 2 | 3 |
| Arn Anderson | 98 | 20 | 29 | 19 | 1 | 49 | 20 | 19 |
| Brad Armstrong | 87 | 7 | 14 | 29 | 14 | 23 | 8 | 26 |
| Scott Armstrong | 86 | 4 | 10 | 31 | 15 | 26 | 5 | 30 |
| The Artist | 90 | 5 | 14 | 16 | 14 | 41 | 5 | 46 |
| Asya | 97 | 22 | 21 | 21 | 13 | 20 | 23 | 20 |
| Baby | 52 | 32 | 9 | 7 | 1 | 3 | 62 | 6 |
| Buff Bagwell | 100 | 62 | 21 | 6 | 5 | 6 | 62 | 6 |
| Barbarian | 97 | 11 | 18 | 29 | 20 | 20 | 11 | 20 |
| Berlyn | 96 | 7 | 10 | 16 | 19 | 43 | 7 | 45 |
| Bam Bam Bigelow | 99 | 27 | 41 | 15 | 8 | 8 | 27 | 8 |
| Booker | 99 | 51 | 29 | 11 | 3 | 7 | 51 | 7 |
| Michael Buffer | 86 | 30 | 17 | 23 | 5 | 11 | 35 | 13 |
| Johnny the Bull | 82 | 22 | 22 | 18 | 6 | 14 | 27 | 17 |
| The Cat | 98 | 23 | 18 | 11 | 10 | 36 | 23 | 37 |
| Chae | 93 | 62 | 13 | 13 | 0 | 4 | 67 | 4 |
| Chameleon | 42 | 18 | 0 | 11 | 0 | 4 | 42 | 11 |
| Chiquita | 46 | 20 | 8 | 11 | 2 | 5 | 43 | 11 |
| Bryan Clark | 40 | | 6 | 12 | 4 | 9 | 23 | 22 |
| Disorderly Conduct | 81 | 3 | 7 | 25 | 16 | 31 | 3 | 38 |
| Crowbar | 93 | 39 | 27 | 8 | 5 | 14 | 41 | 15 |
| Daffney | 92 | 36 | 20 | 14 | 7 | 15 | 39 | 17 |
| El Dandy | 87 | 6 | 6 | 29 | 12 | 35 | 7 | 40 |
| Demon | 89 | 19 | 9 | 20 | 10 | 21 | 21 | 23 |
| J.J. Dillon | 96 | 8 | 17 | 32 | 12 | 29 | 8 | 30 |
| The Dog | 87 | 7 | 2 | 14 | 9 | 25 | 11 | 27 |
| Hacksaw Jim Duggan | 99 | 37 | 30 | 12 | 7 | 13 | 37 | 13 |
| Elizabeth | 99 | 48 | 21 | 6 | 8 | 14 | 49 | 15 |
| Fit Finlay | 98 | 11 | 19 | 25 | 19 | 25 | 11 | 25 |
| David Flair | 99 | 28 | 29 | 13 | 8 | 21 | 28 | 21 |
| Ric Flair | 100 | 25 | 15 | 10 | 12 | 38 | 25 | 38 |
| Jerry Flynn | 95 | 3 | 12 | 26 | 21 | 32 | 3 | 54 |
| Rick Fuller | 66 | | 7 | 28 | 12 | 18 | | 27 |
| Goldberg | 100 | 65 | 15 | 4 | 1 | 5 | 65 | 5 |
| Al Green | 66 | 2 | 6 | 28 | 10 | 22 | 3 | 33 |
| Juventud Guerrera | 99 | 32 | 29 | 14 | 10 | 14 | 33 | 14 |
| Chavo Guerrero, Jr. | 98 | 29 | 33 | 19 | 10 | 8 | 29 | 8 |
| Emory Hale | 25 | 2 | 3 | 11 | 2 | 7 | 7 | 29 |
| Scott Hall | 99 | 57 | 23 | 7 | 6 | 6 | 58 | 6 |
| Miss Hancock | | | | | | | | |
| Hardwork | | | | | | | | |
| Don Harris | | | | | | | | |
| Ron Harris | 80 | 8 | 12 | 21 | 2 | 28 | 10 | 12 |
| The Harris Boys | 91 | 10 | 14 | 19 | 16 | 32 | 11 | 35 |
| Bret "The Hitman" Hart | 99 | 56 | 23 | 8 | 4 | 9 | 57 | 9 |
| Jimmy Hart | 99 | 14 | 19 | 29 | 14 | 22 | 15 | 23 |
| Bobby Heenan | 99 | 50 | 22 | 12 | 6 | 9 | 50 | 9 |
| Shane Helms | | | | | | | | |
| Curt Hennig | | | | | | | | |
| Hulk Hogan | 100 | | | | | | | |
| Horace | 96 | | 10 | 29 | 22 | 32 | 3 | 23 |
| Scott Hudson | 85 | 12 | 16 | 35 | 5 | 16 | 15 | 19 |
| Idol | 72 | 15 | 17 | 12 | 10 | 19 | 21 | 27 |
| Disco Inferno | 100 | 28 | 28 | 16 | 13 | 15 | 28 | 15 |
| Jakes | 21 | 1 | 1 | 9 | 2 | 8 | 4 | 38 |
| Jeff Jarrett | | | | | | | | |
| Kanyon | | | | | | | | |
| Evan Karagias | | | | | | | | |
| Kaz | | | | | | | | |

CONFIDENTIAL
X 001947

## WCW Personality Familiarity and Likeability Ratings
## Aged 17 and Under
## Sorted Alphabetically



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 18 | 17 | 9 | 18 | 28 | 21 |
| Billy Kidman | 99 | 66 | 21 | 6 | 3 | 4 | 66 | 4 |
| Kimberly | 100 | 82 | 11 | 5 | 1 | 2 | 82 | 2 |
| Silver King | 91 | 4 | 12 | 37 | 13 | 25 | 5 | 27 |
| Knobs | 94 | 5 | 24 | 20 | 20 | 25 | 5 | 27 |
| Konnan | 89 | 34 | 21 | 12 | 11 | 20 | 35 | 20 |
| Lane | 91 | 15 | 18 | 19 | 13 | 27 | 16 | 9 |
| Lash LeRoux | 95 | 33 | 26 | 14 | 8 | 14 | 35 | 14 |
| Lex Luger | 99 | 22 | 28 | 10 | 14 | 28 | 22 | 28 |
| Machina | 39 | 4 | 6 | 14 | 5 | 9 | 11 | 23 |
| Mark Madden | 85 | 17 | 21 | 24 | 6 | 17 | 20 | 20 |
| Madusa | 97 | 47 | 23 | 11 | 4 | 12 | 48 | 12 |
| The Maestro | 90 | 2 | 7 | 17 | 12 | 52 | 2 | 58 |
| Tony Marinara | 78 | 10 | 12 | 22 | 10 | 24 | 12 | 31 |
| Meng | 100 | 26 | 28 | 26 | 8 | 11 | 26 | 11 |
| Lela Meow | 73 | 44 | 8 | 14 | 1 | 7 | 60 | 9 |
| Ernest Miller | 96 | 23 | 19 | 11 | 9 | 33 | 24 | 35 |
| Mona | 93 | 53 | 21 | 10 | 5 | 5 | 57 | 5 |
| Shannon Moore | 72 | 16 | 15 | 12 | 7 | 21 | 22 | 30 |
| Hugh Morrus | 94 | 8 | 21 | 25 | 16 | 23 | 8 | 25 |
| Rey Mysterio, Jr. | 100 | 65 | 18 | 6 | 4 | 7 | 65 | 7 |
| Kevin Nash | 100 | 62 | 17 | 6 | 8 | 7 | 62 | 7 |
| Gene Okerlund | 97 | 42 | 27 | 17 | 5 | 6 | 43 | 6 |
| Diamond Dallas Page | 100 | 46 | 29 | 8 | 7 | 10 | 46 | 10 |
| Paisley | 75 | 20 | 17 | 16 | 6 | 16 | 26 | 21 |
| La Parka | 98 | 23 | 30 | 20 | 10 | 15 | 23 | 16 |
| Payton | 22 | 1 | 1 | 12 | 4 | 5 | 4 | 22 |
| David Penzer | 81 | 12 | 17 | 30 | 9 | 13 | 15 | 16 |
| Roddy Piper | 100 | 40 | 21 | 14 | 8 | 16 | 40 | 16 |
| Psychosis | 99 | 22 | 32 | 21 | 10 | 13 | 23 | 13 |
| Riki Rachtman | 68 | 7 | 11 | 8 | 9 | 24 | 10 | 35 |
| DJ Ran | 89 | 16 | 14 | 17 | 9 | 39 | 18 | 43 |
| Stevie Ray | 99 | 10 | 17 | 14 | 10 | 39 | 10 | 40 |
| Dustin Rhodes | 98 | 23 | 23 | 19 | 11 | 22 | 24 | 22 |
| Charles Robinson | 90 | 11 | 17 | 30 | 11 | 20 | 13 | 22 |
| Michael Rotunda | 64 | 4 | 8 | 23 | 9 | 19 | 6 | 30 |
| Tony Schiavone | 96 | 21 | 25 | 21 | 7 | 24 | 21 | 25 |
| Shane | 67 | 8 | 7 | 21 | 8 | 25 | 8 | 38 |
| Norman Smiley | 98 | 50 | 23 | 7 | 3 | 14 | 52 | 14 |
| Spice | 98 | 73 | 13 | 8 | 0 | 4 | 74 | 4 |
| Rick Steiner | 100 | 20 | 26 | 20 | 8 | 15 | 20 | 15 |
| Scott Steiner | 100 | 42 | 21 | 11 | 7 | 19 | 42 | 19 |
| Sting | 100 | 72 | 17 | 4 | 4 | 3 | 72 | 3 |
| Kevin Sullivan | 79 | 6 | 7 | 21 | 7 | 38 | 7 | 48 |
| Symphony | 91 | 45 | 17 | 14 | 4 | 10 | 49 | 11 |
| Mike Tenay | 95 | 8 | 34 | 22 | 8 | 15 | 19 | 18 |
| The Total Package | 100 | 23 | 23 | 7 | 13 | 24 | 23 | 21 |
| Ice Train | 47 | 7 | 6 | 15 | 12 | 15 | 15 | 25 |
| Tygress | 98 | 21 | 10 | 13 | 3 | 3 | 57 | 9 |
| Vampiro | 99 | 61 | 23 | 8 | 2 | 4 | 62 | 4 |
| Sid Vicious | 99 | 45 | 23 | 8 | 7 | 15 | 46 | 15 |
| Villano IV | 84 | 3 | 8 | 36 | 7 | 30 | 3 | 36 |
| Villano V | 84 | 3 | 7 | 36 | 10 | 29 | 3 | 34 |
| Big Vito | 85 | 27 | 18 | 13 | 10 | 18 | 32 | 21 |
| Bobby Walker | 3 | 3 | 16 | 18 | 6 | 13 | 6 | 29 |
| The Wall | 94 | 1 | 20 | 10 | 9 | 21 | 22 | 22 |
| Torrie Wilson | 96 | 60 | 27 | 7 | 1 | 1 | 63 | 1 |
| Wrath | 97 | 44 | 26 | 17 | 4 | 6 | 46 | 6 |
| Larry Zbyszko | 98 | 21 | 20 | 26 | 10 | 21 | 21 | 22 |

CONFIDENTIAL
X 001948

# WCW Personality Familiarity and Likeability Ratings
## Aged 24 and Under
## Sorted by Familiarity



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 19 | 17 | 8 | 17 | 28 | 19 |
| | | | | | | | | |
| Kimberly | 100 | | | | | 2 | | |
| Sting | 100 | 2 | 7 | | | 3 | 72 | |
| Goldberg | 100 | 66 | 6 | | 3 | 1 | 66 | |
| Rey Mysterio, Jr. | 100 | 60 | 21 | | | 8 | 60 | 8 |
| Kevin Nash | 100 | 59 | 21 | 6 | 6 | 8 | 59 | 8 |
| Buff Bagwell | 100 | 58 | 25 | 5 | 5 | 8 | 58 | 8 |
| Bret "The Hitman" Hart | 100 | 57 | 24 | 7 | 5 | 7 | 57 | 7 |
| Diamond Dallas Page | 100 | 47 | 29 | 7 | 6 | 11 | 47 | 11 |
| Scott Steiner | 100 | 47 | 20 | | | 16 | 47 | 16 |
| Sid Vicious | 100 | 46 | 26 | 9 | 7 | 13 | 46 | 13 |
| Hulk Hogan | 100 | 41 | 18 | 6 | 6 | 28 | 41 | 28 |
| Roddy Piper | 100 | 38 | 25 | 11 | 10 | 16 | 39 | 16 |
| Konnan | 100 | 32 | 21 | 13 | 12 | 22 | 32 | 22 |
| Ric Flair | 100 | 31 | 19 | 10 | 11 | 29 | 31 | 29 |
| Meng | 100 | 29 | 31 | 22 | 9 | 9 | 29 | 9 |
| Disco Inferno | 100 | 26 | 33 | 14 | 11 | 15 | 27 | 15 |
| Rick Steiner | 100 | 23 | 28 | 19 | 14 | 15 | 23 | 15 |
| Lex Luger | 100 | 22 | 28 | 11 | 14 | 25 | 22 | 25 |
| The Total Package | 100 | 21 | 25 | 10 | 13 | 30 | 22 | 30 |
| Billy Kidman | 99 | 64 | 23 | | 5 | 4 | 64 | |
| Vampiro | 99 | 60 | 22 | 8 | 3 | 6 | 60 | 6 |
| Scott Hall | 99 | 58 | 22 | 6 | 5 | 8 | 59 | 8 |
| Booker | 99 | 55 | 24 | 10 | 4 | 5 | 56 | 5 |
| Bobby Heenan | 99 | 50 | 24 | 12 | 6 | 7 | 51 | 7 |
| Norman Smiley | 99 | 50 | 25 | 8 | 4 | 11 | 51 | |
| Elizabeth | 99 | 47 | 23 | 5 | 0 | 10 | 47 | 4 |
| Madusa | 99 | 46 | 26 | 12 | | 9 | 6 | 9 |
| Jeff Jarrett | 99 | 40 | 19 | 5 | 6 | 29 | 40 | 29 |
| Hacksaw Jim Duggan | 99 | 36 | 30 | 13 | 8 | 12 | 36 | 12 |
| Juventud Guerrera | 99 | 32 | 29 | 13 | 10 | 15 | 32 | 15 |
| Kanyon | 99 | 31 | 26 | 15 | 12 | 15 | 31 | 15 |
| Arn Anderson | 99 | 30 | 28 | 19 | 9 | 13 | 30 | 13 |
| David Flair | 99 | 29 | 30 | 12 | 8 | 20 | 30 | 20 |
| Bam Bam Bigelow | 99 | 27 | 22 | 17 | 7 | 16 | 27 | 16 |
| Curt Hennig | 99 | 24 | 34 | 16 | 9 | 16 | 25 | 16 |
| Dustin Rhodes | 99 | 23 | 30 | 19 | 10 | 17 | 23 | 17 |
| Psychosis | 99 | 22 | 31 | 22 | 13 | 12 | 22 | 12 |
| Jimmy Hart | 99 | 16 | 21 | 27 | 14 | 21 | 16 | 21 |
| Fit Finlay | 99 | 11 | 24 | 25 | 17 | 21 | 11 | 22 |
| Stevie Ray | 99 | 11 | 21 | 16 | 19 | 32 | 11 | 32 |
| Spice | 98 | 71 | 13 | | | | 73 | 1 |
| Gene Okerlund | 98 | 8 | 21 | 12 | 5 | | 47 | 3 |
| Chavo Guerrero, Jr. | 98 | 30 | 33 | 7 | 9 | | 32 | 9 |
| La Parka | 98 | 26 | 29 | 8 | 9 | 15 | 27 | 15 |
| Tony Schiavone | 98 | 26 | 25 | 20 | 7 | 21 | 26 | 22 |
| The Cat | 98 | 24 | 21 | 11 | 11 | 30 | 25 | 31 |
| Asya | 98 | 24 | 23 | 23 | 11 | 17 | 24 | 18 |
| Larry Zbyszko | 96 | 23 | 25 | 21 | 10 | 19 | 23 | 20 |
| Torrie Wilson | 97 | 70 | 10 | 3 | 1 | 4 | 31 | 3 |
| Tank Abbott | 97 | 30 | 21 | 6 | 3 | 20 | 31 | 20 |
| Barbarian | 97 | 11 | 21 | 32 | 15 | 16 | 11 | 16 |
| Berlyn | 97 | 8 | 12 | 16 | 18 | 44 | 8 | 45 |
| Jerry Flynn | 97 | 3 | 13 | 28 | 21 | 31 | 3 | 32 |
| Tygress | 96 | 47 | 19 | 21 | 3 | 5 | 49 | 5 |
| Wrath | 96 | 40 | 28 | 19 | 3 | 5 | 42 | 6 |
| Mike Tenay | 96 | 22 | 33 | 22 | 7 | 11 | 23 | 12 |
| Brian Adams | 95 | 13 | 23 | 30 | 12 | 18 | 14 | 18 |
| Hugh Morrus | 95 | 11 | 25 | 20 | 12 | 21 | 11 | 20 |
| Horace | 95 | 9 | 12 | 28 | 22 | 30 | 9 | 32 |
| Lash LeRoux | 95 | 31 | 22 | 4 | 6 | 15 | 32 | 1 |

CONFIDENTIAL
X 001949

## WCW Personality Familiarity and Likeability Ratings
## Aged 24 and Under
## Sorted by Familiarity



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 19 | 17 | 8 | 17 | 28 | 19 |
| Ernest Miller | 95 | 24 | 21 | 12 | 11 | 28 | 25 | 29 |
| J.J. Dillon | 95 | 8 | 16 | 34 | 12 | 26 | 8 | 27 |
| Knobs | 95 | 6 | 24 | 24 | 18 | 23 | 7 | 24 |
| Mona | 94 | 50 | 23 | 11 | 5 | 4 | 54 | 4 |
| The Wall | 94 | 17 | 29 | 20 | 10 | 18 | 19 | 20 |
| Evan Karagias | 91 | 13 | 25 | 18 | 12 | 30 | 14 | 27 |
| Chae | 93 | 61 | 15 | | | | 66 | 4 |
| Crowbar | 93 | 2 | 25 | 10 | 7 | 10 | 45 | 11 |
| The Maestro | 93 | 3 | 8 | 16 | 15 | 51 | 3 | 55 |
| Daffney | 92 | 39 | 21 | 12 | 5 | 15 | 42 | 16 |
| Charles Robinson | 92 | 13 | 19 | 33 | 11 | 15 | 14 | 17 |
| The Harris Boys | 92 | 10 | 20 | 18 | 14 | 30 | 11 | 32 |
| The Artist | 92 | 5 | 16 | 15 | 18 | 38 | 5 | 41 |
| Miss Hancock | 90 | 70 | 10 | 5 | | | 78 | 3 |
| Symphony | 90 | 42 | 19 | 15 | 4 | 10 | 57 | 11 |
| Lane | 90 | 7 | 21 | 19 | 11 | 21 | 19 | 23 |
| Brad Armstrong | 90 | 9 | 19 | 33 | 12 | 17 | 10 | 19 |
| Silver King | 90 | 5 | 12 | 34 | 14 | 25 | 5 | 28 |
| Michael Buffer | 89 | 28 | 18 | 23 | 5 | 14 | 32 | 16 |
| Big Vito | 89 | 25 | 22 | 19 | 7 | 15 | 28 | 17 |
| Demon | 89 | 16 | 19 | 23 | 8 | 24 | 18 | 27 |
| Scott Armstrong | 89 | 4 | 12 | 39 | 14 | 21 | | |
| DJ Ran | 87 | 15 | 12 | 18 | 5 | 39 | 17 | 44 |
| El Dandy | 86 | 5 | 9 | 30 | 12 | 31 | 5 | 36 |
| Johnny the Bull | 85 | 26 | 22 | 20 | 6 | 12 | 30 | 14 |
| Mark Madden | 85 | 20 | 19 | 21 | 7 | 18 | 23 | 21 |
| Villano V | 85 | 3 | 8 | 37 | 10 | 26 | 4 | 31 |
| Villano IV | 84 | 3 | 8 | 38 | 9 | 27 | 3 | 32 |
| Scott Hudson | 83 | 3 | 17 | 24 | | 4 | 6 | 6 |
| David Penzer | 83 | 0 | 7 | 8 | | 12 | 2 | 13 |
| Kevin Sullivan | 83 | 6 | 8 | 22 | 7 | 38 | 7 | 45 |
| Kaz | 82 | 4 | 9 | 30 | | 12 | 8 | 15 |
| Ron Harris | 81 | 8 | 15 | 23 | 12 | 22 | 10 | 27 |
| Tony Marinara | 81 | 8 | 14 | 24 | 11 | 24 | 10 | 30 |
| Disorderly Conduct | 79 | 3 | 7 | 25 | 14 | 30 | 4 | 38 |
| Paisley | 77 | 20 | 17 | 21 | 9 | 10 | 25 | 13 |
| Don Harris | 76 | 6 | 8 | 18 | 12 | 22 | 9 | 29 |
| Leia Meow | 74 | 2 | 12 | 14 | 2 | 4 | 57 | 8 |
| Idol | 73 | 1 | 20 | 15 | 5 | 15 | 19 | 20 |
| Michael Rotunda | 73 | 5 | 11 | 27 | 11 | 19 | | 26 |
| Riki Rachtman | 72 | 7 | 10 | 18 | 8 | 29 | 9 | 41 |
| Shannon Moore | 70 | 15 | 15 | 14 | 7 | 18 | 22 | 27 |
| Shane | 69 | 5 | 7 | 22 | 10 | 26 | 7 | 37 |
| Al Green | 69 | 2 | 6 | 29 | 10 | 21 | 2 | 31 |
| The Dog | 67 | 2 | 10 | 18 | 2 | 26 | 7 | 8 |
| Shane Helms | 66 | 2 | 3 | 13 | 5 | 8 | 8 | 9 |
| Rick Fuller | 65 | 1 | 5 | 29 | 17 | 8 | 2 | 29 |
| Baby | 53 | 2 | 0 | 1 | | 2 | 59 | 1 |
| Ice Train | 50 | 5 | 8 | 20 | 6 | 11 | 10 | 23 |
| Chiquita | 47 | 18 | 9 | 15 | 2 | 4 | 38 | 8 |
| Bobby Walker | 47 | 2 | 4 | 22 | 6 | 13 | 4 | 28 |
| Chameleon | 45 | 16 | 9 | 15 | 1 | 4 | 36 | 9 |
| Machina | 41 | 2 | 6 | 18 | 4 | 9 | 7 | 23 |
| Bryan Clark | 40 | 9 | 17 | 13 | 3 | 7 | 24 | 18 |
| Hardwork | 36 | 2 | | 4 | 3 | 13 | 6 | 37 |
| Emory Hale | 27 | 2 | 4 | 3 | | 7 | 7 | 24 |
| Payton | 22 | 1 | 2 | 12 | 3 | 5 | 3 | 21 |
| Jakes | 19 | 1 | 1 | 9 | 2 | 5 | 6 | 29 |

