ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 4 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAZUO ONOO,

    Plaintiff,

v.

WORLD CHAMPIONSHIP
WRESTLING, INC., et al.,

    Defendants.

CIVIL ACTION NO.

1:00-CV-0368-CC

## ORDER

Pending before this court is Plaintiff's second motion [Doc. 120-1] to remove confidentiality designation and Defendants' response [Doc. 121-1] thereto. In accordance with this court's determinations as stated during the telephonic conference held on February 3, 2003, the court **DIRECTS** the Clerk of Court to **STRIKE** Plaintiff's motion [Doc. 120-1] and Defendants' response [Doc. 121-1] and to return said pleadings to the party submitting same for filing.

**SO ORDERED**, this 4th day of FEBRUARY, 2003.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)