CONFIDENTIAL
X 001950

## WCW Personality Familiarity and Likeability Ratings
## Aged 24 and Under
## Sorted by Positive Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 19 | 17 | 8 | 17 | 28 | 19 |
|  |  |  |  |  |  |  |  |  |
| Kimberly |  |  |  |  |  |  |  |  |
| Terri Wilson |  |  |  |  |  |  |  |  |
| Miss Hancock |  |  |  |  |  |  |  |  |
| Spice |  |  |  |  |  |  | 73 |  |
| Sting | 100 | 72 | 17 | 5 | 3 | 3 | 72 | 3 |
| Goldberg | 100 | 66 | 16 | 4 | 3 | 11 | 66 | 11 |
| Chae | 93 | 61 | 15 | 12 | 2 | 3 | 66 | 4 |
| Billy Kidman | 99 | 64 | 23 | 5 | 3 | 4 | 64 | 4 |
| Rey Mysterio Jr. |  | 60 | 21 |  |  |  | 60 |  |
| Vampiro |  | 60 | 22 |  |  |  | 60 |  |
| Kevin Nash |  | 59 | 21 |  |  |  | 59 |  |
| Scott Hall |  | 58 | 22 |  |  |  | 59 |  |
| Baby | 53 | 32 | 10 | 9 | 1 | 2 | 59 | 4 |
| Buff Bagwell | 100 | 58 | 25 | 5 | 5 | 8 | 58 | 8 |
| Bret "The Hitman" Hart | 100 | 57 | 24 | 7 | 5 | 7 | 57 | 7 |
| Leia Meow | 74 | 42 | 12 | 14 | 2 | 4 | 57 | 6 |
| Booker |  | 55 | 24 |  |  |  | 56 |  |
| Mona |  | 50 | 23 |  |  |  |  |  |
| Bobby Heenan |  | 50 | 24 |  |  |  | 51 |  |
| Norman Smiley |  | 50 | 25 |  |  |  | 51 |  |
| Tygress | 96 | 47 | 19 | 21 | 3 | 5 | 49 | 5 |
| Diamond Dallas Page | 100 | 47 | 29 | 7 | 6 | 11 | 47 | 11 |
| Scott Steiner | 100 | 47 | 20 | 9 | 7 | 16 | 47 | 18 |
| Elizabeth | 99 | 47 | 23 | 9 | 10 | 11 | 47 | 11 |
| Gene Okerlund |  |  | 24 |  |  |  | 47 |  |
| Symphony |  |  |  |  |  |  |  |  |
| Sid Vicious |  |  | 26 |  | 7 |  |  |  |
| Madusa |  | 46 | 26 |  |  |  |  |  |
| Crowbar | 93 | 42 | 25 | 10 | 7 | 10 | 45 | 11 |
| Wrath | 96 | 40 | 28 | 19 | 3 | 5 | 42 | 6 |
| Daffney | 92 | 39 | 21 | 12 | 5 | 15 | 42 | 16 |
| Hulk Hogan | 100 | 41 | 18 | 6 | 6 | 28 | 41 | 28 |
| Jeff Jarrett |  | 40 |  |  |  | 29 | 40 | 29 |
| Roddy Piper |  |  | 25 |  |  |  |  |  |
| Chastity |  |  |  |  |  |  |  |  |
| Hacksaw Jim Duggan |  | 36 | 30 |  |  |  | 36 |  |
| Chameleon | 45 | 16 | 9 | 15 | 1 | 4 | 36 | 9 |
| Konnan | 100 | 32 | 21 | 13 | 12 | 22 | 32 | 22 |
| Juventud Guerrera | 99 | 32 | 29 | 13 | 10 | 15 | 32 | 15 |
| Chavo Guerrero, Jr. | 98 | 31 | 33 | 17 | 8 | 8 | 32 | 8 |
| Lash LeRoux |  | 31 |  |  |  |  | 32 |  |
| Michael Buffer |  |  |  |  |  |  |  |  |
| Big Pat |  |  |  |  |  |  |  |  |
| Kanyon |  | 31 | 20 |  |  |  |  |  |
| Tank Abbott | 97 | 30 | 24 | 15 | 8 | 20 | 31 | 20 |
| Arn Anderson | 99 | 30 | 28 | 19 | 9 | 13 | 30 | 13 |
| David Flair | 99 | 29 | 30 | 12 | 8 | 20 | 30 | 20 |
| Johnny the Bull | 85 | 26 | 22 | 20 | 6 | 12 | 30 | 14 |
| Norman |  |  |  |  |  |  |  |  |
| Billy Kidman |  |  | 22 |  |  |  |  |  |
| Disco Inferno |  |  |  |  |  |  | 27 |  |
| Bam Bam Bigelow |  | 27 |  |  |  |  | 27 |  |
| La Parka | 98 | 26 | 29 | 19 | 9 | 15 | 27 | 15 |
| Tony Schiavone | 98 | 26 | 25 | 20 | 7 | 21 | 26 | 22 |
| Curt Henning | 99 | 24 | 34 | 16 | 9 | 16 | 25 | 16 |
| The Cat | 98 | 24 | 21 | 11 | 11 | 30 | 25 | 31 |
| Ernest Miller |  |  |  |  |  |  | 25 |  |
| Pussy |  |  |  |  |  |  |  |  |
| Asya |  |  |  |  |  |  |  |  |
| Bryan Clark |  |  | 7 |  |  |  | 21 |  |

CONFIDENTIAL
X 001951

# WCW Personality Familiarity and Likeability Ratings
## Aged 24 and Under
## Sorted by Positive Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 19 | 17 | 8 | 17 | 28 | 19 |
| Rick Steiner | 100 | 23 | 28 | 19 | 14 | 15 | 23 | 15 |
| Dustin Rhodes | 99 | 23 | 30 | 19 | 10 | 17 | 23 | 17 |
| Larry Zbyszko | 98 | 23 | 25 | 21 | 10 | 19 | 23 | 20 |
| Mike Tenay | 96 | 22 | 33 | 22 | 7 | 11 | 23 | 12 |
| Mark Madden | 95 | 20 | 19 | 21 | 14 | 18 | 23 | 21 |
| Lex Luger | 100 | 22 | 28 | 11 | 14 | 25 | 22 | |
| The Total Package | 00 | 21 | 25 | 10 | 13 | 30 | 22 | 30 |
| Psychosis | 99 | 22 | 31 | 22 | 10 | 12 | 22 | 12 |
| Shannon Moore | 70 | 15 | 15 | 14 | 7 | 18 | 22 | 27 |
| The Wall | 94 | 17 | 29 | 20 | 10 | 18 | 19 | 20 |
| Lane | 90 | 17 | 21 | 19 | 11 | 21 | 19 | 23 |
| Idol | 73 | 14 | 20 | 15 | 9 | 15 | 19 | 20 |
| Demon | 89 | 10 | 19 | 23 | 8 | 24 | 18 | 27 |
| Kaz | 82 | 14 | 19 | 30 | 7 | 12 | 16 | 15 |
| Shane Helms | 66 | 12 | 13 | 15 | 16 | 19 | 16 | 29 |
| DJ Ran | 87 | 15 | 12 | 18 | 5 | 38 | 17 | 44 |
| Jimmy Hart | 99 | 16 | 21 | 27 | 14 | 21 | 16 | 21 |
| Scott Hudson | 83 | 13 | 17 | 34 | 5 | 14 | 16 | 16 |
| Brian Adams | 96 | 13 | 23 | 30 | 12 | 18 | 14 | 18 |
| Evan Karagias | 94 | 13 | 25 | 18 | 12 | 26 | 14 | 27 |
| Charles Robinson | 92 | 13 | 19 | 33 | 11 | 15 | 14 | 17 |
| David Penzer | 83 | 10 | 17 | 28 | 8 | 24 | 13 | 21 |
| Elix | 90 | 11 | 24 | 25 | 17 | 21 | 11 | 22 |
| Steve Ray | 99 | 11 | 21 | 16 | 10 | 37 | 11 | 32 |
| Barbarian | 97 | 11 | 23 | 32 | 15 | 16 | 11 | 16 |
| Hugh Morrus | 96 | 11 | 25 | 29 | 12 | 20 | 11 | 20 |
| The Harris Boys | 92 | 10 | 20 | 18 | 14 | 30 | 11 | 32 |
| Brad Armstrong | 90 | 9 | 19 | 33 | 12 | 17 | 10 | 19 |
| Ron Harris | 91 | 9 | 15 | 23 | 12 | 22 | 10 | 27 |
| Tony Marinara | 91 | | 14 | 24 | 11 | 24 | 10 | 30 |
| Ice Train | 90 | 5 | 9 | 20 | 5 | 11 | 10 | 23 |
| Riki Rachtman | 72 | | 10 | 18 | 0 | 29 | 9 | 31 |
| J.J. Dillon | 95 | 8 | 16 | 34 | 12 | 26 | 8 | 27 |
| Don Harris | 76 | 6 | 18 | 18 | 12 | 22 | 8 | 29 |
| Knobs | 95 | 6 | 24 | 24 | 18 | 23 | 7 | 24 |
| Kevin Sullivan | 83 | 6 | 8 | 22 | 9 | 38 | 7 | 45 |
| Michael Rotunda | 73 | | 11 | 27 | 11 | 19 | 7 | 26 |
| Sharie | 69 | | 7 | 22 | 10 | 26 | | 37 |
| The Dog | 87 | 5 | 10 | 18 | 6 | 26 | | 36 |
| Machina | 71 | | 6 | 18 | | 9 | | 29 |
| Emory Hale | 27 | 2 | 4 | 13 | 2 | 7 | 7 | 24 |
| Berlyn | 97 | 6 | 12 | 16 | 18 | 44 | 6 | 45 |
| Hardwork | 36 | 2 | 4 | 14 | 3 | 13 | 6 | 37 |
| Jakes | 19 | 1 | 1 | 9 | 2 | 5 | 6 | 29 |
| The Rusty | | | | | | | | |
| Silver King | | | | | | | | |
| El Dandy | | | | | | | | |
| Scott Armstrong | | | | | | | | |
| Villano V | 85 | 3 | 8 | 37 | 10 | 26 | 4 | 31 |
| Disorderly Conduct | 79 | 3 | 7 | 25 | 14 | 30 | 4 | 38 |
| Bobby Walker | 47 | 2 | 4 | 22 | 6 | 13 | 4 | 28 |
| Jerry Flynn | 97 | 3 | 13 | 28 | 21 | 31 | 3 | 32 |
| Horace | | | | | | | | |
| The Maestro | | | | | | | | |
| Villano IV | | | | | | | | |
| Payton | | | | | | | | |
| Al Green | 69 | 2 | 6 | 29 | 10 | 21 | 2 | 31 |
| Rick Fuller | 65 | 1 | 6 | 29 | 11 | 18 | 2 | 28 |

CONFIDENTIAL
X 001952

## WCW Personality Familiarity and Likeability Ratings
## Aged 24 and Under
## Sorted by Negative Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 19 | 17 | 8 | 17 | 28 | 19 |
| | | | | | | | | |
| Tony Pastro | 8 | 1 | 8 | 0 | 15 | 51 | 3 | 55 |
| Berlyn | 77 | 9 | 12 | 0 | 13 | 41 | 8 | 45 |
| Kevin Sullivan | 83 | 0 | 8 | 22 | 3 | 50 | 7 | 53 |
| Di Ram | 87 | -15 | 12 | 18 | 5 | 38 | 17 | 41 |
| The Artist | 92 | 5 | 16 | 15 | 18 | 38 | 5 | 41 |
| Riki Rachtman | 72 | 7 | 10 | 18 | 8 | 29 | 9 | 41 |
| Disorderly Conduct | 79 | 3 | 7 | 25 | 14 | 30 | 4 | 38 |
| The Dog | 67 | 5 | 10 | 18 | 9 | 26 | 7 | 38 |
| Shane | 89 | 5 | 7 | 22 | 10 | 28 | 7 | 37 |
| Hardwork | 85 | 2 | 4 | 14 | 3 | 13 | 6 | 37 |
| El Dandy | 86 | 5 | 9 | 30 | 12 | 31 | 5 | 36 |
| Stevie Ray | 99 | 11 | 21 | 16 | 10 | 32 | 11 | 32 |
| Jerry Flynn | 97 | 3 | 13 | 28 | 21 | 31 | 3 | 32 |
| Horace | 96 | 3 | 12 | 28 | 22 | 30 | 3 | 32 |
| The Harris Boys | 92 | 10 | 20 | 18 | 14 | 30 | 11 | 32 |
| Villano IV | 84 | 3 | 8 | 38 | 9 | 27 | 3 | 32 |
| The Cat | 98 | 24 | 21 | 11 | 11 | 30 | 25 | 31 |
| Villano V | 75 | 3 | 8 | 37 | 10 | 26 | 4 | 31 |
| Al Green | 80 | 2 | 6 | 29 | 10 | 21 | 2 | 31 |
| The Total Package | 100 | 21 | 25 | 10 | 13 | 30 | 22 | 30 |
| Tony Marinara | 81 | 8 | 14 | 24 | 11 | 24 | 10 | 30 |
| Ric Flair | 100 | 31 | 19 | 10 | 11 | 29 | 31 | 29 |
| Jeff Jarrett | 99 | 40 | 19 | 5 | 6 | 29 | 40 | 29 |
| Ernest Miller | 95 | 24 | 21 | 12 | 11 | 28 | 25 | 29 |
| Don Harris | 76 | 3 | 10 | 16 | 12 | 22 | 3 | 29 |
| Shane Helms | 62 | 12 | 10 | 5 | 6 | 19 | 10 | 29 |
| Jakes | 0 | 1 | 1 | 0 | 2 | 5 | 0 | 27 |
| Hulk Hogan | 100 | 40 | 8 | 5 | 6 | 28 | 41 | 28 |
| Silver King | 90 | 5 | 12 | 34 | 14 | 25 | 5 | 28 |
| Rick Fuller | 65 | 1 | 6 | 29 | 11 | 18 | 2 | 28 |
| Bobby Walker | 47 | 2 | 4 | 22 | 6 | 13 | 4 | 28 |
| J.J. Dillon | 95 | 8 | 16 | 34 | 12 | 26 | 8 | 27 |
| Evan Karagias | 91 | 15 | 25 | 18 | 12 | 26 | 11 | 27 |
| Demon | 89 | 16 | 10 | 23 | 1 | 21 | 15 | 27 |
| Ron Harris | 84 | 3 | 15 | 23 | 2 | 22 | 10 | 27 |
| Shannon Moore | 70 | 5 | 15 | 31 | 7 | 18 | 22 | 27 |
| Michael Rotunda | 73 | 5 | 11 | 27 | 11 | 19 | 7 | 26 |
| Lex Luger | 100 | 22 | 28 | 11 | 14 | 25 | 22 | 25 |
| Knobs | 95 | 6 | 24 | 24 | 18 | 23 | 7 | 24 |
| Scott Armstrong | 89 | 4 | 12 | 39 | 14 | 21 | 4 | 24 |
| Emory Hale | 77 | 2 | 14 | 13 | 2 | 7 | 3 | 24 |
| Lizzy | 90 | 17 | 31 | 10 | 6 | 31 | 0 | 23 |
| Ice Train | 3 | 9 | 3 | 20 | 3 | 7 | 0 | 22 |
| Meng | 4 | 3 | 3 | 15 | 5 | 9 | 7 | 22 |
| Konnan | 100 | 32 | 21 | 13 | 12 | 22 | 32 | 22 |
| Fit Finlay | 99 | 11 | 24 | 25 | 17 | 21 | 11 | 22 |
| Tony Schiavone | 98 | 26 | 25 | 20 | 7 | 21 | 26 | 22 |
| Jimmy Hart | 99 | 16 | 21 | 27 | 14 | 21 | 16 | 21 |
| Bull Hudson | 85 | 26 | 19 | 21 | 7 | 18 | 23 | 21 |
| Psicosis | 24 | 1 | 8 | 12 | 3 | 5 | 3 | 21 |
| David Flair | 90 | 20 | 10 | 2 | 5 | 20 | 30 | 20 |
| Larry Zbyszko | 89 | 24 | 25 | 21 | 10 | 18 | 23 | 20 |
| Tank Abbott | 97 | 30 | 24 | 15 | 8 | 20 | 31 | 20 |
| Hugh Morrus | 96 | 11 | 25 | 29 | 12 | 20 | 11 | 20 |
| The Wall | 94 | 17 | 29 | 20 | 10 | 18 | 19 | 20 |
| Idol | 73 | 14 | 20 | 15 | 9 | 15 | 19 | 20 |
| Bo Armstrong | 90 | 9 | 19 | 33 | 12 | 17 | 0 | 19 |
| Asya | 8 | 6 | 23 | 23 | 1 | 17 | 21 | 18 |
| Brian Adams | 95 | 13 | 23 | 30 | 12 | 18 | 15 | 18 |
| Bryan Clark | 15 | 9 | 7 | 9 | 3 | 7 | 25 | 18 |

CONFIDENTIAL
X 001953

## WCW Personality Familiarity and Likeability Ratings
## Aged 24 and Under
## Sorted by Negative Recognition



| Personality | Familiar | Like a Lot | Like a Little | Neither Like Nor Dislike | Dislike a Little | Dislike a Lot | +R | -R |
|---|---|---|---|---|---|---|---|---|
| Average Rating | 87 | 26 | 19 | 17 | 8 | 17 | 28 | 19 |
| Dustin Rhodes | 99 | 23 | 30 | 19 | 10 | 17 | 23 | 17 |
| Charles Robinson | 92 | 13 | 19 | 33 | 11 | 15 | 14 | 17 |
| Big Vito | 89 | 25 | 22 | 19 | 7 | 15 | 28 | 17 |
| Roddy Piper | 100 | 38 | 25 | 11 | 10 | 16 | 39 | 16 |
| Scott Steiner | 100 | 47 | 20 | 9 | 7 | 16 | 47 | 16 |
| Curt Hennig | 99 | 21 | 34 | 16 | 9 | 8 | 25 | 16 |
| Barbarian | 97 | 11 | 23 | 32 | 15 | 16 | 11 | 16 |
| Gaffney | 92 | 29 | 21 | 12 | 5 | 15 | 32 | 16 |
| Michael Buffer | 89 | 28 | 18 | 23 | 5 | 14 | 32 | 16 |
| Scott Hudson | 83 | 13 | 17 | 34 | 5 | 14 | 16 | 16 |
| Rick Steiner | 100 | 23 | 28 | 19 | 14 | 15 | 23 | 15 |
| Disco Inferno | 100 | 26 | 33 | 14 | 11 | 15 | 27 | 15 |
| Kanyon | 99 | 31 | 26 | 15 | 12 | 15 | 31 | 15 |
| Juventud Guerrera | 99 | 32 | 29 | 13 | 10 | 15 | 32 | 15 |
| La Parka | 98 | 28 | 29 | 19 | 9 | 15 | 27 | 15 |
| Kaz | 82 | 14 | 19 | 30 | 7 | 12 | 18 | 15 |
| Johnny the Bull | 85 | 26 | 22 | 20 | 6 | 12 | 30 | 14 |
| David Penzer | 83 | 10 | 17 | 36 | 8 | 12 | 12 | 14 |
| Sid Vicious | 100 | 46 | 26 | 9 | 7 | 13 | 46 | 13 |
| Am Anderson | 99 | 30 | 28 | 19 | 9 | 13 | 30 | 13 |
| Paisley | 97 | 20 | 17 | 21 | 9 | 10 | 25 | 13 |
| Psychosis | 99 | 22 | 31 | 22 | 2 | 12 | 22 | 12 |
| Hacksaw Jim Duggan | 99 | 36 | 30 | 13 | 2 | 12 | 36 | 12 |
| Mike Tenay | 96 | 22 | 33 | 22 | 2 | 11 | 23 | 12 |
| Diamond Dallas Page | 100 | 47 | 29 | 7 | 6 | 11 | 47 | 11 |
| Goldberg | 100 | 66 | 16 | 4 | 3 | 11 | 66 | 11 |
| Elizabeth | 99 | 47 | 23 | 9 | 10 | 11 | 47 | 11 |
| Norman Smiley | 99 | 50 | 25 | 8 | 4 | 11 | 51 | 11 |
| Lash LeRoux | 95 | 31 | 22 | 14 | 8 | 11 | 32 | 11 |
| Crowbar | 93 | 25 | 25 | 10 | 7 | 10 | 25 | 10 |
| Symphony | 80 | 22 | 18 | 15 | 5 | 10 | 17 | 10 |
| Meng | 100 | 29 | 31 | 22 | 5 | 9 | 29 | 9 |
| Madusa | 99 | 46 | 26 | 12 | 6 | 9 | 46 | 9 |
| Chameleon | 45 | 16 | 9 | 15 | 1 | 4 | 36 | 9 |
| Buff Bagwell | 100 | 58 | 25 | 5 | 5 | 8 | 58 | 8 |
| Kevin Nash | 100 | 59 | 21 | 6 | 6 | 8 | 59 | 8 |
| Rey Mysterio Jr | 100 | 60 | 22 | 8 | 5 | 8 | 60 | 8 |
| Scott Hall | 99 | 58 | 22 | 8 | 3 | 8 | 59 | 8 |
| Chavo Guerrero Jr | 98 | 31 | 23 | 17 | 3 | 8 | 32 | 8 |
| Gene Okerlund | 98 | 46 | 24 | 15 | 7 | 7 | 47 | 8 |
| Chiquita | 47 | 18 | 9 | 15 | 2 | 4 | 38 | 8 |
| Bret "The Hitman" Hart | 100 | 57 | 24 | 7 | 5 | 7 | 57 | 7 |
| Bobby Heenan | 99 | 50 | 24 | 12 | 6 | 7 | 51 | 7 |
| Bam Bam Bigelow | 99 | 27 | 42 | 17 | 7 | 6 | 27 | 6 |
| Vampiro | 99 | 60 | 22 | 9 | 3 | 6 | 60 | 6 |
| Wrath | 86 | 38 | 28 | 18 | 3 | 6 | 42 | 6 |
| Disqo | 72 | 42 | 12 | 11 | 2 | 6 | 57 | 6 |
| Booker | 99 | 65 | 24 | 10 | 1 | 5 | 63 | 5 |
| Tygress | 96 | 47 | 19 | 21 | 3 | 5 | 49 | 5 |
| Billy Kidman | 99 | 64 | 23 | 5 | 3 | 4 | 64 | 4 |
| Spice | 98 | 71 | 14 | 8 | 1 | 4 | 73 | 4 |
| Mona | 94 | 50 | 23 | 11 | 5 | 4 | 54 | 4 |
| Chris | 83 | 30 | 15 | 12 | 4 | 5 | 26 | 4 |
| Baby | 53 | 32 | 10 | 9 | 4 | 4 | 59 | 4 |
| Sting | 100 | 72 | 17 | 5 | 3 | 3 | 72 | 4 |
| Torrie Wilson | 97 | 70 | 16 | 5 | 1 | 3 | 81 | 3 |
| Miss Hancock | 90 | 70 | 10 | 5 | 2 | 3 | 78 | 3 |
| Kimberly | 100 | 81 | 12 | 5 | 1 | 2 | 81 | 2 |

CONFIDENTIAL
X 001954



# EXHIBIT / ATTACHMENT

## N

(To be scanned in place of tab)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Walker v. World Championship Wrestling, Inc., Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-0367-CC
Onoo v. World Championship Wrestling, Inc., Turner Sports, Inc.
    and Turner Broadcasting System, Inc., Civ. File No. 1:00-
    CV-0368-CC
Norris v. World Championship Wrestling, Inc., Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-0369-CC
Easterling v. World Championship Wrestling, Inc. and Turner
    Sports, Inc. and Turner Broadcasting System, Inc., Civ.
    File No. 1:00-CV-1715-CC
Davis v. World Championship Wrestling, Inc. and Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-1716-CC
Worthen v. World Championship Wrestling, Inc. and Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-1717-CC
Speight v. World Championship Wrestling, Inc. and Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-1718-CC
Saengsiphan v. World Championship Wrestling, Inc. and Turner
    Sports, Inc. and Turner Broadcasting System, Inc., Civ.
    File No. 1:00-CV-1719-CC
Reeves v. World Championship Wrestling, Inc. and Turner Sports,
    Inc. and Turner Broadcasting System, Inc., Civ. File No.
    1:00-CV-1720-CC
Patterson v. World Championship Wrestling, Inc., Turner Sports,
    Inc., Turner Entertainment Group, Inc. and Turner
    Broadcasting System, Inc., Civ. File No. 1:01-CV-1152-CC

**DEFENDANT UNIVERSAL WRESTLING CORPORATION'S
SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANTS
WORLD CHAMPIONSHIP WRESTLING, INC. AND TURNER SPORTS, INC.**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure,

Defendant Universal Wrestling Corporation ("UWC") (formerly known

as World Championship Wrestling, Inc. ("WCW")) supplements its

objections and responses to Plaintiffs' Consolidated First

Interrogatories And First Request For Production Of Documents To

DEFENDANT'S
EXHIBIT

Defendants World Championship Wrestling, Inc. and Turner Sports,

Inc. ("Plaintiffs' First Interrogatories") as follows:

## GENERAL TERMS AND CONDITIONS FOR RESPONSES

1.

The following supplemental responses are provided by UWC

based upon documents and information currently available to UWC.

UWC reserves the right to modify any of such responses at a later

date if further factual development or analysis warrants such

modifications.

2.

In responding to any of the interrogatories and document

requests contained in Plaintiffs' First Interrogatories and

Document Requests, UWC explicitly reserves the right to object to

the admissibility at trial of any information produced in

connection with such responses.

## SUPPLEMENTAL RESPONSES AND OBJECTIONS TO SPECIFIC INTERROGATORIES

**INTERROGATORY NO. 3.**     Please identify (following the
requirements set forth in Instruction No. 8) the total number of
wrestlers with whom Defendant WCW and/or Defendant Turner Sport
*[sic]* have entered into wrestling contracts of any kind from
January 1995 until the present.  For each such wrestler, please
provide the following information:
    (a)  His or her legal and professional name;
    (b)  His or her racial background, (i.e. African or African-
        American, Hispanic/Latino or Hispanic/Latino American,
        Asian or Asian-American, Caucasian or Caucasian-
        American, or Other (please provide additional
        information regarding the racial background of any
        individual categorized as "Other"));
    (c)  *The number of matches in which he or she performed on*
        *live television;*
    (d)  The outcome (e.g. win, lose or other) of each WCW
        Monday Nitro, Thunder and/or Pay-Per View match in

2

which he or she performed from January 1995 through the present;

(e) His or her annual compensation for each year from January 1995 until the present;

(f) The merchandising revenues he or she received for each quarter from January 1995 until the present; and

(g) Whether or not he or she was terminated and/or released during 1999.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3.

UWC hereby adopts and incorporates by reference its general and specific objections to Interrogatory No. 3 as set forth in UWC's Objections and Responses to Plaintiff's First Interrogatories. Subject to and without waiving its objections, and in accordance with the Discovery and Scheduling Order entered in the above-referenced actions, UWC supplements its response to Interrogatory No. 3 as follows:

Attached hereto as Exhibit A is a chart identifying each male wrestler who entered into a wrestling contract with WCW for the period 1996 through 2000, and providing compensation information regarding salary, merchandising revenue and licensing revenue for each wrestler by year, as determined from documents and information currently available to UWC.

**INTERROGATORY NO. 7.**    Please identify (following the requirements set forth in Instruction No. 8) each and every individual who attended a "try out" at the Power Plant (or its predecessor) from January 1995 until the present. For each such individual, please provide the dates of his or her "try-out" and his or her racial background, (i.e., African or African-American, Hispanic/Latino or Hispanic/Latino-American, Asian or Asian-American, Caucasian or Caucasian-American or Other (please provide additional information regarding the racial background of any individual categorized as "Other")).

3

**RESPONSE TO INTERROGATORY NO. 7.**

UWC hereby adopts and incorporates by reference its general and specific objections to Interrogatory No. 7 as set forth in UWC's Objections and Responses to Plaintiff's First Interrogatories.  Subject to and without waiving its objections, UWC supplements its response to Interrogatory No. 7 as follows:

After diligent investigation and review of information and documents reasonably available to UWC, UWC states that it does not have information or documents in its possession reflecting all of the individuals who attended a "try out" at the Power Plant from 1996 through 2000.  Based upon review of documents currently available to UWC, UWC is aware of the following individuals who attended a "try out" at the Power Plant:

Matthew B. Baum, Cameron Beach, Nikola Bobic, Paulie Bykow, Joseph Bradley Cain, Tony Byron Carr, Rick Cornell, Twanta Maurice Craig, Jason Matthew Daniel, Marcial R. Davis, Joseph Fredrick Denson III, Rico Dixon, William C. Dreer, Phap Minh Duong, Darron Devon Easterling, Sean Charles Evans, Chris Ferrell, Allan Eric Funk, Edward Gatzky, Todd Griffith, Charles I. Groegler, Mark Guthrie, Bret Hamner, Theodore Harris, Jonathan Martin Hugger, Gregory John Hunke, Mark Jindrak, Trae Keller, Brian Klinge, Paul Lewis Knox, Charles M. Lee, Wondell Le Flore, J. Mark LeRoux, David Libich, Roberts S. Loewen, Michael W. Long, Jeremy Lopez, Ken Moore, Michael Brady Nimmons, Paul Neu, Stephen Oliviera, Charles R. Palumbo, Stan Patron, Craig Phillips, Cecil

4

Riley, Sam Roman, Bounthan Saengsiphan, Mike Sanders, Frank Sepe, Sonny Siaki, Elix Skipper, Kenneth M. Stasiowski, Matthew T. Sletvold, Mark Stevens, W. Chase Tatum, Courtright Thurber, James Thurber, Mark Tipton, Michael Tolbert, Michael Jerry Tuite, Scott Vick, Charles Franklin Walker, J. Bradley Walker, Sr., Chris West, Curtis L. White, Wesley Wright, and Brett Yokley.

UWC further states that, upon information and belief, most or all of the individuals who were "trainees" at the Power Plant during the period 1996 through 2000 had also previously attended a "try out." Attached hereto as Exhibit B is a chart identifying each individual who was a "trainee" at the Power Plant for the period 1996 through 2000, as determined from documents and information currently available to UWC.

**INTERROGATORY NO. 8.**    Please identify (following the requirements set forth in Instruction No. 8) each and every individual who trained at the Power Plant (or its predecessor) from January 1995 until the present. For each such individual, please provide the dates he or she trained at the Power Plant, his or her racial background, (i.e. African or African-American, Hispanic/Latino or Hispanic/Latino-American, Asian or Asian-American, Caucasian or Caucasian-American or Other (please provide additional information regarding the racial background of any individual categorized as "Other")), and whether Defendant WCW and/or Defendant Turner Sports offered a wrestling contract (whether classified as an "employment," "contractor," or "independent contractor agreement") to him or her.

**RESPONSE TO INTERROGATORY NO. 8.**

UWC hereby adopts and incorporates by reference its general and specific objections to Interrogatory No. 8 as set forth in UWC's Objections and Responses to Plaintiff's First

5

Interrogatories.   Subject to and without waiving its objections,

UWC supplements its response to Interrogatory No. 8 as follows:

Attached hereto as Exhibit B is a chart identifying each

individual who was a "trainee" at the Power Plant for the period

1996 through 2000, as determined from documents and information

currently available to UWC.

This 10th day of October, 2002.

John J. Dalton
Georgia Bar No. 203700
James A. Lamberth
Georgia Bar No. 431851
Eric A. Richardson
Georgia Bar No. 233873
Evan H. Pontz
Georgia Bar No. 583577

Counsel for Defendant
Universal Wrestling Corporation
(formerly known as World
Championship Wrestling, Inc.)

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia   30308-2216
(404) 885-3000

6


**Supplemental Response to Plaintiffs' Consolidated First Interrogatories, Interrogatory No. 3**

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n, David Lee | Tank Abbott | | | | | $0.00 | | | $0.00 | $0.00 | $80,136.99 | $0.00 | $0.00 | $624,258.51 | $0.00 | $0.00 |
| n, Chris | Chris Adams | | | | $20,259.99 | $0.00 | | $76,847.72 | $0.00 | $0.00 | $107,820.55 | $0.00 | $0.00 | $4,558.90 | $0.00 | $0.00 |
| n, Brian (Brian m, Inc.) | Kronik | | | | | $0.00 | | $213,612.70 | $0.00 | $19,786.85 | $240,939.51 | $0.00 | $28,366.58 | $226,838.83 | $15.95 | $1, |
| no, Michael | Mike Awesome | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $279,551.43 | $27.25 | $0.00 |
| , Arthur | Steve Sharpe | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $32,433.43 | $0.00 | $0.00 |
| nos, Frank | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Samuel | Samoan Swat Team | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Scott | Scott Said / Scott Riggs | $51,135.73 | | | $116,482.54 | $0.00 | | $150,548.34 | $0.00 | $16,330.00 | $178,269.73 | $0.00 | $29,573.27 | $7,671.23 | $0.24 | $184.9 |
| ne, David (Kids Bad, Inc.) | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Yoshihiro | Ultimo Dragon | | | | $110,011.77 | $0.00 | $10,476.18 | $120,305.01 | $0.00 | $21,819.66 | $104,100.42 | $0.00 | $28,487.01 | | $0.00 | $32.3 |
| off, Charles na International | Konnan | $92,757.10 | | | $255,791.14 | $0.00 | | $391,970.19 | $40.14 | $20,970.77 | $464,675.66 | $4,999.55 | $40,379.80 | $414,946.49 | $306.31 | $37,653.63 |
| el, Marcus Stuff, Inc. | Buff Bagwell | $136,990.15 | | | $190,699.78 | $0.00 | | $286,140.37 | $40.14 | $20,479.60 | $319,811.76 | $1,379.25 | $28,995.07 | $361,645.37 | $3,074.05 | $42,448.9 |
| , Aaron | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 |
| s, Eric Randolph | Randy Barnes | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Arthur | The Juicer | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| s, Cesar dez | Silver King | | | | $29,437.94 | $0.00 | | $67,344.30 | $0.00 | $0.00 | $36,880.35 | $0.00 | $0.00 | $67,870.29 | $0.00 | $0.00 |
| rski, Scott | Scott Putski | | | | | $0.00 | | $54,241.30 | $0.00 | $0.00 | $68,472.14 | $0.00 | $0.00 | | $0.00 | $0.00 |
| thew, Tom | Disorderly Conduct | | | | $9,400.00 | $0.00 | | $18,630.00 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Chris rine Sports) | | $106,966.00 | | | $169,412.39 | $23.98 | $10,878.41 | $187,348.40 | $45.48 | $34,662.15 | $317,768.57 | $49.51 | $35,608.04 | | $36.77 | $29,3 |
| k, Brian | Jet Jaguar | | | | | $0.00 | | | $0.00 | $0.00 | $17,383.39 | $0.00 | $0.00 | $3,328.76 | $0.00 | |
| R, Marian | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |

1046606_5.XLS - Active

1


Case 1:00-cv-01893-CG-Document 106 Filed 01/16/03 Page 195 of 260

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ow, Scott | Bam Bam Bigelow (Beast of the East) | | | | $0.00 | | $24,153.05 | $0.00 | $0.00 | $342,459.29 | $16.65 | $97.83 | $408,666.39 | $7.15 | $20,978 |
| , Adam | Joey Matthews | | | | $0.00 | | | $0.00 | $0.00 | $21,069.07 | $0.00 | $0.00 | $2,095.89 | $0.00 | $0 |
| hard, Tully | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | |
| n, Marc | | $550.00 | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | |
| , Jr., Richard H | Ricky The Dragon Steamboat | $959.85 | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0 |
| , Wayne | | | | | $13,341.08 | $0.00 | | $73,206.80 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| rinkel, Nick | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Michael | Horace | $56,567.61 | | | $124,657.79 | $0.00 | | $130,717.12 | $0.00 | $955.35 | $211,250.94 | $0.00 | $10,635.57 | $137,082.56 | ($2.03) | $2,518.00 |
| , Terry | Hulk Hogan, Hollywood Hogan | $1,930,435.95 | $20,750.30 | $17,875.82 | $330,043.74 | $52,412.82 | $94,656.24 | $3,635,968.70 | $40,146.99 | $111,945.72 | $3,756,227.74 | $20,846.16 | $832,987.84 | $1,837,023.70 | $41,915.55 | $447,905 |
| n, Steven | Sting | $72,205.46 | $3,629.82 | $11,905.01 | $913,303.50 | $29,836.61 | $17,007.26 | $936,189.59 | $43,420.02 | $65,330.51 | $1,531,820.23 | $17,575.41 | $414,496.56 | $1,467,980.08 | $16,381.67 | $504,727 |
| rd, Todd | Todd Champion | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Thomas | Johnny Grunge | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| eman, William | Jerry Flynn | $2,100.00 | | | $20,707.14 | $0.00 | | $50,271.27 | $0.00 | $0.00 | $117,376.16 | $0.00 | $0.00 | $91,623.79 | $0.00 | $0.00 |
| , Chad | | $51,857.52 | | | $28,350.68 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Dewayne | Buddy Lee Parker Sarge | $56,051.55 | | | $65,719.43 | $0.00 | | $67,093.11 | $0.00 | $0.00 | $39,267.34 | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Joseph | Insane Clown Posse | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Terry | Sabu | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Brad | Lodi | | | | | $0.00 | | $59,993.70 | $0.00 | $16,330.00 | | $0.00 | $27,132.03 | $63,648.67 | $0.00 | $46 |
| to, Chris | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| rbury, Mark | Shanghai Pierce | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| io, Michael | Mike Modest | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| e, Gary | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | |

Case 1:90-cv-03383-Ct Document 1.19 Filed 01/16/03 Page 196 of 260

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| m, Leroy | Leroy Lane; Standards and Practices | | | | $15,232.14 | $0.00 | | $37,485.22 | $0.00 | $0.00 | $45,200.28 | $0.00 | $0.00 | $123,882.03 | $0.00 | |
| lance, Dionisio | Psychosis | $7,278.59 | | | $43,282.82 | $0.00 | | $107,393.54 | $0.00 | $16,530.00 | $149,551.97 | $0.00 | $37,698.47 | $70,046.71 | $9.39 | |
| rr, Scott | | | | | $16,528.57 | $0.00 | | $32,140.27 | $0.00 | $0.00 | $27,442.16 | $0.00 | $0.00 | | $0.00 | |
| , Mass | . | | | | | $0.00 | | | $0.00 | $0.00 | | $0.02 | $0.00 | | $0.00 | |
| E. Bryan \, Inc.) | Kronic/Wrath | $101,712.32 | | | $165,175.41 | $0.00 | | $173,235.43 | $27.41 | $6,897.18 | $214,587.52 | $30.36 | $12,481.24 | $220,605.34 | $14.89 | $4,460.03 |
| Keith James | Keith Cole The Cole Twins | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Kent Darnell | Kent Cole The Cole Twins | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| L Richard | Rick Cornell/Reno | | | | | $0.00 | | | $0.00 | $0.00 | $16,352.72 | $0.00 | $0.00 | $59,650.59 | $0.00 | |
| . Daniel | Chris Daniels | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $44,472.58 | $0.00 | $0.00 |
| ytko, John | Max Muscle | $31,075.00 | | | $21,514.20 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| sum, William | Bill Sullivan | $27,567.16 | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| v, Barry | Blacktop Billy | | | | $40,273.94 | $0.00 | | $154,245.92 | $0.00 | $0.00 | $153,194.08 | $0.00 | $0.00 | | $0.00 | $0.00 |
| James | Elaine Lancaster | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Marcial | | | | | | $0.00 | | $253.95 | $0.00 | $0.00 | $17,468.20 | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Patrick | Appollo | | | | | $0.00 | | $6,011.45 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| L William C. | General Rection; Hugh Morris | $103,210.32 | | | $143,564.15 | $0.00 | | $148,303.34 | $0.00 | $0.00 | $198,628.00 | $0.00 | $809.20 | $245,931.42 | $0.24 | $48.12 |
| fendoza, nd | Villano V | | | | $14,611.48 | $0.00 | | $50,977.63 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| fendoza, | Villano IV | $2,371.77 | | | $45,838.64 | $0.00 | | $64,454.47 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Alfred | Rage/ The Wrecking Crew | | | | | $0.00 | | $2,600.00 | $0.00 | $0.00 | $19,930.66 | $0.00 | $0.00 | $14,485.00 | $0.00 | |

Case 1:00-cv-00388-CC Document 116 Filed 01/16/03 Page 197 of 260

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a, Joseph per Enterprises | Johnny Swinger | $1,425.00 | | | $22,092.86 | $0.00 | | $37,479.90 | $0.00 | $0.00 | $35,410.04 | $0.00 | $0.00 | | $0.00 | $0.00 |
| a, James | Hacksaw Jim Duggan | $186,577.44 | $28.40 | | $210,301.39 | $0.00 | | $181,843.81 | $0.00 | $0.00 | $180,738.48 | $0.00 | $0.00 | $173,900.90 | $0.00 | |
| m, Bobby | Bobby Duncum, Jr. | | | | | $0.00 | | $46,908.60 | $0.00 | $0.00 | $158,291.00 | $0.00 | $0.00 | $18,290.41 | ($1.06) | $2,51a... |
| n, Michael | Public Enemy Johnny Orange | $81,110.85 | $23.99 | | $159,943.16 | $201.77 | | $171,515.16 | $13.41 | $907.49 | $54,969.82 | $0.04 | $7,901.04 | | $0.00 | $0.00 |
| Bobby | Beautiful Bobby | $88,709.17 | | | $76,970.24 | $0.00 | | $81,349.87 | $0.00 | $0.00 | $98,113.82 | $0.00 | $0.00 | $56,396.41 | ($1.06) | $2,518.00 |
| Troy | | | | | | $0.00 | | | $0.00 | $0.00 | $32,058.30 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Mike | Rough & Ready, Mike Bros | $77,724.27 | | | $80,567.00 | $0.00 | | $104,970.36 | $0.00 | $955.35 | $101,639.04 | $0.00 | $10,835.37 | | $0.00 | $0.00 |
| Sidney R. | Sid Vicious | | | | | $0.00 | | | $0.00 | $0.00 | $633,531.36 | $0.00 | $0.00 | $887,352.98 | $645.92 | $8,459.80 |
| Lance Timothy | Lance Storm | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $183,475.31 | $191.11 | $0.00 |
| ..rg, Page Page (....nces) | Diamond Dallas Page (DDP) | $149,646.93 | | | $12,087.17 | | | $300,515.88 | $15,973.86 | $49,054.05 | $1,076,556.85 | $1,138.87 | $247,708.97 | $1,176,877.77 | $419.25 | $244,731.23 |
| ..ashid Daniel | | | | | $0.00 | | | | $0.00 | $0.00 | $32,260.27 | $0.00 | $0.00 | $70,821.21 | $0.00 | $0.00 |
| , Ed | The Sheik | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Jeff | NWO Sting | $34,369.76 | | | $83,698.65 | $0.00 | | $130,102.20 | $0.00 | $4,148.60 | $143,009.43 | $0.00 | $1,033.62 | $103,729.26 | $0.00 | $0.00 |
| Tonga | Meng | $153,290.69 | | | $164,308.21 | $0.16 | | $178,692.11 | $0.00 | $16,330.00 | $177,809.90 | $0.00 | $29,858.40 | $171,991.36 | $0.00 | $46.12 |
| David | Fit Finley | $17,050.00 | | | $20,600.00 | $0.00 | | $118,804.95 | $0.00 | $16,330.00 | $229,426.42 | $0.00 | $27,941.23 | $166,391.91 | $0.00 | $46.12 |
| David | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Richard (Flair | Ric Flair | $513,968.28 | | | $488,412.03 | $0.00 | | $742,034.92 | $613.29 | $37,611.06 | | $14.51 | $20,350.28 | $137,170.46 | $81.45 | $14,056.28 |
| Arturo | Spyder | | | | | $0.00 | | $7,276.10 | $0.00 | $0.00 | $46,109.59 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Michael | Cactus Jack | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Christopher the Storm) | Crowbar | $900.00 | | | $1,750.00 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $123,555.21 | $0.31 | |
| r, Ryan | | | | | | $0.00 | | | $0.00 | $0.00 | $8,718.88 | $0.00 | $0.00 | | $0.00 | $0.w... |

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4, Chad | El Los Fabulosos/ | | | | $34,000.00 | $0.00 | | $55,915.37 | $0.00 | $0.00 | $79,040.24 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Jutierrez, p | el Dandy | | | | $17,031.52 | $0.00 | | $50,332.15 | $0.00 | $0.00 | $66,695.58 | $0.00 | $0.00 | $56,555.29 | $0.00 | $0.00 |
| Rick | Rick Fuller | | | | $22,307.14 | $0.00 | | $38,583.85 | $0.00 | $935.35 | $64,608.21 | $0.00 | $10,635.57 | $60,285.07 | $0.00 | $0.00 |
| son, James | Hak or Hacker | | | | | $0.00 | | $87,383.58 | $0.00 | $0.00 | $253,602.63 | $0.00 | $0.00 | | $0.00 | $11,33 |
| Allen Eric | Kwee-Wee | | | | | $0.00 | | | $0.00 | $0.00 | $16,932.95 | $0.00 | $0.00 | $68,202.81 | $4.44 | $0 |
| erry | Terry Funk | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $287,738.78 | $0.00 | $0.00 |
| Jeff | The Gambler | $32,390.00 | | | $31,200.00 | $0.00 | | $32,408.64 | $0.00 | $0.00 | $22,697.83 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Alex | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $9,490.00 | $0.00 | $0.00 |
| , James d | Jamie Knoble Jung Dragons | | | | | $0.00 | | | $0.00 | $0.00 | $19,356.19 | $0.00 | $0.00 | $62,041.71 | $0.00 | $0.00 |
| , Robert | Reuben Cain | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Thomas | Eddie Gilbert | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| u, Glenn Inc.) | Boogie Knights - Disco Inferno | $14,641.35 | | | $42,595.96 | $0.00 | | $87,563.63 | $0.00 | $20,970.77 | $199,351.36 | $0.00 | $30,482.99 | $286,888.07 | ($0.94) | $8,051.10 |
| rg, Bill in, Inc.) | | $20,142.90 | | | $116,820.46 | $0.00 | | $462,086.77 | $16,277.77 | $32,783.27 | $4,650,001.77 | $10,002.94 | $531,120.65 | $2,376,247.46 | $15,593.48 | $468,575.66 |
| , Jimmy | Bunkhouse Buck | $20,321.14 | | | $11,000.00 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Joe | | $30,617.03 | | | $67,301.31 | $0.00 | | | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Jose Carrera | Damien | $4,147.43 | | | $46,014.63 | $0.00 | | $63,702.36 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $11,092.00 |
| ez, Hernandez, o Anibal | Juvessad Guerrera | $4,330.82 | | | $61,464.09 | $0.00 | | $111,083.11 | $0.00 | $16,330.00 | $133,448.61 | $2.31 | $27,698.47 | $99,748.74 | $0.13 | $144.34 |
| et, Jorge | El Gigante | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Terry | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Robert | Bobby Graham | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| eorge | One Man Gang | $10,000.00 | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Sam | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $84,852.04 | $0.00 | $0.00 |
| Johnny | | | | | $16,028.37 | $0.00 | | $32,120.17 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Kevin | | $116,000.00 | | | $430,000.00 | $0.00 | | $520,000.00 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Peter | Billy Kidman | $19,883.26 | | | $38,740.98 | $0.00 | | $114,113.76 | $0.00 | $16,330.00 | $269,810.52 | $100.65 | $28,062.86 | $304,526.39 | $66.77 | $22,366 |
| o, Eduardo | Eddie Guerrero | $131,825.39 | | | $246,419.43 | $1.55 | $10,676.18 | $257,198.77 | $28.18 | $35,094.51 | $473,614.71 | $0.31 | $35,938.34 | $38,349.66 | $56.62 | $4,331 |

Case 1:00-cv-00368-CC   Document 116   Filed 01/16/03   Page 199 of 260

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rrero, Salvador | Lieutenant Loco/ Chavo Guerro Jr. | $48,073.06 | | | $84,766.98 | $0.00 | | $126,604.13 | $0.00 | $16,530.00 | $175,316.67 | $0.00 | $27,941.23 | $205,670.52 | ($1.06) | $2,564.12 |
| ierrez, Oscar nterio Inc.) | Rey Mysterio, Jr. | $37,042.11 | | | $154,453.77 | $243.03 | | $205,845.82 | $265.88 | $26,157.46 | $355,537.70 | $503.71 | $31,733.68 | $356,120.49 | $1,312.63 | $7.65 |
| , Rmory andecato, Inc.) | | | | | | $0.00 | | $2,500.00 | $0.00 | $0.00 | $52,378.88 | $0.00 | $0.00 | $67,504.25 | $0.00 | $0.00 |
| rs, Sean | Sean O'Haire | | | | | $0.00 | | | $0.00 | $0.00 | $3,348.22 | $0.00 | $0.00 | $74,984.59 | $0.00 | $0.00 |
| , Scott (Scott Hall mprese) | Scott Hall/ Last Call Hall/ Tim Outsider | $379,295.49 | | | $664,947.71 | $3,511.13 | $1,027.51 | $1,373,736.73 | $4,490.76 | $44,966.04 | $771,757.94 | $19.38 | $76,349.91 | $815,334.43 | $1,285.07 | $11,724.19 |
| ilton, Troy | Ace | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ner, Bret | | | | | | $0.00 | | $31,573.36 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| kton, Kirt | | | | | | $0.00 | | | $0.00 | $0.00 | $108,493.16 | $0.00 | $0.00 | | $0.00 | $0.00 |
| em, Stan | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| rs, Donald | Harris Boys Creative Control | | | | | $0.00 | | | $0.00 | $0.00 | $15,990.56 | $0.00 | $0.00 | $200,401.87 | $5.70 | $0.00 |
| is, Ronald | Harris Boys Creative Control | | | | | $0.00 | | | $0.00 | $0.00 | $15,990.56 | $0.00 | $0.00 | $200,476.87 | $5.70 | $0.00 |
| is, Theodore | 4X4 | | | | | $0.00 | | | $0.00 | $0.00 | $50,410.94 | $0.00 | $0.00 | $13,995.00 | $0.00 | $0.00 |
| , Bret | | | | | $47,945.20 | $0.00 | | $2,660,553.51 | $826.92 | $31,477.06 | $2,560,888.08 | $69.33 | $39,306.78 | $1,311,543.80 | $2,249.50 | $101,271.58 |
| imoto, Shinja | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ushi, Kazuhiro | Jung Dragons Kaz | | | | | $0.00 | | $40,017.79 | $0.00 | $955.35 | $91,494.21 | $0.00 | $11,444.77 | $100,198.98 | ($1.06) | $2,564.12 |
| ser, Michael | Prince Iaukea/ The Artist | $8,240.00 | | | $46,708.66 | $0.00 | | $53,521.30 | $0.00 | $0.00 | $205,552.80 | $0.00 | $7,899.62 | $85,560.08 | ($1.06) | $2,518.00 |
| h, David | | | | | $7,200.00 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| rund, Michael | Road Warriors Hawk | $72,053.22 | | $59.19 | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| vig, Jim | Ultimate Warrior | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0. |

1046606_5.XLS - Active

Case 1:00-cv-00368-CC  Document 116  Filed 01/16/03  Page 200 of 260

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| , Gregory Shane | J Count Shane | | | | $0.00 | | | | $0.00 | $0.00 | $28,109.64 | $0.00 | $0.00 | $57,728.99 | $3.53 | $0.00 |
| , Curt | | | | | $203,697.05 | $0.00 | | $437,968.60 | $40.14 | $13,866.95 | $437,654.00 | $0.00 | $27,941.23 | $176,808.51 | ($1.05) | $5,856.05 |
| th. Mark (Van er Inc.) | Van Hammer | | | | $9,006.88 | $0.00 | | $131,224.02 | $0.00 | $0.00 | $119,352.66 | $0.00 | $27,132.03 | $90,862.99 | $0.00 | |
| dnson, Richard | Vampiro | | | | $0.00 | | | $41,556.28 | $0.00 | $0.00 | $131,210.33 | $0.00 | $0.00 | $280,852.82 | $1,370.21 | $0.00 |
| , Harold | M. L. Smooth Ice Train | $73,318.52 | | | $93,408.97 | $0.00 | | | $0.00 | $0.00 | $81,063.57 | $0.00 | $0.00 | $158,104.14 | $0.00 | $0.00 |
| itt, Barry | | | | | $15,956.14 | $0.00 | | $33,536.39 | $0.00 | $0.00 | $211,165.52 | $0.00 | $0.00 | $3,480.00 | $0.00 | $0.00 |
| an, Booker T er T. Inc.) | Harlem Heat Booker T | $151,623.90 | | $2,668.12 | $236,360.50 | $19.24 | $33.00 | $260,681.62 | $32.57 | $4,814.59 | $609,550.88 | $98.17 | $30,653.70 | $712,127.49 | $27.22 | $31,591.93 |
| an, Lash | Harlem Heat Stevie Ray | $151,783.26 | | $2,668.22 | $238,180.45 | $65.40 | $33.00 | $261,223.67 | $32.59 | $2,975.19 | $609,550.88 | $98.18 | $32,015.77 | $304,306.60 | $7.94 | $4,217.78 |
| r Jonathan (Bull | Johnny "The Bull" | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| r Jonathan | | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | $41,555.67 | $0.00 | $0.00 |
| s, Curtis | Big Cat | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Gregory | | | | | $0.00 | | | $1,850.00 | $0.00 | $0.00 | $16,743.95 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Chris | Chris Jericho | $50,589.62 | | | $164,495.88 | $0.00 | | $234,308.82 | $27.41 | $6,021.68 | $143,439.54 | $232.32 | $31,668.32 | | $9.80 | $30,204.53 |
| Robert Brad | BuzzKill Brad Armstrong | $54,348.73 | | | $85,107.48 | $0.00 | | $103,814.53 | $0.00 | $0.00 | $128,015.40 | $0.00 | $0.00 | $79,973.28 | $0.00 | $0.00 |
| , Scott | Scott Armstrong | $12,440.00 | | | $25,378.57 | $0.00 | | $32,720.27 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Steve | Steve Armstrong | $12,740.00 | | | $22,628.57 | $0.00 | | $33,632.27 | $0.00 | $0.00 | $43,523.13 | $0.00 | $0.00 | $55,719.02 | $0.00 | $0.00 |
| ty, Frederick | Marty Jannetty | | | | $10,676.18 | $0.00 | | $117,252.34 | $0.00 | $0.00 | $9,944.67 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Jeff (J.J. Inc.) | The Chosen One | $62,788.24 | | | $177,717.62 | $0.00 | $10,476.18 | | $0.00 | $0.00 | $74,452.05 | $0.00 | $0.00 | $535,621.17 | $4,350.64 | $0.00 |
| , Mark Robert | Mark Jindrak | | | | $0.00 | | | $120.00 | $0.00 | $0.00 | $28,250.69 | $0.00 | $0.00 | $77,205.85 | $0.00 | $0.00 |
| n, Mark | | | | | $0.00 | | | $5,060.27 | $0.00 | $0.00 | $79,785.10 | $0.00 | $0.00 | $97,348.72 | $0.00 | $0.00 |
| Allen | AJ Styles | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | $1,300.00 | $0.00 | $ |
| Michael | Vincent | $27,010.36 | | | $109,453.71 | $0.00 | | $112,514.58 | $40.14 | $0.00 | $129,780.04 | $0.00 | $25,205.28 | $115,860.35 | $0.00 | $4. |

1046604_5.XLS - Active

7

Case 1:00-cv-00368-CC   Document 116   Filed 01/16/03   Page 201 of 260

| Real Name | Ring Name | 1996 Payroll | 1996 Merch | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ias, Evan | 3 Count | | | | $250.00 | $0.00 | | $53,327.12 | $0.00 | $0.00 | $71,865.21 | $0.00 | $0.00 | $76,117.42 | $1.53 | $0.00 |
| Steve | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| n, Rob | Maestro | | | | $26,232.17 | $0.00 | | $87,439.13 | $0.00 | $0.00 | $87,104.85 | $0.00 | $0.00 | $39,083.29 | $0.00 | $0.00 |
| urtis, Chris | Kanyon/Mortis | $43,351.72 | | | $104,735.03 | $0.00 | | $209,011.92 | $27.41 | $0.00 | $246,293.73 | $0.03 | $37,941.23 | $240,597.49 | $91.06 | $5,486.20 |
| t, Rob | Robby Rage/ High Voltage/ Kaos | $17,115.30 | | | $77,080.00 | $0.00 | | $7,209.18 | $0.00 | $0.00 | $148,618.55 | $0.00 | $161.89 | $31,595.88 | $0.00 | $0. |
| alvin | Gentle Giant | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| reg | Greg Valentine | $5,980.00 | | | $73,445.10 | $0.00 | | $20,342.57 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| a, Mark | Corporal Cajun/Lash Leroux | | | | | $0.00 | | $4,344.00 | $0.00 | $0.00 | $51,807.95 | $0.00 | $0.00 | $86,634.71 | ($1.06) | $2,518.00 |
| Ed | Disciple/Booty Man/ Zodiac | $149,919.65 | | | $149,552.92 | $0.00 | | $183,338.06 | $0.00 | $0.00 | $196,629.05 | $0.00 | $11,444.77 | | $0.00 | $46.12 |
| ne, Paul | Terror Ryew/Jean Paul Levesque | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Scott | Raven | | | | $120,541.60 | $0.00 | | $247,127.01 | $3,258.43 | $20,051.69 | $189,826.37 | $119.17 | $53,433.42 | | $13.05 | $26,413.45 |
| Raymond | Glacier Buzz Serra | $66,695.33 | | | $150,445.97 | $0.00 | | $164,438.41 | $27.41 | $7,289.02 | $160,564.57 | $0.03 | $27,555.41 | $25,479.44 | $0.00 | 1457.38 |
| no, Vito | Big Vito | | | | | $0.00 | | | $0.00 | $0.00 | $21,863.07 | $0.00 | $0.00 | $243,661.28 | $0.00 | $0.00 |
| Jeremy David | Jeremy Lopez | | | | | $0.00 | | | $0.00 | $0.00 | $19,356.19 | $0.00 | $0.00 | $5,808.76 | $0.00 | $0.00 |
| uan Carlos | Lismark, Jr. | | | | $34,504.87 | $0.00 | | $64,392.02 | $0.00 | $0.00 | $85,957.76 | $0.00 | $0.00 | $6,594.94 | ($1.06) | $2,518.53 |
| Martin | Arn Anderson | $200,599.96 | | | $233,693.92 | $0.00 | | $236,578.90 | $0.00 | $0.00 | $15,434.67 | $0.00 | $11,495.16 | | ($1.06) | $2,518.00 |
| ne, Joey | Jory Maggs | $3,050.00 | | | $19,221.57 | $0.00 | | $7,200.00 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Karl | The Mailman | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , James | | $16,337.27 | | | $20,000.00 | $0.00 | | $21,310.00 | $0.00 | $0.00 | $23,980.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Michael | Stevie Richards | | | | $29,362.44 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | | |
| Troy | The Franchise Shane Douglas | | | | | $0.00 | | | $0.00 | $0.00 | $173,057.69 | $0.00 | $0.00 | $328,485.51 | $41.04 | $0.00 |
| gale, Jason | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0. |
| rs, Darren | Steve Regal | $149,529.69 | | | $216,226.47 | $0.00 | $10,676.18 | $84,109.58 | $0.00 | $10,709.72 | $87,889.71 | $0.00 | $7,334.44 | $36,418.35 | $0.00 | $4,466. |
| hael, Steve | | $202,487.92 | | | $270,408.52 | $0.00 | | $258,283.48 | $27.41 | $3,551.33 | $109,496.02 | $0.03 | $14,361.44 | | ($1.06) | |

1046606_1.XLS - Active


| al Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark | Johny B. Badd | $68,829.14 | | $356.62 | $244.59 | $0.00 | $2,889.78 | . | $0.00 | $0.00 | | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 |
| Ernest | The Cat | $35,142.84 | | | $147,042.43 | $0.00 | | $47,819.63 | $27.41 | $0.00 | $308,211.66 | $0.03 | $10,061.40 | $341,440.56 | ($1.06) | $2,564.72 |
| Percy | Master P | | | | | $0.00 | | | $0.00 | $0.00 | $293,000.00 | $0.00 | $0.00 | | | $0.00 |
| , Chip | | $51,290.00 | | | $40,228.57 | $0.00 | | $54,336.87 | $0.00 | $0.00 | $59,321.10 | $0.00 | $0.00 | | $0.00 | $0.00 |
| ll, James | James Vandenburg | | | | $38,310.24 | $0.00 | | $46,214.32 | $0.00 | $0.00 | $40,546.43 | $0.00 | $0.00 | | $0.00 | |
| John | | | | | | $0.00 | | $54,606.43 | $0.00 | $0.00 | $46,280.11 | $0.00 | $43,514.39 | | $0.00 | |
| Mike | Disorderly Conduct | | | | $9,700.00 | $0.00 | | $18,630.00 | $0.00 | $0.00 | $38,140.92 | $0.00 | $0.00 | $48,473.13 | $0.00 | $0.00 |
| , Ricky | | $10,480.00 | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| lo, Louis | Louis Spicolli | . | | | $17,452.06 | $0.00 | | $9,947.61 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| teffi | Great Mutz | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $47,843.47 | $0.00 | $0.00 |
| avin us Inc.) | The Outsider/Big Sexy/ Vince Vegas | $356,261.31 | | | $752,575.77 | $3,510.75 | | $1,475,128.13 | $4,494.97 | $39,554.12 | $1,257,246.40 | $1,684.07 | $226,549.89 | $1,595,131.40 | $3,547.10 | $265,583.57 |
| , Jim | The Anvil | | | | | $0.00 | | $217,853.46 | $0.00 | $3,456.85 | $6,161.32 | $0.00 | $28,366.58 | | $0.00 | $44.79 |
| ohn | | | | | $40,273.95 | $0.00 | | $122,200.39 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Jr., Harrison | Hardbody Harrisen | $1,514.76 | | | $12,475.00 | $0.00 | | $5,625.00 | $0.00 | $0.00 | $22,895.21 | $0.00 | $0.00 | | $0.00 | $0.00 |
| a, Kevin | | | | | $3,400.00 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $29,733.43 | $0.00 | $0.00 |
| Scott | | $195,328.02 | | | $223,747.14 | $0.00 | | $301,143.33 | $40.14 | $4,899.67 | $355,499.40 | $0.06 | $28,974.85 | $15,342.47 | ($1.05) | $2,564.72 |
| ber, Scott | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $16,765.76 | $0.00 | $0.00 |
| , Michael | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| iano (Super :) | Sonny | $99,310.58 | | | $162,313.49 | $0.00 | | $219,535.95 | $0.00 | $2,107.94 | $188,860.24 | $0.00 | $16,788.49 | $13,150.69 | ($1.06) | $2,518.00 |
| I, Jr., Paul | Buzz | $5,753.42 | | | $6,411.46 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Carl | | $45,977.36 | | | $91,953.03 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 |
| , Charles | The Event Chuck | | | | | $0.00 | | | $0.00 | $0.00 | $26,150.69 | $0.00 | $0.00 | $111,623.84 | $0.00 | $0.00 |
| Thomas C | | | | | | $0.00 | | $2,338.75 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Jesus Manuel | Cyclope | | | | | $0.00 | | | $0.00 | $0.00 | $58,159.41 | $0.00 | $0.00 | $10,564.40 | $0.00 | $19.00 |
| Adam J. | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | |

1046606_5.XLS - Active

Case 1:00-cv-00368-CC   Document 116   Filed 01/16/03   Page 203 of 260

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theodore J. | Flyboy Rocco Rock/ Public Enemy | $81,454.98 | $23.98 | | $159,842.21 | $201.75 | | $174,599.16 | $13.42 | $907.49 | $59,318.59 | $0.04 | $7,901.04 | | $0.00 | $0.00 |
| Lawrence | The Total Package/Lex Luger | $443,992.79 | | . | $701,373.33 | $3,131.58 | $11,501.46 | $791,298.29 | $575.48 | $39,949.82 | $1,321,704.74 | $12.43 | $50,181.77 | $1,324,056.87 | $44.54 | $54,037.26 |
| t. Brian | Flyin Brian Pillman California Brian | $70,880.49 | | $949.85 | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.02 | $0.00 |
| t. Craig Alan | Sgt. Craig Pittman | $99,681.14 | $1.32 | | $70,411.08 | $29.54 | $17.92 | $1.30 | $0.95 | $0.00 | | $0.00 | $0.00 | | ($0.12) | $0.00 |
| Larry | Larry Poffo | | | | | $0.00 | | $4,521.27 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Randy | Randy Savage Macho King Macho Man | $723,613.19 | $19,879.17 | | $1,920,170.25 | $1,079.43 | $6,682.20 | $1,542,679.78 | $4,074.72 | $23,937.73 | $1,416,463.66 | $257.31 | $219,406.74 | $143,287.67 | $65.63 | $90,535.05 |
| eve | | | | | | $0.00 | | | $0.00 | $0.00 | . | $0.00 | $0.00 | | $0.00 | $0.00 |
| iner, Rick Steiner ng) | Rick Steiner (Varsity /Club) | $156,212.86 | | | $319,774.11 | $1.60 | $10,676.18 | $323,579.59 | $27.93 | $12,616.86 | $146,202.40 | $0.04 | $33,732.62 | $597,810.21 | ($1.04) | $25,453.51 |
| iner, Scott t Brothers) | Big Poppa Pump | $156,212.84 | | | $329,963.79 | $1.59 | $10,676.18 | $311,290.25 | $27.94 | $13,476.19 | $663,848.94 | $578.17 | $34,982.87 | $732,069.14 | $1,508.89 | $119,593.36 |
| lutch | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ton | Ron Studd | $36,150.94 | | | $87,636.00 | $0.00 | | $87,379.16 | $0.00 | $0.00 | | $0.00 | $16,330.00 | | $0.00 | $0.00 |
| ohn | Ralphus | | | | | $0.00 | | $1,750.00 | $0.00 | $0.00 | $4,490.00 | $0.00 | $0.00 | $26,239.94 | $0.00 | $0.00 |
| on, Mark | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| s, Dennis | The Worm | | | | | $0.00 | | $500,000.00 | $0.00 | $0.00 | $1,174,813.50 | $0.00 | $0.00 | | $0.00 | $0.00 |
| san | Shark Boy | | | | | $0.00 | | | $0.00 | $0.00 | $8,143.83 | $0.00 | $0.00 | $457.89 | $0.00 | $0.00 |
| Sammy Lee | Kid Romeo | | | | | $0.00 | | | $0.00 | $0.00 | $22,420.21 | $0.00 | $0.00 | $34,851.50 | $0.00 | $46.12 |
| tichard | Rick Rude | | | | | $0.00 | | $296,477.28 | $0.00 | $0.00 | $13,150.68 | $0.00 | $31,209.19 | $297,258.92 | $0.00 | $0.00 |
| eremiah | Blitz Kreig | | | | | $0.00 | | $400.00 | $0.00 | $0.00 | $63,748.50 | $0.00 | $0.00 | $3,831.78 | | |
| s, Michael | Michael Wallstreet | $119,382.16 | | | $149,568.99 | $0.00 | | $157,431.82 | $0.00 | $0.00 | $162,305.04 | $0.00 | $0.00 | $131,175.48 | $0.00 | $0.00 |
| ce | | | | | | | | | $0.00 | $0.00 | . | $0.00 | $0.00 | | $0.00 | $0.00 |
| s, Jacques | | $46,007.36 | | | $92,537.33 | $0.00 | | | | | | | | | | |

1044406_5.XLS - Active

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| s, Dustin | Dustin Rhodes | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| s, Virgil | Dusty Rhodes | $164,602.42 | | $949.85 | $165,685.24 | $0.00 | | $108,379.50 | $0.00 | $0.00 | | $0.00 | $16,496.46 | | $0.00 | $0.00 |
| owich, Jerry | Jerry Sags/Nasty Boys | $238,914.06 | $47.38 | $3,024.84 | $158,774.56 | $12.06 | $481.44 | | $0.59 | $0.00 | | $0.00 | $0.00 | | $0.00 | |
| tino, Bruno | | $8,000.00 | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | |
| s, Rafel Garcia | Super Calo | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| s, Michael E. | Above Average | | | | $0.00 | | | $3,398.00 | $0.00 | $0.00 | $20,958.95 | $0.00 | $0.00 | $70,641.03 | $0.00 | $0.00 |
| fr., Robert | | | | | $0.00 | | | | $0.00 | $0.00 | $1,709.59 | $0.00 | $0.00 | $65,543.85 | $0.00 | $0.00 |
| Kensuke | | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | |
| , Perry (Beaux ties) | Saturn | | | | $31,780.81 | $0.00 | | $165,315.63 | $0.00 | $1,814.97 | $273,249.21 | $149.44 | $29,584.23 | $29,108.56 | $46.08 | $4,833.27 |
| Charles | 2 Cold Scorpio | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Hector | | | | | $24,868.64 | $0.00 | | $66,995.51 | $0.00 | $0.00 | $62,948.26 | $0.00 | $0.00 | $4,832.87 | $0.00 | $0.00 |
| David | | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ony Uska | Sonny Siaki | | | | $0.00 | | | | $0.00 | $0.00 | $19,403.81 | $0.00 | $0.00 | $24,392.44 | $0.00 | $0.00 |
| Shelby Dean Malenko Inc.) | Dean Malenko | $128,545.46 | | | $246,210.89 | $2.41 | $10,676.18 | $248,493.65 | $29.41 | $13,555.14 | $254,162.52 | $58.43 | $35,371.09 | $49,706.03 | $36.72 | $7,037.56 |
| Elix | Primetime Elix | | | | $0.00 | | | $1,548.00 | $0.00 | $0.00 | $29,187.54 | $0.00 | $0.00 | $74,406.26 | $0.00 | $0.00 |
| Richard | Dick Slater | $30,236.48 | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| y, Robert | Bobby Blaze | | | | $17,452.06 | $0.00 | | $66,876.72 | $0.00 | $0.00 | $63,520.26 | $0.00 | $0.00 | $7,835.61 | ($1.06) | $0.00 |
| Norman | Screamin Norman/Black Magic | | | | $0.00 | | | | $0.00 | $0.00 | $100,649.62 | $0.00 | $0.00 | $172,621.49 | $48.26 | $2,518.00 |
| Mark | | | | | $31,299.94 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| avid (Dihan ion) | Davie Boy Smith/British Bulldog | | | | $0.00 | | | $261,597.72 | $0.00 | $1,793.23 | $45,893.30 | $0.00 | $29,789.19 | | $0.00 | $309.88 |
| Jason | Christian York | | | | $0.00 | | | | $0.00 | $0.00 | $17,247.15 | $0.00 | $0.00 | $2,095.89 | $0.00 | $0.00 |
| ll, Charles | C.J. Spence | | | | $0.00 | | | | $0.00 | $0.00 | $19,356.19 | $0.00 | $0.00 | $12,788.57 | $0.00 | $0.00 |

Case 1:00-cv-00068-CC    Document 116    Filed 01/16/03    Page 204 of 260

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ry, Daniel E. | Dangerous DanSpivey | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| owski, Kenneth | High Voltage/Kenny Kaos | $16,842.40 | | | $77,080.00 | $0.00 | | $88,648.04 | $0.00 | $1,443.44 | $130,943.95 | $0.00 | $161.89 | $19,095.88 | ($1.06) | $2,518.00 |
| ns, Herman | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $23,500.00 | $0.00 | $0.00 |
| h, Shawn | Perfectshawn | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $111,544.74 | $0.00 | $0.00 |
| ts, Jacobus | Iatex | | | | | $0.00 | | | $0.00 | $0.00 | $54,127.36 | $0.00 | $0.00 | $58,531.76 | $0.00 | $0.00 |
| ny, Oleg | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| u, Pat | El Gato | $45,136.90 | | | $41,978.07 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 |
| Ibarra, Adolfo | LaParka | $3,967.38 | | | $45,826.60 | $0.00 | | $67,469.59 | $0.00 | $0.00 | $111,879.75 | $0.00 | $22,556.81 | $103,567.85 | ($1.06) | $2,518.70 |
| n, William Chase | | | | | | $0.00 | | $5,600.00 | $0.00 | $0.00 | $24,598.05 | $0.00 | $0.00 | | $0.00 | $0.00 |
| t, Dave | | $45,910.79 | | | $85,662.47 | $0.00 | | $36,635.14 | $0.00 | $0.00 | $116,134.33 | $0.00 | $0.00 | $11,301.37 | $0.00 | $0.00 |
| r, Paul W. | Terry Taylor | $146,299.10 | | | $124,055.75 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , John | Avalanche | $239,448.96 | | | $130,136.97 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| pson, Wayne | Thunderbolt | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| ton, Randy | Swoll | | | | | $0.00 | | | $0.00 | $0.00 | $30,890.41 | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Kevin | | | | | | $0.00 | | | $0.00 | $0.00 | $13,862.20 | $0.00 | $0.00 | | $0.00 | $0.00 |
| bs, Roderick g Noodies, Inc.) | Rowdy Roddy Piper | $185,205.55 | | | $641,578.12 | $0.00 | | $688,078.90 | $0.00 | $1,732.30 | $486,571.18 | $0.00 | $31,624.56 | $432,894.12 | $0.00 | $2,743.45 |
| rg, Dale | The Demon | | | | $18,542.86 | $0.00 | | $43,180.49 | $0.00 | $0.00 | $59,041.67 | $0.00 | $0.00 | $88,314.63 | $0.00 | $0.00 |
| r, Ray | Big Bubba Rogers | $203,931.33 | | | $204,398.16 | $20.28 | $10.76 | $234,042.61 | $3.07 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Michael Jerry | Sgt. A-Wall The Wall | | | | | $0.00 | | | $0.00 | $0.00 | $27,794.91 | $0.00 | $0.00 | $125,031.12 | $0.00 | $0.00 |
| . Joseph | Insane Clown Posse | | | | | $0.00 | | | $0.00 | $0.00 | $357,232.17 | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Sione | Barbarian | $71,548.47 | | | $149,548.93 | $0.13 | | $163,409.16 | $0.00 | $0.00 | $169,046.52 | $0.00 | $27,132.03 | $84,980.68 | $0.00 | $0.00 |
| , Khosrow | Iron Sheik | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| Robert | Sick Boy | | | | $54,602.05 | $0.00 | | $111,427.10 | $0.00 | $0.00 | $115,697.11 | $0.06 | $27,941.23 | | $0.00 | $46.12 |
| s, Richard | Ric Martel | | | | $48,328.80 | $0.00 | | $110,087.37 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| iz, Kevin | Kevin Kelly | | | | | $0.00 | | $144,360.85 | $0.00 | $0.00 | $100,393.03 | $0.00 | $0.00 | | $0.00 | $0.00 |

Case 1:00-cv-00308-CC    Document 116    Filed 01/16/03    Page 206 of 260

| Real Name | Ring Name | 1996 Payroll | 1996 Merch. | 1996 Licensing | 1997 Payroll | 1997 Merch. | 1997 Licensing | 1998 Payroll | 1998 Merch. | 1998 Licensing | 1999 Payroll | 1999 Merch. | 1999 Licensing | 2000 Payroll | 2000 Merch. | 2000 Licensing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| er, Bobby | Hardwork Bobby Walker | $70,012.32 | | | $94,671.49 | $0.00 | | $33,842.63 | $0.00 | $0.00 | $99,980.00 | $0.00 | $0.00 | $95,870.42 | $0.00 | $0.00 |
| ma, Sean | Sixx | $66,400.44 | | | $244,620.02 | $3,543.43 | $13,289.09 | $52,054.79 | $2,828.61 | $5,168.21 | | $0.00 | $3,476.12 | | $1.08 | $0.00 |
| on, John M. | Mikey Whipwreck | | | | $0.00 | | | | $0.00 | $0.00 | $74,998.49 | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Erik Johannes | Erik Watts | | | | $0.00 | | | $48,310.86 | $0.00 | $0.00 | $84,047.36 | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Robert | Colonel Parker | $71,514.41 | | | $58,356.07 | $0.00 | | $900.00 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| er, Michael | Michael Wisner | $37,466.20 | | | $22,377.84 | $0.00 | | $23,416.05 | $0.00 | $0.00 | $28,889.91 | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Anthony | Tony Atlas | | | | $0.00 | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Leon | Vader or Big Van Vader | | $563.85 | $10,185.50 | $4,701.55 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Reggie | | | | | $209,000.00 | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Matthew | Horshu | | | | $54,752.01 | $0.00 | | $2,876.71 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Paul (Blue Ox | Giant | $238,401.18 | | | $313,644.26 | $1,107.92 | $11,080.63 | $399,930.29 | $583.43 | $46,622.61 | $53,735.75 | $0.38 | $82,758.10 | | ($0.51) | $60,748.75 |
| ma, Steve | Steve Austin Stunning | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $29,000.00 | $0.00 | $0.00 |
| , Rick | Renegade | | | | | | | | | | $10,488.41 | | | | | |
| , Stephen | Luther | $1,700.00 | | | | $0.00 | | | $0.00 | $0.00 | $23,794.55 | $0.00 | $0.00 | $10,109.60 | $0.00 | $0.03 |
| am, Barry | Barry Windham | $949.85 | | | | $0.00 | | $64,394.12 | $0.00 | $0.00 | $358,054.31 | $0.00 | $0.00 | $39,315.07 | ($1.06) | $2,518.00 |
| am, Kendall | | | | | $20,136.97 | $0.00 | | $77,135.46 | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| , Alex | Boogie Knights/Alex Wright | $134,383.51 | | | $169,450.38 | $48.89 | | $226,446.23 | $29.69 | $3,307.64 | $375,611.06 | $0.03 | $13,595.24 | $391,211.09 | ($0.87) | $2,563.83 |
| , Chad | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| sovitz, Brian Inc.) | Brian Knobs | $230,317.21 | $47.36 | $11,903.95 | $159,622.75 | $12.06 | | | $0.58 | $0.03 | $187,602.25 | $0.00 | $0.00 | $183,776.86 | $0.06 | $0.00 |
| , Brett | | | | | | $0.00 | | | $0.00 | $0.00 | $8,377.04 | $0.00 | $0.00 | | $0.00 | $0.00 |
| ames | Jung Dragons | | | | | $0.00 | | | $0.00 | $0.00 | $8,718.88 | $0.00 | $0.00 | $27,510.62 | $0.00 | $0.00 |
| buck | | | | | | $0.00 | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 |

## Exhibit B

# POWER PLANT TRAINEES

| REAL NAME | RING NAME |
|---|---|
| Allen, Steve | |
| Baum, Matthew B. | |
| Beach, Cameron | |
| Bernick, Brian Michael | Jet Jaguar |
| Bobic, Nikola | |
| Cain, Joseph Bradley | |
| Carr, Tony Byron | Corporal Cruel |
| Cornell, Rick | Nino, Reno |
| Craig, Twanta Maurice | |
| Daniel, Jason Matthew | J-Sin, New-sensation Jason |
| Davis, Marcial R. | Mercenary |
| Denson, Joseph (Joey) Frederick III | |
| Dixon, Rico | |
| Dorgan, Joe | Johnny Swinger |
| Dreer, William C. (Billy) | |
| Duong, Phap Minh | |
| Easterling, Darron Devon | |
| Endres, Troy | |
| Evans, Sean Charles | Shocker |
| Faqir, Rachid Daniel (Danny) | |
| Fliehr, David | David Flair |
| Forrester, Ryan | The Hearthrob |
| Fortune, Chad | |
| Funk, Allan Eric | Vytor, Triple A |
| James Gibson | |
| Greco, Sam | |
| Greene, John | Johnny Attitude |
| Groegler, Charles I. | |
| Guthrie, Mark | |
| Haire, Sean | Sean O'Haire |
| Hamner, Bret | |
| Hildreth, Mark | |
| Hogue, Harold | Ice Train |
| Hugger, Jonathan Martin | Johnny Blaze or Johnny Blade |
| Hunke, Gregory John | J T Greed |
| Jindrak, Mark | Mark Millenium |
| Jones, Allen | |
| Karagias, Evan | |
| Kellum, Rob | Artiste |
| Knapik, Robert J. | |
| Knox, Paul Lewis | Pierce Kage |
| Lee, Charles M. | |

## Exhibit B

| | |
|---|---|
| Le Flore, Wondell | The Judge |
| LeRoux, J. Mark | Lash LeRoux |
| Loewen, Robert S. | |
| Mally (O'Malley), Craig | Irish Invasion |
| Maria, David | Apache |
| Massengale, Jason | |
| Moore, Ken | |
| Nimmons, Michael Brady | Mike Nova |
| Norris, Harrison, Jr. | Hardbody Harrison |
| Northcutt, Kevin | |
| Oliveira, Stephen | |
| Palumbo, Charles (Chuck) R. | |
| Reis, Ron | |
| Roll, Dean | Shark Boy |
| Roman, Sam | Rick Romeo, Kid Romeo |
| Saengsiphan, Bounthan | |
| Sanders, Mike | |
| Sapp, Bob | |
| Siaki, Sonny | Hawaiian GQ |
| Skipper, Elix | T-Lock, Venom |
| Speight, Lester | Mighty Rasta |
| Strauss, Jacobus | Jakes |
| Tatum, W. Chase | |
| Thurber, Courtright | |
| Thurber, James | |
| Tilton, Kevin | The Engima |
| Tipton, Mark | |
| Torborg, Dale | |
| Tuite, Michael Jerry | |
| Walker, Charles Franklin | |
| Walker, J. Bradley, Sr. | |
| Watkins, Joe | Vic Violent |
| White, Curtis L. | Toad |
| Wiese, Matthew | |
| Wilson, Luther | |
| Worthen, William | William Worthy |
| Wright, Chris | C.W. |
| Wright, Wesley "Shane" | |
| Yokley, Brett | |
| Yun, James | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Walker v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-0367-CC

Onoo v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-0368-CC

Norris v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-0369-CC

Easterling v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1715-CC

Davis v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1716-CC

Worthen v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1717-CC

Speight v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1718-CC

Saengsiphan v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1719-CC

Reeves v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:00-CV-1720-CC

Patterson v. World Championship Wrestling, Inc., Turner Sports, Inc., Turner Entertainment Group, Inc. and Turner Broadcasting System, Inc., Civ. File No. 1:01-CV-1152-CC

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of

*DEFENDANT UNIVERSAL WRESTLING CORPORATION'S SUPPLEMENTAL*

*RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST INTERROGATORIES TO*

*DEFENDANTS WORLD CHAMPIONSHIP WRESTLING, INC. AND TURNER SPORTS,*

*INC.* upon the interested parties by hand delivery, properly

addressed to:

1059482_1.DOC

Cary Ichter
Kelly Jean Beard
Charles Gernazian
Michelle M. Rothenberg-Williams
MEADOWS, ICHTER AND BOWERS, P.C.
Eight Piedmont Center, Suite 300
3525 Piedmont Road
Atlanta, GA  30305

This 10th day of October, 2002.

Eric A. Richardson

1059482_1.DOC



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)

## DECLARATION OF PERRY SATULLO

STATE OF GEORGIA
COUNTY OF _____

Perry Satullo gives the following declaration under penalty of perjury and states as follows:

1.

I was a wrestler for the World Championship Wrestling Organization ("WCW").

2.

I remember seeing a "Chinese menu" which was on a bulletin board at WCW. This was an apparent attempt at humor, but I found it extremely offensive against Asian-Americans, and Chinese-Americans in particular. My wife is Chinese-American, and I took great offense at seeing the "Chinese menu," which portrayed Chinese persons in a very stereotypical and demeaning manner.

3.

Sometime in October, 1999, I recall observing Diana Meyers act in a very peculiar manner. Specifically, she was ducking down, and walking around the office at WCW. She then looked at me and said, "I'm hiding from the gook." At that point, I knew that she was referring to Sonny Onoo, who was also there.

4.

I was shocked that Diana Meyers, an attorney for WCW and Turner, would use such a derogatory and offensive word based on Sonny Onoo's Asian descent.

5.

I believe that whenever I negotiated a contract with WCW, the contract had to be approved by Turner personnel. For example, I am personally aware that Harvey Schiller approved the contracts for myself and other wrestlers.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Perry Satullo

_4-3-02_____
Executed on (Date)



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)



## Suc Mi Pagoda

Cuntonese Cuisine
6969 Fellation Blvd
Escondildo, GA 12698
281-6969
That's "Two ate one - Sixty-nine Sixty-nine"
Porking in the Rear



### *A la carte*
**$2.69 Each**

**Cum Drop Soup**
*Fresh Every 2.7 Days*

**Pee Yu Platter**
*Clothes Pins Extra*

**Hoo Flung Poo**
*Napkins & Raincoats Provided*

**Suc Sum Tit**
*Children's Special*

**Yung Poon Tang**
*No Take Out Orders Accepted*

## Luncheon Specials

Sum Yung Chick--------**$6.99**
*Different & Delicious*
Won Hung Lo----------**$6.99**
*Chinese Meatballs*
Sum Dum Fuc---------**$9.69**
*Same as #1 But With Extra Sauce*
Chu Sum Twat ------- **$16.99**
*Dinner For Parties of 3 or More*
Suc Mi Pork ---------- **$9.69**
*Chef's Special*
Fuc Yu Man ---------- **$6.69**
*Specialty of the House*

## Dinner Combinations
*Includes Smeg Roll and
Fortune Nookie*

1. **Goo In Hand** -------- **$9.69**
*For Those Dining Alone*
2. **Goo Wee Chick** ------ **$6.69**
*Sloppy Seconds - No Extra Charge*
3. **Cum Too Soon** -------**$6.99**
*Order Early - These Go Fast*
4. **Suc Mi Wang** ------- **$6.99**
*Traditional Chinese Meatloaf*
5. **Sum Dum Chick** ----- **$6.69**
*You Get What You Pay For*
6. **Fuc Mei Slo** --------- **$6.99**
*Not Available After 10PM*
7. **Lik Mi Clit** ---------- **$9.99**
*A Delicious Lip Smacking Oriental Delicacy*
8. **Cho Kon It** --------- **$9.99**
*Not For The Light Throated*
9. **Fuc Sum Now** ------- **$4.99**
*For Those In A Hurry*
10. **Wai Tu Yung** ------ **$8.99**
*Not Available On School Nights*
11. **Tung Sum Chick**----**$8.99**
*Chef's Special*
12. **Sum Gulp Cum** ---- **$9.69**
*Low-Cal Diet Special*



# EXHIBIT / ATTACHMENT



(To be scanned in place of tab)



**WCW** *WORLD CHAMPIONSHIP WRESTLING*

A Time Warner Company

KAZUO "SONNY" ONOO
CONSULTANT

**A DIVISION OF TURNER SPORTS**
ONE CNN CENTER, Box 105366
Atlanta, GA 30348-5366
Direct: (515) 424-0657
Fax: (515) 424-3351

Pager: (800) 759-8888
PIN# 1338461







P001339



**A DIVISION OF TURNER SPORTS**
ONE CNN CENTER, Box 105366
Atlanta, GA 30348-5366

KAZUO "SONNY" ONOO
CONSULTANT
Direct: (515) 424-0657
Fax: (515) 424-3351
Pager: (800) 759-8888
PIN# 1338461



A Time Warner Company

KAZUO "SONNY" ONOO
CONSULTANT

**A DIVISION OF TURNER SPORTS**
ONE CNN CENTER, Box 105366
Atlanta, GA 30348-5366
Direct: (515) 424-0657          Pager: (800) 759-8888
Fax: (515) 424-3351                      PIN# 1338461



A Time Warner Company

**KAZUO "SONNY" ONOO**
Consultant

World Championship Wrestling
A Division of Turner Sports
One CNN Center, Box 105366
Atlanta, GA 30348-5366
Tel 404.307.4689
Fax 515.424.3351
Direct 515.424.0657

P001338



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)

| | |
|---|---|
| **From:** | Brenda Smith |
| **Sent:** | Thursday, March 04, 1999 10:56 AM |
| **To:** | Sonny Onoo |
| **Subject:** | Re: Ins. |

Hello:

How are you?  COACH NEVER SHARED AN INJURY WITH ME PERTAINING TO YOU.

THEREFORE, I NEED TO KNOW THE FOLLOWING:

WHERE DID YOU INJURE YOURSELF?  VENUE, PART OF THE MOUTH, DATE OF INJURY, TIME OF INJURY,

IF THIS WAS A NORMAL DENTAL PROBLEM, YOUR PERSONAL DENTIST WOULD BE INVOLVED. (YOU ARE RESPONSIBLE FOR PAYMENT.)

IN ANSWER, TO WHAT YOU SHOULD DO NEXT, PLEASE CALL ME AT 404-603-1030, IN ORDER FOR ME TO DETERMINE IF THIS WAS A RING INJURY.

THANKS.

BRENDA.

_____ Reply Separator _____

Subject: Ins.
Author:  Sonny Onoo at tbscnnctrwcw
Date:    3/3/99 08:38 PM

Brenda,

As per instruction from coach I have visited the dentist. What do I need to do next.

Sonny,



Page 1

WCW 009284
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)

**Myers, Diana**

From: ___idson, Georgia
Sent: ___day, December 03, 1999 1:57 PM
To: Edwards, Don ; Prince, Greg; Lipscomb, Dee ; Davidson, Amy
Cc: Busch, Bill ; Dillon, JJ ; Juster, Gary ; Myers, Diana
Subject: Talent Summary

*World Championship Wrestling*
*A Division of Turner Sports*
*One CNN Center*
*Box 105366*
*Atlanta, GA 30348-5366*

*CONFIDENTIAL*

The following is a synopsis of the Talent Contract Changes for *November 1999*:

We added **two (2) new talent**:
Vito Lograsso ($120,000 plus $12,000 signing bonus),
Stacy Keibler ($15,000 plus $250 for non-TV and $500 TV events)

We negotiated **increased contracts for two (2) talent**:
Tonga Fifita ($175,000 plus $1,500 per day over 100 and $300 per day wrestling in Japan),
David Fliehr ($125,000 and $1,000 for each PPV)

We are in the process of negotiating a **decreased contract for one (1) talent**:
Lash Huffman ($240,000 plus $2,000 for each day over 80)

We terminated **twenty-two (22) contracts**:
(Chris Adams, Brian Adams, Scott Antol, Brian Bernick, Adam Birch, Amy Crawford, James Gibson, Steve James, Rob Knapik, Ray Lloyd, Jeremy Lopez, Juan Banos, Sonny Onoo, Ron Reis, Dean Roll, Jeremiah Ross, Hector Segura, Jason Spence, Kenny Stasiowski, Dave Taylor, Barry Windham, Kendall Windham)

*Please treat this e-mail as you would any other confidential document.*

Thanks,
GA



PLAINTIFF'S
EXHIBIT
44

A Time Warner Company

WCW 019238
CONFIDENTIAL



**MEMO**

TO:        Dr. Harvey Schiller

CC:        Bill Busch
                David Payne
                Matt Stroer
                JJ Dillon
                Greg Prince
                Dee Lipscomb
                Amy Davidson

FROM:     Diana Myers

RE:        Talent Budget Summary

DATE:     November 1, 1999

---

The following is a synopsis of the Talent Contract Changes for October 1999. The back up documentation in the form of the Talent Contract Summary has been forwarded directly to Matt Stroer.

| | |
|---|---|
| We added three (3) new talent: | $800,000 (estimate) |
| Donald Harris (200,000), Ronald Harris (200,000), | |
| Jeff Jarrett (400,000) | |
| | |
| We negotiated increased contracts for three (3) talent: | $166,714 |
| (Perry Satullo, Dale Torborg, Jerry Tuite) | |
| | |
| We negotiated *decreased* contracts for one (1) talent: | $150,000 |
| (Ian Hodgkinson) | |
| | |
| We terminated twelve (12) contracts: | $1,943,000 |
| (Bryan Clark, Barry Darsow, Ryan Forrester, | |
| Chad Fortune, James Fullington, Lash Huffman, | |
| Mark Johnson, Ed Leslie, Robert Smedley, | |
| Kevin Tilton, Eric Watts, James Yun, Johnny Green) | |

With this decrease and our variables, we are currently $4.85 million over budget for 1999.

WCW 019226
CONFIDENTIAL



**MEMO**

TO:         Dr. Harvey Schiller

CC:         Eric Bischoff
            David Payne
            Matt Stroer
            Bill Busch
            Greg Prince

FROM:       Diana Myers

RE:         Talent Budget Summary

DATE:       September 1, 1999

---

The following is a synopsis of the Talent Contract Changes for August 1999. The back up documentation in the form of the Talent Contract Summary has been forwarded directly to Matt Stroer.

We added six (6) new talent:                                    $830,000
Brian Bernick (45,000), James Gibson (45,000),
Jeremy Lopez (45,000), Charles Spencer III (45,000),
Ray Lloyd (150,000), Dustin Runnels (500,000)

We negotiated increased contracts for two (2) talent:          $270,000
(William Brenneman, Ian Hodgkinson)

We terminated six (6) contracts:
(Ted Petty, Michael Durham, Scott Levy,                        $796,286
Denise Riffle, John Watson, Chase Tatum)

With this increase and our variables, we are currently $6.3 million over budget for 1999.

*A Time Warner Company*

WCW 019225
CONFIDENTIAL



World Championship Wrestling
A Division of Turner Sports
One CNN Center
Box 105366
Atlanta, GA 30348-5366

## MEMO

TO:        Dr. Harvey Schiller

CC:        Bill Busch
           David Payne
           Matt Stroer
           JJ Dillon
           Greg Prince
           Dee Lipscomb
           Amy Davidson

FROM:      Diana Myers

RE:        Talent Budget Summary

DATE:      September 30, 1999

---

The following is a synopsis of the Talent Contract Changes for September 1999. The back up documentation in the form of the Talent Contract Summary has been forwarded directly to Matt Stroer.

We added three (3) new talent:                    $170,000
Clare Cutrufello (15,000 plus 250-500 per event),
Ann-Marie Crooks (50,000), Nora Greenwald (105,000)

We terminated twenty-two (22) contracts:          $2,213,400
(Yoshihiro Asai, Scott Bednarski, Jose Carrera-Gomez,
Marcial Davis, Art Flores, Bret Hanmer, Kirt Hankton,
Theodore Harris, Greg Hunke, Percy Miller,
James Mitchell, Manuel Ortiz-Partida,
Randy Thornton, Robert Vick, Brett Yokley,
Barry Horowitz, Harrison Norris, Joe Dorgan,
Scott Chasser, Craig Mally, Scott Norton, Mike Enos)

With this decrease and our variables, we are currently $5.6 million over budget for 1999.

WCW 019222
CONFIDENTIAL



## MEMO

TO:        Brad Siegel

CC:        Greg Prince
           Don Edwards
           Amy Davidson
           Jennifer Carson

FROM:      Diana Myers

RE:        Talent Budget Summary

DATE:      October 31, 2000

---

The following is a synopsis of the Talent Contract Changes for October 2000.

We terminated three (3) contracts:
(Scott Hall, Anibal Gonzalez, Bret Hart)

We added three (3) contracts:
Lenita Erickson ($125,000 plus $500 per event)
Scott Oberholzer ($750 per week plus $300 per event)
Chris Harris ($750 per week plus $300 per event)

We negotiated an increase for one (1) contract:
Torrie Wilson ($1,600 for each day over 125 days per contract year)

As a result of these changes, we now estimate that our 2000 Talent Payroll is
$38.1 million ($1.935) under the forecasted amount of $40,035,000 .

A Time Warner Company

WCW 019218
CONFIDENTIAL



World Championship Wrestling
A Division of Turner Sports
ONE CNN CENTER
Box 105366
Atlanta, GA 30348-5366

**MEMO**

TO:         Brad Siegel

CC:         Bill Busch
            Scott Wilkinson, Esq.
            Gary Juster
            JJ Dillon
            Greg Prince
            Don Edwards
            Felicia McDade
            Amy Davidson

FROM:       Diana Myers

RE:         Talent Budget Summary

DATE:       March 1, 2000

---

The following is a synopsis of the Talent Contract Changes for February 2000.

We added one (1) new talent:   Daniel Covell ($75,000)

We negotiated increased contracts for three (3) talent:
(Evan Karagias, Shannon Moore, Shane Helms)

We terminated four (4) contracts:
(Mark Hildreth, Ann-Marie Crooks, Bobby Eaton, Troy Martin)

These changes have resulted in an increase in our current talent payroll to $40.2 million for 2000. This is in comparison to our current forecast of $40.35 million.

WCW 019217
CONFIDENTIAL



Director of Legal
and Business Affairs
diana.myers@turner.com

*World Championship Wrestling*
*A Division of Turner Sports*
*ONE CNN CENTER*
*Box 105366*
*Atlanta, GA 30348-5366*

**MEMO**

TO:          Brad Siegel

CC:          Greg Prince
             Don Edwards
             Felicia McDade
             Amy Davidson

FROM:        Diana Myers

RE:          Talent Budget Summary

DATE:        May 9, 2000

---

The following is a synopsis of the Talent Contract Changes for April 2000.

We added seven (7) new talent and one (1) wardrobe seamstress:
Mike Alfonso ($350,000 plus $2,000 for house shows and $3,000 for PPVs), Chris Candito ($104,000 plus $500 per event), Troy Martin ($350,000 plus $1,750 for house shows and $2,500 for PPVs), Shawn Stipich ($78,000 plus $500 per event), Troy Endres (Trainee-$600 per week), Allison Pfau ($15,000 plus $250 for PR or non-TV events and $500 for TV events), John Riker ($750 per event), Carol Pedigo (wardrobe-$1,000 per month plus $250 per event)

We terminated two (2) contracts:
(Rob Kellum, Sione Vailahi)

We negotiated increased contracts for:
(Richard Fliehr, Kimberly Falkinburg, Ian Hodgkinson, Shannon Spruill, Sharmell Sullivan, Vanessa Bozman)

As a result of these changes, we now estimate that our 2000 Talent Payroll is $1,100,000 ($41,450,000) over the forecasted amount of $40,350,000.

WCW 019215
CONFIDENTIAL



World Championship Wrestling
A Division of Turner Sports
ONE CNN CENTER
Box 105366
Atlanta, GA 30348-5366

**MEMO**

TO:        Brad Siegel

CC:        Greg Prince
           Don Edwards
           Felicia McDade
           Amy Davidson

FROM:      Diana Myers

RE:        Talent Budget Summary

DATE:      June 13, 2000

---

The following is a synopsis of the Talent Contract Changes for May 2000.

We added one (1) new talent:
Lance Evers ($245,000 plus $750 per event)

We terminated six (6) contracts:
(Jacobus Strauss, Brad Cain, Sonny Siaki, Dionicio Castellanos, Brad James,
Clare Cutrufello)

We negotiated increased contracts for:
(Lenny Carlson, Jerry Tuite, Jeff Jarrett, Chris Ford, Norman Smiley, Vito LoGrasso,
Ron Harris, Don Harris, Chuck Palumbo).

As a result of these changes, we now estimate that our 2000 Talent Payroll is $2.65
million ($43,000,000) over the forecasted amount of $40,035,000.

A Time Warner Company

WCW 019214
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)

## DECLARATION OF JOHN SNAKOVSKY

STATE OF GEORGIA
COUNTY OF _____

John Snakovsky gives the following declaration under penalty of perjury and states as follows:

1. J.S.

I became a wrestler WCW in 1994.  My wrestling name and professional name is Johnny Boone.

2. J.S.

In 1999, I became a referee.  In my capacity as a wrestler, and then as a referee, I was in a position to personally observe many of the WCW officials, especially those who worked in the Booking Department.

3. J.S.

On numerous occasions, I heard Terry Taylor use offensive and negative words in describing minorities.  I heard him call Sonny Onoo a "Jap" on several occasions.  I also heard him refer to Sonny Onoo as a "Gook."

4. J.S.

I also heard Terry Taylor use the word "nigger" on many occasions.  In fact, he constantly used that word when referring to African-American wrestlers.

5. J.S.

I heard Terry Taylor call Ernest Miller ("The Cat") a "nigger."

6. J.S.

I also heard Terry Taylor call Harrison Norris ("Hard Body") a "nigger."

7. J.S.

On one occasion, I heard Terry Taylor state that neither Bobby Walker nor Hard Body Norris would make it in the wrestling profession because they were "black."

8. J.S.

Based on my observations of Mr. Taylor, including his use of the words "nigger" and "gook" I believe that Taylor was discriminating against non-Caucasians.

9. J.S.

For example, I recall that Terry Taylor often "pushed" a Caucasian wrestler by the name of Joey Mags.  Upon information and belief, Mr. Mags had many personal problems.  Joey Mags did not possess many skills and abilities as a wrestling performer. Nevertheless, I am personally aware that Terry Taylor "pushed" Joey Mags over Ernest Miller.  Although Ernest Miller was a much better athlete, better wrestler, and better performer, Terry Taylor "pushed" Joey Mags over Ernest Miller.

10. J.S.

I also am aware that Terry Taylor pushed Joey Mags, but did not push Hard Body Norris or Bobby Walker.

11. J.S.

I personally observed Terry Taylor treat Sonny Onoo horribly.  Terry Taylor always referred to Sonny in a negative and/or racist manner, and never provided Sonny with an opportunity fully use his talents.

12. J.S.

Sonny played a very unique role at WCW.  Sonny was neither a wrestler nor a referee, but worked as a manager/entertainer. Sonny was extremely professional, very diligent, and always demonstrated a thorough understanding and knowledge of the wrestling industry.

13. J.S.

Based on my observations and experience, Sonny Onoo was a much better entertainer and/or manager than Sherry Martil.

Similarly, he was much better than Tori Wilson.  As to each of these individuals, Sonny demonstrated much better role-playing and more professionalism.  He also demonstrated a greater degree of wrestling expertise in his approach to wrestling events.

14.

Sonny Onoo was also a better manager/entertainer than Colonel Parker.  I believe that Sony was better at involving the crowd, and getting a crowd reaction to various staged events than was Colonel Parker.  He also was more knowledgeable about wrestling, and was a much harder worker than Colonel Parker.

15.

In addition to Terry Taylor, I heard many other WCW officials use racist and/or negative words such as "nigger."  I cannot recall with certainty the identity of the other individuals, but I am confident that I heard these words from WCW officials in addition to Terry Taylor.

16.

In the summer of 2000, I was working as a referee.  That night, the WCW held a World Championship wrestling match.  The match was scheduled between Booker T and Jeff Jarrett.  Based on my recollection, Booker T was <u>not</u> "pencilled in" to win the fight.  As those of us in the industry know, a particular wrestler is scripted to prevail in a fight.  I believe that Jeff Jarrett was scripted to win the world championship over Booker T on that particular date.

17.

Before the actual wrestling match, I had heard Vince Russo and Terry Taylor discussing a lawsuit filed by Hard Body Norris and Bobby Walker.  I believe I also heard them refer to a wrestler named Ice Train during this conversation.  All of these individuals are African-American.

18.

During the conversation, I heard Terry Taylor and Vince Russo state that these African-American wrestlers had sued WCW for racial discrimination.  I recall Taylor saying, in reference to Hard Body Norris, "that nigger Hard Body is no good."

19. J. S.

During the same conversation, I heard Vince Russo and Terry Taylor state that they would have to do something about the racial allegations against WCW.

20. J S.

Each of them indicated that they would have to do something to deflect racial allegations brought against WCW.  During the conversation, they made it clear that they were going to make an African-American the champion in order to make it appear that they were not discriminating against African-Americans. Terry Taylor indicated that by making Booker T, an African-American, the champion, it would "get them off of our backs."  In sum, they made it clear that they were concerned about racial allegations brought by Bobby Walker, Hard Body Norris, and other African-American wrestlers.  In order to make themselves appear not to be racist, they scripted Booker T, an African-American, to become the WCW champion in response to the lawsuit alleging racial discrimination.

I declare under penalty of perjury that the foregoing is true and correct.

_____
John Snakovsky

_____
Executed on (Date)



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)

**WCW**
CHAMPIONSHIP
WRESTLING™

A Time Warner Company

# MEMO

TO:         Dr. Harvey Schiller

CC:         Eric Bischoff
            David Payne
            Matt Stroer
            Bill Busch

FROM:       Diana Myers

RE:         Talent Budget Summary

DATE:       March 31, 1999

---

The following is a synopsis of the Talent Contract Changes for March 1999.  The back up documentation in the form of the Talent Contract Summary has been forwarded directly to Matt Stroer.

We added two (2) new talent:                               $895,000
(David Abbott, Brian Yandrisovitz)

We negotiated increased contracts for two (2) talent:      $115,000
(Glenn Gilbertti, Ron Reis)

Impact to WCW Total Talent Commitment (increase):   $1,010,000

With this increase and our variables, we are currently $1,858,000 under budget for 1999.



PLAINTIFF'S
EXHIBIT
15

WCW 019229
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)



World Championship Wrestling
A Division of Turner Sports
One CNN Center
Box 105366
Atlanta, GA 30348-5366

## MEMO

TO:         Dr. Harvey Schiller

CC:         Eric Bischoff
            David Payne
            Matt Stroer
            Bill Busch

FROM:       Diana Myers

RE:         Talent Budget Summary

DATE:       May 28, 1999

---

The following is a synopsis of the Talent Contract Changes for May 1999. The back up documentation in the form of the Talent Contract Summary has been forwarded directly to Matt Stroer.

| | |
|---|---|
| We added thirteen (13) new talent: | $457,600 |
| (David Fliehr, Emory Hail, and eleven trainees) | |
| | |
| We negotiated increased contracts for three (3) talent: | $51,714 |
| (Jacobus Strauss, and two(2) former non-contract | |
| talent Scott James and Steve James) | |
| | |
| We terminated two (2) contracts: | $450,000 |
| (Steve McMichael, Kevin Wacholz) | |

With this increase and our variables, we are currently $100,000 under budget for 1999.

**PLAINTIFF'S EXHIBIT**

**76**

A Time Warner Company

WCW 019227
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

## W

(To be scanned in place of tab)

## DECLARATION OF CHARLES ASHENOFF

STATE OF GEORGIA
COUNTY OF_____

Charles Ashenoff gives the following declaration under penalty of perjury and states as follows:

1.

I became a wrestler for the World Championship Wrestling Organization ("WCW") in 1996. My wrestling name is Konnan. I am Hispanic.

2.

During the time that I wrestled for WCW, I observed many forms of discrimination against non-Caucasians. Although I believe that WCW discriminated against African-Americans and Asian-Americans, I was particularly offended by the manner in which WCW officials and WCW's attorney Diana Myers treated Hispanic wrestlers.

3.

On one occasion, Eric Bishoff stated that, "you guys are lucky to have a job; you could be wrestling for $100 dollars a day on ranches." He was referring to Hispanic wrestlers who could easily be working in Mexico on a ranch. His statement reflected the general attitude that any Hispanic wrestler at WCW was "lucky" to get what he could get at WCW. WCW's officials treated Hispanic wrestlers as second class citizens (as compared to white wrestlers).

4.

I felt that I was treated differently because I was Hispanic. For example, when I and Oscar Guitierrez arrived in Los Angeles, we were suppose to have transportation provided by WCW because we lived in San Diego. Mr. Guitierrez and I were very upset that WCW failed to provide for the transportation. In fact, we felt that it was a breach of our contract. Mr. Guitierrez and I eventually had to pay for a taxi out of our own funds.

5.

I called Diana Myers to complain of this mistreatment. I told her that it was a breach of WCW's contract. Ms. Myers merely stated that if it was a breach, "do what you have to do, but it will take you more money to get it from us."

6.

I believe that on that particular occasion, all of the Caucasian wrestlers were provided the transportation to their homes and/or destinations. I believe that this was blatant discrimination, and I was afraid to further complain because Diana Myers herself was aware of the blatant discrimination, and failed to do anything about the situation. In fact, she merely suggested that it will cost us more money to enforce our rights than we would obtain if we pursued our contractual and federal rights to be treated the same as Caucasian wrestlers.

7.

In _____, myself and other wrestlers were contemplating leaving WCW and wrestling for another organization. Although the situation became very complicated, the bottom line is that WCW officials, including Bill Bush, found out that I was trying to leave WCW. At that time, I was suspended for trying to leave WCW. Meanwhile, a Caucasian wrestler Peter Gruner, also threatened to leave. He was retained, and was not suspended. I believe that I was treated differently from Peter Gruner because I am Hispanic.

8.

I have also observed discrimination against other Hispanic wrestlers. For example, I am aware that several Hispanic wrestlers (Hector Garza, Manuel Ortiz, and Manuel Carrera) all became injured at WCW. When they became hurt, WCW fired each of them after they had cleared their medical restrictions. The WCW officials stated that these Hispanics were no longer needed, but were replaced by Caucasians. During this time, the number of Hispanics eventually dropped from approximately fifteen (15) to only three (3).

9.

In contrast, whenever Caucasian wrestlers became injured, they were treated much better.  For example, Kevin Nash, Hulk Hogan, and Pete Savage all were accommodated and were returned to work after they were injured.

10.

Because I believe this was further discrimination against Hispanics, I told Diane Myers that WCW was treating these Hispanic wrestlers differently because they were Hispanic.  Ms. Myers stated, "what are they going to do, sue us."  In my observation, I perceived Ms. Myers as protecting WCW's interest rather than responding to the discriminatory practices.  In fact, she herself made statements and decisions reflecting her bias against Hispanics.

11.

On several occasions, J.J. Dillon also made derogatory statements about Hispanics.  For example, Hispanics were typically forced to sleep two or three persons in a room, while the Caucasian wrestlers each had their own room.  When this unfair practice was brought to his attention, J.J. Dillon stated that "they were lucky to get that."

I declare under penalty of perjury that the foregoing is true and correct.

_____
Charles Ashenoff

_MARCH 13, 2002_
Executed on  (Date)



# EXHIBIT / ATTACHMENT



(To be scanned in place of tab)

Case 1:00-cv-00368-CC    Document 116    Filed 01/16/03    Page 244 of 260

# MEMORANDUM

**TO:**    All WCW Talent

**FROM:**    Bill Busch

**CC:**    JJ Dillon
Gary Juster
Diana Myers, Esq.

**RE:**    Late Arrival Policy

**DATE:**    December 9, 1999



This has been a year of significant change for World Championship Wrestling. In the last year, we have re-examined all aspects of how we operate our business to improve our product. As we all know, our entire business starts with our television product. In this regard, we have added new members to our creative team resulting in an improvement in our *Nitro* ratings in just a few short weeks. Our formula for success centers around preparation and execution. Our commitment to preparation is already evident. We are now committed to working on the execution, especially where our television shows are involved. In this regard, we need the cooperation and commitment of all of our talent, which includes arriving on-time, prepared and ready for work.

To date, our attempts to get all talent to arrive in a timely fashion have failed. Therefore, stricter enforcement has become necessary. Effective immediately, any contracted talent that fails to check-in by the posted arrival time, will be fined an amount equal to one day's pay, not to exceed $3,000 per offense. In addition to this fine, any no-shows or repeated late check-ins, will be considered a breach of your Agreement and may result in additional penalties up to and including termination.

As a professional, if you are going to be late, you are expected to advise JJ Dillon or the road agent assigned to the event; however, notification to WCW will not automatically excuse the fine. If you experience legitimate travel problems beyond your control with the original flight itinerary booked by WCW, the fine will be waived upon verification of the circumstances. If you change the itinerary booked by WCW and are late due to travel problems, you will be subject to the fine.

We hope that this sends a clear message as to the importance of being professional and arriving on time. If you have any questions regarding the policy, please direct them to JJ Dillon.

Thank you in advance for your cooperation.

A Time Warner Company

P001224



# EXHIBIT / ATTACHMENT



(To be scanned in place of tab)



TO:        Eric Bischoff
           Bill Busch

FROM:      Diana Myers

DATE:      June 9, 1999

RE:        New ICAs and Trainees

| Name | Salary (1st year) |
|---|---|
| Cornell, Richard (trainee-referred by Kanyon) | $ 26,000 |
| Davis, Marcial (trainee) | $ 31,200 |
| Durham, Michael (Public Enemy) | $170,000 |
| Fliehr, David (David Flair) | $ 45,000 |
| Forrester, Ryan (trainee-referred by Kanyon) | $ 20,800 |
| Funk, Allen Eric (trainee) | $ 31,200 |
| Gruner, Pete (Billy Kidman) | $300,000 (increase from $125,000) |
| Hail, Emory (Emory Hale) | $ 85,000 |
| Helms, Gregory Shane (referred by Kanyon) | $ 45,000 |
| Hugger, Jon (trainee) | $ 15,600 |
| James, Scott (Scott Armstrong) | $ 52,143 (increase from $31,286) |
| James, Steve (Steve Armstrong) | $ 52,143 (increase from $31,286) |
| Jindrak, Mark Robert (trainee) | $ 39,000 |
| Jones, Allen (trainee-referred by Kanyon) | $ 20,800 |
| Massengale, Jason (trainee-referred by Kanyon) | $ 20,800 |
| Moore, Shannon (referred by Kanyon) | $ 45,000 |
| Norris, Harrison (trainee) | $ 39,000 |
| Palumbo, Charles (trainee) | $ 39,000 |
| Petty, Ted (Public Enemy) | $170,000 |
| Rodman, Dennis | $1,000,000 |
| Roman, Sammy Lee (trainee) | $ 26,000 |
| Sanders, Michael (trainee) | $ 31,200 |
| Siaki, Sonny Uaita (trainee) | $ 31,200 |
| Skipper, Elix (trainee) | $ 39,000 |
| Strauss, Jacobus (Jakes) | $ 75,000 |
| Thornton, Randy (Swoll) | $350,000 ($50k signing bonus) |
| Tilton, Kevin (trainee) | $ 15,600 |
| Wilson, Luther (referred by Kanyon) | $ 45,000 |
| Yokley, Jay Brett (trainee) | $ 15,600 |
| Yun, James (trainee-referred by Kanyon) | $ 20,800 |

PLAINTIFF'S EXHIBIT

WCW 018865
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

_(To be scanned in place of tab)_

To: ALL WCW TALENT

From: J.J. DILLON

Date: APRIL 30, 1999

CC: Eric Bischoff
Bill Busch
Diana Myers
Alan Sharp

Subject: TALENT SCHEDULES, INCLUDING PERSONAL APPEARANCES

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

We have had several recent situations where talent were needed on short notice for WCW business ("house show" substitution, personal appearance, etc.) only to be informed by the individual talent that they had made a previous commitment not approved by WCW (movie project, charity appearance, autograph session, etc.) that caused a conflict.    In order to avoid a reoccurrence of these situations from this point forward, please be advised that all requests for days "OFF" must be requested in advance and approved by J.J. Dillon.    If you are planning a vacation, wanting to attend the wedding of a friend or planning to attend a school reunion, etc., you must request the time off in advance. THIS INCLUDES ANY AND ALL PERSONAL APPEARANCES (INCLUDING AUTOGRAPH SESSIONS), WHETHER FOR CHARITY OR INVOLVING AN APPEARANCE FEE.

Talent Relations has been given approval on a trial basis to authorize personal appearances for talent that involve payment to talent of a fee payable from a source outside our company.    These personal appearances will only be considered "Authorized Appearances" if they are scheduled through WCW.    The talent involved and WCW will share any fee involved, with the majority of any appearance fee going to the talent that makes the appearance.    All of these non WCW related personal appearances will be voluntary (therefore not regarded as a workday if there are limitations in the WCW talent contract) and subject to the approval of the talent. Appearance fees are usually determined by the fair market value, and if approached, WCW will attempt to get a fair appearance fee, which is subject to the approval of the talent.    If you are approached concerning an appearance, please have the party contact J.J. Dillon to comply with our appearance approval process.    This usually involves a contract for the appearance, which assures the validity of the request.    All appearance fees are received in advance by WCW, which assures the talent will be paid in accordance with the agreement.    ALL APPEARANCES NOT CLEARED BY WCW WILL BE REGARDED AS "UNAUTHORIZED" AND YOUR PARTICIPATION IN AN "UNAUTHORIZED APPEARANCE" COULD BE INTERPRETED AS A BREACH OF YOUR CONTRACT.

This represents a great opportunity for an added revenue stream for WCW talent.    This should continue beyond a trial basis, if we all work within the system.    If you have any questions or comments, please call J.J. Dillon at (404) 603-3832.    Thank you.



PLAINTIFF'S
EXHIBIT

49

WCW 010262
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

## AA

(To be scanned in place of tab)

**From:** Edwards, Don
**Sent:** Friday, March 03, 2000 6:19 PM
**To:** Busch, Bill
**Cc:** Myers, Diana
**Subject:** FW: Proposed Changes to Talent Payroll

Bill,

How could we?

Presently, with Hulk's and Flair's renegotiated contracts, we are at the $40.35 million forecast amount we committed to in the 2000 Forecast.

Just figuring the impact of the below on a very high-level basis, the cost of these deals/renegotiations will cost WCW at least $2.5 to $3.0 million (on an annualized 12 month basis). (I plan to sit down Monday or Tuesday to complete a detailed estimate).

Per JJ, we are not planning to make any cuts that would offset these additional costs.

This is my initial read. Will get back with you with details later.

Don

—--Original Message—--
**From:** Dillon, JJ
**Sent:** Friday, March 03, 2000 5:32 PM
**To:** Edwards, Don
**Cc:** Busch, Bill; Juster, Gary ; Myers, Diana
**Subject:** Proposed Changes to Talent Payroll

CONFIDENTIAL DOCUMENT - NOT TO BE COPIED OR DISTRIBUTED

Bill asked me to submit suggested changes to you in order for you to prepare a summary for Bill of the overall financial impact of these changes.    We are attempting to be consistent with talent at various levels and to elevate the compensation for talent that are rising through the ranks.    With each new contract we are proposing deals with a base that includes additional incentives.    Following are my suggested changes upon completing an overall study of all talent that was part of an evaluation process during our off site meeting last weekend:

JEFF JARRETT -
Amend existing agreement and continue base of $275,000., however, start incentives immediately and continue them from day one for subsequent contract years.
The incentives stay the same: $2500. per event, $3000. after 184 events, $7500. per PPV, however, due the increase we should build in 36 non-paid PR appearances in any contract year.

MARCUS BAGWELL -
Offer a new contract prior to the end of the existing contract which runs out approximately one year from now.    The existing base of $400,000. would be carried over.    Incentives would kick in from day one of $3000. per appearance ($2000., if late) and $7500. per PPV ($5000., if late) with 36 non-paid PR appearances for any contract year.    WCW has had an ongoing problem with Bagwell being late.    We have addressed the problem, but haven't seen much improvement.    This concept will reward or penalize Bagwell when late, depending on how we approach the deal in negotiations.    WCW will have a new check-in system up and running by mid-March that includes a device at our security position that will become the basis for determining the exact arrival time.    We consider a 30 minute "grace period" from the posted arrival time for talent to be reasonable for "house shows" and 60 minutes for PPV and TV events. One minute later would be considered "late" for purposes of this agreement.

RODDY PIPER -
Restructure the current deal with a $300,000. one time bonus, in return for which WCW would receive an increase from 6 to 8 PPV dates in each remaining contract year and 70 other dates in each year, an increase from the current 45 dates. There may be other issues, but I have not seen Piper's actual contract.    It is apparent that Piper cannot wrestle for

1

WCW 020296
CONFIDENTIAL

probably ten months following his recent arm surgery.    However, WCW is interested in using Roddy in an ongoing interview segment on PPV or TV and possibly in a "manager" capacity for certain talent on sporadic occasions.

THE GREAT MUTA -
We are contemplating a storyline in which Muto would come to the United States to wrestle for six months (hiatus from New Japan Pro-Wrestling) during which time the storyline would play out.    WCW may already have a visa in place to permit to work in the U.S.
We would pay Muta at the rate of $5000. per week, plus cover his expenses, similar to what is provided for our wrestlers that perform in Japan.

HACKSAW JIM DUGGAN -
We can amend the current deal which has an anniversary date of 9/1, or create a new agreement.    Duggan's base of $175,000. would be maintained as compensation for the first 100 dates worked.    After that we would pay Jim $750. bonus per appearance over 100 dates, and give him a bonus of $1000. per PPV.    It would be to Jim's advantage to amend his current deal as the bonus money would probably already apply due to his anniversary date.    We could execute a new agreement as of the next anniversary date if it would be advantageous to WCW.

MARK COLEMAN -
New contract to be offered to renowned "shoot fighter" that will be part of our "Knockout Club".    He has an existing commitment in Japan in May.    WCW would put him under contract prior to his Japan appearance and possibly show him in the audience at one of our TV shows.    A two year deal with an option for a third at a base of $104,000. with cycles and we would immediately pay $1250. per appearance.    Coleman would be an almost instant commodity in Japan and we would have to create some special language to cover our sending him there.

MARK ROBINSON -
Similar deal and circumstances as Coleman.    Initially we would offer the same base and probably $500. per appearance.

BRYAN JOHNSON -
Similar deal as Coleman, but Bryan is currently wrestling some with New Japan.    Initially we would offer the same base and $500. per appearance.

SHAWN STASIAK -
Appeared for a short time with the WWF.    We have a full release on file.    Two year deal with an option for a third at a base of $78,000. plus $500. per appearance with 36 non-paid PR appearances per year.

RAY LLOYD -
Rehire (formerly Glacier) and his primary duties will be as an instructor at the Power Plant.    He would work under Orndorff as an independent contractor at a base of $78,000.    In addition Ray would be available to fill in as a wrestler for which WCW would pay an additional $750. per appearance.    We should do two years with cycles, with an option for a third and protect PR appearances.

DAVE TAYLOR -
Same deal at the Power Plant as Ray Lloyd with the same terms.

ROB KNAPIK -
Rehire of Rage of High Voltage.    Two years with an option for a third at a base of $78,000. plus $500. per appearance with protection for PR dates.

STASIOWSKI -
Rehire of Kenny Kaos of high Voltage.    Same deal and terms as Rob Knapik.

STEVE ARMSTRONG -
Rehire at a flat annual rate of $52,000. to tie up his services.

JOHNNY SWINGER -
He was one of the original Power Plant trainees that asked for a release last year out of frustration with the lack of opportunity for advancement at that time.    The creative team still sees potential and we would like an entry level offer of a base of $52,000. and $500. per appearance for two years with the option with cycles.

VAN HAMMER -
WCW served notice for the purpose of renegotiating Hammer's contract.    We would like a new two year deal with an option at a base of $78,000. plus $750. per appearance.

2

WCW 020297
CONFIDENTIAL

HERMAN STEVENS -
He plays the attorney J. Biggs.    WCW would like to give him a two year deal with an option at a base of $52,000. plus $500. per appearance and $750. per PPV.    We need to recognize that he is a practicing attorney and may have court dates that might preclude him from making a TV depending on the location of the show.    To date these conflicts have been very minimal.

MICKEY HENSEN -
Has been a non-contracted referee on a daily.    Mickey is regarded as the senior referee and is Sullivan's assistant at all TV and PPV.    WCW would like to give him a two year deal with an option at a base of $26,000. plus the same $500. per appearance that he has been receiving and give him TV hotel and car (to be shared with other referees).

MISS HANCOCK -
Originally a "Nitro Girl" that has been moved into a talent role.    Two year deal with an option for a base of $52,000. plus $500. per appearance and $750. per PPV with a protection for PR dates.

PAISLEY-
Same situation as Miss Hancock.    She is the valet for Prince and the deal would be the same as Hancock with the same terms.

DAFFNEY -
Originally hired by production as an actress.    She enjoyed the work and we got a release from the agency.    Daffney is with David Flair and Crowbar.    Two year deal with an option at a base of $52,000. and $500. per appearance and $750. per PPV plus non-paid PR consistent with our other deals.

NORMAN SMILEY -
Restructure his current deal with the same base of $120,000., however we would pay $750. per appearance and start from day one of the next contract year.    We should protect 36 PR dates a year and issue a new contract if advisable.

BRAD CAIN -
He is Idol and we would like to amend his current deal to start paying him $500. per appearance over his current base, except PR.

MIKE HAYNER -
TAFKA Prince and we would like to amend his current deal to pay him $750. per appearance including from day one for the next contract year, protecting 36 PR days in the contract year.

KANYON -
Amend his current deal to start paying him $500. per appearance including from day one of the next contract year. Protect 36 PR dates and give him TV hotel and car.

JEFF FARMER -
Amend his current deal to give him a bonus of $1250. per week for each week we book him in Japan (or if we send him to Japan for a single event we would pay the weekly bonus of $1250.) or $500. per event for domestic or foreign events other than Japan.    We can issue a new contract if advisable.

CROWBAR -
Amend his current contract to increase his base to $104,000. and pay him $500. per event with 36 PR dates protected.

THE WALL -
Same deal and terms as Crowbar.

In summary, the Hulk Hogan deal and Ric Flair deals were approved and are currently being negotiated.    Sid was told by Bill that Bill was considering a performance bonus, but no amount or timeframe were mentioned.    Sid also has been pushing for WCW to hire a friend, Byron Green as a wrestler at $150,000., but we looked at Green in Reno and the creative team felt that he was not worthy of a contract to wrestle for WCW.    Tony Schiavone and I received approval from Bill to offer Mark Madden an announcer contract at $150,000. per year and Tony would be able to furnish any details. All of the above deals are subject to discussion, but we must continue to invest wisely in talent for WCW to continue to recover and grow.    Thank you.

3

WCW 020298
CONFIDENTIAL



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)

BORASH, JEREMY

CONFIDENTIAL
WCW 042050



World Championship Wrestling
A Division of Turner Sports
One CNN Center
Box 105366
Atlanta, GA 30348-5366

January 1, 2000

Mr. Jeremy Borash
6725 Nez Perce Drive
Chanhassen, MN 55317

Re: Independent Contractor Agreement

Dear Mr. Borash:

This letter will confirm the agreement between you ("Borash") and World Championship Wrestling, Inc., ("WCW") with respect to the performance of services for WCW. In consideration of the premises and the mutual covenants and agreements herein, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

**1. Services:** During the Term, Borash shall provide to WCW various creative and on-air services including but not limited to:

twenty (20)
- Write a minimum of ~~four (4)~~ stories per month for wcw.com;
- Write a minimum of three (3) stories per month for *WCW Magazine*
- Hosting *WCW Live!* a minimum of five (5) nights per week
- Assisting in talent scheduling and recruitment for *WCW Live!*
- Co-Host the *Internet Insiders* Webcast before each WCW pay-per-view event
- Co-Host the post pay-per-view WCW internet webcast after each WCW pay-per-view event

Borash shall perform the foregoing services for WCW during the Term as well as such other services as reasonably requested by WCW (the "Services").

**2. Term and Territory:** The territory shall be the World. The term shall begin on January 1, 2000 and shall continue month to month until notice is served by either party. Either party may terminate this Agreement at anytime upon providing a minimum of sixty (60) days written notice to the non-terminating party. Upon termination by either party, WCW shall not be responsible to make any further compensation payments hereunder to Borash.

**3. Compensation:** During the Term of this Agreement, in exchange for the performance of Services by Borash hereunder, Borash shall receive compensation from WCW at the rate of ~~Five~~ Six Thousand Dollars ($6,000) per month. All compensation hereunder shall be payable in equal installments on a bi-monthly schedule or on such schedule as WCW may implement from time to time.



**4. Home Base:** Minneapolis, MN

**5. Expenses:** Borash may employ personnel to assist in the performance of Services; however, any personnel employed by Borash shall be at his sole expense and such employees shall be his employees and not WCW employees. Any and all expenses incurred by Borash in performing the Services hereunder shall be his full responsibility unless otherwise approved, in writing, by WCW. Notwithstanding the foregoing, during the

CONFIDENTIAL
WCW 042051



Page 4
Mr. Jeremy Borash

**15. Termination:** WCW will have the right to terminate this Agreement without liability or further obligation to Borash if Borash (i) fails to adequately or completely perform any of his duties or obligations hereunder, whether express or implied; (ii) fails to follow the direction of WCW officers; (iii) becomes incapacitated due to physical or mental injury or illness, in such a manner so as to render Borash, in WCW's sole reasonable opinion, incapable of properly performing the duties required of Borash hereunder; (iv) engages in conduct or activities involving moral turpitude materially damaging to the business or reputation of WCW; or (v) otherwise breaches any provision or representation of this Agreement and, if curable, such breach remains unremedied for a period of seven (7) days following Borash's receipt of written notice thereof.   Borash acknowledges that the waiver by WCW of its rights with respect to any provision of this paragraph in one instance will not be deemed to constitute a waiver of its rights with respect to the same or a similar breach thereafter.

**16. Representations:** Borash represents and warrants to WCW that he (i) has the right to enter into this agreement and to perform the services to be performed by him hereunder; (ii) the performance by Borash of such services will not violate the terms of any other agreement with any other individual or entity either to which Borash is a party or by which he is bound; (iii) Borash has not accepted or agreed to accept and will not accept or agree to accept directly or indirectly from any individual or entity, other than WCW, any money, service or other valuable consideration for the inclusion of any material as a part of any of WCW's programs; (iv) Borash shall faithfully and industriously perform to the best of his ability and in accordance with WCW's direction and control all of the duties that may be required of and from him pursuant to this Agreement; and (v) Borash will comply with all policies of WCW and all applicable laws.

**17. Use of Name, Likeness, Biography:** In connection with the exercise of the rights granted to WCW hereunder, including without limitation any program rights granted to WCW pursuant to this Agreement, Borash agrees that WCW shall have the right to use Borash's professional name, likeness and biography for publicity purposes and for other purposes consistent with the rights granted hereunder.

**18. Use of Services:** Nothing herein shall be deemed to obligate WCW to use Borash's services and WCW shall have fully discharged its obligations hereunder by paying the amount specified herein.

**19.    General:** This Agreement, and the documents referenced herein, contain the entire agreement and understanding and shall supersede all prior agreements or understandings concerning the subject matter hereof between the parties hereto. No waiver, termination or discharge of this Agreement, or any of the terms or provisions hereof, shall be binding upon either party hereto unless confirmed in writing. This Agreement may not be modified or amended, except by a writing executed by both parties. No waiver by either party of any term or provision of this Agreement or of any default hereunder shall affect such party's rights thereafter to enforce such term or provision or to exercise any right or remedy in the event of any other default, whether or not similar. This Agreement is the product of arm's-length negotiations between Borash and WCW. Borash expressly states that he has had the opportunity to seek and obtain consultation in connection with the negotiation and execution of this Agreement, and that he fully understands the rights and obligations set forth herein. In the construction and interpretation of this Agreement, no account shall be taken of which party requested or drafted any particular provision or provisions of this Agreement. Regardless of the place of execution hereof, this Agreement and all amendments hereto, shall be deemed to have been negotiated, made, entered into and fully performed in the State of Georgia, without regard to the actual location at which Borash provides Services to WCW. This Agreement shall be governed by and construed exclusively in accordance with the laws of the State of Georgia applicable to contracts made, entered into and performed entirely therein, without giving effect to its conflict of laws provisions. Borash hereby (i) submits to the jurisdiction of the United States District Court for the Northern District of Georgia and of any Georgia state court sitting in Atlanta for the purposes of all legal proceedings arising out of or relating to this Agreement and (ii) irrevocably waives, to the fullest extent permitted by law, any objection which it may now or hereafter have to the venue of any such proceeding which is brought in such a court. Additionally, the  parties hereto agree that the State of Georgia shall be the exclusive forum and situs for the resolution of any and all disputes, controversies or matters arising

**CONFIDENTIAL**
**WCW 042054**

Page 5
Mr. Jeremy Borash

herefrom or related hereto. Borash's Home Base is identified solely for travel purposes and shall not affect the choice of law, jurisdiction or venue hereunder. The parties further agree, notwithstanding the consideration provided for herein, that because of the special, unique and extraordinary nature of the Services hereunder and of the rights and licenses which are the subject matter of this Agreement, WCW shall be entitled to injunctive and other equitable relief to prevent any material breach or material default by Borash hereunder, and such relief shall be without prejudice to any other rights or remedies of WCW as may be provided by law. Borash may not assign this Agreement, in whole or in part, without the prior written consent of WCW, and any attempted assignment not in accordance herewith shall be null and void and of no force or effect. This Agreement shall be binding on Borash and his successors and permitted assigns. Nothing herein shall be deemed to obligate WCW to use the services of Borash and WCW shall have fully discharged its obligations hereunder by paying the amount specified herein. With respect to WCW's rights hereunder, WCW shall have the sole right and discretion to bring any and all claims including but not limited to infringement or unfair competition claims. The headings contained herein are for the convenience of the parties only and shall not be interpreted to limit or affect in any way the meaning of the language contained in this Agreement. This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute the same Agreement. Any signature page of any such counterpart, or any electronic facsimile thereof, may be attached or appended to any other counterpart to complete a fully executed counterpart of this Agreement, and any telecopy or other facsimile transmission of any signature shall be deemed an original and shall bind such party. If any provision of this Agreement shall be held void, voidable, invalid or inoperative, no other provision of this Agreement shall be affected as a result thereof, and accordingly, the remaining provisions of this Agreement shall remain in full force and effect as though such void, voidable, invalid or inoperative provision had not been contained herein. Upon the request of WCW, Borash agrees to take any and all actions, including, without limitation, the execution of certificates, documents or instruments, necessary or appropriate to give effect to the terms and conditions set forth in this Agreement. Notwithstanding any termination of this Agreement, all provisions which, by their terms or reasonable interpretation thereof, sets forth obligations that extend beyond the termination of this Agreement hereof shall survive and remain in full force and effect.

If the foregoing is consistent with your understanding of our agreement with respect to the subject matter addressed herein, please so indicate by signing below and returning this original agreement to WCW.

Sincerely,

WORLD CHAMPIONSHIP WRESTLING, INC.

By: _____

Its: _VP WCW ENTERPRISES_

AGREED AND ACCEPTED:

Jeremy Borash

_____

Social Security No.: 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

CONFIDENTIAL
WCW 042055

## PRODUCTION FACILITIES AGREEMENT

THIS PRODUCTION FACILITIES AGREEMENT ("Agreement") has been entered into and is effective as of this _____ day of December, 1999, by and between WORLD CHAMPIONSHIP WRESTLING, INC. ("WCW") and JEREMY BORASH ("Borash").

In consideration of the mutual promises, covenants and other good and valuable consideration contained herein, the receipt and sufficiency of which is hereby acknowledged, WCW and Borash agree as follows:

1.    **Property and Equipment.**

a. Borash shall provide WCW with access to and use of Borash's facility known as the Borash Production Studio, located at 6725 Nez Perce Drive, Chanhassen, Minnesota 55137 ("Studio"). The access and use provided shall be sufficient to enable WCW to produce and conduct its daily WCW Live radio and internet broadcasts ("WCW Live").

b. Borash shall provide certain required equipment and personnel necessary for the broadcast of WCW Live. Such equipment and personnel shall include, but shall not be limited to: (i) five phone lines for callers and guests; (ii) one internet phone line; (iii) one emergency phone line; (iv) one Sure RE-20 microphone; (v) one Telos six line interface; (vi) one Telos phone control board; (vii) one computer automation system; (viii) two CD players; (ix) one mini-disc player/recorder; (x) one Macke sixteen channel mixing board; (xi) one call screener/assistant producer; (xii) two computers with internet connection; (xiii) one television with cable connection; (xiv) one on-call engineer for emergency purposes; and (xv) one back-up power supply for emergency purposes. **To the extent that Borash is supplying equipment under this Agreement, Borash represents that any and all equipment shall be Year 2000 compliant as specified in Exhibit A.**

2.    **Term.** The Term of this Agreement shall begin on the date first set forth above and continue for one (1) year ("Term"), unless sooner terminated as hereinafter provided. WCW may, at its option, renew this Agreement for an additional one (1) year term by providing Borash with written notice before the expiration of the Term.

3.    **Studio Use by Others.** During the term contemplated by this Agreement, Borash shall devote the required studio time and provide required personnel necessary for the fulfillment of all of his obligations hereunder. WCW acknowledges, however, that the use of the Studio and equipment shall be non-exclusive to it during the term. Notwithstanding such non-exclusivity, Borash expressly agrees and warrants that no other activities in which he may be involved during the term shall interfere with WCW's Studio use and that WCW shall at all times have first priority for the availability of the Studio as required for Borash's fulfillment of all of his obligations hereunder.

113448.01

CONFIDENTIAL
WCW 042056

**15.    Governing Law, Service of Process.** This Agreement shall be governed by the laws of the State of Georgia, and Borash acknowledges that any dispute arising hereunder must be brought in any federal or state court of competent jurisdiction in Fulton County, Georgia, and Borash consents to the jurisdiction thereof.  Service of a summons and complaint concerning any matter or controversy arising from or with respect to this Agreement shall be effected by sending a copy of such summons and complaint by certified mail to the party to be served at the address for such party stated above.

**16.    Force Majeure.** Notwithstanding anything to the contrary which may be contained herein, in the event that the parties cannot perform their obligations and duties as provided herein due to force majeure, including, without limitation, earthquake, act of God, riot, national state of emergency and war, failure or breakdown of communications facilities not attributable to a party's actions or omissions, or due to any other similar or dissimilar occurrence beyond the control of the parties which makes it impossible or commercially impracticable (because of the passage of time caused by any of such occurrences) to carry out the purposes hereof, then neither party hereto will be obligated to perform hereunder during the continuance thereof.  In such event, the parties will negotiate in good faith for an appropriate, equitable reduction in or refund of the consideration payable by WCW as provided herein.

**17.    Entire Understanding.** The provisions herein constitute the entire understanding between the parties hereto with respect to the subject matter hereof, and this Agreement shall supercede any other previous agreements between the parties related to the production facilities. No other agreements, or understandings, whether oral or written, shall be deemed to apply to the material produced by or on behalf of Borash hereunder or the parties' relative rights and obligations with respect thereto.  Any additions to or changes in this Agreement shall be set forth in writing and signed by the parties.

WORLD CHAMPIONSHIP                              JEREMY BORASH
WRESTLING, INC.

By:                                            By:

Title: VP WCW ENTERPRISES                       Title:

CONFIDENTIAL
WCW 042059

## EXHIBIT A

### YEAR 2000

The equipment and property provided hereunder, including but not limited to any software, hardware or other technology developed, used or provided by Borash for use in connection with the broadcast of WCW Live and any other material provided by Borash to WCW under this Agreement, and all subsequent versions, releases, updates or revisions thereof developed or utilized by Borash during the term of this Agreement (collectively, the "Deliverables") at the time of and after delivery to WCW are and shall be "Date/Data Compliant." For these purposes, "Date/Data Compliant" shall mean that (1) the Deliverables are capable of performing all functions specified in this Agreement prior to December 31, 1999 and January 1, 2000 and following such dates with no diminution or change in performance, functionality, accuracy or otherwise; (2) WCW shall not experience program ending and/or invalid and/or incorrect results from Deliverables due to the anticipated occurrence, passage or existence of such dates or any date thereafter; (3) the Deliverables will accept date data from other systems and sources (whether in two digit or four digit format) and properly recognize, calculate, sort, store, output, sequence and otherwise process such data in a manner that eliminates any century ambiguity; (4) the Deliverables will include four digit date data formats, if applicable; and (5) the Deliverables will recognize and correctly process date data for February 29, 2000 and all subsequent leap years. If any Deliverables are found by WCW not to be Date/Data Compliant, notwithstanding any other remedy available to WCW for breach of this Agreement, at no additional charge to WCW, Borash shall immediately correct any such defect so as to enable the Deliverables to fully function in accordance with this Agreement.

113448.01

CONFIDENTIAL
WCW 042060